IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KATHLEEN HOCHUL, in her Official )<br>Capacity as Governor of the State of New )<br>York, et al. )<br>)<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:22-cv-986 (GTS/CFH) |

## DECLARATION OF STEPHEN D. STAMBOULIEH

1. My name is Stephen D. Stamboulieh and I am counsel for the Plaintiffs in this matter. I am a member of the Bar of this Court.

2. I make this declaration for the limited purposes of putting certain documents referenced in the Complaint before the Court.

3. Unless otherwise stated, the facts and circumstances set forth in this declaration are based upon my personal knowledge and review of the documents and information available to me.

4. Attached as Exhibit "1" is a true and correct copy of the text of the Bill known as the Concealed Carry Improvement Act (CCIA).

5. Attached as Exhibit "2" is a true and correct copy of the Declaration of Corey Johnson.

6. Attached as Exhibit "3" is a true and correct copy of the Declaration of Lawrence Sloane.

7. Attached as Exhibit "4" is a true and correct copy of the Declaration of Leslie Leman.

8.  Attached as Exhibit "5" is a true and correct copy a letter sent by the City of New York to holders of firearms licenses.

9.  Attached as Exhibit "6" is a true and correct copy of a "Legal Bureau Bulletin" issued by the Office of the Deputy Commissioner.

10. Attached as Exhibit "7" is a true and correct copy of the Declaration of Ivan Antonyuk.

11. Attached as Exhibit "8" is a true and correct copy of the Declaration of Pastor Joseph Mann.

12. Attached as Exhibit "9" is a true and correct copy of the Declaration of Alfred Terrille.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

September 20, 2022                              /s/ Stephen D. Stamboulieh
                                                **Stephen D. Stamboulieh**