

License Division
Hearings & Appeals Unit
One Police Plaza, Room 110A
New York, NY 10038
Tel. 1-646-610-5560

August 31, 2022

Dear Licensee:

You are receiving this letter because you currently maintain an active premise business, limited carry, special carry, or carry business license. As you should be aware, New York State has recently enacted laws that prohibit those who are licensed to carry firearms from carrying their firearm in certain locations. Specifically, <u>Penal Law Section 265.01-e prohibits the possession of any firearm, even a licensed one, in a "sensitive location." A violation of this law is a class E Felony. This law goes into effect on Thursday, September 1, 2022</u>. A copy of the applicable law is attached for your careful review. You are being sent this letter because your place of business <u>may</u> now be a sensitive location under this new law and thus, continued possession of a firearm at this location is unlawful.

***IF*** **YOUR BUSINESS IS IN A SENSITIVE LOCATION UNDER P.L. 265.01-E, YOU ARE NO LONGER ABLE TO LAWFULLY POSSESS A FIREARM AT THAT LOCATION.**

<u>If this applies to your place of business</u>, please bring your applicable firearm(s) to your local precinct in order for it to be safeguarded for you. Alternatively, you may bring your firearm(s) to another location where you are lawfully allowed to possess and store it. Lastly, you may contract with a Federally Licensed Firearms dealer (FFL) to store the firearm(s) for you – they may, however, charge for this service.

Additionally, if your place of business is located in Times Square or in the surrounding blocks, please consult sections 5-34 and 5-35 of Title 38 of the Rules of the City of New York. A copy of this rule is also attached. Some exceptions are made within the rules for transport in and out of the Times Square Sensitive Location Zone.

The License Division will endeavor to provide licensees affected by this change in law with alternative means to exercise their 2nd Amendment rights. Questions may be directed to the License Division by email to <u>LicenseDivisionDesk@nypd.org</u>.

Exhibit "5"