# ⓢ Stambouliéh Law, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

September 22, 2022

Hon. Glenn T. Suddaby  *via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

**Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Judge Suddaby:

I represent the Plaintiffs in the above-styled action. Please accept this letter as Plaintiffs' Request to File Excess Pages. Plaintiffs request the Court allow them to file a Memorandum of Law in support of their Motion for a Temporary Restraining Order, Preliminary Injunction and/or Permanent Injunction not to exceed forty (40) pages in length, which is fifteen (15) pages in excess of the Local Rule. Plaintiffs anticipate filing their Motion today.

The majority of the additional pages address Plaintiffs' standing as there are currently six plaintiffs in this matter, each with different allegations in the Complaint. Plaintiffs have been unable to confer with Defendants in this matter as to this request as some have been served, some have not, and while I did speak with counsel previously assigned to Defendant Bruen in *Antonyuk I*, I am informed that counsel has not been assigned to this matter as of yet.

We thank the Court in advance for its consideration.

Yours very truly,

Stephen D. Stambouliéh

cc:    By email to Defendants as follows:

1

**The Honorable Kathy Hochul**
Governor of New York State
NYS State Capitol Building
Albany, NY 12224
Phone:  518-474-8390
c/o James M. Thompson, Special Counsel for Second Amendment Litigation
james.thompson@ag.ny.gov
Michael McCartin, Assistant Attorney General
michael.mccartin@ag.ny.gov

**Kevin P. Bruen**
Superintendent NYS Police
nyspmail@troopers.ny.gov
1220 Washington Ave., Building 22
Albany, NY 12226
Phone:  518-783-3211

**Hon. Matthew J. Doran, County Court Judge**
Onondaga County
Phone:  315-671-1054
Fax:   315-671-1190
Onondaga Supreme & County Court Clerk's Office
505 South State Street, Suite 110
Syracuse, NY 13202
mdoran@nycourts.gov

**William Fitzpatrick, Onondaga County District Attorney**
Criminal Courthouse 4th floor
505 South State Street
Syracuse, NY 13202
Phone:         315-435-2470
Fax:   315-435-3969
Williamfitzpatrick@ongov.net
michelerobbins@ongov.net

**Eugene Conway**
**Onondaga County Sheriff's Office**
407 S. State St.
Syracuse, NY 13202
Phone:  315-435-3044
Fax:   315435-2942

eugeneconway@ongov.net

**Joseph Cecile, Chief of Police of Syracuse**
511 S State Street
Syracuse, NY 13202
315-442-5200
Via Syracuse Law Department:
law@syrgov.net

**P. David Soares, District Attorney Albany County**
6 Lodge Street
Albany, NY 12207
518-487-5460;  Fax 518-487-5093
david.soares@albanycountyny.gov

**Gregory Oakes, Oswego County District Attorney**
Public Safety Bldg., 39 Churchill Road
Oswego, NY 13126
Phone 315-349-3200; fax 315-349-3212
gregory.oakes@oswegocounty.com

**Don Hilton, Oswego County Sheriff**
39 Churchill Road
Oswego, NY 13126
Phone:  315-349-3304; Fax 315-342-3519
don.hilton@oswegocounty.com

**Joseph Stanzione, Greene County District Attorney**
411 Main Street, 3rd Floor
Catskill, NY 12414
Phone: 518-719-3590; Fax 518-719-3792
districtattorney@discovergreene.com