IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:22-cv-00986 (GTS/CFH) |
| v. ) | |
| ) | |
| KATHLEEN HOCHUL, in her Official ) | |
| Capacity as Governor of the State of New ) | |
| York, et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF STEPHEN D. STAMBOULIEH

Pursuant to LR 7.1(a)(2) and Fed. R. Civ. P. 65.1, I Stephen D. Stamboulieh, declare and state as follows:

1. I am counsel of record for Plaintiffs in this matter.

2. Pursuant to Fed. R. Civ. P. 65(a)(1), I have provided notice to all adverse parties of the filings in this matter seeking a temporary restraining order and preliminary and permanent injunction against Defendants' Concealed Carry Improvement Act.

3. After filing and the docketing of this matter, I emailed a copy of the as-filed Complaint, with exhibits, to all Defendants except for Defendant Judge Matthew J. Doran to which I faxed a copy of the Complaint, with exhibits, to his listed fax number: 315-671-1190.  The other Defendants, and the email addresses to which I sent the filings, are as follows:

**The Honorable Kathy Hochul**
Governor of New York State

NYS State Capitol Building
Albany, NY 12224
Phone:  518-474-8390
c/o James M. Thompson, Special Counsel for Second Amendment Litigation
james.thompson@ag.ny.gov
Michael McCartin, Assistant Attorney General
michael.mccartin@ag.ny.gov

**Kevin P. Bruen**
Superintendent NYS Police
nyspmail@troopers.ny.gov
1220 Washington Ave., Building 22
Albany, NY 12226
Phone:  518-783-3211

**William Fitzpatrick, Onondaga County District Attorney**
Criminal Courthouse 4th floor
505 South State Street
Syracuse, NY 13202
Phone: 315-435-2470
Fax:     315-435-3969
Williamfitzpatrick@ongov.net
michelerobbins@ongov.net

**Eugene Conway**
**Onondaga County Sheriff's Office**
407 S. State St.
Syracuse, NY 13202
Phone:  315-435-3044
Fax:   315435-2942
eugeneconway@ongov.net

**Joseph Cecile, Chief of Police of Syracuse**
511 S State Street
Syracuse, NY 13202
315-442-5200
Via Syracuse Law Department:
law@syrgov.net

**P. David Soares, District Attorney Albany County**
6 Lodge Street
Albany, NY 12207
518-487-5460;  Fax 518-487-5093
david.soares@albanycountyny.gov

**Gregory Oakes, Oswego County District Attorney**

Public Safety Bldg., 39 Churchill Road
Oswego, NY 13126
Phone 315-349-3200; fax 315-349-3212
gregory.oakes@oswegocounty.com

**Don Hilton, Oswego County Sheriff**
39 Churchill Road
Oswego, NY 13126
Phone:  315-349-3304; Fax 315-342-3519
don.hilton@oswegocounty.com

**Joseph Stanzione, Greene County District Attorney**
411 Main Street, 3rd Floor
Catskill, NY 12414
Phone: 518-719-3590; Fax 518-719-3792
districtattorney@discovergreene.com

**Hon. Matthew J. Doran, County Court Judge**
Onondaga County
Phone:  315-671-1054
Fax:   315-671-1190
Onondaga Supreme & County Court Clerk's Office
505 South State Street, Suite 110
Syracuse, NY 13202
mdoran@nycourts.gov

4. None of the emails was returned as undeliverable or otherwise bounced back and I received a confirmation that the fax to Defendant Doran was sent successfully.[1]

5. Additionally, I sent the Complaint with exhibits, the issued summons, and the Court's General Order to be served on the Defendants on an expedited basis.

6. Pursuant to LR 65.1, the instant application includes the Motion for Temporary Restraining Order and Preliminary Injunction and Permanent Injunction, a copy of the Complaint (with exhibits), the Memorandum of Law, and a proposed order granting the injunctive relief.

---

[1] I was provided Judge Doran's email address this afternoon, and thus, will email these filings to his email address instead of using his fax number.

7. After filing of the application, I emailed the Motion, the Memorandum, the proposed Order to Show Cause, and this Declaration to the above-listed email addresses, and sent a copy by United States Postal Service to all listed defendants at the addresses above.

8. This declaration is intended to comply with Fed. R. Civ. P. 65(a)(1), LR 5.1(a), and LR 7.1(a)(2) ensuring that Plaintiffs' counsel has made good faith efforts to provide notice to Defendants of this TRO application by providing them with the documents filed with this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2022

/s/ Stephen D. Stamboulieh
**Stephen D. Stamboulieh**

## CERTIFICATE OF SERVICE

I, Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be mailed by United States Postal Service and emailed, to the following non-ECF participants:

The Honorable Kathy Hochul
Governor of New York State
NYS State Capitol Building
Albany, NY 12224
Phone:  518-474-8390
James M. Thompson,[2] Special Counsel for Second Amendment Litigation
james.thompson@ag.ny.gov
Michael McCartin, Assistant Attorney General
michael.mccartin@ag.ny.gov

Kevin P. Bruen
Superintendent NYS Police
nyspmail@troopers.ny.gov
1220 Washington Ave., Building 22
Albany, NY 12226
Phone:  518-783-3211

William Fitzpatrick, Onondaga County District Attorney
Criminal Courthouse 4th floor
505 South State Street
Syracuse, NY 13202
Phone: 315-435-2470
Fax:    315-435-3969
Williamfitzpatrick@ongov.net, michelerobbins@ongov.net

Eugene Conway
Onondaga County Sheriff's Office
407 S. State St.
Syracuse, NY 13202
Phone:  315-435-3044
Fax:   315435-2942
eugeneconway@ongov.net

Joseph Cecile, Chief of Police of Syracuse
511 S State Street

---

[2] Messrs. McCartin and Thompson previously represented Defendant Bruen in the previous *Antonyuk v. Bruen* matter.

Syracuse, NY 13202
315-442-5200
Via Syracuse Law Department:
law@syrgov.net

P. David Soares, District Attorney Albany County
6 Lodge Street
Albany, NY 12207
518-487-5460;  Fax 518-487-5093
david.soares@albanycountyny.gov

Gregory Oakes, Oswego County District Attorney
Public Safety Bldg., 39 Churchill Road
Oswego, NY 13126
Phone 315-349-3200; fax 315-349-3212
gregory.oakes@oswegocounty.com

Don Hilton, Oswego County Sheriff
39 Churchill Road
Oswego, NY 13126
Phone:  315-349-3304; Fax 315-342-3519
don.hilton@oswegocounty.com

Joseph Stanzione, Greene County District Attorney
411 Main Street, 3rd Floor
Catskill, NY 12414
Phone: 518-719-3590; Fax 518-719-3792
districtattorney@discovergreene.com

Hon. Matthew J. Doran, County Court Judge
Onondaga County
Phone:  315-671-1054
Fax:   315-671-1190
Onondaga Supreme & County Court Clerk's Office
505 South State Street, Suite 110
Syracuse, NY 13202
mdoran@nycourts.gov

Dated: September 22, 2022

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh