# ⓈStambouliehLaw, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

September 22, 2022

Hon. Glenn T. Suddaby  *via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

  **Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Judge Suddaby:

  I file this errata to Plaintiffs' Emergency Motion for Temporary Restraining Order (Docket No. 6) in the above-styled case. I inadvertently did not file "a copy of the complaint, if the case has been recently filed[,]" pursuant to LR 65.1. As such, I attach that document hereto.

  Yours very truly,

  Stephen D. Stamboulieh

cc:  By email to Defendants as follows:

**The Honorable Kathy Hochul**
Governor of New York State
NYS State Capitol Building
Albany, NY 12224
Phone: 518-474-8390
c/o James M. Thompson, Special Counsel for Second Amendment Litigation
james.thompson@ag.ny.gov
Michael McCartin, Assistant Attorney General
michael.mccartin@ag.ny.gov

**Kevin P. Bruen**

Superintendent NYS Police
nyspmail@troopers.ny.gov
1220 Washington Ave., Building 22
Albany, NY 12226
Phone:  518-783-3211

**Hon. Matthew J. Doran, County Court Judge**
Onondaga County
Phone:  315-671-1054
Fax:   315-671-1190
Onondaga Supreme & County Court Clerk's Office
505 South State Street, Suite 110
Syracuse, NY 13202
mdoran@nycourts.gov

**William Fitzpatrick, Onondaga County District Attorney**
Criminal Courthouse 4th floor
505 South State Street
Syracuse, NY 13202
Phone:        315-435-2470
Fax:    315-435-3969
Williamfitzpatrick@ongov.net
michelerobbins@ongov.net

**Eugene Conway**
**Onondaga County Sheriff's Office**
407 S. State St.
Syracuse, NY 13202
Phone:  315-435-3044
Fax:   315435-2942
eugeneconway@ongov.net

**Joseph Cecile, Chief of Police of Syracuse**
511 S State Street
Syracuse, NY 13202
315-442-5200
Via Syracuse Law Department:
law@syrgov.net

**P. David Soares, District Attorney Albany County**
6 Lodge Street

Albany, NY 12207
518-487-5460;  Fax 518-487-5093
david.soares@albanycountyny.gov

**Gregory Oakes, Oswego County District Attorney**
Public Safety Bldg., 39 Churchill Road
Oswego, NY 13126
Phone 315-349-3200; fax 315-349-3212
gregory.oakes@oswegocounty.com

**Don Hilton, Oswego County Sheriff**
39 Churchill Road
Oswego, NY 13126
Phone:  315-349-3304; Fax 315-342-3519
don.hilton@oswegocounty.com

**Joseph Stanzione, Greene County District Attorney**
411 Main Street, 3rd Floor
Catskill, NY 12414
Phone: 518-719-3590; Fax 518-719-3792
districtattorney@discovergreene.com