UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IVAN ANTONYUK, et al.,

               Plaintiffs,

     -against-                            Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, in her official capacity as     **NOTICE OF APPEARANCE**
Governor of the State of New York, et al.

               Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that JAMES M. THOMPSON, Special Counsel for Second

Amendment Litigation in the Office of LETITIA JAMES, Attorney General of the State of New

York, certifies that he is admitted to practice before this Court and hereby appears as counsel of

record for Defendants KATHLEEN HOCHUL, KEVIN P. BRUEN, and MATTHEW J.

DORAN, in their official capacities, in the above-referenced action.


Dated:   New York, New York
         September 26, 2022

                                 LETITIA JAMES
                                 Attorney General of the State of New York
                                 Attorney for the State Defendants

                                 By:_____
                                 James M. Thompson
                                 Special Counsel
                                 NDNY Bar Roll No. 703513
                                 28 Liberty Street
                                 New York, New York 10005
                                 (212) 416-6556
                                 james.thompson@ag.ny.gov


CC:    All counsel of record (via ECF)