**UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF NEW YORK**

Docket Number: 1:22-cv-986 (GTS/CFH)
Date Filed: 9/20/2022
Court/Return Date:

ATTORNEY(S) ST. LAWRENCE COUNTY, OFFICE OF THE COUNTY ATTORNEY PH: (315) 379-2269
48 COURT STREET CANTON, NY 13617

Ivan Antonyuk; et al

*Plaintiff*

vs

Kathleen Hochul, in her official capacity as Governor of New York, et al

*Defendants*

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

**AFFIDAVIT OF SERVICE**

**Richard Lorberer, Jr.**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **September 22, 2022**, at **11:44 AM** at **411 Main Street, Catskill, NY 12414**, Deponent served the within **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Notice and General Order # 25**

On: **Joseph Stanzione, Greene County District Attorney**, Company therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **Patricia Giardinelli-O'Connor (Paralegal/Authorized to accept service)** a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having attempted personal delivery on;

Address confirmation:

**#5 MAILING**
☒ On **September 22, 2022**, service was completed by mailing a true copy of above document(s) to 411 Main Street, Catskill, NY 12414 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

☒ **#6 DESCRIPTION**
**Sex**: Female   **Color of skin**: White   **Color of hair**: Blonde   **Age**: 45-50 yrs
**Height**: 5'6" - 5'8"  **Weight**: 120-130 lbs  **Glasses**: No **Other Features**:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on September 23, 2022

NOTARY PUBLIC

NICOLE SIMMONS
#01SI6180797
Notary Public, State of New York
Qualified in Ulster County
Comm. Expires 01/22/2024

Process Server, Please Sign
Richard Lorberer, Jr.

**Job #**: 2203729
**Client's File No.:**

*LEGAL WORKS, INC.• P.O. BOX 435, CLINTON, NY 13323 •315.737.9800 •INTEGRITY-DILIGENCE-TIMELINESS*