UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK, COREY JOHNSON,
ALFRED TERRILLE, JOSEPH MANN,
LESLIE LEMAN, AND LAWRENCE SLOANE,

                        *Plaintiffs,*

vs.

**KATHLEEN HOCHUL, et. al.,**

                        *Defendants.*

**NOTICE OF APPEARANCE**

Case No. 1:22-CV-986 (GTS/CFH)

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of Co-Defendants Gregory Oakes, in his Official Capacity as the District Attorney of Oswego County, and Don Hilton, in his Official Capacity as the Sheriff of Oswego County, in the above-referenced matter.

Dated: September 26, 2022

**BARCLAY DAMON LLP**

By _____
Edward G. Melvin II
Bar Roll No. 509037

*Attorneys for Defendants*
*Gregory Oakes*
*Don Hilton*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 425-2783
Facsimile: (315) 703-7328
Email: emelvin@barclaydamon.com

25184651.1