UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**IVAN ANTONYUK, COREY JOHNSON,
ALFRED TERRILLE, JOSEPH MANN,
LESLIE LEMAN, AND LAWRENCE SLOANE,**                NOTICE OF APPEARANCE

                *Plaintiffs*,    Case No. 1:22-CV-986 (GTS/CFH)

vs.

**KATHLEEN HOCHUL, et. al.,**

                *Defendants*.

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of Co-Defendants Gregory Oakes, in his Official Capacity as the District Attorney of Oswego County, and Don Hilton, in his Official Capacity as the Sheriff of Oswego County, in the above-referenced matter.

Dated: September 26, 2022        **BARCLAY DAMON LLP**

                By   *s/John Joseph Pelligra*
                   John Joseph Pelligra
                   Bar Roll No. 701404

                *Attorneys for Defendants*
                *Gregory Oakes*
                *Don Hilton*
                Barclay Damon Tower
                125 East Jefferson Street
                Syracuse, NY 13202
                Telephone: (315) 425-2773
                Facsimile: (315) 703-7328
                Email: jpelligra@barclaydamon.com

25184700.1