

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct:  (518) 776-2620

September 28, 2022

Hon. Genn T. Suddaby
U.S. District Court Judge
U.S. District Court
Northern District of New York

Re:     *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-cv-986 (GTS/CFH)

Dear Judge Suddaby:

    This letter is written to serve as my Notice of Appearance for Defendants Kathy Hochul, Kevin P. Bruen and the Hon. Matthew J. Doran in the above-entitled action.

    Thank you kindly for your consideration of this matter.

Respectfully yours,

*s/ Michael McCartin*

Michael G. McCartin
Assistant Attorney General
Bar Roll No. 511158

cc:     All counsel of record (via e-filing)