

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Susan R. Katzoff**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

**Todd M. Long**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Ramona L. Rabeler
Sarah M. Knickerbocker
Danielle B. Pires
Patrick J. Parkinson
Danielle R. Smith
Zachary A. Waksman
John J. Connor
Gregory P. Fair
Darienn P. Balin

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office   315 448-8400
Fax       315 448-8381
Email    law@syrgov.net

www.syrgov.net

September 29, 2022

**SENT ELECTRONICALLY VIA CM/ECF**
Hon. Judge Glenn T. Suddaby
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      Re:   **Antonyuk, et al. v. Hochul, et al.**
             **Federal Civil Action No. 1:22-cv-00986 (GTS/CFH)**

Dear Judge Suddaby:

On behalf of the City of Syracuse and Chief of Police Joseph Cecile—a defendant in the above-referenced action ("Action")—I apologize for the lack of appearance by this office at this morning's oral argument before Your Honor, as well as a lack of a timely response to Plaintiff's motion for a temporary restraining order (*see* Dkt. No. 8).

Due to numerous COVID-19 related illnesses in the Office of the Corporation Counsel, including the Corporation Counsel herself, neither the summons and complaint initiating this Action nor the motion for a temporary restraining order ("Motion") (*see* Dkt. No. 6) were brought to my attention until sometime well after oral argument had commenced this morning.  Moreover, the email address utilized by Plaintiffs (law@syrgov.net) is a general information email account that is only checked sporadically and informs all senders that "[t]he City does not accept service of papers, process, or any legal communications  to this email address."

That being said, in the brief time that I have had to quickly review the Motion by Plaintiffs' counsel, as well as the oppositions by the Office of the Attorney General (*see* Dkt. No. 18) and counsel for Sheriff Don Hilton and District Attorney Gregory Oakes, we join our co-defendants in their resolute position that Plaintiffs' articulated grounds for an emergency temporary restraining order are without merit.

Thank you for your consideration.

Respectfully submitted,
*/s/Todd M. Long*
Todd M. Long, Esq.
Senior Assistant Corporation Counsel

CC:   All counsel of record electronically via CM/ECF

*Service of papers or process by facsimile or other electronic method is not acceptable.*