AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| Ivan Antonyuk, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00986-GTS-CFH |
| Governor Kathleen Hochul, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse.

Date: 09/29/2022

/s/Danielle R. Smith
*Attorney's signature*

Danielle R. Smith (Bar #: 517775)
*Printed name and bar number*

City of Syracuse, Office of the Corporation Counsel
233 East Washington Street
Room 300 City Hall
Syracuse, NY 13202
*Address*

DSmith@syrgov.net
*E-mail address*

(315) 448-8400
*Telephone number*

(315) 448-8381
*FAX number*