United States District Court
Northern District of New York
_____

Ivan Antonyuk et al.,

                          Plaintiffs,                Case No. 1:22-cv-00986-GTS-CFH

        V                                           Appearance of Counsel

Kathleen Hochul et al.,

                          Defendants.
_____

      John E. Heisler Jr. appears in this case as counsel for William Fitzpatrick.

Dated:  30 September 2022                        s/ John E. Heisler Jr.
                                                                  Bar Roll Number: 301476
                                                                  Attorney for William Fitzpatrick
                                                                  Onondaga County Department of Law
                                                                 John H. Mulroy Civic Center, 10th Fl.
                                                                 421 Montgomery Street
                                                                  Syracuse, NY 13202
                                                                 Telephone: (315) 435-2170
                                                                 Fax: (315) 435-5729
                                                                Email: johnheislerjr@ongov.net