United States District Court
Northern District of New York

_____

Ivan Antonyuk et al.,

                        Plaintiffs,                    Case No. 1:22-cv-00986-GTS-CFH

             V                                      Appearance of Counsel

Kathleen Hochul et al.,

                        Defendants.

_____

      John E. Heisler Jr. appears in this case as counsel for Eugene Conway.

Dated:  3 October 2022                            s/ John E. Heisler Jr.
                                                                  Bar Roll Number: 301476
                                                                  Attorney for Eugene Conway
                                                                  Onondaga County Department of Law
                                                                  John H. Mulroy Civic Center, 10th Fl.
                                                                  421 Montgomery Street
                                                                  Syracuse, NY 13202
                                                                  Telephone: (315) 435-2170
                                                                  Fax: (315) 435-5729
                                                                  Email: johnheislerjr@ongov.net