IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE, JOSPEH MANN, LESLIE LEMAN, and LAWRENCE SLOANE,<br><br>                              Plaintiffs,<br><br>    -against-<br><br>KATHLEEN HOCHUL, in her Official Capacity as Governor of the State of New York, KEVIN P. BRUEN, in his Official Capacity as Superintendent of the New York State Police, Judge MATTHEW J. DORAN, in his Official Capacity as the Licensing-official of Onondaga County, WILLIAM FITZPATRICK, in his Official Capacity as the Onondaga County District Attorney, EUGENE CONWAY, in his Official Capacity as the Sheriff of Onondaga County, JOSEPH CECILE, in his Official Capacity as the Chief of Police of Syracuse, P. DAVID SOARES in his Official Capacity as the District Attorney of Albany County, GREGORY OAKES, In his Official Capacity as the District Attorney of Oswego County, DON HILTON, in his Official Capacity as the Sheriff of Oswego County and JOSEPH STANZIONE, in His Official Capacity as the District Attorney of Greene County,<br><br>                              Defendants.<br>------------------------------------------------------------------------X | Civil Action No.<br>    1:22-cv-986(GTS/CFH)<br><br>**NOTICE OF APPEARANCE** |

**SIRS:**

**PLEASE TAKE NOTICE** that the defendant, Joseph Stanzione, in his Official Capacity as the District Attorney of Greene County, hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for said defendant therein, and hereby demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: October 3, 2022

                                                                                                _____
EDWARD I. KAPLAN, Esq.
Greene County Attorney
Attorney for Defendant, Joseph Stanzione, in his Official Capacity as District Attorney of Greene County
411 Main Street, Suite 443
Catskill, NY 12414
518-719-3540
countyattorney@greenecountyny.gov
NDNY Bar Roll #520650

TO:    STEPHEN S. STAMOULIEH, Esq.
Stamboulieh Law, PLLC.
PO Box 428
Olive Branch, MS 38654
(601)852-3440
stephen@sdslaw.us
NDNY Bar Roll #520383

ROBERT J. OLSON, Esq.
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com
NDNY Bar Roll #703779