UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IVAN ANTONYUK, et al.,

                        Plaintiffs,

      -against-                                 Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, et al.

                        Defendants.
-----------------------------------------------------------------X

Please take notice that Defendants Kathleen Hochul, Kevin P. Bruen, and Matthew J. Doran hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Temporary Restraining Order entered in this action on October 6, 2022 (ECF No. 27).

1

Dated: Albany, New York
      October 6, 2022

                                  LETITIA JAMES
                                  Attorney General
                                  State of New York

                            By: _____
                                  James M. Thompson
                                  Special Counsel
                                  Bar Roll No. 703513
                                  28 Liberty Street
                                  New York, NY 10005
                                  (212) 416-6556
                                  james.thompson@ag.ny.gov

                                  Michael G. McCartin
                                  Special Counsel
                                  Bar Roll No. 511158
                                  The Capitol
                                  Albany, NY 12224
                                  Tel.: (518) 776-2620
                                  Michael.McCartin@ag.ny.gov

                                  *Attorney for the State Defendants*

TO: Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
Tel: (601) 852-3440
stephen@sdslaw.us

Robert J. Olson
William J. Olson, P.C.
370 Maple Avenue W – Suite 4
Vienna, VA 22180
Tel: (703) 356-5070
rob@wjopc.com

*Attorneys for Plaintiffs*

John E. Heisler , Jr.
Onondaga County Department of Law
John H. Mulroy Civic Center
421 Montgomery Street, 10th Floor
Syracuse, NY 13202
315-435-2170
johnheislerjr@ongov.net

*Attorney for Defendants William Fitzpatrick and Eugene Conway*

Todd M. Long
Danielle R. Smith
City of Syracuse Law Department
233 East Washington Street
City Hall, Room 300
Syracuse, NY 13202
Tel: (315) 448-8400
tlong@syrgov.net
DSmith@syrgov.net

*Attorneys for Defendant Joseph Cecile*

Edward G. Melvin
John Joseph Pelligra
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202
Tel: (315) 425-2783
emelvin@barclaydamon.com
jpelligra@barclaydamon.com

3

*Attorneys for Defendants Gregory Oakes and Don Hilton*

Edward I. Kaplan
PO Box 155
Hunter, NY 12442
Tel: (518) 821-5070
edkap2002@yahoo.com

*Attorney for Defendant Joseph Stanzione*

P. David Soares
District Attorney, Albany County
6 Lodge Street
Albany, NY 12207
Tel: (518) 487-5460