UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN HOCHUL, et al., <br><br> Defendants. | NOTICE OF APPEAL <br><br><br> Civil Action No.: 1:22-cv-986 (GTS/CFH) |

Please take notice that Defendant Joseph Cecile hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Temporary Restraining Order entered in this action on October 6, 2022 (Dkt. No. 27).

Dated: October 10, 2022
Syracuse, New York

SUSAN R. KATZOFF, ESQ.
CORPORATION COUNSEL-CITY OF SYRACUSE
*Counsel for Defendant Joseph Cecile*
233 East Washington Street
Syracuse, New York 13202
Tel No.: (315) 448-8400

By: *Danielle R. Smith*
_____
Danielle R. Smith, Esq. (Bar No. 517775)
Todd Long, Esq. (Bar No. 519301)
Assistant Corporation Counsel

TO:    Stephen D. Stamboulieh, Esq.          Robert J. Olson, Esq.
       Stamboulieh Law, PLLC                 William J. Olson, P.C.
       P.O. Box 428                          370 Maple Avenue W – Suite 4
       Olive Branch, MS 38654                Vienna, VA 22180
       Tel: (601) 852-3440                   Tel: (703) 356-5070

       *Attorneys for Plaintiffs*

       James M. Thompson, Esq.               Michael G. McCartin, Esq.
       Special Counsel to the Attorney General   Special Counsel to the Attorney General
       28 Liberty Street                     The Capitol
       New York, NY 10005                    Albany, NY 12224
       Tel: (212) 416-6556                   Tel.: (518) 776-2620

       *Attorneys for State Defendants*

       John E. Heisler, Jr., Esq.
       Onondaga County Department of Law
       John H. Mulroy Civic Center
       421 Montgomery Street, 10th Floor
       Syracuse, NY 13202
       Tel: (315) 435-2170

       *Attorneys for Defendants William Fitzpatrick and Eugene Conway*

       Edward G. Melvin, Esq.
       John Joseph Pelligra, Esq.
       Barclay Damon LLP
       125 East Jefferson Street
       Syracuse, NY 13202
       Tel: (315) 425-2783

       *Attorneys for Defendants Gregory Oakes and Don Hilton*

       Edward I. Kaplan, Esq.
       P.O. Box 155
       Hunter, NY 12442
       Tel: (518) 821-5070

       *Attorney for Defendant Joseph Stanzione*

       P. David Soares, Defendant
       District Attorney, Albany County
       6 Lodge Street
       Albany, NY 12207
       Tel: (518) 487-5460