

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on October 10, 2022 the Court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the Court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): #23 – Transcript

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 11th day of October, 2022.

*/s/ John Domurad*
Clerk of Court

By:   Patsy Harvey
        Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name: | Ivan Antonyuk, et al. v. Kathleen Hochul, et al. |
| Case No.: | 1:22-cv-986 (GTS/CFH) |
| Docket No. of Appeal: | #31 - Notice of Appeal |
| Document Appealed: | #27 - Decision and Temporary Restraining Order |

Fee Status:                             Paid  X

Counsel:                                Retained  X

Time Status:                            Timely  X

Motion for Extension of Time:           N/A  X

Certificate of Appealability:           N/A  X