| | |
|---|---|
| **UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF NEW YORK** | Docket Number: 1:22-cv-0986 (GTS/CFH)<br>Date Filed: 10/6/2022<br>Court/Return Date: |
| ATTORNEY(S) ST. LAWRENCE COUNTY, OFFICE OF THE COUNTY ATTORNEY PH: (315) 379-2269<br>48 COURT STREET CANTON, NY 13617 | |

Ivan Antonyuk; et al

*Plaintiffs*

vs

Kathleen Hochul, in her official capacity as Governor of New York, et al

*Defendants*

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE

**Austin Taylor**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **October 7, 2022**, at **10:04 AM** at **6 Lodge Street, Albany, NY 12207**, Deponent served the within **Decision and Temporary Restraining Order**

On: **P. David Soars, District Attorney of Albany County**, **Company** therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **Joshua Seaberry** said individual to be **Authorized Agent** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having attempted personal delivery on;

Address confirmation:

**#5 MAILING**
☐ On , service was completed by mailing a true copy of above document(s) to 6 Lodge Street, Albany, NY 12207 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

☒ **#6 DESCRIPTION**
Sex: Male   Color of skin: Black   Color of hair: Black   Age: 30 yrs
Height: 5'7"   Weight: 160 lbs   Glasses: No   Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York and was informed that said person is not.

☒ **#9 OTHER**
**Recipient called P. David Soares assistant who confirmed he will not be in the office today. P. David Soares told him he is authorized to accept service.**

Sworn to before me on 10/7/2022

NOTARY PUBLIC
CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

Process Server, Please Sign
Austin Taylor

Job #: 2203884
Client's File No.:

*Legal Works, Inc.* • P.O. Box 435, Clinton, NY 13323 •315.737.9800• *Integrity-Diligence-Timeliness*