United States District Court
Northern District of New York

_____

Ivan Antonyuk et al.,

                        Plaintiffs,                Case No. 1:22-cv-00986-GTS-CFH

      V                                         L.R. 7.1 (a) (3) Notice of No Intent
                                                          to Oppose Motion

Kathleen Hochul et al.,

                        Defendants.

_____

      The defendants William Fitzpatrick and Eugene Conway do not intend to oppose the motion (Dkt. No. 6) filed by the plaintiffs.

Dated:  11 October 2022                    s/ John E. Heisler Jr.
                                                    Bar Number: 301476
                                                    Attorney for Defendants
                                                    Onondaga County Department of Law
                                                    John H. Mulroy Civic Center, 10th Floor
                                                    421 Montgomery Street
                                                    Syracuse, NY 13202
                                                    Telephone: (315) 435-2170
                                                    Fax: (315) 435-5729
                                                    Email: johnheislerjr@ongov.net