UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IVAN ANTONYUK, COREY JOHNSON,
ALFRED TERRILLE, JOSEPH MANN,
LESLIE LEMAN, and LAWRENCE SLOANE,

                Plaintiffs,

     v.

KATHLEEN HOCHUL, in her Official Capacity as
Governor of the State of New York, KEVIN P. BRUEN, in
his Official Capacity as Superintendent of the New York
State Police, Judge MATTHEW J. DORAN, in his Official
Capacity as the Licensing-official of Onondaga County,
WILLIAM FITZPATRICK, in his Official Capacity as the
Onondaga County District Attorney, EUGENE CONWAY,
in his Official Capacity as the Sheriff of Onondaga County,
JOSEPH CECILE, in his Official Capacity as the Chief of
Police of Syracuse, P. DAVID SOARES in his Official
Capacity as the District Attorney of Albany County,
GREGORY OAKES, In his Official Capacity as the District
Attorney of Oswego County, DON HILTON, in his Official
Capacity as the Sheriff of Oswego County, and JOSEPH
STANZIONE, in his Official Capacity as the District
Attorney of Greene County,

                Defendants.

Civil Action No.: 1:22-cv-986
(GTS/CFH)

**JURY TRIAL DEMANDED**

---

## ANSWER TO THE COMPLAINT

    Defendant Joseph Cecile ("Defendant") as his answer to Plaintiffs' Ivan Antonyuk, Corey

Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, and Lawrence Sloane (collectively,

"Plaintiffs") Complaint ("Complaint"), states as follows:

    1.    Paragraph "1" of the Complaint need not be answered because it asserts a legal

conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the

allegations set forth in Paragraph "1" of the Complaint.

1

# I. PARTIES

2.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "2" of the Complaint.

3.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "3" of the Complaint.

4.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "4" of the Complaint.

5.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "5" of the Complaint.

6.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "6" of the Complaint.

7.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "7" of the Complaint.

8.     Paragraph "8" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "8" of the Complaint.

9.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "9" of the Complaint.

10.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "10" of the Complaint.

11.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "11" of the Complaint.

12.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "12" of the Complaint.

13.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "13" of the Complaint.

14.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "14" of the Complaint.

15.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "15" of the Complaint.

16.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "16" of the Complaint.

17.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "17" of the Complaint.

18.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "18" of the Complaint.

## II. JURISDICTION AND VENUE

19.     Paragraph "19" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "19" of the Complaint.

20.     Paragraph "20" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "20" of the Complaint.

21.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "21" of the Complaint.

22.     Paragraph "22" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "22" of the Complaint.

23.     Paragraph "23" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "23" of the Complaint.

24.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "24" of the Complaint.

## III. STATEMENT OF FACTS

a.      **The Second Amendment**

25.     Paragraph "25" of the Complaint need not be answered because the language of the Second Amendment speaks for itself. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "25" of the Complaint.

26.     Paragraph "26" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "26" of the Complaint.

27.     Paragraph "27" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "27" of the Complaint.

28.     Paragraph "28" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "28" of the Complaint.

29.     Paragraph "29" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "29" of the Complaint.

30.     Paragraph "30" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "30" of the Complaint.

31.     Paragraph "31" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "31" of the Complaint.

32.     Paragraph "32" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "32" of the Complaint.

33.     Paragraph "33" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "33" of the Complaint.

34.     Paragraph "34" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "34" of the Complaint.

35.     Paragraph "35" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "35" of the Complaint.

36.     Paragraph "36" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "36" of the Complaint.

37.     Paragraph "37" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "37" of the Complaint.

38.     Paragraph "38" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "38" of the Complaint.

39.     Paragraph "39" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "39" of the Complaint.

40.     Paragraph "40" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "40" of the Complaint.

41.     Paragraph "41" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "41" of the Complaint.

42.     Paragraph "42" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "42" of the Complaint.

43.     Paragraph "43" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "43" of the Complaint.

44.     Paragraph "44" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "44" of the Complaint.

45.     Paragraph "45" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "45" of the Complaint.

46.     Paragraph "46" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "46" of the Complaint.

**b.      New York's Gun Control Regime**

47.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "47" of the Complaint.

48.     Paragraph "48" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "48" of the Complaint.

49.     Paragraph "49" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "49" of the Complaint.

50.     Paragraph "50" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "50" of the Complaint.

51.     Paragraph "51" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "51" of the Complaint.

52.     Paragraph "52" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "52" of the Complaint.

53.     Paragraph "53" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "53" of the Complaint.

54.     Paragraph "54" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "54" of the Complaint.

55.     Paragraph "55" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "55" of the Complaint.

56.     Paragraph "56" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "56" of the Complaint.

57. Paragraph "57" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "57" of the Complaint.

58. Paragraph "58" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "58" of the Complaint.

59. Paragraph "59" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "59" of the Complaint.

60. Paragraph "60" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "60" of the Complaint.

**c.     New York's Most Recent Unconstitutional Gun Control – the CCIA**

61. Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "61" of the Complaint.

62. Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "62" of the Complaint.

63. Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "63" of the Complaint.

64. Paragraph "64" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "64" of the Complaint.

65.     Paragraph "65" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "65" of the Complaint.

66.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "66" of the Complaint.

i.      **Good Moral Character**

67.     Paragraph "67" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "67" of the Complaint.

68.     Paragraph "68" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "68" of the Complaint.

69.     Paragraph "69" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "69" of the Complaint.

70.     Paragraph "70" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "70" of the Complaint.

71.     Paragraph "71" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "71" of the Complaint.

72.     Paragraph "72" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "72" of the Complaint.

73.     Paragraph "73" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "73" of the Complaint.

74.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "74" of the Complaint.

**i.     List of Household Members and Family, In Person Meetings, Social Media, and "Character References."**

75.     Paragraph "75" of the Complaint (including all sub-paragraphs) need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "75" of the Complaint (including all sub-paragraphs).

76.     Paragraph "76" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "76" of the Complaint.

77.     Paragraph "77" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "77" of the Complaint.

78.     Paragraph "78" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "78" of the Complaint.

79.     Paragraph "79" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "79" of the Complaint.

80.     Paragraph "80" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "80" of the Complaint.

81.     Paragraph "81" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "81" of the Complaint.

82.     Paragraph "82" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "82" of the Complaint.

83.     Paragraph "83" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "83" of the Complaint.

### iii.     Sensitive Locations

84.     Paragraph "84" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "84" of the Complaint.

85.     Paragraph "85" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "85" of the Complaint.

86.     Paragraph "86" of the Complaint (including all sub-paragraphs) need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "86" of the Complaint (including all sub-paragraphs).

87.     Paragraph "87" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "87" of the Complaint.

88.     Paragraph "88" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "88" of the Complaint.

89.     Paragraph "89" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "89" of the Complaint.

90.     Paragraph "90" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "90" of the Complaint.

91.     Paragraph "91" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "91" of the Complaint.

92.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "92" of the Complaint.

93.     Paragraph "93" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "93" of the Complaint.

94.     Paragraph "94" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "94" of the Complaint.

95.     Paragraph "95" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "95" of the Complaint.

96.     Paragraph "96" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "96" of the Complaint.

97.     Paragraph "97" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "97" of the Complaint.

98.     Paragraph "98" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "98" of the Complaint.

99.     Paragraph "99" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "99" of the Complaint.

100.     Paragraph "100" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "100" of the Complaint.

101.     Paragraph "101" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "101" of the Complaint.

102.     Paragraph "102" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "102" of the Complaint.

103.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "103" of the Complaint.

104.     Paragraph "104" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "104" of the Complaint.

105.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "105" of the Complaint.

106.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "106" of the Complaint.

107.     Paragraph "107" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "107" of the Complaint.

108.   Paragraph "108" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "108" of the Complaint.

109.   Paragraph "109" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "109" of the Complaint.

110.   Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "110" of the Complaint.

111.   Paragraph "111" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "111" of the Complaint.

112.   Paragraph "112" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "112" of the Complaint.

113.   Paragraph "113" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "113" of the Complaint.

114.   Paragraph "114" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "114" of the Complaint.

115.   Paragraph "115" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "115" of the Complaint.

116.    Paragraph "116" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "116" of the Complaint.

117.    Paragraph "117" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "117" of the Complaint.

118.    Paragraph "118" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "118" of the Complaint.

119.    Paragraph "119" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "119" of the Complaint.

120.    Paragraph "120" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "120" of the Complaint.

121.    Paragraph "121" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "121" of the Complaint.

122.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "122" of the Complaint.

123.    Paragraph "123" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "123" of the Complaint.

### iv.     New York's Second Amendment Tax

124.     Paragraph "124" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "124" of the Complaint.

125.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "125" of the Complaint.

126.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "126" of the Complaint.

127.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "127" of the Complaint.

128.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "128" of the Complaint.

129.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "129" of the Complaint.

130.     Paragraph "130" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "130" of the Complaint.

131.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "131" of the Complaint.

### d.     Plaintiff Ivan Antonyuk

132.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "132" of the Complaint.

133.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "133" of the Complaint.

134.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "134" of the Complaint.

135.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "135" of the Complaint.

136.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "136" of the Complaint.

137.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "137" of the Complaint.

138.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "138" of the Complaint.

139.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "139" of the Complaint.

140.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "140" of the Complaint.

141.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "141" of the Complaint.

142.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "142" of the Complaint.

143.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "143" of the Complaint.

144.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "144" of the Complaint.

145.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "145" of the Complaint.

146.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "146" of the Complaint.

147.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "147" of the Complaint.

148.    Paragraph "148" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "148" of the Complaint.

**d.      Plaintiff Corey Johnson.**

149.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "149" of the Complaint.

150.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "150" of the Complaint.

151.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "151" of the Complaint.

152.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "152" of the Complaint.

153.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "153" of the Complaint.

154.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "154" of the Complaint.

155.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "155" of the Complaint.

156.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "156" of the Complaint.

157.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "157" of the Complaint.

158.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "158" of the Complaint.

159.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "159" of the Complaint.

160.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "160" of the Complaint.

161.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "161" of the Complaint.

**e.      Plaintiff Alfred Terrille**

162.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "162" of the Complaint.

163.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "163" of the Complaint.

164.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "164" of the Complaint.

165.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "165" of the Complaint.

166.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "166" of the Complaint.

167.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "167" of the Complaint.

168.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "168" of the Complaint.

169.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "169" of the Complaint.

170.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "170" of the Complaint.

171.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "171" of the Complaint.

172.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "172" of the Complaint.

173.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "173" of the Complaint.

174.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "174" of the Complaint.

175.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "175" of the Complaint.

176.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "176" of the Complaint.

177.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "177" of the Complaint.

**f.    Plaintiff Pastor Joseph Mann**

178.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "178" of the Complaint.

179.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "179" of the Complaint.

180.    Paragraph "180" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "180" of the Complaint.

181.    Paragraph "181" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "181" of the Complaint.

182.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "182" of the Complaint.

183.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "183" of the Complaint.

184.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "184" of the Complaint.

185.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "185" of the Complaint.

186.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "186" of the Complaint.

187.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "187" of the Complaint.

188.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "188" of the Complaint.

189.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "189" of the Complaint.

190.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "190" of the Complaint.

191.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "191" of the Complaint.

192.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "192" of the Complaint.

193.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "193" of the Complaint.

194.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "194" of the Complaint.

195.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "195" of the Complaint.

196.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "196" of the Complaint.

197.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "197" of the Complaint.

**g.      Plaintiff Leslie Leman.**

198.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "198" of the Complaint.

199.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "199" of the Complaint.

200.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "200" of the Complaint.

201.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "201" of the Complaint.

202.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "202" of the Complaint.

203.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "203" of the Complaint.

204.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "204" of the Complaint.

205.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "205" of the Complaint.

206.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "206" of the Complaint.

207.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "207" of the Complaint.

208.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "208" of the Complaint.

209.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "209" of the Complaint.

210.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "210" of the Complaint.

211.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "211" of the Complaint.

212.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "212" of the Complaint.

213.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "213" of the Complaint.

214.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "214" of the Complaint.

215.    Paragraph "215" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "215" of the Complaint.

216.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "216" of the Complaint.

h.    **Plaintiff Lawrence Sloane**

217.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "217" of the Complaint.

218.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "218" of the Complaint.

219.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "219" of the Complaint.

220.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "220" of the Complaint.

221.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "221" of the Complaint.

222.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "222" of the Complaint.

223.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "223" of the Complaint.

224.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "224" of the Complaint.

225.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "225" of the Complaint.

226.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "226" of the Complaint.

227.    Paragraph "227" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "227" of the Complaint.

228.    Paragraph "228" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "228" of the Complaint.

229.    Paragraph "229" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "229" of the Complaint.

230.    Paragraph "230" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "230" of the Complaint.

231.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "231" of the Complaint.

232.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "232" of the Complaint.

## COUNT I

## U.S. CONST., AMEND. II, 42 U.S.C. § 1983 AGAINST DEFENDANTS

233.    Defendant **REPEATS AND REALLEGES** as if fully set forth herein his responses to the foregoing allegations.

234.    Paragraph "234" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "234" of the Complaint.

235.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "235" of the Complaint.

236.    Paragraph "236" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "236" of the Complaint.

237.    Paragraph "237" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "237" of the Complaint.

238.    Paragraph "238" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "238" of the Complaint.

239.    Paragraph "239" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "239" of the Complaint.

240.    Paragraph "240" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "240" of the Complaint.

241.    Paragraph "241" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "241" of the Complaint.

242.    Paragraph "242" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "242" of the Complaint.

243.    Paragraph "243" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "243" of the Complaint.

244.    Paragraph "244" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "244" of the Complaint.

245.    Paragraph "245" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "245" of the Complaint.

## COUNT II

### U.S. CONST., AMEND. I, 42 U.S.C. § 1983 AGAINST DEFENDANTS

246.    Defendant **REPEATS AND REALLEGES** as if fully set forth herein his responses to the foregoing allegations.

247.    Paragraph "247" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "247" of the Complaint.

248.    Paragraph "248" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "248" of the Complaint.

249.    Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "249" of the Complaint.

250.    Paragraph "250" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "250" of the Complaint.

251.    Paragraph "251" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "251" of the Complaint.

252.    Paragraph "252" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "252" of the Complaint.

253.    Paragraph "253" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "253" of the Complaint.

254.    Paragraph "254" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "254" of the Complaint.

255.    Paragraph "255" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "255" of the Complaint.

## COUNT III

### U.S. CONST., AMEND. V, 42 U.S.C. § 1983 AGAINST DEFENDANTS

256.    Paragraph "256" of the Complaint need not be answered because the language of the Second Amendment speaks for itself. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "256" of the Complaint.

257.     Paragraph "257" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "257" of the Complaint.

258.     Paragraph "258" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "258" of the Complaint.

259.     Defendant **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief about the truth of the allegations contained in Paragraph "259" of the Complaint.

260.     Paragraph "260" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "260" of the Complaint.

261.     Paragraph "261" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "261" of the Complaint.

262.     Paragraph "262" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "262" of the Complaint.

263.     Paragraph "263" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "263" of the Complaint.

264.     Paragraph "264" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "264" of the Complaint.

265.     Paragraph "265" of the Complaint need not be answered because it asserts a legal conclusion. However, to the extent that a response is required, Defendant **DENIES** the truth of the allegations set forth in Paragraph "265" of the Complaint.

### GENERAL DENIAL

266.     Defendant **DENIES** all other allegations not specifically admitted herein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

267.     Any damages alleged to have been sustained by Plaintiffs were caused or contributed to in full or in part by the culpable conduct and/or assumption of the risk of Plaintiffs and not by any culpable conduct on behalf of Defendant.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

268.     Plaintiffs have failed to state a claim upon which relief may be granted.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

269.     Plaintiffs' pleadings are insufficient and not in the form prescribed pursuant to the Federal Rules of Civil Procedure, thus failing to state a claim.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

270.     Some or all of Plaintiffs' claims are barred by the applicable statute of limitations.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

271.     Some or all of Plaintiffs' causes of action are barred by their failure to comply with §§50-e, 50-h and 50-i—and generally Article IV—of N.Y. GENERAL MUNICIPAL LAW, and/or Syracuse City Charter § 8-115.

272.     Moreover, upon information and belief, not all of Plaintiffs' claims in his present lawsuit were adequately set forth according to §§50-e, 50-h and 50-i—and generally Article IV—of N.Y. GENERAL MUNICIPAL LAW, and/or Syracuse City Charter § 8-115.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

273.    To the extent Plaintiffs have failed to mitigate Plaintiffs' damages, Plaintiffs' claims for damages are diminished or barred.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

274.    Some or all of the Plaintiffs' claims are barred because Plaintiffs failed to exhaust their administrative remedies and/or meet conditions precedent to the commencement of this action as required by law.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

275.    Any and all acts of Defendant and/or any agents or employees of Defendant were reasonable, justified, and in accordance with the law.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

276.    Any alleged violation of Plaintiff's U.S. or New York State Constitutional rights were not the proximate cause of Plaintiffs' injuries and/or damages.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

277.    Any and all actions done by Defendant and/or Defendant's agents in arresting, using force, detaining, and searching the alleged criminal subject Plaintiff were done in good faith, with probable cause and without malice.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

278.    Some of Plaintiffs' claims, in whole or in part, fail based on a lack of personal involvement by a named Defendant in the alleged constitutional violations.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

279.    If Plaintiffs sustained any damages as alleged in the Complaint through any acts or omissions other than those of Plaintiffs, such damages were caused solely by the negligence and/or

culpable conduct of a third person or persons over whom Defendant had no control and without negligence on the part of Defendant.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

280.    At all times relevant to this action, all acts of Defendant and Defendant's agents were justified and in accordance with the discharge of their lawful responsibilities.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

281.    Upon information and belief, the Complaint fails to state specific acts of conduct attributable to Defendant that gives rise to liability pursuant to 42 U.S.C. §1983.

282.    Moreover, Plaintiffs do not plead injuries consistent with a cause of action that would give rise to liability pursuant to 42 U.S.C. §1983.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

283.    Plaintiffs' injuries and/or damages, if any, were neither caused by, nor causally related to any act or omission of Defendant.

## AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

284.    Any and all acts of Defendant and/or any agents or employees of the City of Syracuse are protected by qualified immunity.

## AS AND FOR A EIGHTEENTH AFFIRMATIVE DEFENSE

285.    Any and all acts of Defendant and/or any agents or employees of the City of Syracuse are protected by absolute immunity.

## AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

286.    Any and all acts of Defendant and/or any agents or employees of the City of Syracuse are protected by governmental immunity and/or qualified privilege.

## AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

287.    Defendant's actions were not motivated by evil motive or intent and were not performed with reckless or callous indifference to Plaintiffs' state and/or federally protected rights, or the general public's rights and safety.

## AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE

288.    Defendant's actions were not malicious, willful, wanton, reckless, grossly negligent, or extreme and outrageous.

## AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE

289.    Plaintiffs have failed to name or join a necessary or indispensable party without whom relief may not be granted.

## AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE

290.    Plaintiffs' action is barred by res judicata and/or collateral estoppel.

## AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE

291.    Upon information and belief, Defendant's and/or his agents' actions were in the course of their duties, were justified and in accordance with the law and not for any retaliatory and/or retributive purpose, and so did not violate any U.S. or New York State Constitutional rights of Plaintiff.

## AS AND FOR A TWENTY-FIFTH DEFENSE

292.    Plaintiffs' own negligent and/or culpable conduct was the actual and proximate cause of Plaintiffs alleged injuries and/or damages.

## AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE

293.    Plaintiffs' claims are barred to the extent that Plaintiffs' injuries and/or damages were caused or contributed to, in whole or in part, by intervening and superseding causative factors.

## AS AND FOR A TWENTY-SEVENTH AFFIRMATIVE DEFENSE

294.    Some of Plaintiffs' claims, in whole or in part, fail based on a lack of personal involvement by Defendant in the alleged constitutional violations.

## AS AND FOR A TWENTY-EIGHTH AFFIRMATIVE DEFENSE

295.    Upon information and belief, Plaintiffs' allegations supporting their cause(s) of action are directly contradicted and/or are inconsistent with their pleadings in the Complaint.

## AS AND FOR A TWENTY-NINTH AFFIRMATIVE DEFENSE

296.    Upon information and belief, at all relevant times, Defendant and/or Defendant's agents acted in accordance with the constitutional policies, customs and practices of the City of Syracuse Police Department, and in accordance with all local, state, and federal laws, regulations, and constitutions.

## AS AND FOR A THIRTIETH AFFIRMATIVE DEFENSE

297.    Plaintiffs lack standing.

## AS AND FOR A THIRTY-FIRST AFFIRMATIVE DEFENSE

298.    The Court lacks subject matter jurisdiction over the matter.

## AS AND FOR A THIRTY-SECOND AFFIRMATIVE DEFENSE

299.    Service of process was insufficient and/or defective.

## AS AND FOR A THIRTY-THIRD AFFIRMATIVE DEFENSE

300.    Plaintiff's claims are not ripe or are otherwise premature.

## AS AND FOR A THIRTY-FOURTH AFFIRMATIVE DEFENSE

301.    Plaintiff is not the real party in interest

## AS AND FOR A THIRTY-FIFTH AFFIRMATIVE DEFENSE

302.    There is no case or controversy sufficient to justify a declaratory judgment claim.

## **AS AND FOR A THIRTY-SIXTH AFFIRMATIVE DEFENSE**

303.    Defendant reserves the right to raise additional defenses, which may become known during further investigation and discovery in this case.

WHEREFORE, Defendant demands judgment dismissing the Complaint with costs, disbursements, attorney's fees and for such other and further relief as to the Court may deem just and proper.

Dated: October 13, 2022                  SUSAN R. KATZOFF, ESQ.
Syracuse, New York                       CORPORATION COUNSEL-CITY OF SYRACUSE
                                         *Counsel for Defendant Joseph Cecile*
                                         233 East Washington Street
                                         Syracuse, New York 13202
                                         Tel No.: (315) 448-8400

                                By:    /s/ Danielle R. Smith
                                       Danielle R. Smith, Esq.
                                       Todd Long, Esq.
                                       Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

I declare under the penalty of perjury that I served the foregoing Answer by electronically filing with the Clerk of the Court herein, which is understood to have sent notification of such filing electronically to all counsels of record *via* CM/ECF NextGen in N.D.N.Y. for the above captioned case.

Dated:  October 13, 2022  
Syracuse, New York  

SUSAN R. KATZOFF, ESQ.  
CORPORATION COUNSEL-CITY OF SYRACUSE  

By:   /s/ Danielle R. Smith  
Danielle R. Smith, Esq.  
Assistant Corporation Counsel  
Bar Roll No. 517775  
*Counsel for Defendant Joseph Cecile*  
300 City Hall  
Syracuse, New York 13202  
Tel No. 315-448-8400  
Fax No. 315-448-8381  
E-Mail: dsmith@syrgov.net