# EXHIBIT "1"



## Property Description Report For: 201 Coleridge Ave, Municipality of City of Syracuse

No Photo Available

| | | | |
|---|---|---|---|
| | | Status: | Active |
| | | Roll Section: | Wholly Exem |
| | | Swis: | 311500 |
| | | Tax Map ID #: | 098.2-01-02.1 |
| | | Property #: | 0818200802 |
| | | Property Class: | 962 - County park |
| | | Site: | COM 1 |
| | | In Ag. District: | No |
| | | Site Property Class: | 962 - County park |
| | | Zoning Code: | 006 |
| | | Neighborhood Code: | 15780 |
| Total Acreage/Size: | 414.5 x 2335 | School District: | Syracuse |
| Land Assessment: | 2022 - $1,611,800 | Total Assessment: | 2022 - $5,173,000 |
| Full Market Value: | 2022 - $7,497,101 | | |
| Equalization Rate: | ---- | Property Desc: | Fl 169 171 176  414.50x2335 Zoo |
| Deed Book: | 4392 | Deed Page: | 55 |
| Grid East: | 607495 | Grid North: | 1108540 |

## Owners

County Of Onondaga  
Onon County Parks & Rec  
106 Lake Dr  
Liverpool NY 13088

## Sales

| Sale Date | Price | Property Class | Sale Type | Prior Owner | Value Usable | Arms Length | Addl. Parcels | Deed Book and Page |
|---|---|---|---|---|---|---|---|---|
| 12/10/1999 | $1 | 962 - County park | Land Only | City Of Syracuse | No | No | No | 4392/55 |

## Utilities

| | | | |
|---|---|---|---|
| Sewer Type: | Comm/public | Water Supply: | Comm/public |
| Utilities: | Gas & elec | | |

## Inventory

| | | | |
|---|---|---|---|
| Overall Eff Year Built: | 0 | Overall Condition: | Normal |
| Overall Grade: | Average | Overall Desirability: | 3 |

## Buildings

| AC% | Sprinkler% | Alarm% | Elevators | Basement Type | Year Built | Eff Year Built | Condition | Quality | Gross Floor Area (sqft) | Stories | Num Indent Bldgs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 100 | 0 | 0 | Partial fin | 1984 | | Normal | Average | 56967 | 1 | 1 |

## Site Uses

| Use | Rentable Area (sqft) | Total Units |
|---|---|---|
| Amusemt park | 56,967 | 0 |
| Non-contrib | 38,075 | 0 |

## Improvements

| Structure | Size | Grade | Condition | Year |
|---|---|---|---|---|
| Pavng-asphlt | 217800 × 4 | Average | Normal | 1984 |
| Fence-chn lk | 3000 × 8 | Average | Normal | 1984 |
| Shed-machine | 4,715.00 sq ft | Average | Normal | 1980 |
| Shed-machine | 6,411.00 sq ft | Average | Normal | 1984 |

## Land Types

| Type | Size |
|---|---|
| Primary | 39.14 acres |

Special Districts for 2022

| Description | Units | Percent | Type | Value |
|---|---|---|---|---|
| SKC02-Com NW Sidewalk | 0 | 0% | T | 0 |
| FL001-Sweeping | 414.5 | 0% | | 0 |
| CWR50-County water E | 0 | 0% | | 0 |
| CSW15-Onon Co San Unit | 389.3 | 0% | | 0 |

## Exemptions

| Year | Description | Amount | Exempt % | Start Yr | End Yr | V Flag | H Code | Own % |
|---|---|---|---|---|---|---|---|---|
| 2022 | COUNTY OWN | $5,173,000 | 0 | 1993 | | | | 0 |

## Taxes

| Year | Description | Amount |
|---|---|---|

**\* Taxes reflect exemptions, but may not include recent changes in assessment.**