# EXHIBIT "3"



Home » Park

# Parks


Beaver Lake Nature Center


Carpenter's Brook Fish Hatchery


Cemeteries & Memorials


Erie Canalway / Jordan Level Trail


Highland Forest


Hopkins Road Softball Park


Jamesville Beach Park


NBT Bank Stadium


Oneida Shores Park





Onondaga Lake Park                    Otisco Lake Park                    Pratt's Falls Park





Rosamond Gifford Zoo                  Spafford Forest                     Edgecliff Park/Trail

During your visit to Onondaga County Parks, you may be photographed, videotaped, or filmed by Onondaga County Parks or authorized parties. Your attendance/admission serves as permission for use of these images by Onondaga County Parks. Commercial photography or filming is prohibited without permission of Onondaga County Parks.






Copyright © 2022 Onondaga County Parks