# EXHIBIT "4"



Home » About us » Park Rangers

# Park Rangers

TIP LINE: If you have a tip or wish to report an incident within Onondaga County Parks, please email us at parkrangerspolice@ongov.net.

Case 1:22-cv-00986-GTS-CFH   Document 47-4   Filed 10/13/22   Page 3 of 6

The Onondaga County Park Rangers Department is a full-service law enforcement agency, established in 1935 and authorized by Criminal Procedures Law §2.10(11). The primary mission of the department is to help maintain a safe environment for patrons of the Onondaga County Parks System and to provide related law enforcement services.

The geographic area of employment for our department is Onondaga County, pursuant to Criminal Procedure Law §140.25(5) and our sworn officers respond to law enforcement calls for services throughout Onondaga County to assist other law enforcement agencies as needed.

Sworn officers have the power to make warrantless arrests and to issue appearance tickets, simplified traffic informations, simplified parks informations and simplified environmental conservation informations within Onondaga County.

Our officers enforce the Penal Law, Vehicle and Traffic Law, Environmental Conservation Law, Parks Recreation and Historic Preservation Law, Agriculture and Markets Law, City of Syracuse Parks Local Laws and the Onondaga County Parks and Recreation Local Laws.

Our officers are dispatched to calls for service through the Onondaga County Emergency Communications Center 911 system. In addition, our department participates in the countywide law enforcement report writing and criminal information database system.

**Click here** to download the Onondaga County Park Rangers Subject Management Policy.

---

**Park Ranger Kevin DiGregorio was awarded the Distinguished Service Bar on August 1, 2022 in recognition of his pursuit and apprehension of a suspect accused of making fraudulent withdrawals at several local banks. A grateful community thanks you for your service, Officer DiGregorio.**



(l to r) Park Ranger Chief Howard Grant; Parks Commissioner Brian Kelley; Officer DiGregorio

*During your visit to Onondaga County Parks, you may be photographed, videotaped, or filmed by Onondaga County Parks or authorized parties. Your attendance/admission serves as permission for use of these images by Onondaga County Parks. Commercial photography or filming is prohibited without permission of Onondaga County Parks.*

  
  
  
  
  
  






Thank you for your interest in the Onondaga County Park Rangers. We are always accepting applications for part-time positions.

Applicants must hold a current certification from the Division of Criminal Justice Services as Police Officers or Peace Officers with firearms certification.

Click here to download an application. Click here to download the Criminal Record Supplemental Questionnaire. Both of these must be completed by the applicant. Applicants may include a resume with their application.

Once both forms are completed, mail to:

Onondaga County Park Rangers
106 Lake Drive
Liverpool, NY 13088

or scan and send via email to:

Chief Howard Grant - howardgrant@ongov.net
or
Lt. Frank Jordan - frankjordan@ongov.net


The Onondaga County Park Rangers serve the people of Onondaga County and strive to provide a safe environment for all park patrons by:

- Recognizing that its goal is to help people and provide assistance at every opportunity;
- Providing preventive, investigative, law enforcement and asset protection services;
- Increasing patron satisfaction with public safety and
- Maintaining patron cooperation through the Department's training, skills, and professional efforts

In achieving this mission, the men and women of the Onondaga County Park Rangers will conduct themselves in an ethical manner.

They will:

- Respect and protect the rights of citizens as determined by the law;
- Treat citizens and their fellow employees courteously and with the same amount of dignity with which they expect to be treated themselves;
- Be examples of honesty and integrity in their professional and personal lives, thereby earning the public trust;
- Perform their duties with the knowledge that protection of the lives and property of all citizens is their primary duty




Onondaga County Parks
106 Lake Drive • Liverpool, New York 13088
T: (315) 451-7275 • F: (315) 457-3681

Onondaga County does not discriminate on the basis of race, color, national origin, gender or gender identity, sexual orientation, or disability in employment or the provision of services. Links: Onondaga County's policy, complaint process, and language assistance or disability access issues.

Copyright © 2022 Onondaga County Parks