# EXHIBIT "5"

