# EXHIBIT "6"

Subscribe

Advertisement

**News never stops. Neither do we. Support syracuse.com**

**Crime & Safety**

# Syracuse DA, police chief: We won't target gun owners under new law, but will take guns

Updated: Sep. 02, 2022, 4:44 p.m. | Published: Sep. 02, 2022, 12:01 p.m.



Onondaga County District Attorney William Fitzpatrick unveils his plan in response to the state's new gun-control measures. He's joined by other law enforcement, including Syracuse Police Chief Joe Cecile (to the DA's immediate left) and Onondaga County Police Chief's Association President Michael Crowell, of Manlius.

250
shares

NEW!

**By Douglass Dowty | ddowty@syracuse.com**

Syracuse, NY -- Onondaga County gun owners who run afoul of the state's new gun law likely won't face criminal charges, but will not get a free pass either, the county's top law enforcement officials said Friday.

Violators will have their weapons confiscated while prosecutors investigate any other criminal activity, District Attorney William Fitzpatrick said. Their cases will be referred to the judge who granted them concealed-carry licenses in the first place, possibly leading to the revocation of their carry privileges.

Advertisement

What's not likely to happen: otherwise legal gun owners ending up with a felony charge for simply carrying their gun where it's now not allowed, Fitzpatrick said.

The state's sweeping new gun-control measure, which took effect Thursday, makes virtually every public location presumptively a gun-free zone, other than public streets and a gun-owner's own home. Violation of the new law is supposed to be a felony that could carry a sentence of up to 4 years in prison.

**RELATED:** NY's new law returns fire at Supreme Court: Guns are now banned almost everywhere

But Fitzpatrick's approach will lead to an automatic gun seizure, while leaving discretion on who to charge up to his office. Violators with a history of ignoring the new gun law, or those linked to domestic violence, for example, are at risk of facing criminal prosecution, he said.

The DA noted there's bound to be widespread confusion over which places are off-limits. Technically, walking on the sidewalk in front of a school with a gun is considered a felony. So is walking through downtown Syracuse's Clinton Square or Columbus Circle, both public parks where guns are always banned.

Advertisement

In addition, a Syracuse-based federal judge on Wednesday wrote an opinion suggesting that the state's new law -- including the long list of prohibited locations -- was unconstitutional under the Second Amendment. That ruling, however, was not binding and so the law is in effect as written.

**RELATED:** Federal judge allows NY gun law to go into effect Thursday, but warns it may be unconstitutional

Still, Fitzpatrick suggested, that ruling had an impact on how law enforcement will handle the new restrictions.

Law enforcement won't be proactively enforcing the new law by trying to catch legal gun-owners in prohibited locations, Syracuse Police Chief Joseph Cecile said.

"It will be complaint-driven," the chief said.

Manlius Police Chief Michael Crowell, president of the Onondaga County Chiefs of Police Association, attended a news conference Friday in support of the new policy, but declined comment.

Fitzpatrick, the Republican DA, slammed the new legislation passed by the state legislature, controlled by Democrats. The law was passed days after the U.S. Supreme Court's conservative majority overturned a state law that required a gun owner to explain a specific reason why he or she needed a handgun license (always concealed-carry in New York; open carry by civilians is illegal in all cases). The Second Amendment gives every law-abiding citizen a right to carry a gun for protection, Justice Clarence Thomas wrote in his opinion.

Advertisement



Fitzpatrick said the new state law was poorly written. For example, it prohibits the longtime prosecutor from carrying a gun for protection into his own office, because it's a government building that is now always off-limits for guns by non-police officers.

Cecile declined to comment on his personal view of the law, but noted that very few violent crimes in Syracuse are caused by people with legal concealed-carry permits -- those targeted by the new law.

In the end, Cecile said, the compromise strikes a good balance between enforcing the law and not tying up resources that could be spent on more pressing issues.

*Staff writer Douglass Dowty can be reached at [ddowty@syracuse.com](mailto:ddowty@syracuse.com) or (315) 470-6070.*

If you purchase a product or register for an account through one of the links on our site, we may receive compensation.

Sponsor Content

### Make Cortland County your Destination this Fall!

It's September, which means it's time to go full fall mode!

Experience Cortland



## Around the Web

### If You See This Bug You Have A Big Problem

**Bedtimez** | Sponsored

**The Days Of Shingles Are Over. See Why Metal Roofing Is So Affordable Now**

See why over 100,000+ Americans have chosen these stone-coated metal roofs

**Metal Roof Nation** | Sponsored


**The Prices On The New Honda CR-V Might Surprise You**

**The New Honda CR-V** | Sponsored


**8 Celebrities Who Own The World's Most Expensive Cars!**

**Mostly Feeds** | Sponsored



# 40 Abandoned Disney Attractions Most Forgot About

**Taco Relish** | Sponsored

## If You Are Over 40 And Have A PC, This Game Is A Must.

Victory awaits those who can rally the right Champions! 1+ million builds and 400+ hyper-realistic champions to take down your opponents in this adrenalin-charged, dark fantasy collection. Free to install RPG available now!

**Raid Shadow Legends** | Sponsored

## The New Hyundai Palisade Is Nearly Unrecognizable

**Hyundai Palisade SUV Sales** | Sponsored

## Longtime Syracuse fast-food restaurant closes

syracuse.com

## Baldwinsville school board calls another special meeting after superintendent charged with DWI

syracuse.com



Registration on or use of this site constitutes acceptance of our User Agreement, Privacy Policy and Cookie Statement, and Your California Privacy Rights (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 7/1/2022).

**Cookies Settings**

© 2022 Advance Local Media LLC. All rights reserved (About Us).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

Ad Choices