# EXHIBIT "7"

