# THE LAWS AND LIBERTIES
# OF MASSACHUSETTS

REPRINTED FROM THE COPY OF THE 1648 EDITION IN

THE HENRY E. HUNTINGTON LIBRARY

*With an Introduction by*

MAX FARRAND

CAMBRIDGE:

HARVARD UNIVERSITY PRESS

1929

COPYRIGHT, 1929
BY HENRY E. HUNTINGTON LIBRARY AND ART GALLERY

PRINTED AT THE
HARVARD UNIVERSITY PRESS, CAMBRIDGE, MASSACHUSETTS, U.S.A.

THE
BOOK OF THE GENERAL
# LAUUES AND LIBERTYES
CONCERNING THE INHABITANTS OF THE MASSACHUSETS
*COLLECTED OUT OF THE RECORDS OF THE GENERAL COURT
FOR THE SEVERAL YEARS WHERIN THEY WERE MADE
AND ESTABLISHED,*

And now revised by the same Court and disposed into an Alphabetical order
and published by the same Authoritie in the General Court
held at *Boston* the fourteenth of the
first month *Anno*
1647.

*Whosoever therefore resisteth the power, resisteth the ordinance of God,
and they that resist receive to themselves damnation.* Romanes 13.2.



*CAMBRIDGE.*
Printed according to order of the *GENERAL COURT.*
1648.

And are to be solde at the shop of *Hezekiah Usher*
in *Boston.*

THE
BOOK OF THE GENERAL
# LAUUES AND LIBERTYES
CONCERNING THE INHABITANTS OF THE MASSACHUSETS
*COLLECTED OUT OF THE RECORDS OF THE GENERAL COURT
FOR THE SEVERAL YEARS WHERIN THEY WERE MADE
AND ESTABLISHED,*

And now revised by the same Court and disposed into an Alphabetical order
and published by the same Authoritie in the General Court
held at *Boston* the fourteenth of the
first month *Anno*
1647.

*Whosoever therefore resisteth the power, resisteth the ordinance of God,
and they that resist receive to themselves damnation.* Romanes 13.2.



*CAMBRIDGE.*
Printed according to order of the *GENERAL COURT.*
1648.

And are to be solde at the shop of *Hezekiah Usher*
in *Boston.*

## TO OUR BELOVED BRETHREN AND NEIGHBOURS
### the Inhabitants of the Massachusets, the Governour, Assistants and Deputies assembled in the Generall Court of that Jurisdiction wish grace and peace in our Lord Jesus Christ.

SO soon as God had set up Politicall Government among his people Israel hee gave them a body of lawes for judgement both in civil and criminal causes. These were breif and fundamental principles, yet withall so full and comprehensive as out of them clear deductions were to be drawne to all particular cases in future times. For a Common-wealth without lawes is like a Ship without rigging and steeradge. Nor is it sufficient to have principles or fundamentalls, but these are to be drawn out into so many of their deductions as the time and condition of that people may have use of. And it is very unsafe & injurious to the body of the people to put them to learn their duty and libertie from generall rules, nor is it enough to have lawes except they be also just. Therefore among other priviledges which the Lord bestowed upon his peculiar people, these he calls them specially to consider of, that God was neerer to them and their lawes were more righteous then other nations. God was sayd to be amongst them or neer to them because of his Ordnances established by himselfe, and their lawes righteous because himselfe was their Law-giver: yet in the comparison are implyed two things, first that other nations had somthing of Gods presence amongst them. Secondly that there was also somwhat of equitie in their lawes, for it pleased the Father (upon the Covenant of Redemption with his Son) to restore so much of his Image to lost man as whereby all nations are disposed to worship God, and to advance righteousnes: which appears in that of the Apostle Rom. 1. 21. *They knew God &c: and in the 2. 14.* They did by nature the things conteined in the law of God. *But the nations corrupting his Ordinances (both of Religion, and Justice) God withdrew his presence from them proportionably whereby they were given up to abominable lusts Rom. 2. 21.* Wheras if they had walked according to that light & law of nature they might have been preserved from such moral evils and might have enjoyed a common blessing in all their natural and civil Ordinances: now, if it might have been so with the nations who were so much strangers to the Covenant of Grace, what advantage have they who have interest in this Covenant, and may injoye the special presence of God in the puritie and native simplicitie of all his Ordinances by which he is so neer to his owne people. This hath been no small priviledge, and advantage to us in New-England that our Churches, and civil State have been planted, and growne up (like two twinnes) together like that of Israel in the Wildernes by which wee were put in minde (and had opportunitie put into our hands) not only to gather our Churches, and set up the Ordinances of Christ Jesus in them according to the Apostolick patterne by such light as the Lord graciously afforded us: but also withall to frame our civil Politie, and lawes according to the rules of his most holy word whereby each do help and strengthen other (the Churches the civil Authoritie, and the civil Authoritie the Churches) and so both prosper the better without such æmulation, and contention for priviledges or priority as have proved the misery (if not ruine) of both in some other places.

For this end about nine years since wee used the help of some of the Elders of our Churches to compose a modell of the Iudiciall lawes of Moses with such other cases as might be referred to them, with intent to make use of them in composing our lawes, but not to have them published as the lawes of this Jurisdiction: nor were they voted in Court. For that book intitled The Liberties &c: published about seven years since (which conteines also many lawes and orders both for civil & criminal causes, and is commonly (though without ground) reported to be our Fundamentalls that wee owne as established by Authoritie of this Court, and that after three years experience & generall approbation: and accordingly we have inserted them into this volume under the severall heads to which they belong yet not as fundamentalls, for divers of them have since been repealed, or altered, and more may justly be (at least) amended heerafter as further experience shall discover defects or inconveniences for *Nihil simul natum et perfectum.*

The

The same must we say of this present Volume, we have not published it as a perfect body of lawes sufficient to carry on the Government established for future times, nor could it be expected that we should promise such a thing. For if it be no disparagement to the wisedome of that High Court of Parliament in England that in four hundred years they could not so compile their lawes, and regulate proceedings in Courts of Justice &c: but that they had still new work to do of the same kinde almost every Parliament: there can be no just cause to blame a poor Colonie (being unfurnished of Lawyers and Statesmen) that in eighteen years hath produced no more, nor better rules for a good, and setled Government then this Book holds forth: nor have you (our Brethren and Neighbours) any cause, whether you look back upon our Native Country, or take your observation by other States, & Common wealths in Europe) to complaine of such as you have imployed in this service; for the time which hath been spent in making lawes, and repealing and altering them so often, nor of the charge which the Country hath been put to for those occasions, the Civilian gives you a satisfactorie reason of such continuall alterations additions &c: Crescit in Orbe dolus.

These Lawes which were made successively in divers former years, we have reduced under severall heads in an alphabeticall method, that so they might the more readily be found: that the divers lawes concerning one matter being placed together the scope and intent of the whole and of every of them might the more easily be apprehended: we must confesse we have not been so exact in placing every law under its most proper title as we might, and would have been: the reason of our hasty indeavour to satisfie your longing expectation, and frequent complaints for want of such a volume to be published in print: wherin (upon every occasion) you might readily see the rule which you ought to walke by. And in this (we hope) you will finde satisfaction, by the help of the references under the severall heads, and the Table which we have added in the end. For such lawes and orders as are not of generall concernment we have not put them into this booke, but they remain still in force, and are to be seen in the books of the Records of the Court, but all generall laws not heer inserted nor mentioned to be still of force are to be accounted repealed.

You have called us from amongst the rest of our Brethren and given us power to make these lawes: we must now call upon you to see them executed: remembring that old & true proverb, The execution of the law is the life of the law. If one sort of you viz: non-Freemen should object that you had no hand in calling us to this worke, and therfore think yourselves not bound to obedience &c. We answer that a subsequent, or implicit consent is of like force in this case, as an expresse precedent power: for in putting your persons and estates into the protection and way of subsistance held forth and exercised within this Jurisdiction, you doe tacitly submit to this Government and to all the wholesome lawes therof, and so is the common repute in all nations and that upon this Maxim. Qui sentit commodum sentire debet et onus.

If any of you meet with some law that seemes not to tend to your particular benefit, you must consider that lawes are made with respect to the whole people, and not to each particular person: and obedience to them must be yielded with respect to the common welfare, not to thy private advantage, and as thou yieldest obedience to the law for common good, but to thy disadvantage: so another must observe some other law for thy good, though to his own damage; thus must we be content to bear on others burden and so fullfill the Law of Christ.

That distinction which is put between the Lawes of God and the lawes of men, becomes a snare to many as it is mis-applyed in the ordering of their obedience to civil Authoritie; for when the Authoritie is of God and that in way of an Ordinance Rom. 13. 1. and when the administration of it is according to deductions, and rules gathered from the word of God, and the clear light of nature in civil nations, surely the is no humane law that tendeth to commō good (according to those principles) but the same is mediately a law of God, and that in way of an Ordinance which all are to submit unto and that for conscience sake. Rom. 13. 5.

By order of the Generall Court,

INCREASE NOWEL

SECR.

---

## THE
## BOOK OF THE GENERAL LAUUES AND
## LIBERTYES CONCERNING &c:

FORASMUCH as the free fruition of such Liberties, Immunities, priviledges as humanitie, civilitie & christianity call for as due to everie man in his place, & proportion, without impeachmēt & infringement hath ever been, & ever will be the tranquility & stability of Churches & Common-wealths; & the deniall or deprivall therof the disturbance, if not ruine of both:

It is therfore ordered by this Court, & Authority therof, That no mans life shall be taken away; no mans honour or good name shall be stayned; no mans person shal be arrested, restrained, bannished, dismembred nor any wayes punished; no man shall be deprived of his wife or children; no mans goods or estate shal be taken away from him; nor any wayes indamaged under colour of Law or countenance of Authoritie unles it be by the vertue or equity of some expresse law of the Country warranting the same established by a General Court & sufficiently published; or in case of the defect of a law in any particular case by the word of God. And in capital cases, or in cases concerning dismembring or banishmēt according to that word to be judged by the General Court [1641]

### Abilitie.

All persons of the age of twenty one years, and of right understanding & memorie whether excōmunicate, condemned or other, shall have full power and libertie to make their Wills & Testaments & other lawfull Alienations of their lands and estates. [1641] *see children.*

### Actions.

All Actions of debt, accounts, slaunder, and Actions of the case concerning debts and accounts shal henceforth be tryed where the Plantiffe pleaseth; so it be in the jurisdiction of that Court where the Plantiffe, or Defendant dwelleth: unles by consent under both their hands it appeare they would have the case tryed in any other Court. All other Actions shal be tryed within that jurisdiction where the cause of the Action doth arise. [1642]

2 It is ordered by this Court & Authoritie therof, That every person impleading another in any court of Assistants, or County court shal pay the sum of ten shillings before his case be entred, unles the court see cause to admit any to sue in *forma pauperis*. [1642]

3 It is ordered by the Authority aforesaid, That where the debt or damage recovered shall amount to ten pounds in every such case to pay five shillings more, and where it shall amount to twenty pounds or upward there to pay ten shillings more then the first ten shillings, which sayd additions shall be put to the Iudgement and Execution to be levied by the Marshall and accounted for to the Treasurer. [1647]

4 In all actions brought to any court the Plantiffe shall have liberty to withdraw his action or to be non-suted before the Jurie have given in their verdict; in which case he shall alwayes pay full cost and charges to the Defendant, and may afterward renew his sute at another Court. [1641] *see Causes. see Records.*

### Age.

It is ordered by this Court & the Authoritie therof, that the age for passing away of lands, or such kinde of hereditaments, or for giving of votes, verdicts or sentences in any civil courts or causes, shall be twenty one years: but in case of chusing of Guardions, fourteen years. [1641 1647]

### Ana-Baptists.

Forasmuch as experience hath plentifully & often proved that since the first arising of the Ana-baptists about a hundred years past they have been the Incendiaries of Common-wealths & the Infestors of persons in main matters of Religiō, & the Troublers of Churches in most places where they have been, & that they who have held the baptizing of Infants ūlawful, have usually held other errors or heresies together therwith (though as hereticks use to doe they have concealed the same untill they espied a fit advantage and opportunity to vent them by way of question or scruple) and whereas divers of

this

A 3

---

*margins (right):*
Excōmunicate & condemned persons may dispose of their estates

where all a fide shal be tryed.

Fees 10 s.

more 5 s.

more 10 s.

Libertie to withdraw or be non-suted.

Full age and Age of discretion.

fourth day of the first month and the last fourth day of the eight month from year to year [1633 1634 1636 1638]

### Ferries.

*For setling all common ferries in a right course both for the Passengers and Owners, it is ordered by this Court and authoritie thereof;*

**Priviledge of Ferries.**
That whosoever hath a Ferry graunted upon any passage shall have the sole libertie for transporting passengers from the place where such Ferrie is graunted, to any other ferrie-place where ferrie-boats use to land, and any ferrie-boat that shall land passengers at any other Ferrie may not take passengers from thence if the ferrie-boat of that place be ready. Provided this order shall not prejudice the libertie of any that do use

**Men may pass in own or neighbours boat. Double pay in the night. How Ferrymen may recover their pay. Magistrates and Dep: passage free.**
to passe in their own or neighbours *cannooes* or boats to their ordinary labour or busines. Also Ferrimen are allowed to take double pay at such common Ferries after day light is done, and those that make not present pay, being required, shall give their names in writing or a pawn to the Ferriman, or else he may complain it before a Magistrate to get satisfaction. And it is ordered that all the Magistrates and such as are, or from time to time shall be chosen to serve as Deputies for the General Court, with their necessary attendants viz: a man and a horse at all times, during the time of their being Magistrates or Deputies (not with their whole families) shall be passage-free over all Ferries.

**Payd by the Countrie for them & others 6 li. per an.**
Provided where Ferries are appropriated to any, or rented out & so be out of the Countries hands their passage shall be paid by the Countrie. And the Ferrimen of *Charls-River* are allowed for the passage of the Magistrates, Deputies, Grand and petty Juriemen, prisoners, Keepers and Marshals, by agreement with them six pounds *per annum*, to be paid by the Treasurer.

*And wheras men doe passe over the common Ferries in great danger oftentimes, and the Ferrimen excuse themselves by the importunitie of passengers and want of law to inable them to keep due order touching passengers, its therfore heerby farther ordered;*

**Secur: passen:**
That no person shall presse or enter into any ferrie-boat contrary to the will of the Ferriman of the most of the passengers first entred upon payn of ten shillings for every such attempt: and that everie Ferriman that shall permit and allow any person to come into his boat against the will of any of the Magistrates or Deputies or any of the Elders shipped in such boat or the greater part of the passengers in the said boat, shall forfeit for everie person so admitted or received against such their will so declared the

**Ferriman's power.**
sum of twentie shillings. And it shall be in the power of any of the Ferrimen to keep out or put out of his boat any person that shall presse, enter into, or stay in any such ferrie-boat contrary to this Order. And it is farther ordered that all persons shall be re-

**men shall pass as they come exc: publick persons &c:**
ceived into such ferrie-boats according to their comming, first or last, only all Publick persons or such as goe upon publick or urgent occasions, as Phisitians, Chirurgeons and Midwives and such other as are called to woemens labours, such shall be transported with the first. [1641 1644 1646 1647] *See Colledge.*

### Fines.

*Wheras divers persons indebted to the Countrie for publick Rates, & others for Fines who for avoiding payment sometime sell their houses and lands, and send away their goods to other Plantations, it is therfore ordered by the authoritie of this Court,*

**where no est: is seisd person attached.**
That the Treasurer shall graunt *Warrant* to the Marshall to attach the bodyes of such persons, & keep them til they make satisfaction; and all such persons as are to pay

**The court may dislch: from pson.**
any fines if they have not lands or goods to be distreined shall have their bodyes attached to make satisfaction. Provided that any Court of Assistants or County Court may discharge any such person from imprisonment if they shall finde them indeed unable to make satisfaction. [1638]

### Fyre.

**In what cases he is kindling fire shal pay all damages**
It is ordered by this Court and the Authoritie therof, that whosoever shall kindle any fyres in woods or grounds lying in common or inclosed, so as the same shall run into such corn grounds or inclosures; before the tenth of the first month or after the last of the second month, or on the last day of the week, or on the Lords day shall pay all damages and

---

and half so much for a Fine, or if not able to pay then to be corporally punished by **and be fined to corporally punished**
*Warrant* from one Magistrate or the next County Court as the offence shall merite, not exceeding twenty stripes for one offence. Provided that any man may kindle fyre in his own ground at any time, so as no damage come therby either to the County or **Wilfull burning timber, &c: double damage**
any particular person. And whosoever shall wittingly and willingly burn or destroy any frame, timber hewed, sawn or ryven, heaps of wood, charcoal, corn, hay, straw, hemp or flax he shall pay double damages.

### Fish. Fisher-men.

UPON the petition of the Inhabitants of Marble-head this Court doth heerby declare that howsoever it hath been an allowed custom for forreign fishermen to make **Forr: Fishermens custom for timber &c:**
use of such Harbours and Grounds in this Countrie as have not been inhabited by English men, and to take timber and wood at their pleasure for all their occasions, yet in these parts which are now possessed and the lands disposed in proprietie unto severall towns and persons and that by his Majestyes graunt under the Great Seal of England,

It is not now lawfull for any person either Fisherman or other, either Forreiner **not allowed.**
or of this Countrie to enter upon the lands so appropriated to any town or person, or to take any wood or timber in any such place without the licence of such town or Proprietor; and if any person shall trespasse heerin the Town or Proprietor (so injured) may take their remedie by Action at law, or may preserve their goods or other interrest by opposing lawfull force against such unjust violence. Provided that it shall be lawfull **Lib: for our own fishers'd**
for such Fishermen as shall be employed by any Inhabitants in this Jurisdiction for the severall seasons of the year to make use of any of our Harbours and such lands as are neer adjoyning, for the drying of their fish or other needfull occasions, as also to have such **upon due satisfaction.**
timber or fire-wood as they shall have necessary use of for their fishing seasons where it may be spared, so as they make due satisfaction for the same to such Town or Proprietor. [1646]

### Forgerie.

IT is ordered by this Court and Authoritie therof, That if any person shall forge any Deed or conveyance, Testament, Bond, Bill, Releas, Acquittance, Letter of Attourny or any writing to pervert equitie and justice, he shall stand in the *Pillory* three severall Lecture dayes and render double damages to the partie wronged and also be disabled to give any evidence or verdict to any Court or Magistrate. [1646]

### Fornication.

IT is ordered by this Court and Authoritie therof, That if any man shall commit Fornication with any single woman, they shall be punished either by enjoyning to Marriage, or Fine, or corporall punishment, or all or any of these as the Judges in the courts of Assistants shall appoint most agreeable to the word of God. And this Order to continue till the Court take further order. [1642]

### Freemen, Non-Freemen.

WHERAS there are within this Jurisdiction many members of Churches who to exempt themselves from all publick service in the Common-wealth will not come in, to be made Freemen, is it therfore ordered by this Court and the Authoritie thereof,
That all such members of Churches in the severall towns within this Jurisdiction **Who are compellable to publ: services**
shall not be exempted from such publick service as they are from time to time chosen to by the Freemen of the severall towns; as Constables, Jurors, Select-men and Surveyors of high-wayes. And if any such person shall refuse to serve in, or take upon him any such Office being legally chosen therunto, he shall pay for every such refusall such Fine as the town shall impose, not exceeding twenty shillings as Freemen are lyable to in such cases. [1647]

### Fugitives, Strangers.

IT is ordered by this Court and Authoritie therof, That if any people of other nations professing the true Christian Religion shall flee to us from the tyrañie or oppression of their persecutors, or from Famine, Wars, or the like necessarie compulsarie

| | |
|---|---|
| Harboured. | compulsarie cause, they shall be entertained and succoured amongst us according to that power and prudence God shall give us. [1641] |

### Gaming.

UPON complaint of great diſorder by the uſe of the game called Shuffle-board, in houſes of common entertainment, wherby much pretious time is ſpent unfruitfully and much waſt of wine and beer occaſioned, it is therfore ordered and enacted by the Authoritie of this Court;

| | |
|---|---|
| Shuffleboard penalties. | That no perſon ſhall henceforth uſe the ſaid game of Shuffle-board in any ſuch houſe, nor in any other houſe uſed as common for ſuch purpoſe, upon payn for every Keeper of ſuch houſe to forfeit for every ſuch offence twenty ſhillings: and for every perſon playing at the ſaid game in any ſuch houſe, to forfeit for everie ſuch offence five |
| No gaming for mony an peni̇ of treble value. | ſhillings: Nor ſhall any perſon at any time play or game for any monie, or mony-worth upon penalty of forfeiting treble the value therof: one half to the partie in-forming, the other half to the Treaſurie. And any Magiſtrate may hear and determin any offence againſt this Law. [1646 1647] |

### Generall Court.

| | |
|---|---|
| Who have power to Reprive. | IT is ordered, and by this Court declared that the Governour and Deputie Governour joyntly conſenting, or any three Aſſiſtants concurring in conſent ſhall have power out of Court to reprive a condemned malefactor till the next Court of Aſſiſtants; |
| to pardon. | or Generall Court. And that the Generall Court only ſhall have power to pardon a condemned malefactor. |
| None free & forrein Amba͡ſſad̄ie, that acceeds the ſervice. | Alſo it is declared that the Generall Court hath libertie and Authoritie to ſend forth any member of this Common-wealth, of what qualitie and condition or office whatſo-ever into forrein parts, about any publick Meſſage or negociation: notwithſtanding any office or relation whatſoever. Provided the partie ſo ſent be acquainted with the |
| Major part in Gen. Court diſſolves or adjourn. | affairs he goeth about, and be willing to undertake the ſervice. Nor ſhall any Generall Court be diſſolved or adjourned without the conſent of the major part therof. [1641] See Counſell, Courts. |

### Governour.

| | |
|---|---|
| A caſting vote in the Governr. and Preſid: in Courts &c. | IT is ordered, and by this Court declared that the Governour ſhall have a caſting vote whenſoever an equivote ſhall fall out in the Court of Aſſiſtants, or general Aſſemblie: ſo ſhall the Preſident or Moderatour have in all civil Courts or Aſſemblies. [1641] See Gen: Court. |

### Hereſie.

ALTHOUGH no humane power be Lord over the Faith & Conſciences of men, and therfore may not conſtrein them to beleive or profeſſe againſt their Conſciences: yet becauſe ſuch as bring in damnable hereſies, tending to the ſubverſion of the Chriſtian Faith, and deſtruction of the ſoules of men, ought duly to be reſtrained from ſuch notorious impiety, it is therfore ordered and decreed by this Court;

| | |
|---|---|
| Baniſhment. | That if any Chriſtian within this Juriſdiction ſhall go about to ſubvert and deſtroy the chriſtian Faith and Religion, by broaching or maintaining any damnable hereſie; as denying the immortalitie of the Soul, or the reſurrection of the body, or any ſin to be repented of in the Regenerate, or any evil done by the outward man to be accounted ſin: or denying that Chriſt gave himſelf a Ranſom for our ſins, or ſhall affirm that wee are not juſtified by his Death and Righteouſneſs, but by the perfection of our own works; or ſhall deny the moralitie of the fourth commandement, or ſhall indeavour to ſeduce others to any the hereſies aforementioned, everie ſuch perſon continuing obſtinate therin after due means of conviction ſhall be ſentenced to Baniſhment. [1646] |

### Hydes & Skins.

| | |
|---|---|
| Raw hides. | WHERAS ſome perſons more ſeeking their own private advantage then the good of the publick doe transport raw hydes & pelts, it is ordered and by this Court enacted, That henceforth no perſon ſhall deliver aboard any ſhip or other veſſell, directly or indirectly any raw hyde, ſkin, pelt or leather unwrought with intent to have the ſame |

| | |
|---|---|
| | ſame tranſported out of this Juriſdiction upon pain to forfeit the ſame or the value therof. And that no Maſter of any ſhip or veſſell ſhall receive any raw hyde, ſkin, pelt, or leather unwrought directly or indirectly, aboard his ſhip or veſſel to be ſo tranſported upon the like penalty. Provided that any perſon ſtranger or other may tranſport any hydes or ſkins brought hither from beyond the ſeas by way of Merchandize, or the ſkins of Beaver, Moos, Bear and Otter. [1646] | Forfeit. |

### Hygh-wayes.

TO the end there may be convenient high-wayes for Travellers, it is ordered by the Authoritie of this Court;

| | |
|---|---|
| | That all common high-wayes ſhall be ſuch as may be moſt eaſie, and ſafe for travellers: to which purpoſe everie town (where any ſuch high-way is made, or to be made) ſhall appoint two or three men of the next town, whoſe Inhabitants have moſt occaſion therof, choſen & appointed by their ſaid town, who ſhal from time to time lay out all common high-wayes where they may be moſt convenient; notwithſtanding any mans proprietie, (ſo as it occaſion not the pulling down of any mans houſe, or laying open any garden or orchard): who in common grounds or where the ſoyle is wet, myrie, or verie rockie ſhall lay out ſuch high-wayes the wyder, viz: ſix, eight, ten or more rods. | By whom layd out. Places exempted. |
| | Provided that if any man be therby damaged in his improved ground the town ſhall make him reaſonable ſatisfaction by eſtimation of thoſe of the two towns that layd out the ſame. And if ſuch perſons deputed cannot agree in either caſe it ſhall be referred to the County Court of that Shire; or to the Court of Aſſiſtants who ſhall have power to hear and determin the Caſe. And if any perſon finde himſelfe juſtly grieved with any act or thing done by the perſons deputed aforeſaid: he may appeal to the County Court aforeſaid, or to the Court of Aſſiſtants, but if he be found to complain without cauſe he ſhall ſurely pay all charges of the parties and Court during that Action and alſo be fined to the Countrie as the Court ſhall adjudge. [1639] | Recompence to Propriet: Appeal. |
| | 2 It is ordered and declared that the ſelected Towns-men of everie town have power to lay out (by themſelves or others) particular and private wayes concerning their own town only: ſo as no damage be done to any man without due recompence to be given by the judgement of the ſaid Towns-men, and one or two choſen by the ſaid Towns-men and one or two choſen by the partie: and if any man ſhall finde himſelfe juſtly greived he may appeal to the next County Court of that Shire who ſhall doe juſtice therin on both hands as in other caſes of appeals. [1642] | Private wayes in towns. |
| | 3 UPON information that divers high-wayes are much annoyed and incumbred by gates and rayls erected upon them, it is ordered and enacted by the Authoritie of this Court, | |
| | That upon any information or complaint made either to the court of Aſſiſtants, or any County Court or to any Magiſtrate of any ſuch gates or rayls erected, or to be erected upon any common high-way, the ſame Court or Magiſtrate ſhall appoint a Committee of diſcreet and indifferent men to view ſuch incumbrance, and to order the reformation therof. And if the parties whom it ſhall concern ſhall not ſubmit to ſuch orders, they ſhall require them to appear at the next Court for that Shire: and alſo ſhall certifie the incumbrance found and order by them made, under their hands unto the ſaid Court, or appear in perſon to proſecute the cauſe; where it ſhall be heard and determined for the eaſe and conveniencie of Travellers, with due reſpect to the Proprietors coſt and damage, but no perſon ſhal ſtand charged with the repair of common high-wayes through his own ground. [1647] | One Magiſtr. power to order redreſs. |

### Idlenes.

IT is ordered by this Court and Authoritie therof, that no perſon, Houſholder or other ſhall ſpend his time idlely or unprofitably under pain of ſuch puniſhment as the Court of Aſſiſtants or County Court ſhall think meet to inflict. And for this

<small>Constable's care and duties</small>

this end it is ordered that the Constable of everie place shall use speciall care and diligence to take knowledge of offenders in this kinde, especially of common coasters, unproffitable fowlers and tobacco takers, and present the same unto the two next Assistants, who shall have power to hear and determin the cause, or transfer it to the next Court. [1633]

<small>The power of two Assistants</small>

## Jesuits.

THIS Court taking into consideration the great wars, combustions and divisions which are this day in Europe: and that the same are observed to be raysed and fomented chiefly by the secret underminings, and sollicitations of those of the Jesuiticall Order, men brought up and devoted to the religion and court of Rome; which hath occasioned divers States to expell them their territories; for prevention whereof among our selves, It is ordered and enacted by Authoritie of this Court,

That no Jesuit, or spirituall or ecclesiasticall person [as they are termed] ordained by the authoritie of the Pope, or Sea of Rome shall henceforth at any time repair to, or come within this Jurisdiction: And if any person shal give just cause of suspicion that he is one of such Societie or Order he shall be brought before some of the Magistrates, and if he cannot free himselfe of such suspicion he shall be committed to prison, or bound over to the next Court of Assistants, to be tryed and proceeded with by Banishment or otherwise as the Court shall see cause: and if any person so banished shall be taken the second time within this Jurisdiction upon lawfull tryall and conviction shall be put to death. Provided this Law shall not extend to any such Jesuit, spirituall or ecclesiasticall person as shall be cast upon our shoars, by ship-wrack or other accident, so as he continue no longer then till he may have opportunitie of passage for his departure; nor to any such as shall come in company with any Messenger hither upõ publick occasions, or any Merchant or Master of any ship, belonging to any place not in enmitie with the State of England, or our selves, so as they depart again with the same Messenger, Master or Merchant, and behave themselves in-offensively during their aboad heer. [1647]

<small>One Magister</small>
<small>Banishment</small>

## Impost.

IT is ordered by Authoritie of this Court that Worronoco upon Conedicot lying within this Jurisdiction shall be, and be reputed as a part of the town of Springfield and lyable to all charges there, as other parts of the same town, until upon erecting some other Plantation neer unto it it shall be thought fit by this Court to annex it to such new Plantation.

It is also ordered that the Trading-house at Worronoco and all other Trading-houses erected or to be erected, maintained or used within this Jurisdiction, for trading with the Indians only or chiefly shall be contributarie to all publick and common charges, both in Town and Countrie, and everie such person as shall inhabit or trade in any such Trading-house or neer the same shall pay unto the publick Treasurie (by the hands of such as shall be assigned to receive the same) for everie skin of Beaver, Otter, Bear or Moose two pence. And if such person so assigned shall have cause to suspect that any such Trader hath not given a true account of all such skins so traded, he shall inform one of the next Magistrates thereof, who shall send for such Trader and require him to deliver account upon his oath, which if he shall refuse to doe, he may commit him to prison or take Bond with Suretie for his appearance at the next Court of Assistants to answer his contempt, and be proceeded with according to justice.

And it is farther ordered that all such skins so received, by way of trading, in, or neer any such Trading-house for which the said Impost of two pence a skin shall not be satisfied within one week after demaund therof shall be forfeited to the publick Treasurie, or the value therof; to be levied by Warrant from any one Magistrate upon any skins or other goods in such Trading-house. [1647]

<small>Worronoco.</small>
<small>Trading-houses.</small>
<small>Two pence a skin.</small>
<small>Forfeit.</small>

2 For the better support of the Government of this Common-wealth and the maintainance of Fortificatious for the protecting and safe-guarding of our Coasts and Harbours, for our selves and others that come to trade with us, it is ordered by this Court and the Authoritie thereof,

That every person, Merchant, Seaman, or other that shall bring wines into any our Harbours, in any ships or vessels whatsoever (except they come directly from England as their first Port) before they land any of the said wines, more or lesse, shall first make entrie of as many Buts, Pipes, or other vessels, as they or any of them shall put on shore, by a note under their hands, delivered unto the Officer at his house (who is to receive the Customs) upon pain of forfeiture and confiscation of all such wines as are landed before such entrie made, wheresoever found, the one halfe to the Countrie, the other halfe to the Officer: and the Merchants or Owners of such wines of any kinde, as soon as he lands them, shall deliver and pay unto the said Officer, what is due for Custom of them according to this Order, in wine according to the proportion of the goodness of the parcel that is brought in, as the Officer and Owner can agree, to the contentment and satisfaction of the said Officer, or else the Owner and Officer to nominate a third man who shall put a finall price between them, in point of valuation of the wines for Customs: but if they cannot agree, upon notice from the Officer unto the Treasurer for the time being, he shall determin the price thereof, and being so ordered the Officer and Merchant shall accept thereof.

And it is farther ordered that he that is the cheife Officer to receive such Customes shall have under him a Deputie or Deputies who shall be as Searchers or waytors in severall places to take up such wines, by the cheif Officers appointment, and to take notice of what is landed in any place that the Country be not defrauded, who shall have such due recompence as the cheif Officer in his discretion shall agree with them for, either by the Butt or Pipe or by the year. All wines to pay customs according to these rates following viz: for every Butt or pipe of Fyall wines or any other wines of those Western Islands five shillings. For everie Pipe of Madaria wines six shillings eight pence. For everie Butt or Pipe of Sherris sack, Malego or Canarie wines ten shillings. For Muscadels, Malmsies and other wines from the Streights ten shillings. For Bastards, Tents & Alligants ten shillings: and proportionably for greater or lesser vessels of each kinde. For everie Hogshead of French wines two shillings six pence, and proportionably for greater or lesser vessels.

And for better recovering of any such Customs of wines or forfeitures, for not entering according to this Order and for refusing of payment of such Customs to the satisfaction of the Officer, it is farther ordered,

That the said Officer hath heerby power and is required to goe into all Houses or Cellars where he knoweth or suspecteth any wine to be, and from time to time shall seiz upon such wines as are not entred according to this Order: and also seiz upon, and take possession of so much wines as to make payment of what Custom is due according to entries made, and is refused or neglected to be paid in due manner according to this Order. And all Constables and other Officers are heereby required to assist and ayd the Officer in the discharge of his duty, and helping to break open such Houses or Cellars, if the Owners of such wines shal refuse to open their doors or deliver their keys in a peacable way. And any Smith, Carter, Owner of boat, Porter or other that shall be required by the Officer to put to their hand to help and assist in taking, loading & transporting such wines for the use of the Countrey, and shall refuse or neglect such service for due hire shall forfeit to the common Treasurie ten shillings for everie such default, to be levied by the Constable by warrant from any one Magistrate. And all debts due unto the Countrie for custom of wines, where wines are not to be found, they are to be recovered by way of Action, according to a course of law as in other cases, and this Order to be in force to recover Customs from all those that have landed wine in this Jurisdiction already and not payd Custom.

<small>Entrie of wine</small>
<small>on payn of forfeiture.</small>
<small>Custom when payd.</small>
<small>Customers Deputie.</small>
<small>Rates of wine</small>
<small>Customers power.</small>
<small>Constables &c. to ayd the Customer.</small>
<small>on penaltie of 10 s.</small>
<small>Custom recovered by Actiõ</small>

## Impresses.

<small>Only by Gen Court upō du recompence.</small>

IT is ordered, and by this Court declared, that no man shall be compelled to any publick work, or service, unlesse the Presse be grounded upon some act of the Generall Court; and have reasonable allowance therfore;

<small>Pres. free, for delay's</small>

nor shall any man be compelled in person to any office, work, wars, or other publick service that is necessarily and sufficiently exempted, by any naturall or personall impediment ; as by want of years,

<small>from barren wars.</small>

greatnes of age, defect of minde, failing of senses, or impotencye of lims . Nor shall any man be compelled to go out of this Jurisdiction upon any offensive wars, which this

<small>limitation.</small>

Common-wealth, or any of our freinds or confoederates shall voluntarily undertake; but only upō such vindictive and defensive wars, in our own behalf, or the behalf of our freinds and confoederates; as shall be enterprized by the counsell, and consent of a Generall Court, or by Authoritie derived from the same . Nor shall any mans cattle or

<small>for cattle and goods. Limitation twofold.</small>

goods of what kinde soever be pressed, or taken for any publick use or service; unles it be by *Warrant* grounded upon some act of the General Court : nor without such reasonable prizes and hire as the ordinarie rates of the Countrie doe afford . And if his

<small>Recompence</small>

cattle or goods shall perish, or suffer damage in such service, the Owner shall be sufficiently recompenced. [1641]

## Imprisonment.

<small>Who be bayl-able.</small>

IT is ordered, and by this Court declared; that no mans person shall be restreined or imprisoned by any authoritie whatsoever before the Law hath sentenced him therto: if he can put in sufficient securitie, *Bayle* or *Mainprize* for his appearance, and good behaviour in the mean time: unles it be in crimes Capital, and contempt in open Court, and in such cases where some expresse Act of Court doth allow it. [1641]

## Indians.

<small>Licence to buy their land</small>

IT is ordered by Authoritie of this Court ; that no person whatsoever shall henceforth buy land of any Indian, without licence first had & obtained of the Generall Court: and if any shall offend heerin, such land so bought shall be forfeited to the Countrie .

<small>none must repair their guns</small>

Nor shall any man within this Jurisdiction directly or indirectly amend, repair, or cause to be amended or repaired any gun, small or great, belonging to any Indian, nor shall indeavour the same . Nor shall sell or give to any Indian, directly or indi-

<small>nor sell guns or amunition on pean of 10 li.</small>

rectly any such gun, or any gun-powder, shot or lead, or shot-mould, or any militarie weapons or armour: upon payn of ten pounds fine, at the least for everie such offence: and that the court of Assistants shall have power to increase the Fine; or to impose cor-

<small>Who may restrein them for prosaning the Sabbath.</small>

porall punishment (where a Fine cannot be had) at their discretion .
It is also ordered by the Authoritie aforesaid that everie town shall have power to restrein all Indians from profaning the Lords day. [1633 1637 1641]

2 *Wheras it was ordered by this Court that notwithstanding the former Lawes, made against selling of guns, powder and Amunition to the Indians, they are yet supplyed by indirect means, it is therfore ordered by this Court and Authoritie therof ;*

<small>No arms sold to Indians or whosoever dos it the sence.</small>

That if any person after publication hereof, shall sell, give or barter any gun or guns, powder, bullets, shot or lead to any Indian whatsoever, or unto any person inhabiting out of this Jurisdiction without licence of this Court, or the court of Assis-

<small>no forft. for a gun so li. for 1 li. powder 5 li. 1 li. shot &c. 40 s.</small>

tants, or some two Magistrates, he shall forfeit for everie gun so sold, given or bartered ten pounds: and for everie pound of powder five pounds: and for everie pound of bullets, shot or lead fourty shillings: and so proportionably for any greater or lesser quantitie. [1642]

<small>preservation of their corn.</small>

3 It is ordered by this Court and Authoritie therof, that in all places, the English and such others as co-inhabit within our Jurisdiction shall keep their cattle frō destroying the Indians corn, in any ground where they have right to plant; and if any of their corn be destroyed for want of fencing, or hearding; the town shall make satisfaction of the damage did arise . Provided that the Indians shall make proof that the cattle of such a town, farm, or person did the damage . And for encouragement of

---

of the Indians toward the fencing in of their corn fields, such towns, farms or persons, whose cattle may annoy them that way, shall direct, assist and help them in felling of <small>Help in Fencing.</small>
trees, ryving, and sharpening of rayls, & holing of posts : allowing one English-man to three or more Indians . And shall also draw the fencing into place for them, and allow one man a day or two toward the setting up the same, and either lend or sell them tools to finish it . Provided that such Indians, to whom the Countrie, or any town hath given, or shall give ground to plant upon, or that shall purchase ground of the English shall fence such their corn fields or ground at their own charge as the English doe or should doe ; and if any Indians refuse to fence their corn ground (being tendred help as aforesaid) in the presence and hearing of any Magistrate or selected Townsmen being met together they shall keep off all cattle or lose one half of their damages.

And it is also ordered that if any harm be done at any time by the Indians unto the <small>Indians hurting cattle satisfaction.</small>
English in their cattle; the Governour or Deputie Governour with two of the Assistants or any three Magistrates or any County Court may order satisfaction according to law and justice . [1640 1648]

4 *Considering that one end in planting these parts was to propagate the true Religion unto the Indians : and that divers of them are become subjects to the English and have ingaged themselves to be willing and ready to understand the Law of God, it is therfore ordered and decreed,*

That such necessary and wholsom Laws, which are in force, and may be made from time to time, to reduce them to civilitie of life shall be once in the year (if the times be safe) made known to them, by such fit persons as the General Court shall nominate, having the help of some able Interpreter with them .

*Considering also that interpretation of tongues is appointed of God for propagating the Truth: and may therfore have a blessed successe in the hearts of others in due season, it is therfore faither ordered and decreed ,*

That two Ministers shall be chosen by the Elders of their Churches everie year at <small>Means for their instruction in Religion</small>
the Court of Election, and so be sent with the consent of their Churches (with whomsoever will freely offer themselves to accompany them in that service) to make known the heavenly counsell of God among the Indians in most familiar manner, by the help of some able Interpreter ; as may be most available to bring them unto the knowledge of the truth, and their conversation to the Rules of Jesus Christ . And for that end that somthing be allowed them by the General Court, to give away freely unto those Indians whom they shall perceive most willing & ready to be instructed by them.

And it is farther ordered and decreed by this Court; that no Indian shall at any <small>Against their salse worship.</small>
time *powaw*, or performe outward worship to their false gods: or to the devil in any part of our Jurisdiction ; whether they be such as shall dwell heer, or shall come hither : and if any shall transgresse this Law, the *Powawer* shall pay five pounds; the Procurer five pounds; and every other countenancing by his presence or otherwise being of age of discretion twenty shillings . [1646]

## Inditements .

IF any person shall be indicted of any capital crime (who is not then in *durance*) & shall refuse to render his person to some Magistrate within one month after three Proclaimations publickly made in the town where he usually abides, there being a month betwixt Proclaimation and Proclaimation, his lands and goods shall be seized to the use of the common Treasurie, till he make his lawfull appearance. And such withdrawing of himselfe shall stand in stead of one wittnes to prove his crime, unles he can make it appear to the Court that he was necessarily hindred. [1646]

## In-keepers, Tippling, Drunkenes.

FORASMUCH as there is a necessary use of houses of common entertainment in every Common-wealth, and of such as retail wine, beer and victuals; yet because there are so many abuses of that lawfull libertie, both by persons entertaining and persons entertained, there is also need of strict Laws and Rules to regulate such an employment: It is therfore ordered by this Court and Authoritie therof ;

That

| | |
|---|---|
| No common Victualler, Cook, Vintner &c. without licence. | That no person or persons shall at any time under any pretence or colour whatsoever undertake to be a common Victualer, Keeper of a Cooks shop, or house for common entertainment, Taverner, or publick seller of wine, ale, beer or strongwater (by re-tale), nor shall any sell wine privately in his house or out of doors by a lesse quantitie, or under a quarter cask: without approbation of the selected Townsmen and Licence of the Shire Court where they dwell: upon pain of forfeiture of five pounds for everie such offence, or imprisonment at pleasure of the Court, where satisfaction cannot be had. |
| On pen: 5 li. | |
| Signe | And every person so licenced for common entertainment shall have some inoffensive Signe obvious for strangers direction, and such as have no such Signe after three months so licenced from time to time shall lose their licence : and others allowed in their stead . And any licenced person that selleth beer shall not sell any above two pence the ale-quart : upon penaltie of three shillings four pence for everie such offence. And it is permitted to any that will to sell beer out of doors at a pennie the ale-quart and under. |
| No beer above two pence the quart Any may sel out of doors of 1 d. a quart | |
| In-holders forfeit | Neither shall any such licenced person aforesaid suffer any to be drunken, or drink excessively *viz*: above half a pinte of wine for one person at one time; or to continue tippling above the space of half an hour, or at unseasonable times, or after nine of the clock at night in, or about any of their houses on penaltie of five shillings for everie such offence. |
| Penalty of drunknes to fa. extr: 5 li. & Tipli unseasonably. | And everie person found drunken *viz*: so that he be therby bereaved or disabled in the use of his understanding, appearing in his speech or gesture in any the said houses or elsewhere shall forfeit ten shillings. And for excessive drinking three shillings four pence. And for continuing above half an hour tippling two shillings six pence. And for tippling at unseasonable times, or after nine a clock at night five shillings: for everie offence in these particulars being lawfully convict therof. And for want of payment such shall be imprisoned untill they pay: or be set in the *Stocks* one hour or more [in some open place] as the weather will permit not exceeding three hours at one time. |
| Stocks. | |
| Proviso, | Provided notwithstanding such licenced persons may entertain sea-faring men, or land travellers in the night-season, when they come first on shore, or from their journy for their necessarie refreshment, or when they prepare for their voyage or journie the next day early; so there be no disorder among them; and also Strangers, Lodgers or other persons in an orderly way may continue in such houses of common entertainment during meal times, or upon lawfull busines what time their occasions shall require. |
| The laws further extent | Nor shall any Merchant, Cooper, Owner or Keeper of wines or other persons that have the government of wines suffer any person to drink to excesse, or drunkenes, in any their wine-Cellars, Ships, or other vessels or places where wines doe lye; on pain to forfeit for each person so doing ten shillings. |
| Secōd offence double penal: Third offen: Whipping, | And if any person offend in drunkenes, excessive or long drinking the secōd time they shall pay double Fines. And if they fall into the same offence the third time they shall pay treble Fines. And if the parties be not able to pay the Fines then he that is found drunk shall be punished by whipping to the number of ten stripes: and he that offends in excessive or long drinking shall be put into the stocks for three hours when the weather may not hazzard his life or lims. And if they offend the fourth time they shall be imprisoned untill they put in two sufficient Sureties for their good behaviour. |
| Stocks. | |
| Fourth offens | |
| Victualler convict a third time disabled | And it is farther ordered that if any person that keepeth, or heerafter shall keep a common house of entertainmen, shall be lawfully convicted the third time for any offence against this Law: he shall (for the space of three years next ensuing the said conviction) be disabled to keep any such house of entertainment, or sell wine, beer or the like; unles the Court aforesaid shall see cause to continue them. |
| | It is farther ordered that everie In-keeper, or Victuailer shall provide for the entertainment |

| | |
|---|---|
| | of strangers horses *viz*: one or more inclosures for Summer and hay and provender for Winter with convenient stable room and attendance under penaltie of two shillings six pence for everie dayes default, and double damage to the partie therby wronged (except it be by inevitable accident. |
| Provide for horses. | |
| Vintner. | And it is farther ordered by the Authoritie aforesaid, that no Taverner or seller of wine by retale, licenced as aforesaid shall take above nine pounds profit by the Butt or Pipe of wine, (and proportionably for all other vessels) toward his wast in drawing and otherwise: out of which allowance everie such Taverner or Vintner shall pay fifty shillings by the Butt or Pipe and proportionably for all other vessels to the Countrie. For which he shall account with the Auditor general or his Deputie every six months and discharge the same. All which they may doe by selling six pence a quart retale (which they shall no time exceed) more then it cost by the Butt, beside the benefit of their art and mysterie which they know how to make use of. And everie Taverner or Vintner shall give a true account and notice unto the Auditor or his Deputie of everie vessell of wine he buies from time to time within three dayes; upon pain of forfeiting the same or the value therof. |
| pay 50 s. ♉ Butt to the Countrie. | |
| give account. | |
| Two pence a quart for retail of strong waters. | And all such as retale strong waters shall pay in like manner two pence upon everie quart to the use of the Country, who also shall give notice to the Auditor or his Deputie of everie case and bottle or other quantitie they buy within three dayes upon payn of forfeiture as before. |
| Comō houses cleared in Lecture time. | Also it is ordered that in all places where week day Lectures are kept, all Taverners, Victuailers and Tablers that are within a mile of the Meeting-house, shall from time to time clear their houses of all persons to goe to the Meeting, during the time of the exercise (except upon extraordinary cause, for the necessarie refreshing of strangers ūexpectedly repairing to them) upō pain of five shillings for every such offence over and besides the penalties incurred by this Law for any other disorder. |
| One Magistr: may hear &c. | It is also ordered that all offences against this Law may be heard and determined by any one Magistrate, who shall heerby have power by *Warrant* to send for parties, and witnesses, and to examine the said witnesses upon oath and the parties without oath, concerning any of these offences: and upon due conviction either by view of the said Magistrate, or affirmation of the Constable, and one sufficient witnes with circumstances concurring, or two witnesses, or confession of the partie to levie the said severall fines, by *Warrant* to the Constable for that end, who shall be accountable to the Auditor for the same. |
| Fines levied. | |
| Delinquents testimonie. | And if any person shall voluntarily confesse his offence against this Law in any the particulars therof, his oath shall be taken in evidence and stand good against any other offending at the same time. |
| Constb: search | Lastly, it is ordered by the Authoritie aforesaid that all Constables may, and shall from time to time duly make search throughout the limits of their towns upon Lords dayes, and Lecture dayes, in times of Exercise; and also at all other times, so oft as they shall see cause for all offences and offenders against this Law in the particulars therof. And if upon due information, or complaint of any of their Inhabitants, or other credible persons whether Taverner, Victuailer, Tabler or other; they shall refuse or neglect to make search as aforesaid, or shall not to their power perform all other things belonging to their place and Office of Constableship: then upon complaint and due proof before any one Magistrate within three months after such refusall or neglect; they shall be fined for everie such offence ten shillings, to be levied by the Marshal as in other cases by *Warrant* from such Magistrate before whom they are convicted, or *Warrant* from the Treasurer upon notice from such Magistrate. [1645 1646 1647] See *Gaming, Licences.* |
| Constables neglect. | |

### Juries, Jurors.

IT is ordered by this Court and Authoritie therof, that the Constable of everie town upon *Proces* from the Recorder of each Court, shall give timely notice to the Freemen of their town, to choof so many able discreet men as the *Proces* shal direct

Iuries for tryals.
Verdict according to law.
Equitie and law in the same case.
Tryall for life &c: by 12 mē
Iuries for inquirie
may be for tryall alsō.
Positive verdict. Non liquet.
Partiall verdi.
Differ. twixt Jury & Bench diuersl.
Iurie in their doubts may adviseapply none ferv but once a year except.
Furreiners libertie.

which men so chosen he shall warn to attend the Court whereto they are appointed, and shall make return of the *Proces* unto the Recorder aforesaid: which men so chosen shall be impannelled and sworn truly to try betwixt partie and partie, who shall finde the matter of fact with the damages and costs according to their evidence, and the Judges shall declare the Sentence (or direct the Jurie to finde) according to the law. And if there be any matter of apparent equitie as upon the forfeiture of an Obligation, breach of covenant without damage, or the like, the Bench shall determin such matter of equitie .

2 Nor shall any tryall passe upon any for life or banishment but by a special Jurie so summoned for that purpose, or by the General Court.

3 It is also ordered by the Authoritie aforesaid that there shall be Grand-Juries summoned everie year unto the several Courts, in each Jurisdiction; to inform the Court of any misdemeanours that they shall know or hear to be committed by any person or persons whatsoever within this Jurisdiction . And to doe any other service of the Common-wealth, that according to law they shall be injoyned to by the said Court; and in all cases wherin evidence is so obscure or defective that the Jurie cannot clearly and safely give a positive verdict, whether it be Grand, or Petty Jurie, it shall be at their libertie to give a *Non liquet* or a special verdict, in which last, that is, a special verdict the judgement of the Cause shall be left unto the Bench . And all Jurors shall have libertie in matters of fact if they cannot finde the *main issue* yet to finde and present in their verdict so much as they can.

4 And if the Bench and Jurors shall so differ at any time about their verdict that either of them cannot proceed with peace of conscience, the Case shall be referred to the General Court who shall take the question from both and determin it.

5 And it is farther ordered that whensoever any Jurie of tryalls, or Jurors are not clear in their judgements or consciences, concerning any Case wherin they are to give their verdict, they shall have libertie, in open Court to advise with any man they shall think fit to resolve or direct them, before they give in their verdict . And no Free-man shall be compelled to serve upon Juries above one ordinary Court in a year: except Grand-jurie men, who shall hold two Courts together at the least, and such others as shall be summoned to serve in case of life and death or banishment. [1634] [1641 1642] *See Secresie*.

### Iustice.

IT is ordered, and by this Court declared; that every person within this Jurisdiction, whether Inhabitant or other shall enjoy the same justice and law that is general for this Jurisdiction which wee constitute and execute one towards another, in all cases proper to our cognisance without partialitie or delay . [1641]

### Lands, Free lands.

IT is ordered, and by this Court declared; that all our Lands and Heritages shall be free from all *Fines* and *Licences* upon alienations, and from all *Hariots, Wardships, Liveries, Primerseisins,* year, day and waft, *Escheats* and forfeitures, upon the death of Parents or Ancesters, be they natural, unnatural, casual or judicial and that for ever. [1641] *See Abilitie, Escheats, Strangers*.

### Leather.

THIS Court taking into serious consideration the several deceits and abuses which in other places have been and are commonly practised by the Tanners, Curriers and workers of leather, as also the abuses and inconveniences which accrue to the severall members of this Common-wealth, by leather not sufficiently tanned and wrought, which is occasioned by the negligence and unskilfulnes of those severall trades-men which before, in, & after it is in the hands of the Tanner may be much bettered or impaired; for prevention whereof, it is ordered by this Court and the Authoritie therof;

That no person using or occupying the feat or mysterie of a Butcher, Currier, or Shoo-maker

Shoe-maker by himselfe or any other, shall use or exercise the feat or mysterie of a Tanner on pain of forfeiture of six shillings eight pence for everie hyde or skin by him or them so tanned whilest he or they shall use or occupie any of the mysteries aforesaid .

Nor shall any Tanner during his using the said trade of tanning, use or occupie the feat or mysterie of either Butcher, Currier or Shoo-maker by himselfe or any other upon pain of the like forfeiture .

Nor shall any Butcher by himselfe or any other person gash or cut any hyde of ox, bull, steer, or cow in fleaing therof, or otherwise wherby the same shall be impaired or hurt, on pain of forfeiture for everie such gash or cut in any hyde or skin twelve pence .

Nor shall any person or persons henceforth bargain, buy, make any contract, or bespeak any rough hyde of ox, bull, steer or cow in the hair, but only such persons as have and doe use and exercise the art of tanning.

Nor shall any person or persons using, or which shall use the mysterie or facultie of tanning at any time or times heerafter, offer or put to sale any kinde of leather, which shall be insufficiently or not throughly tanned, or which shall not then have been after the tanning therof well and throughly dryed, upon pain of forfeiting so much of his or their said leather as by any Searcher or Sealer of leather lawfully appointed shall be found insufficiently tanned, or not throughly dryed as aforesaid.

Nor shall any person or persons using or occupying the mysterie of tanning, set any their Fats in tan-hills or other places, where the woozes or leather put to tan in the same shall or may take any unkinde heats; nor shall put any leather into any hot or warm woozes whatsoever on pain of twenty pounds for everie such offence .

Nor shall any person or persons using or occupying the mysterie or facultie of currying, currie any kinde of leather, except it be well and throughly tanned; nor shall currie any hyde being not throughly dryed after his wet season; in which wet season he shall not use any stale, urin, or any other deceitfull or subtil mixture, thing, way or means to corrupt or hurt the same : nor shall currie any leather meet for utter sole leather with any other then good hard tallow, nor with any lesse of that then the leather will receive : nor shall currie any kinde of leather meet for upper leather and inner soles, but with good and sufficient stuffe, being fresh and not salt, and throughly liquored till it will receive no more : nor shall burn or scald any hyde or leather in the currying, but shall work the same sufficiently in all points and respects, on pain of forfeiture for everie such offence or act done contrary to the true meaning of this Order the full value of everie such hyde marred by his evil workmanship or handling, which shall be judged by two, or more sufficient and honest skilfull persons, Curriers or others, on their oath given to them for that end by any Assistant .

And everie town where need is, or shall be, shall choose one or two persons of the most honest and skilfull within their severall Townships, and present them unto the County Court, or one Magistrate who shall appoint and swear the said persons; by their discretion to make search and view within the Precincts of their limits as oft as they shall think good and need shall be, who shall have a Mark or Seal prepared by each town for that purpose, and the said Searchers or one of them shall keep the same, and therewith shall seal such leather as they shall finde sufficient in all points and no other .

And if the said Searchers, or any of them shall finde any leather fold, or offered to be sold, brought, or offered to be searched or sealed, which shall be tanned, wrought, converted or used contrary to the true intent and meaning of this Order, it shall be lawfull for the said Searchers, or any of them to seiz all such leather and to retain the same in their custodie, untill such time as it be tryed by such Tryers, and

Butcher Currier Shoomer or Tanner
Tanner no Butcher, Currier Shoom
Gash hyde or skin 12 d
Rough hyds
well tañed & dryed. Penaltie.
Leather taking skinde heats. Penaltie 20 li
Curriers duty
Penaltie.
Searchers sworn, their dutie
to seale.
Its defection

E 3