New York (City)

# ORDINANCES

OF THE

# Mayor, Aldermen and Commonalty

OF THE

# CITY OF NEW YORK,

IN FORCE JANUARY 1, 1881;

REVISED BY

ELLIOTT F. SHEPARD AND EBENEZER B. SHAFER,

COMMISSIONERS APPOINTED FOR THAT PURPOSE.

---

ADOPTED BY THE COMMON COUNCIL AND PUBLISHED BY THEIR AUTHORITY.

---

NEW YORK:
MARTIN B. BROWN, PRINTER AND STATIONER,
Nos. 49 AND 51 PARK PLACE.

1881.

Digitized by Google     Original from PRINCETON UNIVERSITY

214     MISCELLANEOUS ORDINANCES.

**Surplus.**  SEC. 260. The surplus money, if any, arising from any such sale, after deducting the amount of the loan, the interest then due on the same, and the expenses of the advertisement and sale, shall be paid over by the pawnbroker, loanbroker, or keeper of a loan office, to the person who would be entitled to redeem the pledge in case no such sale had taken place.

**Regulations**  SEC. 261. No pawnbroker, loanbroker or keeper of a loan office shall make any loan on the separate or divided part or parts of any one article or thing, and which article or thing shall have been offered entire or collectively to him or her by way of pawn or pledge.

**Ibid.**  SEC. 262. No pawnbroker, loanbroker, or keeper of a loan office, shall, under any pretense whatever, purchase or buy any second-hand furniture, metals or clothes, or any other article or thing whatever, offered to him or her as a pawn or pledge.

**Penalties.**  SEC. 263. Every pawnbroker, loanbroker, or keeper of a loan office, who shall violate or neglect or refuse to comply with any or either of the provisions of sections of this article shall, for every such offense, forfeit and pay the sum of one hundred dollars.

## ARTICLE XXVII.

### *Carrying of Pistols.*

**Concealed weapons.**  SEC. 264. Every person, except judges of the federal, state and city courts, and officers of the general, state and municipal governments, authorized by law to make arrests, and persons to whom permits shall have been issued, as hereinafter provided, who shall have in his

possession within the city of New York a pistol of any description concealed on his person, or not carried openly, shall be deemed guilty of a misdemeanor, and shall be punished, on conviction, by a fine not exceeding ten dollars, or, in default of payment of such fine, by imprisonment not exceeding ten days.

SEC. 265. Any person, except as provided in this article, who has occasion to carry a pistol for his protection, may apply to the officer in command at the station-house of the precinct where he resides, and such officer, if satisfied that the applicant is a proper and law-abiding person, shall give said person a recommendation to the superintendent of police, or the inspector in command at the central office in the absence of the superintendent, who shall issue a permit to the said person, allowing him to carry a pistol of any description. Any non-resident who does business in the city of New York, and has occasion to carry a pistol while in said city, must make application for permission to do so to the officer in command of the station-house of the police precinct in which he so does business, in the same manner as is required by residents of said city, and shall be subject to the same conditions and restrictions. *Permits to carry pistols*

SEC. 266. If, at the time of the arrest, a pistol of any description shall be found concealed on the person of, or not carried openly by any one arrested, the officer making the arrest shall state such fact to the police magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner for violation of the provisions of this article. *Complaint for carrying concealed weapons.*

Revocation of permission to carry pistols.

SEC. 267. The commissioners of police of the police department of the city of New York are hereby authorized and empowered, for reasons appearing to be satisfactory to them, by a vote of a majority of a quorum of said commissioners on ayes and noes, to annul or revoke any permission given under this article. All persons to whom such permission shall be given are hereby declared to be individually responsible for their own acts, or the consequences that may arise from the use of pistols carried under the permission to be obtained as provided in this article.

## ARTICLE XXVIII.

*Snow-ploughs and Sweeping-machines by Railroad Companies and others in the City of New York.*

Snow-ploughs.

SEC. 268. It shall not be lawful for any or either of the street or horse-car railroads or stage companies, proprietors or corporations, within the limits of the city of New York, or their officers, agents or servants,

Sweeping-machines.

to cause or allow any snow-plough, sweeping-machine or other similar instrument to pass over the tracks or lines occupied or used by them within the said limits, unless by the express permission in that behalf to be granted to them by the mayor.

Fines.

SEC. 269. Any of the said companies, proprietors or corporations who shall violate the provisions of the above section, shall be punished by a fine not exceeding one hundred dollars for each offense, and the officers, agents or servants of such companies, proprietors or corporations who shall violate the said provisions