are situated, to give this act specially in charge of the grand jury of said county.

SEC. 4. It is hereby made the duty of the board of public works, when any of the provisions of this act have been violated, to forthwith notify the attorney-general, and said attorney-general shall immediately commence suit upon the bond so given, in the name of the state of Ohio. *Duties of board and attorney-general.*

SEC. 5. This act shall apply as well to the parties who have heretofore used and are now using the waters of the canals of this state as to those who may hereafter so desire to do. The board of public works are hereby required, upon the passage of this act, to shut off and forbid the drawing of water or use of water, contrary to the requirements of this act, until the conditions herein provided shall have been fully complied with; and the chief engineer of the public works shall, by actual survey, determine the number of acres included in any pond so to be flooded, which shall be conclusive, and a record of which shall be kept in the office of the board of public works; and the cost of making such survey shall be paid by the parties so applying, and in determining the amount of such cost the certificate of said chief engineer shall be conclusive; and the board of public works are hereby authorized to increase or diminish the rates of toll as fixed by the law of 1858, when the boat travels or freight is carried less than fifty miles on any of the canals of this state. *Apply to all parties.* *Duties and powers of the board.*

SEC. 6. Should the public works of the state be leased, then the drawing of the water for the purposes herein mentioned shall be under the exclusive direction and control of said lessees, and the amount of rent so due shall be paid said lessees. *If public works are leased.*

SEC. 7. This act shall take effect and be in force from and after its passage.

JAMES E. NEAL,
*Speaker of the House of Representatives.*
JABEZ W. FITCH,
*President of the Senate.*

Passed June 21, 1879.

---

[Senate Bill No. 243.]

## AN ACT

### To define and suppress tramps.

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That any person, not being in the county in which he usually lives or has his home, who is found going about begging, and asking subsistence by charity, shall be taken and deemed to be a tramp. *Who shall be deemed a tramp.*

192

Penalties of tramps.

SEC. 2. That any tramp who shall enter any dwelling-house, or shall enter the yard or enclosure about any dwelling-house, against the will or without the permission of the owner or occupant thereof, or shall not, when requested, immediately leave such place, or shall be found carrying any fire-arms or other dangerous weapons, or shall do or threaten to do any injury to any person, or shall do or threaten to do any injury to the real or personal estate or property of another, shall, upon conviction thereof, be imprisoned in the penitentiary not less than one year nor more than three years.

Apprehending offender.

SEC. 3. That any person, upon view of the offense described in this act, may apprehend the offender, and take him before a justice of the peace for examination.

SEC. 4. This act shall not apply to any female or blind person.

SEC. 5. This act shall take effect and be in force from and after the first day of July, 1879.

JAMES E. NEAL,
*Speaker of the House of Representatives.*
JABEZ W. FITCH,
*President of the Senate.*

Passed June 12, 1879.

---

[House Bill No. 1083.]

AN ACT

To provide for printing and distributing the laws of the present session, and the revised statutes in permanent form, and to repeal an act therein named.

Publication of laws.

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That there shall be printed not more than fifteen thousand copies of all the laws and joint resolutions of the present session of the general assembly, except the revision of the general statutes.

SEC. 2. No part of said edition shall be distributed until the whole is bound, when the same shall be distributed according to law, except six copies in forms of sixteen pages, which shall be sent to each member of the present general assembly as soon as printed.

Revised statutes.

SEC. 3. There shall be published in two volumes, in permanent form, twelve thousand copies of the revised and consolidated statutes, enacted at the present session of the general assembly; the printing and other work shall be let out by special contract as hereinafter provided, and M. A. Daugherty, John S. Brasee, and George B. Okey shall prepare, edit, and superintend such publication, including proof-reading. The following mentioned matter shall be prepared by them, and shall be published in either of the volumes as they may find most practicable, viz: the articles