[ 231 ]

## CHAPTER CLXXXVI.

AN ACT to amend the Criminal Laws of this State upon the subject of carrying concealed weapons, and amend Section 4759 of the Code.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That the Act of 1871, Chapter 90, be and is hereby amended, that hereafter it shall not be lawful for any person to carry, publicly or privately, any dirk, razor concealed about his person, sword cane, spanish stilletto, belt or pocket pistol, revolver, or any kind of pistol, except the army or navy pistol, usually used in warfare, which shall be carried openly in the hand, or loaded cane, slung-shot, brass knucks; and any person guilty of a violation of this Act shall be subject to presentment or indictment, and on conviction shall be fined fifty dollars, and imprisoned in the County jail of the County where the offense was committed, the imprisonment only in the discretion of the Court; *Provided*, the defendant shall give good and sufficient security for all the costs, fine, and any jail fees that may accrue by virtue of the imprisonment of the defendant.  <span style="float:right">Offence and penalty.</span>  <span style="float:right">Proviso.</span>

SEC. 2. *Be it further enacted,* That nothing in this Act be so construed as to operate as a pardon for any offense heretofore committed, but persons indicted or presented for carrying dangerous weapons under the law now in force, shall be tried under said laws, and punished as therein required.

SEC. 3. *Be it further enacted,* That the provisions of this Act shall not apply to any person employed in the army, navy, or marine service of the United States, or to any officer or policeman while *bona fide* engaged in his official duties in the execution of process, or while searching for or engaged in arresting criminals, nor to persons who may have been summoned by such officers or policeman in the discharge of their said duties, and in arresting criminals and transporting and turning them over to the proper authorities; and, *Provided, further*, that said persons who may be employed in the army, navy or marine service, as aforesaid, shall only carry such pistols as are prescribed by the army and navy regulations.  <span style="float:right">Soldiers and Police excepted.</span>

SEC. 4. *Be it further enacted,* That all laws and parts

[ 232 ]

of laws that come in conflict with the provisions of this Act be and the same are hereby repealed; *Provided*, that any person convicted of an offense under this Act shall, not be deprived of the right of voting or holding office.

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*
J. R. NEAL,
*Speaker of the Senate.*

Approved, March 27, 1879.

ALBERT S. MARKS,
*Governor.*

o ———

## CHAPTER CLXXXVII.

AN ACT to amend an Act approved March 6th, 1873, entitled, "An Act to establish and maintain a uniform system of Public Schools."

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That Section 31 of the Act approved March 6th, 1873, entitled "An Act to establish and maintain a uniform system of Public Schools," be so amended as to add to the curriculum of studies prescribed therein, the study of the elementary principles of Agriculture. [*Study of Agriculture enjoined*]

SEC. 2. *Be it further enacted,* That the Superintendent of Public Instruction of this State, and Commissioner of Agriculture shall be constituted a Commission to procure the preparation of, or the designature of, a work on the "Elementary Principles of Agriculture," which shall be taught in the Public Schools of the State, as are the other studies prescribed in the 21st Section of the Public School Law; *Provided,* no monies are to be paid by the State or out of the school fund for the preparation of the necessary book. [*Superintendent Public Instruction and Commissioner Agriculture to design book.*]

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*
J. R. NEAL,
*Speaker of the Senate.*

Approved March 27, 1879.

ALBERT S. MARKS,
*Governor.*