
Case 1:22-cv-00986-GTS-CFH   Document 49-32   Filed 10/13/22   Page 1 of

# Municipal Ordinances

## OF THE

# CITY OF TROY

### 1905

**RULES AND REGULATIONS**
of the
**HEALTH DEPARTMENT**

**RULES AND REGULATIONS**
With Reference to the
**WATER WORKS**


Digitized by Google  Original from HARVARD UNIVERSITY

Case 1:22-cv-00986-GTS-CFH   Document 49-32   Filed 10/13/22   Page 2 of

AN ORDINANCE REGULATING THE CARRYING OF LOADED FIREARMS AND OTHER DANGEROUS WEAPONS IN THE CITY OF TROY.

Passed May 4, 1905.

*The City of Troy in Common Council convened, ordains as follows:*

SECTION 1. Any person, other than a peace officer, who shall in any public street, highway or place within the City of Troy, have or carry concealed upon his person any loaded pistol, revolver, or other firearm, or any slungshot, billy, sand-club, or a dagger, dirk, stilletto, or dangerous knife, without theretofore having been authorized as hereinafter provided to carry the same, shall be guilty of a misdemeanor, punishable by a fine not exceeding one hundred and fifty dollars or by imprisonment in a penitentiary or county jail for not more than one hundred and fifty days, or by both.

§ 2. Any person, except as provided in this ordinance, who has occasion to carry a loaded revolver, pistol or firearm for his protection, may apply to the commissioner of public safety—and such officer, if satisfied that the applicant is a proper and lawabiding person, shall give the said person a permit allowing him to carry such loaded firearm for such period of time as he may deem proper. Any non-resident who does business in the City of Troy, and has occasion to carry a loaded pistol, revolver, or firearm while in the said city, must make application for permission to do so, to the commissioner of public safety, in the same manner as is required of residents of said city, and shall be subject to the same conditions and restrictions.

§ 3. If, at the time of arrest, a loaded pistol, revolver, or firearm of any description or slungshot, billy, sand club, or a dagger, dirk, stilletto, or dangerous knife, shall be found concealed on the person of the one arrested, the

Generated on 2021-06-15 14:19 GMT  /  https://hdl.handle.net/2027/hvd.li21x4
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google     Original from
HARVARD UNIVERSITY

officer making the arrest shall state such fact to the Magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner, for violation of the provisions of this ordinance.

§ 4. The commissioner of public safety is hereby authorized and empowered, for reasons appearing to be satisfactory to him, to annul, or revoke any permission given under this ordinance. Every person to whom a permit shall be given as above provided, shall pay therefore, the sum of two dollars and fifty cents; which shall be applied in aid of the police pension fund; and a return in detail, shall be made monthly by the commissioner of public safety, to the comptroller of the city, of the amount so received and credited. All persons to whom such permission shall be granted are hereby declared to be individually responsible for their own acts or the consequences that may arise from the use of loaded pistols, revolvers, or firearms, carried under the permission obtained as provided in this ordinance.

§ 5. All ordinances or parts of ordinances of the City of Troy, inconsistent with the provisions of this ordinance are hereby repealed.

§ 6. This ordinance shall take effect immediately.

Generated on 2021-06-15 14:20 GMT / https://hdl.handle.net/2027/hvd.li21x4
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY