Case 1:22-cv-00986-GTS-CFH   Document 49-34   Filed 10/13/22   Page 1 of 3

# MUNICIPAL CODE

OF THE

## CITY OF ALBANY, N. Y.

CONTAINING

The Dongan Charter, Second Class Cities' Law, The Unrepealed Portions of the Former City Charters, General and Special State Laws

APPLICABLE TO

THE CITY OF ALBANY

AND

THE GENERAL CITY ORDINANCES

COMPLETE TO SEPTEMBER, 1910

Compiled and Arranged by Franklin M. Danaher and Charles H. Mills, under the Direction of

ARTHUR L. ANDREWS

*Corporation Counsel*

ALBANY, N. Y.

1910

PRESS OF
THE BRANDOW PRINTING COMPANY
ALBANY, N. Y.

ments for the period of five years from the date of the contract of sale, and for the performance of all other conditions in said contract contained. The amount of such bond and the sufficiency of the sureties to be approved by the Mayor, and its form and manner of execution by the Corporation Counsel or his assistant.

§ 6. All moneys received by the City Treasurer from such sales shall be credited by him as for moneys received for redemption of lands purchased by the city for non-payment of taxes, water rents and assessments.

§ 7. This ordinance shall take effect immediately.

## CHAPTER 72

### An ordinance regulating the carrying of loaded firearms in the City of Albany

Passed March 6, 1905.

*The City of Albany, in Common Council convened, ordains as follows:*

Section 1. Any person, other than a peace officer, who shall in any public street, highway, or place within the city of Albany, have or carry concealed upon his person any loaded pistol, revolver, or other firearm, without theretofore having been authorized as hereinafter provided to carry the same, shall be guilty of a misdemeanor, punishable by a fine not exceeding one hundred and fifty dollars, or by imprisonment in a penitentiary or county jail for not more than one hundred and fifty days, or by both.

§ 2. Any person, except as provided in this ordinance, who has occasion to carry a loaded revolver, pistol, or firearm for his protection, may apply to the Commissioner of Public Safety and such officer, if satisfied that the applicant is a proper and law-abiding person, shall give the said person a permit allowing him to carry such loaded firearms for such period of time as he may deem proper. Any nonresident who does business in the city of Albany, and has occasion to carry a loaded pistol, revolver, or firearm while in the said city, must make application for permission to do so, to the Commissioner of Public Safety, in the same manner as is required of residents of said city, and shall be subject to the same conditions and restrictions.

§ 3. If, at the time of arrest, a loaded pistol, revolver, or firearm of any description shall be found concealed on the person of

Digitized by Google    Original from HARVARD UNIVERSITY

850                GENERAL ORDINANCES

the one arrested, the officer making the arrest shall state such fact to the magistrate before whom the prisoner is brought, and shall make a separate complaint against such prisoner, for violation of the provisions of this ordinance.

§ 4. The Commissioner of Public Safety is hereby authorized and empowered, for reason appearing to be satisfactory to him, to annul, or revoke any permission given under this ordinance. Every person to whom a permit shall be granted as above provided, shall pay therefor, the sum of two dollars and fifty cents; which shall be applied in aid of the Police Pension Fund; and a return in detail, shall be made monthly by the Commissioner of Public Safety, to the Comptroller of the City, of the amount so received and credited. All persons to whom such permission shall be granted are hereby declared to be individually responsible for their own acts, or the consequences that may arise from the use of loaded pistols, revolvers, or firearms, carried under the permission obtained as provided in this ordinance.

§ 5. All ordinances or parts of ordinances of the city of Albany, inconsistent with the provisions of this ordinance are hereby repealed.

---

## CHAPTER 73

### An ordinance determining the number of members of the fire department and the classes or grades in which they shall be divided

Section 1. The number of members of the Fire Department and the classes or grades in which they shall be divided is hereby determined as follows:

There shall be one chief, two permanent assistant chiefs, one clerk, one superintendent of fire alarm, one assistant superintendent of fire alarm, two operators, two linemen, one battery man, one superintendent of the hose and supply depot, one assistant superintendent of hose and supply depot, thirteen foremen, not to exceed thirteen assistant foremen, ten engineers of steamers, ten firemen of steamers, ten drivers of steamers, three tillermen, three drivers of trucks, sixty-four permanent hosemen and laddermen, two relief engineers, one relief fireman, one relief driver, one relief truckman, one call assistant engineer, not to exceed forty-five call hosemen and laddermen, one veterinary surgeon and one department physician.

Generated on 2021-06-15 14:22 GMT / https://hdl.handle.net/2027/hvd.li2h26
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google    Original from HARVARD UNIVERSITY