# GENERAL LAWS

### OF THE

## TWELFTH LEGISLATURE,

### OF THE

# STATE OF TEXAS.

## CALLED SESSION.

**BY AUTHORITY.**



### AUSTIN:

PRINTED BY TRACY, SIEMERING & CO.

1870.

# CHAPTER XLVI.

### AN ACT REGULATING THE RIGHT TO KEEP AND BEAR ARMS.

SECTION 1.  *Be it enacted by the Legislature of the State of Texas,* That if any person shall go into any church or religious assembly, any school room or other place where persons are assembled for educational, literary or scientific purposes, or into a ball room, social party or other social gathering composed of ladies and gentlemen, or to any election precinct on the day or days of any election, where any portion of the people of this State are collected to vote at any election, or to any other place where people may be assembled to muster or to perform any other public duty, or any other public assembly, and shall have about his person a bowie-knife, dirk or butcher-knife, or fire-arms, whether known as a six shooter, gun or pistol of any kind, such person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be fined in a sum not less than fifty or more than five hundred dollars, at the discretion of the court or jury trying the same ; provided, that nothing contained in this section shall apply to locations subject to Indian depredations ; and provided further, that this act shall not apply to any person or persons whose duty it is to bear arms on such occasions in discharge of duties imposed by law.

SEC. 2.  That this act take effect and be in force in sixty days from the passage thereof.

Approved August 12, 1870.

---

# CHAPTER XLVII.

### AN ACT AUTHORIZING THE GOVERNOR TO ORDER AN ELECTION TO BE HELD IN HILL COUNTY FOR THE PERMANENT LOCATION OF THEIR COUNTY SEAT.

SECTION 1.  *Be it enacted by the Legislature of the State of Texas,* That the Governor of the State of Texas be, and is hereby authorized to order an election to be held in the county of Hill, on the second Monday in September, A. D. 1870, (or as soon thereafter as possible), for the permanent location of the county seat of the

64                              GENERAL LAWS.

county of Hill ; said election shall be held at such places and under
such rules and regulations as the Governor may prescribe.

SEC. 2.  That the returns of said election shall be made to the Sec-
retary of State, within twenty days after said election shall have
been held, and the town receiving two-thirds of the votes cast shall
be the permanent county seat of the county of Hill, but should no
place receive two-thirds of the votes cast, the present county seat
shall remain the permanent one.

SEC. 3.  That the Governor shall, within twenty days after the
returns of said election shall have been received, notify the Police
Court of the county of Hill of the result of said election.

SEC. 4.  That this act be in force from and after passage.

Approved August 12, 1870.

---

# CHAPTER XLVIII.

AN ACT MAKING APPROPRIATIONS FOR THE PAYMENT OF THE
EXPENSES OF MAINTAINING RANGING COMPANIES ON THE FRON-
TIER.

SECTION 1.  *Be it enacted by the Legislature of the State of
Texas,* That the sum of seven hundred and fifty thousand dollars,
or so much thereof as may be necessary, be and the same is hereby
appropriated, out of any moneys in the State Treasury (derived
from the sale or hypothecation of the bonds of the State issued for
frontier protection), for the purpose of paying all expenses con-
nected with the organization, arming and maintenance of the ranging
companies on the frontier, called into service under the provisions
of the act approved June 13, 1870.

SEC. 2.  That this appropriation shall be expended under the
direction of the Governor; and the Comptroller of Public Accounts
shall, under the special direction of the Governor, audit all claims
and accounts incurred for the purposes hereinbefore mentioned, and
shall draw his warrant on the Treasurer for the payment of the
same.

SEC. 3.  That this act shall take effect from and after its passage.

Approved August 12, 1870.