# L A W S

OF

# *NEW-YORK,*

FROM

The Year 1691, to 1773 inclusive.

PUBLISHED ACCORDING TO AN ACT OF THE
## GENERAL ASSEMBLY.

**VOLUME THE SECOND.**



QUUM LEGES ALIÆ SUPER ALIAS ACCUMULATÆ, EAS DE INTEGRO RETRACTARE, ET IN CORPUS SANUM ET HABILE REDIGERE, EX USU SIT.
BACON.

### NEW-YORK:

Printed by HUGH GAINE, Printer to the King's Most Excellent Majesty in the Province of New-York,
MDCCLXXIV.

also be necessary to annex to the said Certificate, an Affidavit of the following Tenor, sworn to before any Magistrate in the City of *New-York*: A. B. *being duly sworn, deposeth and saith, That he certainly knows* [or has Affidavits to prove, as the Case may be] *that the* Hemp *mentioned in the above, or the annexed Certificate, was all raised after the first of* March, One thousand seven hundred and sixty-four, *in the Colony of* New-York, *in the County of* [here mentioning the County] *and that no Bounty has yet been paid for it, or any Part of it, to the best of his Knowledge and Belief: And further saith not.* The Inspectors above mentioned, before they enter on the Execution of their Office, shall take an Oath, faithfully to discharge the Duty of Inspectors, according to the Meaning of this Act.

[The Rest of this Act is OBSOLETE.]

<small>4th *GEORGE* III. A. D. 1763.</small>

<small>Form of Affidavit to be sworn to before the Bounty shall be paid.</small>

---

C H A P. MCCXXIX.

An ACT *to regulate the guaging of Wine, Rum, and other Spirituous Liquors, Molasses, and other Purposes therein mentioned.*
Pass'd the 20th December, 1763.

<small>Expired 1st January, 1771.</small>

---

C H A P. MCCXXX.

An ACT *to lay a Duty of Tonnage on Vessels for defraying the Expence of the Light-House on* Sandy-Hook.
Pass'd the 20th December, 1763.

<small>Continued Chap. 1277. Expired 1st January, 1772. Provided for Ch. 1515.</small>

---

C H A P. MCCXXXI.

An ACT *impowering* John Cruger, Robert R. Livingston, Philip Livingston, Leonard Lispenard, *and* William Bayard, *Esquires, to receive from the Colony of* Pennsilvania, *the Sum of* Four Thousand Three Hundred and Sixty-eight Pounds Two Shillings and Six-pence, *Sterling, overpaid to the said Colony, out of the Parliamentary Grant for the Service of the Year One thousand seven hundred and sixty.*
Pass'd the 20th December, 1763.

<small>This Money being received and paid into the Treasury, the Act is therefore Obsolete.</small>

---

C H A P. MCCXXXII.

An ACT *to continue an Act, entitled, An Act for the Relief of Insolvent Debtors, and for repealing the Acts therein mentioned, with an Addition thereto.*
Pass'd the 20th December, 1763.

<small>See Chap. 1148. Continued Ch. 1309.</small>

---

C H A P. MCCXXXIII.

An ACT *to prevent hunting with Fire-Arms in the City of* New-York, *and the Liberties thereof.*
Pass'd the 20th December, 1763.

WHEREAS it has long been the Practice of great Numbers of idle and disorderly Persons in and about the City of *New-York*, and the Liberties thereof, to hunt with Fire-Arms, and to tread down the Grass, and Corn and other Grain standing and growing in the Fields and Inclosures there, to the great Danger of the Lives of his Majesty's Subjects, the Ruin and Destruction of the most valuable Improvements, the grievous Injury of the Proprietors, and the great Discouragement of their Industry.

<small>Preamble.</small>

**4th GEORGE III.**
**A. D. 1763.**

*Penalty for entering with Fire-Arms into any inclosed Land within this City or its Liberties.*

I. In order therefore the more effectually to punish and prevent such Abuses as foresaid, Be it Enacted by his Honour the Lieutenant Governor, the Council, and the General Assembly, and it is hereby Enacted by the Authority of the same, That if any Person or Persons whatsoever, other than the Owner, Proprietor, or Possessor, or his or her white Servant or Servants, do and shall, at any Time or Times from and after the Publication of this Act, carry, shoot, or discharge any Musket, Fowling-Piece, or other Fire-Arm whatsoever, into, upon, or through any Orchard, Garden, Corn-Field, or other inclosed Land whatsoever, within the City of *New-York*, or the Liberties thereof, without Licence in Writing first had and obtained for that Purpose from such Owner, Proprietor, or Possessor of such Orchard,

*Or passing thro' Orchards, &c. without Arms.*

Garden, Corn-Field, or other inclosed Land; or shall enter into, or pass through any Orchard, Garden, Corn-Field or Mowing-Ground, in any of the aforesaid Places without Fire-Arms, and thereof shall be convicted be-

*Before whom Offenders to be convicted.*

fore any Member of his Majesty's Council, either of the Justices of the Supreme Court, or the Mayor, Recorder, or any one of the Aldermen of the City of *New-York*, for the Time being, by the Oath of one credible Witness, or by Confession of the Party offending, he, she, or they so offending, shall severally forfeit and pay for every such Offence, the Sum of *Twenty Shillings*; to be recovered and applied in the Manner herein after directed.

*Forfeitures how to be recovered and applied.*

II. And be it further Enacted by the Authority aforesaid, That every Fine and Forfeiture, which shall accrue upon or by Virtue of this Act, shall be recovered, with reasonable Costs, not exceeding *Ten Shillings*, by any Person or Persons who shall and will sue, and prosecute for the same; One Half of such Fine and Forfeiture when recovered and received, to be applied to his, her, or their own Use; and the other Half thereof to be paid by him, her, or them, to the Church Wardens of the said City for the Time being, for the Use of the Poor thereof.

*Offenders to be imprisoned if the Fines are not paid,*

III. And be it further Enacted by the Authority aforesaid, That every Offender, who shall incur any such Fine or Forfeiture as aforesaid, shall, by Warrant under the Hand and Seal of any Member of his Majesty's Council, Justice of the Supreme Court, or the Mayor, Recorder, or Aldermen before whom he or they shall be convicted, stand and be committed to the Common Goal of the said City, there to remain for the Space of three Months, unless the Fine or Forfeiture, with Costs, be sooner paid. Pro-

*Proviso.*

vided always, That the Members of his Majesty's Council, and the Justices of the Supreme Court, shall be at Liberty to act in the Execution of this Law or not, as to them shall seem fitting.

---

C H A P. MCCXXXIV.

*Expired 1st January, 1770. Provided for Ch. 1441.*

An ACT *to establish the Rates to be taken for Wharfage of Ships and other Vessels using the Wharfs within the Limits therein mentioned,*

Pass'd the 20th December, 1763.

---

C H A P. MCCXXXV.

*Obsolete.*

An ACT *to raise, levy, and collect, the Sum of* Sixty-one Pounds Nineteen Shillings, *in the City and County of* New-York, *for Services performed by the Coroner of the said City and County.*

Pass'd the 20th December, 1763.

C H A P.

Laws Of New-York, From The Year 1691, To 1773 Inclusive. Vol. 2, Hugh Gaine, MDCCLXXIV. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0103403799/MMLP?u=efgssf&sid=bookmark-MMLP&xid=d8a580f7&pg=22. Accessed 12 Oct. 2022.