e 1:22-cv-00986-GTS-CFH   Document 49-71   Filed 10/13/22   Page 1

THE

# LAWS

OF

# MARYLAND,

WITH

THE CHARTER,

THE BILL OF RIGHTS,

THE CONSTITUTION OF THE STATE,

AND ITS ALTERATIONS,

THE DECLARATION OF INDEPENDENCE,

AND

THE CONSTITUTION OF THE UNITED STATES,

AND ITS AMENDMENTS;

WITH A GENERAL

# INDEX.

IN THREE VOLUMES.

REVISED BY
**VIRGIL MAXCY.**

VOLUME I.

**Baltimore,**
PUBLISHED BY PHILIP H. NICKLIN & CO.
1811.

Digitized by Google

*October,*
*1728.*

Proceedings to be the same.

the act of 1715, and in the 2d and 3d sections of this act, were repealed by 1796, ch. 67, with a saving of the rights of any 'persons to such issue before acquired.

IV. AND BE IT FURTHER ENACT D, *by the authority aforesaid, by and with the advice and consent aforesaid,* That the same method of proceeding to judgment, upon any matter within this act, be the same as is prescribed by the act, entitled, An act relating to servants and slaves.

Vide list of acts relating to negroes and slaves, 1715, ch. 44.

## CHAP. VII.

### An ACT to encourage the destroying of wolves, crows and squirrels.

Three squirrels scalps or crows heads to be produced for each taxable yearly, before laying the levies, to some county magistrate, who shall destroy the same, and give certificates.

BE IT ENACT D, *by the right honourable the Lord Proprietary, by and with the advice and consent of his lordship's Governor, and the Upper and Lower Houses of Assembly, and the authority of the same,* That from and after the commencement of this act, every master, mistress, owner of a family, or single taxable, in the several and respective counties within this province, shall be, and are by this act obliged, yearly, (at some time before the laying their county levies,) to produce to some one of the justices of their county, three squirrel scalps, or crows heads, for every taxable person they shall pay levy for that year, and the justices of the peace, before whom such squirrels scalps, or crows heads, shall be brought, shall be, and is hereby obliged to destroy such squirrels scalps, and crows heads, as shall be so produced to him, to prevent their being produced a second time, and give such person a certificate under his hand, certifying the number of squirrels scalps and crows heads such persons brought before him, which certificate, the person obtaining the same shall lay before the justices of their county, at the time of the laying their county levy ; and the justices shall then cause a list of the taxables of their county to be laid before them, in order from thence to compare the number of taxables each person pays in the county, with the certificates produced, that thereby it may be found what persons have complied with this act, and who have failed therein.

Penalty for not producing, the three scalps &c. required.

II. AND BE IT FURTH R ENACTED, *by the authority, advice and consent aforesaid,* That every person that shall fall short of producing a certificate of squirrels scalps or crows heads, in proportion to their taxables, according to the directions of this act, the justices of the several and respective county courts within this province, at the time of laying the county levy, are hereby empowered and required, for each squirrel scalp, or crows head, such person shall fall short, in manner aforesaid, to levy upon such person the sum of two

Digitized by Google

pounds of tobacco, to be upon execution, and collected by the sheriff of the county in the same manner as the public and county levies are, to be applied towards defraying the county charge.

*October, 1728.*

III. AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid,* That every person that shall bring to any justice of the peace within this province the heads or scalps of any more squirrels or crows than the three for each taxable by this act required, shall, for every such head or scalp, be allowed in the county levy where such squirrel or crow was killed, the sum of two pounds of tobacco, and the justice of the peace before whom such heads or scalps shall be brought, is hereby required to give the person bringing the same a certificate thereof, and cause the said heads and scalps to be burnt, or otherwise destroyed ; provided always, that no person whatsoever shall be entitled to any allowance for any squirrels or crows heads or scalps, without first making oath (or affirmation, if a quaker,) or otherwise make appear, that such squirrels or crows were killed after the commencement of this act, and in the county where the allowance is prayed.

Allowance for scalps, over and above the three per taxable.

The three preceding sections are repealed as far as they relate to squirrels, as to all the counties, except Montgomery, Allegany, Caroline, Harford and Washington, by 1769, ch. 16, 1770, ch. 14, and 1774, ch. 5.

The two first are repealed as far as they relate to crows, as to all the counties except Harford, Washington and Allegany, and the third so far as it relates to crows, has no operation except in Allegany. Vide 1769, ch. 16. 1770, ch. 14. 1774, ch. 5. 1795, ch. 3. 1796, ch. 39. 1797, ch. 22. 1803, ch. 96. 1804, ch. 35. and 1807, ch. 71.

IV. & V. These sections related to wolves, but as other acts have since been passed upon the subject, they have now no operation, and are therefore omitted. Vide 1788, ch. 4. 1790, ch. 8. 1797, ch. 6. 1798 ch. 4. 22.

VI. AND BE IT FURTHER ENACTED, *by the authority advice and consent aforesaid,* That this act shall commence from the fifteenth day of December next after the end of this session of assembly, and that thenceforth all laws heretofore made, in relation to wolves, squirrels and crows, be and are hereby repealed, abrogated, and made null and void.

Commencement of this act, and repeal of former laws.

VII. AND BE IT FURTHER ENACTED, *by the authority, advice and consent aforesaid,* That every person that shall, during the continuance of this act, presume upon any pretence whatsoever, to come to hunt with guns or dogs within any enclosed grounds, islands, peninsulas or necks, fenced across from water to water, without leave or licence from the proprietors thereof first had and obtained, shall, for every such offence, forfeit and pay to the party grieved the sum of two hundred pounds of tobacco, to be recovered before a single magistrate, in the same manner as small debts now are recoverable, any law, statute or usage to the contrary notwithstanding.

Penalty on persons hunting within inclosures, islands &c. without leave.

Vide list of acts relating to crows, 1807, ch. 71.

Digitized by Google