of the States Attorneys to see that the provisions of this act are enforced in their respective counties, and they shall prosecute all offenders on receiving information of the violation of any of the provisions of this act; and it is made the duty of sheriffs, deputy sheriffs, constables and police officers to inform against and prosecute all persons whom there is probable cause to believe are guilty of violating any of the provisions of this act, one-half the amount recovered in any penal action under the provisions of this act shall be paid to the person filing the complaint in such action, and the remaining one-half to the school fund of the township in which this act has been violated.

**9.** LIMITATION.] § 9. All prosecutions under this act shall be commenced within three months from the time such offense was committed and not afterwards.

**10.** REPEAL.] § 10. All acts and parts of acts in conflict herewith are hereby repealed.

*549]  HUNTING ON INCLOSURES OF OTHERS.

AN ACT to prohibit persons from hunting within the inclosures of others, without leave. [Approved April 15, 1871. In force July 1, 1871. L. 1871-2, p. 486.]

**11.** NOT TO HUNT WITHOUT CONSENT.] § 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly*, That it shall be unlawful for any person or persons to hunt with gun, dog or net, within the inclosed grounds or lands of another, without first obtaining from the owner, agent or occupant of such inclosed grounds or lands, his, her or their permission so to do.

**12.** PENALTY—SUIT.] § 2. Any person or persons violating section one of this act shall be deemed guilty of a misdemeanor, and may be prosecuted in the name of the People, before any justice of the peace, or by indictment or information in any court in the county where said misdemeanor was committed; and in all such prosecutions the owner or owners, or persons in possession of said inclosures, shall not be required to prove title to the inclosures in controversy.

**13.** FINES.] § 3. Any person convicted of violating section one of this act shall be fined in a sum not less than $3, and not exceeding $100. All fines collected by virtue of this act shall be paid into the common school fund of the township in which the offense is committed.

AN ACT to provide for an additional remedy for the protection of game, and for the protection of deer, wild fowl and birds, and for the appointment of game wardens and defining the powers and duties of the same. Approved June 27, 1885. In force July 1, 1885. L. 1885, Legal News Ed. p. 164.

**14.** APPOINTMENT OF WARDENS—SALARY.] § 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly*: That the governor of the State shall appoint three game wardens, one from each of the three largest cities in the State, whose term of office shall be for two years from the time of taking effect of this act or until their successor or successors are appointed; said game wardens shall receive no salary from the State for their services, but shall receive a portion of the fines and proceeds of sale as hereinafter provided.

**15.** DUTY OF GAME WARDENS—PROSECUTIONS.] § 2. It shall be the duty of such game wardens to prosecute persons and corporations having in their possession game, deer, wild fowl and birds contrary to law, as hereinafter provided, and also to enforce the game laws of this State.

**16.** GAME IN POSSESSION CONTRARY TO LAW MAY BE SEIZED—WARRANT.] § 3. If said game wardens or either of them has reason to believe or does believe, that any person or corporation has in his or their possession, contrary to law, any game, deer, wild fowl, or bird, it shall be the duty of such game wardens to go before any justice of the peace in the county and make affidavit of that fact; said justice shall thereupon issue a search warrant against the person or corporation so complained of, directed to any constable of the county, commanding him to proceed at once and search for said game, deer, wild fowl, or bird, and upon finding the same, to seize and take possession of the same and keep it until further ordered by the justice; said constable shall also read said warrant to the owner or person in whose possession said game, deer, wild fowl or bird is found.

Said warrant shall be substantially as follows: