UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE, JOSEPH MANN, LESLIE LEMAN, and LAWRENCE SLOANE,

                    Plaintiffs,

     -against-                                     Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, in her official capacity as Governor of the State of New York, KEVIN P. BRUEN, in his official capacity as Superintendent of the New York State Police, Judge MATTHEW J. DORAN, in his official capacity as Licensing-official of Onondaga County, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, EUGENE CONWAY, in his official capacity as Sheriff of Onondaga County, JOSEPH CECILE, in his official capacity as Chief of Police of Syracuse, P. DAVID SOARES, in his official capacity as District Attorney of Albany county, GREGORY OAKES, in his official capacity as District Attorney of Oswego County, DON HILTON, in his official capacity as Sheriff of Oswego County, and JOSEPH STANZIONE, in his official capacity as District Attorney of Greene County

                    **NOTICE OF MOTION TO DISMISS**

                    Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the State Defendants' Memorandum of Law in Support of Their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1), and upon all prior proceedings, the State Defendants – Kathleen Hochul, Matthew J. Doran, and Kevin P. Bruen, in their official capacities – will move this Court at a date and time to be established by the Court at the United States District Court, Northern District of New York, Syracuse, New York, for an order dismissing the case pursuant to Federal Rule of Civil Procedure 12(b)(1), and granting such other and further relief as the Court deems just and proper.

Dated: October 13, 2022

        LETITIA JAMES
Attorney General
State of New York
*Attorney for the Defendant*
The Capitol
Albany, New York 12224

By: _____
    James M. Thompson
    Special Counsel
    Bar Roll No. 703513
    28 Liberty Street
    New York, NY 10005
    (212) 416-6556
    james.thompson@ag.ny.gov

s/ *Michael McCartin*
MICHAEL G. McCARTIN
Assistant Attorney General | Special Counsel
Bar Roll No. 511158
Alexandria Twinem
Assistant Solicitor General
Bar Roll No. 703907
The Capitol
Albany, New York 12224
(518) 776-2620
Michael.McCartin@ag.ny.gov

To: All Attorneys of Record (via CM/ECF)