United States District Court
Northern District of New York

_____

Ivan Antonyuk et al.,

                Plaintiffs,        Case No. 1:22-cv-00986-GTS-CFH

     V                            L.R. 7.1 (a) (3) Notice of No Intent
                                                 to Oppose Motion

Kathleen Hochul et al.,

                Defendants.

_____

    Eugene Conway and William Fitzpatrick do not intend to oppose the motion (Dkt. No. 46) filed by Don Hilton and Gregory Oakes.

Dated:  14 October 2022                    s/ John E. Heisler Jr.
                                                     Bar Number: 301476
                                                     Attorney for Eugene Conway and
                                                     William Fitzpatrick
                                                     Onondaga County Department of Law
                                                   John H. Mulroy Civic Center, 10th Floor
                                                   421 Montgomery Street
                                                   Syracuse, NY 13202
                                                   Telephone: (315) 435-2170
                                                   Fax: (315) 435-5729
                                                   Email: johnheislerjr@ongov.net