United States District Court
Northern District of New York

_____

Ivan Antonyuk et al.,

                    Plaintiffs,                    Case No. 1:22-cv-00986-GTS-CFH

          V                                      L.R. 7.1 (a) (3) Notice of No Intent to Oppose Motion

Kathleen Hochul et al.,

                    Defendants.

_____

    Eugene Conway and William Fitzpatrick do not intend to oppose the motion (Dkt. No. 50)

filed by Kevin P. Bruen, Matthew J. Doran, and Kathleen Hochul.


Dated:  14 October 2022                    s/ John E. Heisler Jr.
                                          Bar Number: 301476
                                        Attorney for Eugene Conway and
                                        William Fitzpatrick
                                        Onondaga County Department of Law
                                        John H. Mulroy Civic Center, 10th Floor
                                        421 Montgomery Street
                                        Syracuse, NY 13202
                                        Telephone: (315) 435-2170
                                        Fax: (315) 435-5729
                                        Email: johnheislerjr@ongov.net