# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 22-cv-00986 (GTS-CFH) |
| v. ) | |
| ) | |
| KATHLEEN HOCHUL, in her Official ) | |
| Capacity as Governor of the State of New ) | |
| York, et. al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA ON
## JUDGE MATTHEW J. DORAN

TO:    **All Counsel for Defendants**

PLEASE TAKE NOTICE that the undersigned attorney for Plaintiffs, pursuant to the Federal Rules of Civil Procedure 45, file this Notice of Intent to Serve Subpoena on Judge Matthew J. Doran to provide testimony in this matter on October 25, 2022, at 10AM.[1] A copy of the Subpoena is attached as an Exhibit to this Notice.

Respectfully submitted, this the 18th of October, 2022.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS   38654
(601) 852-3440
stephen@sdslaw.us
NDNY Bar Roll# 520383

Robert J. Olson (VA # 82488)

---

[1] Counsel for State Defendants have stated their intent to file a motion to quash these subpoenas for hearing testimony.

William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com
NDNY Bar Roll# 703779

## CERTIFICATE OF SERVICE

    I, Stephen D. Stamboulieh, hereby certify that on October 18, 2022, I filed a true and correct copy of the foregoing document or pleading utilizing the Court's ECF system, which generated a Notice and provided a copy of this document or pleading to all counsel of record.

                                             /s/ *Stephen D. Stamboulieh*