

# DEPARTMENT OF LAW
### OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE, MAYOR BEN WALSH

**Susan R. Katzoff**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

**Todd M. Long**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Ramona L. Rabeler
Sarah M. Knickerbocker
Danielle B. Pires
Patrick J. Parkinson
Danielle R. Smith
Zachary A. Waksman
John J. Connor
Gregory P. Fair
Darienn P. Balin

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office   315 448-8400
Fax      315 448-8381
Email   law@syrgov.net

www.syrgov.net

October 18, 2022

**SENT ELECTRONICALLY VIA CM/ECF**
Hon. Judge Glenn T. Suddaby
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

   Re: *Antonyuk, et al. v. Hochul, et al.*
      Federal Civil Action No. 1:22-cv-00986 (GTS/CFH)

Dear Judge Suddaby:

My office represents Defendant Syracuse Police Department Chief of Police Joseph Cecile ("Chief Cecile") in the above-referenced matter. In accordance with Your Honor's Text Order of October 12, 2022, Counsel for Chief Cecile provide the following letter in lieu of a list of witnesses and exhibits for the in-person hearing ("Hearing") regarding Plaintiffs' Motion for Preliminary Injunction ("Motion") on October 25, 2022.

Counsel for Chief Cecile do not intend to offer any witnesses at the Hearing in further support of our opposition to Plaintiffs' Motion.[1] Nor do we intend to offer any exhibits at the Hearing but rely upon those exhibits that are attached to Chief Cecile's opposition to Plaintiffs' Motion, including the Declaration of Julie LaFave, as being part of the record. *See* Dkt. Nos. 47-1 – 47-8.

We thank you for your consideration.

Respectfully submitted,
*/s/Todd M. Long*
Todd M. Long, Esq.
Senior Assistant Corporation Counsel

CC: All counsel of record electronically via CM/ECF

---

  [1] We reserve the right to examine any witness listed on any of the parties' witness lists and elicit testimony from those witnesses relative to our opposition to the Motion.

*Service of papers or process by facsimile or other electronic method is not acceptable.*