United States District Court
Northern District of New York
_____

Ivan Antonyuk et al.,

              Plaintiffs,           Case No. 1:22-cv-00986-GTS-CFH

    V                                    Notice of No Witnesses and No
                                                          Evidence for Motion Hearing

Kathleen Hochul et al.,

              Defendants.
_____

      The defendants Eugene Conway and William Fitzpatrick do not intend to call witnesses or introduce evidence at the hearing of the motion (Dkt. No. 6) filed by the plaintiffs.

Dated: 11 October 2022                                s/ John E. Heisler Jr.
                                                                   Bar Number: 301476
                                                                   Attorney for defendants Eugene Conway
                                                                   and William Fitzpatrick
                                                                   Onondaga County Department of Law
                                                                   John H. Mulroy Civic Center, 10th Floor
                                                                   421 Montgomery Street
                                                                   Syracuse, NY 13202
                                                                   Telephone: (315) 435-2170
                                                                   Fax: (315) 435-5729
                                                                   Email: johnheislerjr@ongov.net

1