UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, ALFRED
TERRILLE, JOSEPH MANN, LESLIE LEMAN, and
LAWRENCE SLOANE,

                        Plaintiffs,

            -against-                                    Case No. 22 Civ. 986 (GTS) (CFH)

KATHLEEN HOCHUL, in her official capacity as
Governor of the State of New York, KEVIN P. BRUEN,      **STIPULATION REGARDING**
in his official capacity as Superintendent of the New   **WITNESSES AND EXHIBITS**
York State Police, Judge MATTHEW J. DORAN, in his
official capacity as Licensing-official of Onondaga
County, WILLIAM FITZPATRICK, in his official
capacity as Onondaga County District Attorney,
EUGENE CONWAY, in his official capacity as Sheriff
of Onondaga County, JOSEPH CECILE, in his official
capacity as Chief of Police of Syracuse, P. DAVID
SOARES, in his official capacity as District Attorney of
Albany county, GREGORY OAKES, in his official
capacity as District Attorney of Oswego County, DON
HILTON, in his official capacity as Sheriff of Oswego
 County, and JOSEPH STANZIONE, in his official
capacity as District Attorney of Greene County

                        Defendant.
-------------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel that:

        1.      The parties to this agreement agree that they will not call witnesses or introduce

exhibits at the upcoming preliminary injunction hearing, scheduled for October 25, 2022;

        2.      The parties to this agreement will not file any additional affidavits or declarations

regarding the motion for a preliminary injunction, ECF No. 6; and

        3.      This stipulation may be executed in counterparts, and a facsimile or electronic

signature on this stipulation shall be treated as an original.

Dated: Olive Branch, Mississippi
       October 18, 2022

STAMBOULIEH LAW, PLLC
Attorneys for the Plaintiffs
By:


 /s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
NDNY Bar Roll # 520383

Dated: New York, New York
       October 18, 2022

LETITIA JAMES
Attorney General of the State of New York
Attorney for the State Defendants
By:


James M. Thompson
Special Counsel
28 Liberty Street
New York, NY 10005
james.thompson@ag.ny.gov
NDNY Bar Roll # 703513

Dated: October 18, 2022
        Syracuse, New York


SUSAN R. KATZOFF, ESQ.
CORPORATION COUNSEL-CITY OF SYRACUSE


By:

Todd M. Long, Esq. (Bar No. 519301)
Danielle R. Smith, Esq. (Bar No. 517775)
*Attorneys for Defendant Joseph Cecile*
300 City Hall
233 East Washington Street
Syracuse, New York 13202
Tel. No. 315-448-8400
Fax No. 315-448-8381
Email: tlong@syrgov.net
Email: dsmith@syrgov.net