United States District Court
Northern District of New York
_____

Ivan Antonyuk et al.,

                        Plaintiffs,                Case No. 1:22-cv-00986-GTS-CFH

          V                                       L.R. 7.1 (a) (3) Notice of No Intent
                                                               to Oppose Motion

Kathleen Hochul et al.,

                        Defendants.
_____

      Eugene Conway and William Fitzpatrick do not intend to oppose the motion (Dkt. No. 59) filed by Everytown for Gun Safety Action Fund, Inc.

Dated: 19 October 2022                              s/ John E. Heisler Jr.
                                                              Bar Number: 301476
                                                              Attorney for Eugene Conway and
                                                              William Fitzpatrick
                                                              Onondaga County Department of Law
                                                              John H. Mulroy Civic Center, 10th Floor
                                                              421 Montgomery Street
                                                              Syracuse, NY 13202
                                                              Telephone: (315) 435-2170
                                                              Fax: (315) 435-5729
                                                              Email: johnheislerjr@ongov.net