# Ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

October 19, 2022

Hon. Glenn T. Suddaby          *via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      **Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Judge Suddaby:

      I represent the Plaintiffs in the above-styled action. Please accept this letter as Plaintiffs' Request for a two (2) day extension in which to file a reply to Defendant Chief Joseph Cecile's Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF 47).

      Plaintiffs were previously granted an additional two (2) days to reply to the State Defendants' 95-page Opposition. Undersigned realized today that the due date for a reply to Defendant Cecile's Opposition remains October 20, 2022, and was not modified by this Court's October 12, 2022 Order granting the State Defendants' request for 95-pages, which also granted our request for an additional two (2) days to reply to that oversized brief.

      I conferred with counsel for Chief Cecile, Mr. Todd Long, and he has no objection to Plaintiffs being granted an additional two days, or until October 22, 2022, to file their reply to Chief Cecile's Opposition.

      We thank the Court in advance for its consideration.

      Yours very truly,

                                          Stephen D. Stamboulieh

cc:     By ECF to all counsel of record.