UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

IVAN ANTONYUK et al.,

                                         Plaintiffs,

      against

KATHLEEN HOCHUL, in her Official Capacity as Governor
of the State of New York, et al.,

                                         Defendants.
_____

**NOTICE OF APPEARANCE**

1:22-CV-986

(GTS/CFH)

PLEASE TAKE NOTICE that ALEXANDRIA TWINEM, Assistant Solicitor General in the Office of LETITIA JAMES, Attorney General of the State of New York, certifies that she is admitted to practice before this Court and hereby appears as counsel of record for Defendants KATHLEEN HOCHUL, STEVEN A. NIGRELLI, and MATTHEW J. DORAN, in their official capacities, in the above-referenced action.

Dated: October 21, 2022
       Albany, New York

                                          LETITIA JAMES
                                          Attorney General of the State of New York
                                          *Attorney for State Defendants*

By: _____
       Alexandria Twinem
       Assistant Solicitor General
       Bar Roll No. 703907
       The Capitol
       Albany, NY 12224
       (518) 776-2015
       alexandria.twinem@ag.ny.gov

CC: All counsel of record (via ECF)