

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on October 6, 2022 and October 10, 2022 the court received notices of appeal (22-2379 and 22-2403). This notice serves to inform you that District Judge Glenn T. Suddaby issued a Decision and Preliminary Injunction on November 7, 2022.Dkt. No. 78.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No. 23 - Transcript

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 7th day of November, 2022.

Clerk of Court

By:   Shelly Muller
      Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | Ivan Antonyuk, et al. v. Steven A. Nigrelli, et al. 1:22-CV-986 |
| Docket No. of Appeal: | #28 & #31 |
| Document Appealed: | #27 |
| Fee Status: | Paid  X |
| Counsel: | Retained  X |
| Time Status: | Timely  X |
| Motion for Extension of Time: | N/A |
| Certificate of Appealability: | N/A |