

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION</u>

Dear Clerk of the Court,

Please take notice that on November 8, 2022 the court received a notice of appeal.  This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically.  Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 9th day of November, 2022.

Clerk of Court

By:     Jennifer Casey
        Deputy Clerk

## <u>Case Information</u>

Case Name & Case No.     ___ Ivan Antonyuk, et al.  v. Steven A. Nigrelli, et al.  1:22-CV-986___

Docket No. of Appeal:     ___80___
Document Appealed:     ___78___

Fee Status:   Paid _X_     Due __     Waived (IFP/CJA) __     IFP revoked __
              Application Attached __     IFP pending before USDJ __

Counsel:          Retained _X_     Pro Se __

Time Status:      Timely _X_     Untimely __

Motion for Extension of Time:     Granted __     Denied __

Certificate of Appealability:     Granted __     Denied __     N/A _X_
State Court Papers are being sent by UPS as of: _____