# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-two.

Before:      Robert D. Sack,
                  Richard C. Wesley,
                  Joseph F. Bianco,
                         *Circuit Judges,*

_____

| | |
|---|---|
| Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane, | **ORDER** |
| Plaintiffs - Appellees, | Docket No. 22-2908 |
| v. | |
| Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the New York State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, | |
| Defendants – Appellants. | |

_____

       Defendants-Appellants seek a stay pending appeal, and an emergency interim stay, of the preliminary injunction issued by the district court on November 7, 2022.

       IT IS HEREBY ORDERED that a temporary stay is granted pending the panel's consideration of the motion.

                                                          For the Court:
                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/15/2022