UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN HOCHUL, et al., <br><br> Defendants. | **NOTICE OF APPEAL** <br><br> Civil Action No.: 1:22-cv-986 (GTS/CFH) |

Please take notice that Defendant Joseph Cecile hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Preliminary Injunction entered in this matter on November 7, 2022 (Dkt. No. 78).

Dated: November 18, 2022
Syracuse, New York

Susan R. Katzoff, Esq.
Corporation Counsel- City of Syracuse
*Counsel for Chief of Police Joseph Cecile*
233 East Washington Street 300 City Hall
Syracuse, New York 13202
(315) 448-8400

By: _____
Danielle R. Smith, Esq. (Bar No. 517775)
Todd Long Esq. (Bar No. 519301)
Assistant Corporation Counsel

TO:   Stephen D. Stambouliehh, Esq.   Robert J. Olson, Esq.
      Stambouliehh Law, PLLC          William J. Olson, P.C.
      P.O. Box 428                    370 Maple Avenue W – Suite 4
      Olive Branch, MS 38654          Vienna, VA 22180
      Tel: (601) 852-3440             Tel: (703) 356-5070

      *Attorneys for Plaintiffs*

      James M. Thompson, Esq.              Michael G. McCartin, Esq.
      Special Counsel to the Attorney General   Special Counsel to the Attorney General
      28 Liberty Street                    The Capitol
      New York, NY 10005                   Albany, NY 12224
      Tel: (212) 416-6556                  Tel.: (518) 776-2620

      *Attorneys for State Defendants*

      John E. Heisler, Jr., Esq.
      Onondaga County Department of Law
      John H. Mulroy Civic Center
      421 Montgomery Street, 10th Floor
      Syracuse, NY 13202
      Tel: (315) 435-2170

      *Attorneys for Defendants William Fitzpatrick and Eugene Conway*

      Edward G. Melvin, Esq.
      John Joseph Pelligra, Esq.
      Barclay Damon LLP
      125 East Jefferson Street
      Syracuse, NY 13202
      Tel: (315) 425-2783

      *Attorneys for Defendants Gregory Oakes and Don Hilton*

      Edward I. Kaplan, Esq.
      P.O. Box 155
      Hunter, NY 12442
      Tel: (518) 821-5070

      *Attorney for Defendant Joseph Stanzione*

Joseph A. Coticchio, Esq.
Albany County Attorney's Office
112 State Street, Room 600
Albany, NY 12207
Tel: (518) 447-7110

*Attorneys for Defendant P. David Soares*