UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IVAN ANTONYUK, et al.,

                    Plaintiffs,

        v.

KATHLEEN HOCHUL, et al.,

                    Defendants.

**NOTICE OF
APPEAL**

Civil Action No.: 1:22-cv-986
(GTS/CFH)

---

Please take notice that Defendant Joseph Cecile hereby appeals to the United States Court

of Appeals for the Second Circuit from the Decision and Preliminary Injunction entered in this

matter on November 7, 2022 (Dkt. No. 78).

Dated: November 18, 2022
Syracuse, New York

Susan R. Katzoff, Esq.
Corporation Counsel- City of Syracuse
*Counsel for Chief of Police Joseph Cecile*
233 East Washington Street300 City Hall
Syracuse, New York 13202
(315) 448-8400

By: _____
Danielle R. Smith, Esq. (Bar No. 517775)
Todd Long Esq. (Bar No. 519301)
Assistant Corporation Counsel

TO: Stephen D. Stamboulieh, Esq.   Robert J. Olson, Esq.
   Stamboulieh Law, PLLC     William J. Olson, P.C.
   P.O. Box 428         370 Maple Avenue W – Suite 4
   Olive Branch, MS 38654     Vienna, VA 22180
   Tel: (601) 852-3440       Tel: (703) 356-5070

   *Attorneys for Plaintiffs*

   James M. Thompson, Esq.    Michael G. McCartin, Esq.
   Special Counsel to the Attorney General Special Counsel to the Attorney General
   28 Liberty Street       The Capitol
   New York, NY 10005      Albany, NY 12224
   Tel: (212) 416-6556       Tel.: (518) 776-2620

   *Attorneys for State Defendants*

   John E. Heisler, Jr., Esq.
   Onondaga County Department of Law
   John H. Mulroy Civic Center
   421 Montgomery Street, 10th Floor
   Syracuse, NY 13202
   Tel: (315) 435-2170

   *Attorneys for Defendants William Fitzpatrick and Eugene Conway*

   Edward G. Melvin, Esq.
   John Joseph Pelligra, Esq.
   Barclay Damon LLP
   125 East Jefferson Street
   Syracuse, NY 13202
   Tel: (315) 425-2783

   *Attorneys for Defendants Gregory Oakes and Don Hilton*

   Edward I. Kaplan, Esq.
   P.O. Box 155
   Hunter, NY 12442
   Tel: (518) 821-5070

   *Attorney for Defendant Joseph Stanzione*

Joseph A. Coticchio, Esq.
Albany County Attorney's Office
112 State Street, Room 600
Albany, NY 12207
Tel: (518) 447-7110

*Attorneys for Defendant P. David Soares*