

# Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

November 30, 2022

Hon. Christian F. Hummel                                                              *via ECF*
United States District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

      **Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Magistrate Judge Hummel:

      The Plaintiffs have been in discussions with the State Defendants who have just now sought a stay of the litigation in this Court while the State Defendants' appeal of Judge Suddaby's Preliminary Injunction Order is considered by the Second Circuit.  *See* ECF# 90.

      As such, we write to request a continuance/adjournment of the deadlines contained in the Court's General Order 25 (ECF# 3) until such time that Judge Suddaby rules on the proposed stay request.[1]

       I emailed counsel for all Defendants, and all have replied that they do not object to the requested relief.

      Yours very truly,

                                                 Stephen D. Stamboulieh

cc:    By ECF to all counsel of record.

---

[1] Pursuant to General Order 25, a Rule 16 Conference is scheduled for December 20, 2022 at 10AM and the parties are required to complete their Rule 26(f) conference by today.

1