

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (518) 776-2620

December 1, 2022

By ECF

Hon. Glenn T. Suddaby
United States District Judge
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, New York 13261

Re:   *Antonyuk, et al v. Nigrelli, et al.,* No. 1:22-cv-0986 (GTS/CFH)

Dear Judge Suddaby:

     The Answers for Defendants Stephen Nigrelli and Judge Matthew J. Doran are due today in the above-referenced action. As the Court is aware, there is presently an unopposed letter-motion before the Court asking to stay this matter while the Second Circuit Court of Appeals addresses the appeal of the Court's Decision and Order on Plaintiffs' preliminary injunction motion. *See* ECF Nos. 78 and 90. The unopposed stay motion includes a provision where the State Defendants' answer would be due thirty days after the Second Circuit's mandate. *See* ECF No. 90.

     Based upon this, and in light of the text notice issued earlier today noting the requirement of obtaining the Court's consent to extend any deadline to answer, the State Defendants respectfully ask the Court to grant an extension to file their Answer until thirty days after the Court rules on the stay request. I have conferred with Plaintiffs' counsel, who does not object to this request. Thank you kindly for your consideration of this matter.

                        Respectfully submitted,

                        *s/ Michael McCartin*

                        Michael G. McCartin
                        Assistant Attorney General
                        Bar Roll No. 511158
                        Michael.McCartin@ag.ny.gov

cc: All counsel of record (via e-filing)