UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on December 13, 2022 District Judge Glenn T. Suddaby issued a Decision and Order denying the State Defendants' [88] motion for reconsideration of the Court's [78] Decision and Preliminary Injunction of November 7, 2022 and [85] Decision and Order of November 17, 2022. Additionally, a Text Order was issued on that same date granting the State Defendants' [90] unopposed letter-motion for a stay of this action pending the Second Circuit's resolution of the appeal from the Court's Preliminary Injunction. This notice serves to inform you of this information.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s):  N/A

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 13rd day of December, 2022.

Clerk of Court

By:   s/Shelly Muller
      Deputy Clerk

### Case Information

Case Name & Case No.    Ivan Antonyuk, et al. v.Steven A. Nigrelli, et al., 1:22-cv-986
Docket No. of Appeal:   80, 87
Document Appealed:      78

Fee Status:   Paid X

Counsel:   Retained X

Time Status:   Timely X

Certificate of Appealability:   Granted ___   Denied ___   N/A  X