United States District Court
Northern District of New York
_____

Ivan Antonyuk et al.,

                Plaintiffs,        Case No. 1:22-cv-00986-GTS-CFH

     V                                  Notice Public Officer Ceased to Hold Office

Kathleen Hochul et al.,

                Defendants.
_____

    Eugene Conway ceased to hold the office of sheriff of Onondaga County on 1 January 2023.  Tobias J. Shelley succeeded to the office of sheriff of Onondaga County on 1 January 2023.

Dated:  17 January 2023                            s/ John E. Heisler Jr.
                                                                 Bar Number: 301476
                                                                 Attorney for Eugene Conway and Tobias J. Shelley
                                                                 Onondaga County Department of Law
                                                                 John H. Mulroy Civic Center, 10th Floor
                                                                  421 Montgomery Street
                                                                  Syracuse, NY 13202
                                                                  Telephone: (315) 435-2170
                                                                  Fax: (315) 435-5729
                                                                  Email: johnheislerjr@ongov.net