**BARCLAY DAMON**<sup>LLP</sup>

**J.J. Pelligra**
*Associate*

August 31, 2023

**VIA CM/ECF**

U.S. District Judge Glenn T. Suddaby
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      Re:    Antonyuk, et al. v. Hochul, et al.
               1:22-CV-986 (GTS/CFH)

Dear Judge Suddaby:

    We represent Defendants Gregory Oakes, in his Official Capacity as the District Attorney of Oswego County, and Don Hilton, in his Official Capacity as the Sheriff of Oswego County in the above referenced action.

    This letter is to provide notice to the Court and all parties that Mr. Oakes will be resigning from his position as District Attorney of Oswego County on September 13, 2023, and Chief Assistant District Attorney Mark Moody will be taking his place.

    Accordingly, pursuant to FRCP 25(d) and FRAP 43(c), Mr. Moody should be automatically substituted for Mr. Oakes as the named Defendant in the above referenced action and any related appeals moving forward.

    Please let us know if you have any questions and whether anything further is required from us to effectuate this substitution. We appreciate the Court's time and attention.

                            Respectfully submitted,

                            J.J. Pelligra

cc: All counsel to be noticed via CM/ECF.

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
jpelligra@barclaydamon.com  Direct: (315) 425-2773  Fax: (315) 425-8551

26907839.1