UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IVAN ANTONYUK, COREY JOHNSON,
ALFRED TERRILLE, JOSEPH MANN,
LESLIE LEMAN and LAWRENCE SLOANE,

            Plaintiffs,

against                                                     **1:22-cv-986**
                                                                  (GTS/CFH)

KATHLEEN HOCUL, in her Official Capacity as
Governor of the State of New York, KEVIN P. BRUEN,
In his Official Capacity as Superintendent of the New York
State Police, Judge MATTHEW J. DORAN, in his Official
Capacity as the Licensing-official of Onondaga County,
WILLIAM FITZPATRICK, in his Official Capacity as
The Onondaga County District Attorney, EUGENE CONWAY,
in his Official Capacity as the Sheriff of Onondaga County,
JOSEPH CECILE, in his Official Capacity as the Chief of
Police of Syracuse, P. DAVID SOARES, in his Official Capacity
as the District Attorney of Albany County, GREGORY OAKES,
in his Official Capacity as the District Attorney of Oswego
County, DON HILTON, in his Official Capacity as the Sheriff
of Oswego County and JOSEPH STANZIONE, in his Official
Capacity as the District Attorney of Greene County,

            Defendants.

---

## NOTICE OF APPEARANCE

      Notice is hereby given of the entry of the undersigned as counsel for Defendant, P. DAVID SOARES in his Official Capacity as the District Attorney of Albany County, in the above-entitled action. I certify that I am admitted to practice in this Court, and appear as counsel for the aforementioned defendant.

Dated: November 1, 2023.                              EUGENIA K. CONDON
                                                                         ALBANY COUNTY ATTORNEY

                                                                          s/*Michael L. Goldstein*
                                                                          Michael L. Goldstein, Esq.
                                                                          Assistant Albany County Attorney
                                                                          *Attorneys for Defendant P. David Soares*
                                                                          112 State Street, Room 600
                                                                          Albany, New York 12207
                                                                          (518)-447-7110

TO: <u>*Via Electronic Case Filing*</u>
All Counsel of Record