**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-three.

Before:        Dennis Jacobs,
                  Gerard E. Lynch,
                  Eunice C. Lee,
                          *Circuit Judges*.

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

                Plaintiffs - Appellees,

v.

Dominic L. Chiumento, in his Official Capacity as the Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse,

                Defendants - Appellants,

Kathleen Hochul, in her Official Capacity as the Governor of the State of New York, William Fitzpatrick, in his Official Capacity as the Onondaga County District Attorney, Eugene Conway, in his Official Capacity as the Sheriff of Onondaga County, P. David Soares, in his Official Capacity as the District Attorney of Albany County, Gregory Oakes, in his Official Capacity as the District Attorney of Oswego County, Don Hilton, in his Official Capacity as the Sheriff of Oswego County, Joseph Stanzione, in his Official Capacity as the District Attorney of Greene County,

                Defendants.
_____

**JUDGMENT**

Docket Nos. 22-2908(L),
22-2972(CON)

**MANDATE ISSUED ON 01/02/2024**

The appeals in the above captioned case from an order and preliminary injunction of the United States District Court for the Northern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the injunction is AFFIRMED and MODIFIED to conform to that issued in *Christian* and REMANDED as to § 265.01-d with respect to private property not open to the public for further merits analysis consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit