

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

January 10, 2024

Honorable Daniel McAllister  
Chief Deputy Clerk, United States District Court  
Northern District of New York  
U.S. Court House  
100 South Clinton Street  
Syracuse, NY  13260

      **Re:** Ivan Antonyuk, et. al. -v- Steven A. Nigrelli, et. al.  
           1:22-CV-986

Dear Sir:

Please be advised that as of today's date, the undersigned hereby appears in the action referenced above on behalf of defendants Steven A. Nigrelli and Hon. Matthew J. Doran. This Notice shall not constitute a waiver of any jurisdictional defenses or objections to the complaint herein by this defendant.

All correspondence should be directed to me at:

**Office of the New York State Attorney General**  
**Syracuse Regional Office**  
**300 South State Street - Suite 300**  
**Syracuse, NY 13202**

Please note, my e-mail address is Timothy.Mulvey@ag.ny.gov. Thank you for your attention to this matter.

Yours truly,  
/s/ *Timothy P. Mulvey*  
Timothy P. Mulvey  
Assistant Attorney General  
Bar Roll # 510757