# ⓢ Stambouliech Law, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

February 27, 2024

Hon. Glenn T. Suddaby*via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

**Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Judge Suddaby:

Pursuant to this Court's Text Order on January 17, 2024 (ECF No. 111) continuing the stay in this matter, the Parties hereby provide this Joint Status Report.

On February 20, 2024, Plaintiffs filed their petition for writ of certiorari with the United States Supreme Court. The petition was docketed on February 22, 2024.[1]

The Parties recommend that they advise this Court within ten (10) days of the Supreme Court either granting or denying Plaintiffs' petition for writ of certiorari.[2] If the Court requires any additional information, we are happy to provide it.

Stephen D. Stambouliech

cc:By ECF to all counsel of record.

---

[1] *See Antonyuk, et al. v. James, et al.*, No 23-910; available at https://www.supremecourt.gov/Search.aspx?FileName=/docket/docketfiles/html/public\23-910.html.

[2] The State Defendants (Steven G. James, in his Official Capacity as Acting Superintendent of State Police and Judge Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County) take no position on an extension of the stay.