# ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

July 29, 2024

Hon. Glenn T. Suddaby                                    *via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

**Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Judge Suddaby:

Pursuant to this Court's Text Order entered on July 15, 2024 (ECF No. 116) ordering a Joint Status Report on "how [the Parties] would like litigation to proceed in this Court," the Parties hereby provide this Joint Status Report.

The Second Circuit has not yet issued a decision or any directive regarding further proceedings in that Court.  As a result, the Parties are unable to agree on whether this Court's stay should continue, or whether litigation should proceed pending that determination.

Given this disagreement, the parties respectfully request that the Court issue a ruling on this matter.  If preferred, the parties are available to appear before the Court via teleconference or submit letter briefs on their respective positions. We appreciate the Court's time and consideration.

Sincerely yours,

Stephen D. Stamboulieh

cc:     By ECF to all counsel of record