**B A R C L A Y   D A M O N** LLP

**J.J. Pelligra**
*Associate*

August 12, 2024

**VIA CM/ECF**

U.S. District Judge Glenn T. Suddaby
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      Re:    <u>Antonyuk, et al. v. Hochul, et al.</u>
                1:22-CV-986 (GTS/CFH)

Dear Judge Suddaby:

      We represent Defendant Anthony J. DiMartino, Jr., in his Official Capacity as the District Attorney of Oswego County, and Don Hilton, in his Official Capacity as the Sheriff of Oswego County in the above referenced action.

      In light of the Second Circuit's recent Order, dated August 7, 2024, "that the parties shall submit supplemental briefing on the issue of how *United States v. Rahimi* affects the judgment of this Court rendered on December 8, 2023," the parties jointly request that (a) the proceedings in the District Court be stayed pending a decision and mandate by the Second Circuit on that issue; and (b) the parties will submit a joint letter regarding the course of further proceedings in this action within 14 days of the Second Circuit's mandate.

      Please let us know if you have any questions and whether anything further is required to effectuate this stay.  We appreciate the Court's time and consideration to this request.

                    Respectfully submitted,

                    J.J. Pelligra

cc: All counsel to be noticed via CM/ECF.

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
jpelligra@barclaydamon.com  Direct: (315) 425-2773  Fax: (315) 425-8551

29566994.1