

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

August 26, 2024

**By ECF**

The Honorable Christian F. Hummel
United States Magistrate Judge, Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   <u>Antonyuk, et al. v. James, et al.</u>, No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Judge Hummel,

    This Office represents Defendants Steven G. James, in his official capacity as Superintendent of the New York State Police, and Matthew J. Doran, in his official capacity as Judge of the Onondaga County Court and Licensing Official for Onondaga County, in the above-referenced action. I write pursuant to Local Civil Rule 11.1(b) to request that our former colleague Michael McCartin be withdrawn as counsel of record, and that his representation be removed from the docket.

    Special Counsel McCartin has retired from government service, effective December 8, 2023. The Office of the Attorney General continues to represent Superintendent James and Judge Doran in this matter, and other attorneys have appeared as counsel of record. <u>See</u> ECF Nos. 11 & 109. We thank the Court for its time and consideration.

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for the State Defendants</u>

By: _____
James M. Thompson
Special Counsel

Hon. Christian F. Hummel
August 26, 2024
Page 2 of 2

                                                                             NDNY Bar Roll No. 703513
                                                                             28 Liberty Street
                                                                             New York, NY 10005
                                                                             (212) 416-6556
                                                                             james.thompson@ag.ny.gov

cc: All Counsel of Record (by ECF)