

# Stambouleh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

November 25, 2024

Hon. Glenn T. Suddaby                                                                 *via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

    **Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/CFH)

Dear Judge Suddaby:

    Pursuant to this Court's Order on August 16, 2024 (ECF No. 120), the Parties hereby provide this Joint Letter "regarding the course of further proceedings in this action."

    On October 24, 2024, the Second Circuit issued its opinion (Document 450-1), affirming in part and reversing in part this Court's Preliminary Injunction Order.  On November 14, 2024, the Second Circuit issued its Mandate.  All parties have since conferred regarding next steps, and the filing of this Letter.

    A petition for certiorari to the United States Supreme Court is not due until January 22, 2025, and as of this date, Plaintiffs have not determined whether to seek review.  Thus, it seems premature to reopen proceedings in this Court.  The Parties discussed maintaining the current existing stay until such time that (i) a petition for certiorari is filed, (ii) the time to file a petition expires, or (iii) the parties otherwise seek to reopen proceedings in this Court, whichever is earlier.

    Defendants do not object to this path forward.  The Parties propose to file another Joint Letter to advise the Court whether a petition for certiorari is filed, and if not, to request a Scheduling Conference so that the Court may enter a Scheduling Order at that time.

    If the Court requires any additional information, we are happy to provide it.  We thank the Court in advance for its consideration.

Stephen D. Stambouleh

cc: By ECF to all counsel of record.