

# Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

January 22, 2025

Hon. Glenn T. Suddaby                                           *via ECF*
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

**Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/PJE)

Dear Judge Suddaby:

Pursuant to this Court's Order on December 2, 2024 (ECF No. 126), the Parties hereby provide this Joint Letter.

On January 22, 2025, Plaintiffs filed their petition for a writ of certiorari with the United States Supreme Court.   The Parties propose to file another Joint Letter within fourteen (14) days after the Supreme Court either grants or denies Plaintiffs' petition.

If the Court requires any additional information, we are happy to provide it.  We thank the Court in advance for its consideration.

Stephen D. Stamboulieh

cc:    By ECF to all counsel of record.

1