

**Office of the New York State Attorney General**

**Letitia James Attorney General**

April 29, 2025

**By ECF**

The Honorable Glenn T. Suddaby
United States District Court for the Northern District of New York
James M. Hanley Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, NY 13261

Re:   <u>Antonyuk, et al. v. James, et al.</u>, No. 22 Civ. 986 (GTS) (PJE)

Dear Judge Suddaby,

This office represents defendants Steven G. James[1] and Matthew J. Doran in their official capacities as Superintendent of the New York State Police and Judge of the Onondaga County Court, respectively. I write on behalf of all parties (except for Greene County, which takes no position) in response to the Court's orders concerning the current stay of proceedings, ECF No. 126 & 135.

On April 4, 2025, the Supreme Court denied *certiorari* in the appeal of the preliminary injunction motion in this matter. <u>Antonyuk v. James</u>, No. 24-795, 2025 WL 1020368 (U.S. Apr. 7, 2025). The parties respectfully request a lifting of the current stay and the scheduling of an initial conference. We thank the Court for its time and consideration of these matters.

Respectfully submitted,

James M. Thompson
Special Counsel

Cc: All counsel of record (via ECF)

---

[1] The docket in this matter currently lists Steven A. Nigrelli as a defendant in his former official capacity as Acting Superintendent of the State Police. On April 4, 2024, the State Senate confirmed Superintendent James to the position on a permanent basis. Although Superintendent James is substituted "automatically" as matter of law pursuant to Fed. R. Civ. P. 25(d), we respectfully request that the docket be updated to reflect the change.