

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

May 9, 2025

Hon. Paul J. Evangelista
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    *Antonyuk, et al. v. Hochul, et al.*
             22-CV-986 (GTS/PJE)

Dear Judge Evangelista:

I am the Assistant Attorney General (Syracuse Regional Office) currently assigned to defend Steven G. James and Matthew J. Doran, in their official capacities as Superintendent of the New York State Police and Judge of the Onondaga County Court, in this civil rights action. I have primary responsibility, *inter alia*, for scheduling and conducting discovery on behalf of these "state defendants".

The Court has scheduled an initial conference in this matter for June 9, 2025 (Docket No. 138) in Albany. I will be out of the country from June 8 through June 22, 2025, and therefore completely unavailable to appear on behalf of defendants James and Doran at the conference. Accordingly, I hereby request that the Court reschedule the conference until on or after June 23, 2025.

Should the Court require anything further, please have your Chambers notify me.

Respectfully yours,

s/ *Timothy P. Mulvey*
Timothy P. Mulvey
Assistant Attorney General

cc:    All counsel of record via ECF only

Syracuse Regional Office | 300 South State Street, Suite 300 | Syracuse NY 13202
315-448-4800 | ag.ny.gov