# BARCLAY DAMON LLP

**J.J. Pelligra**
*Associate*

May 15, 2025

**VIA CM/ECF**

Hon. Paul J. Evangelista
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    <u>Antonyuk, et al. v. Hochul, et al.</u>
                1:22-CV-986 (GTS/PJE)

Dear Judge Evangelista:

      Barclay Damon LLP represents Defendant Anthony J. DiMartino, Jr., in his Official Capacity as District Attorney of Oswego County, and Don Hilton, in his Official Capacity as Sheriff of Oswego County (collectively the "Oswego County Defendants") in the above referenced action. On May 13, 2025, Your Honor issued a Text Order, which rescheduled the Rule 16 Initial Conference to June 24, 2025. *See* Doc. No. 145. However, counsel for the Oswego County Defendants are unavailable on that date. We advised Plaintiffs' counsel of this prior to their letter request filing on May 13, 2025, which stated that "counsel for Plaintiffs is available after June 23, 2025." *See* Doc. No. 144. We have since corresponded with counsel for all parties, who have responded and consented to our request to reschedule the Initial Conference to either July 1, 2025 or July 8, 2025.

      Please let us know if these dates do not work for Your Honor, or if you need anything else to effectuate this request. We appreciate the Court's time and consideration.

                                          Respectfully submitted,

                                          J.J. Pelligra

cc: All counsel to be noticed via CM/ECF.

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
jpelligra@barclaydamon.com  Direct: (315) 425-2773  Fax: (315) 425-8551

27568912.1