**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN ANTONYUK, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:22-cv-986 (GTS/PJE) |
| v. | ) |
| | ) |
| STEVEN G. JAMES, in his Official | ) |
| Capacity as Superintendent of the New York | ) |
| State Police, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Leslie Leman and Defendant Joseph Stanzione, in his Official Capacity as the District Attorney of Greene County, by and through their undersigned counsel, respectfully file this Stipulation of Dismissal without prejudice, with both parties being dismissed from the action.  No party hereto is an infant or incompetent.

Dated: August 2, 2025.

Respectfully Submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
NDNY Bar Roll# 520383

Robert J. Olson
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)

703-356-5085 (F)
rob@wjopc.com
NDNY Bar Roll# 703779
*Counsel for Plaintiffs*

*/s/ Edward I, Kaplan*
Edward I, Kaplan, Esq.
Greene County Attorney
*Attorney for Defendant, Stanzione*
411 Main Street, Suite 443
Catskill, NY  12414
(518) 719-3540
countyattorney@greenecountyny.gov
NDNY Bar Roll #520650

/s/ Kevin M. Cannizzaro
Kevin M. Cannizzaro, Esq.
First Assistant Albany County Attorney
Bar Roll No. 519957CC
112 State Street, Room 600
Albany, New York 12207
Tel: (518)-447-7110
Fax: (518)447-5564
Email: kevin.cannizzaro@albanycountyny.gov
*Attorneys for Albany County Defendants*


**BARCLAY DAMON, LLP**


By: _____

J.J. Pelligra
   (Bar Roll No. 701404)
      Edward G. Melvin, II
      (Bar Roll No. 509037)

*Attorneys for Oswego Defendants*

Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:   (315) 425-2700
Facsimile:   (315) 425-2701
Email:        jpelligra@barclaydamon.com
              emelvin@barclaydamon.com

2

LETITIA JAMES
Attorney General
State of New York


By:   /s/ James M. Thompson
James M. Thompson
Special Counsel
NDNY Bar Roll No. 703513
28 Liberty Street
New York, NY 10005
(212) 416-6556
james.thompson@ag.ny.gov
*Attorney for the State Defendants*

SUSAN R. KATZOFF, ESQ.
CORPORATION COUNSEL OF THE CITY OF SYRACUSE

*/s/ Todd M. Long*
By: Todd M. Long, Esq.
Senior Corporation Counsel
Bar Roll No.: 519301
Attorney for Chief of Police Joseph Cecile
300 City Hall
Syracuse, New York 13202
Tel: (315) 448-8400
Fax: (315) 448-8381
E-Mail: tlong@syr.gov

*s/ John E. Heisler Jr.*
Bar Roll Number: 301476
Attorney for William Fitzpatrick
and Tobias J. Shelley
Onondaga County Department of Law
John H. Mulroy Civic Center, 10th Fl.
421 Montgomery Street
Syracuse, NY 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729
Email: johnheislerjr@ongov.net

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen D. Stamboulieh, counsel for Plaintiff Leslie Leman, hereby certifies that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated:  August 2, 2025

/s/ *Stephen D. Stamboulieh*
Stephen D. Stamboulieh