UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IVAN ANTONYUK; COREY JOHNSON; ALFRED
TERRILLE; JOSEPH MANN; and LAWRENCE
SLOANE,

                    Plaintiffs,

            -against-                                    Case No. 22 Civ. 986 (GTS) (PJE)

STEVEN G. JAMES, in his Official Capacity as         **NOTICE OF MOTION FOR**
Superintendent of the New York State Police; JUDGE   **PARTIAL JUDGMENT ON THE**
MATTHEW J. DORAN, in His Official Capacity as        **PLEADINGS PURSUANT TO**
Licensing-Official of Onondaga County; WILLIAM       **FED R. CIV. P. 12(c)**
FITZPATRICK, in His Official Capacity as the
Onondaga County District Attorney; TOBIAS J.
SHELLEY, in his Official Capacity as the Sheriff of
Onondaga County; JOSEPH CECILE, in his Official
Capacity as the Chief of Police of Syracuse; P. DAVID
SOARES, in his Official Capacity as the District
Attorney of Albany County; ANTHONY J.
DIMARTINO, JR., in his Official Capacity as the
District Attorney of Oswego County; and DON
HILTON, in his Official Capacity as the Sheriff of
Oswego County,

                    Defendants.
------------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the attached Memorandum of Law, and upon all prior

proceedings, Defendant Onondaga County Court Judge Matthew J. Doran, in his official capacity,

will move this Court at a date and time to be established by the Court at the United States District

Court, Northern District of New York, Syracuse, New York, for an order granting partial judgment

on the pleadings pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(c), and granting

such other and further relief as the Court deems just and proper.

Dated: Syracuse, New York
         November 4, 2025

LETITIA JAMES
Attorney General
State of New York
<u>Attorney for Judge Doran</u>

By: _____
James M. Thompson
Special Counsel
NDNY Bar Roll No. 703513
28 Liberty Street
New York, NY 10005
(212) 416-6556
james.thompson@ag.ny.gov

Timothy Mulvey
Assistant Attorney General
NDNY Bar Roll No. 510757
300 South State Street, Suite 300
Syracuse, NY 13202
(315) 448-4893
timothy.mulvey@ag.ny.gov

To:    All Attorneys of Record (via CM/ECF)