

**Office of the New York State Attorney General**

**Letitia James Attorney General**

November 20, 2025

**By ECF**

The Honorable Paul J. Evangelista
United States District Court for the Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   Antonyuk, et al. v. James, et al., No. 22 Civ. 986 (GTS) (PJE)

Dear Judge Evangelista,

This office represents defendants Steven G. James and Matthew J. Doran in their official capacities as Superintendent of the New York State Police and Judge of the Onondaga County Court, respectively. I write on behalf of all parties to request a 90-day adjournment of all discovery and motion deadlines. The additional time will allow the parties to explore a potential negotiated resolution of Judge Doran's recent Rule 12(c) motion for judgment on the pleadings, ECF No. 169, and to alleviate an anticipated crunch of work before and during the holidays associated with the current January 2, 2026 deadline for fact discovery.

The proposed 90-day extension would set Plaintiffs' deadline to respond to the 12(c) motion for Monday, February 23, 2026 and Judge Doran's reply deadline for Monday, March 2. For discovery deadlines, the 90-day extension would put Defendants' deadline to serve expert reports on Thursday, March 12, 2026, rebuttal expert reports to be served by March 31, discovery to be completed by April 2, and motions to be filed by May 21, 2026.

This is the first request by any party for an extension of deadlines for either discovery or the Rule 12(c) motion. The parties thank the Court for its time and consideration.

Respectfully submitted,

James M. Thompson
Special Counsel
NDNY Bar Roll No. 703513

Cc: All counsel of record (via ECF)