


# DEPARTMENT OF LAW

## OFFICE OF THE CORPORATION COUNSEL

CITY OF SYRACUSE, MAYOR SHARON OWENS

**Corporation Counsel**
Susan R. Katzoff

**First Assistant Corporation Counsel**
Joseph W. Barry III

**Senior Corporation Counsel**
Amanda R. Harrington
Todd M. Long
Meghan E. Ryan

**First Assistant Senior Corporation Counsel**
John C. Black Jr.
Catherine E. Carnrike
Danielle B. Pires
Danielle R. Smith

**Assistant Corporation Counsel**
Darienn P. Balin
Robert P. Carpenter
John J. Connor
Heather Davis
Valerie T. Didamo
Meira N. Hertzberg
Solomon Landsberg
Trevor McDaniel
Conor Rourke
Connor Simonetta
Akira Tomlinson
Zachary A. Waksman

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office 315 448-8400
Housing 315 448-8409
Fax 315 448-8381
Email law@syr.gov

**www.syr.gov**

January 5, 2026

**Sent Electronically via CM/ECF**
Hon. Paul J. Evangelista, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

**Re:** ***Antonyuk, et al. v. Hochul, et al.***
Federal Civil Action No. 1:22-cv-00986 (GTS/PJE)

Dear Judge Evangelista:

I represent Defendant Joseph Cecile, Chief of the Syracuse Police Department ("Chief Cecile"), in the above-referenced Federal civil action ("Action"), and I write this letter to respectfully request that Your Honor sign the enclosed subpoena directed to Onondaga County relative to the Department of Emergency Communications' 911 Center ("911 Center") and its dispatching activity at the Rosamond Gifford Zoo ("Zoo") over the last five years, as well as relevant policies and procedures of the 911 Center.

As the Court is aware, Plaintiff Corey Johnson's accusations as against Chief Cecile relate to Chief Cecile's alleged statement to the media on September 9, 2022, regarding Syracuse Police Department's ("SPD") alleged "complaint driven" enforcement of New York's Concealed Carry Improvement Act ("CCIA"). Dkt. No. 1, ¶ 14; *see also* Dkt. No. 1-3, ¶¶ 23, 86, 158. The Zoo is one "sensitive location" as defined by the CCIA articulated by Plaintiff Johnson as a location within the City of Syracuse that he intended to visit with his concealed firearm. The 911 Center would be responsible for the orchestration and recording of the various dispatches of law enforcement personnel to the Zoo.

Unfortunately, although counsel for Onondaga County has appeared in this matter for Co-Defendants Tobias J. Shelley and William Fitzpatrick, Onondaga County is not a party to this Action, thus necessitating a subpoena to obtain documentation related to the Onondaga County 911 Center's records of dispatches of emergency personnel to the Zoo.

Furthermore, it is my understanding that it is the custom and practice of Onondaga County to only accept and comply with judicial subpoenas for documents. As such, I have enclosed as Exhibit "1" a proposed judicial subpoena (with Exhibit "A" attached thereto) for Your Honor's review and consideration. Thank you very much for your time and consideration.

Respectfully submitted,
*/s/Todd M. Long*
Todd M. Long, Esq.
Senior Corporation Counsel
Encl.
CC: All counsel of record electronically via CM/ECF