

# Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

February 20, 2026

Hon. Paul J. Evangelista                                                                 *via ECF*
United States District Court
Northern District of New York
445 Broadway, Room 441
Albany, NY 12207

      **Re:** *Antonyuk, et al. v. Hochul, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/PJE)

Dear Judge Evangelista:

      I represent Plaintiff Lawrence Sloane in the above-styled case.  I write today to seek an extension of Plaintiff Sloane's response to Steven G. James and Judge Matthew Doran's Motion for Judgment on the Pleadings.  ECF # 159.  Currently, Plaintiff Sloane's response is due by February 23, 2026.

      Currently, Plaintiff Sloane and the above-named State Defendants are exploring a potential negotiated resolution of the Rule 12(c) Motion.  If this resolution is successful, it will culminate with both Plaintiff Sloane and Defendant Doran being dismissed from this matter.

      Defendants' counsel needs additional time for approval for the proposed resolution.  Therefore, Plaintiff Sloane requests an additional thirty-seven days, or until April 1, 2026 in which to respond to the Motion for Judgment on the Pleadings.  Previously, on November 25, 2025, all parties requested an extension of the deadlines of 90 days.  ECF # 161.  Plaintiff Sloane does not request an extension of any other deadlines.  Counsel for the State Defendants consents to the relief requested.

      We thank the Court in advance for its consideration.

                                                                    Stephen D. Stamboulieh

cc:     By ECF to all counsel of record.