

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

May 28, 2025

**By ECF**

The Honorable Paul J. Evangelista
United States District Court for the Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:     Antonyuk, et al. v. James, et al., No. 22 Civ. 986 (GTS) (PJE)

Dear Judge Evangelista,

        This office represents defendant Steven G. James in his official capacity as Superintendent of the New York State Police.  I write on behalf of all parties to propose a briefing schedule and page limits for the parties' anticipated cross-motions for summary judgment.  The current scheduling order provides for the filing of dispositive motions on June 20, 2026 but does not provide a schedule for opposition or reply briefs, nor for page limits.  The parties respectfully propose the following schedule:

- **June 30, 2026** – Plaintiffs to file their summary judgment motion, with a brief not to exceed 25 pages.
- **July 31, 2026** – Defendants to each file their opposition and reply, with briefs not to exceed 45 pages.
- **August 31, 2026** – Plaintiffs to file their replies and oppositions, with briefs not to exceed 35 pages.
- **September 18, 2026** – Defendants to file their replies, with briefs not to exceed 15 pages.

        The parties believe this schedule will provide for the effective presentations of the issues before the Court while preserving judicial resources.  The parties thank the Court for its time and consideration.

                                Respectfully submitted,

                                James M. Thompson
                                Special Counsel
                                NDNY Bar Roll No. 703513

Cc: All counsel of record (via ECF)