**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IVAN ANTONYUK,<br>COREY JOHNSON, and<br>ALFRED TERRILLE,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as<br>Superintendent of the New York State Police,<br>WILLIAM FITZPATRICK, in his official capacity<br>as Onondaga County District Attorney, TOBIAS J.<br>SHELLEY, in his official capacity as Sheriff of<br>Onondaga County, MARK RUSIN, in his official<br>capacity as Chief of Police of Syracuse, and<br>LEE C. KINDLON, in his official capacity as<br>District Attorney of Albany County,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF MOTION FOR**<br>**SUMMARY JUDGMENT**<br>Civil Action No. 22-986 (GTS-PJE) |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Authorities in Support of Plaintiffs' Motion for Summary Judgment; the Declaration of Stephen D. Stamboulieh with its annexed exhibits; and the Plaintiffs' Statement of Undisputed Material Facts in Support of Plaintiffs' Motion for Summary Judgment, Plaintiffs Ivan Antonyuk, Corey Johnson and Alfred Terrille, by and through their attorneys of record, will move this Court at the United States Courthouse for the Northern District of New York, James M. Hanley Federal Building, 100 S. Clinton Street, Syracuse, NY 13261, for an Order granting Plaintiffs' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as there is no genuine issue of material fact and that the Plaintiffs are entitled to judgment as a matter of law.

  **Dated: June 30, 2026.**

                               Respectfully submitted,

25

<table>
<tr><td>

*/s/ Stephen D. Stamboulieh*<br>
Stephen D. Stamboulieh<br>
Stamboulieh Law, PLLC<br>
P.O. Box 428<br>
Olive Branch, MS  38654<br>
(601) 852-3440<br>
stephen@sdslaw.us<br>
NDNY Bar Roll# 520383

</td><td>

Robert J. Olson<br>
William J. Olson, PC<br>
370 Maple Ave. West, Suite 4<br>
Vienna, VA 22180-5615<br>
703-356-5070 (T)<br>
703-356-5085 (F)<br>
rob@wjopc.com<br>
NDNY Bar Roll# 703779

</td></tr>
</table>

## Certificate of Service

I, Stephen D. Stamboulieh, hereby certify that I have caused to be filed a true and correct copy of the foregoing document or pleading via the Court's CM/ECF system which sent a notice and copy of the foregoing to all counsel of record.

Dated: June 30, 2026

*/s/ Stephen D. Stamboulieh*<br>
Counsel for Plaintiffs

1