**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN ANTONYUK, <br> COREY JOHNSON, and <br> ALFRED TERRILLE, <br><br>     Plaintiffs, <br><br> v. <br><br> STEVEN G. JAMES, in his official capacity as <br> Superintendent of the New York State Police, <br> WILLIAM FITZPATRICK, in his official capacity <br> as Onondaga County District Attorney, TOBIAS J. <br> SHELLEY, in his official capacity as Sheriff of <br> Onondaga County, MARK RUSIN, in his official <br> capacity as Chief of Police of Syracuse, and <br> LEE C. KINDLON, in his official capacity as <br> District Attorney of Albany County, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No. 22-986 (GTS-PJE) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF STEPHEN D. STAMBOULIEH**

STEPHEN D. STAMBOULIEH, an attorney duly admitted to practice before this Court,

declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel for Ivan Antonyuk, Corey Johnson, and Alfred Terrille (hereinafter,

"Plaintiffs") in the above-captioned action.

2. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment, for the

limited purpose of providing the Court with true and accurate copies of the following documents,

and referenced in the accompanying Memorandum of Law in Support of Plaintiff's Motion for

Summary Judgment, dated June 30, 2026 and Plaintiffs' Statement of Undisputed Material Facts,

submitted herewith in support of Plaintiffs' motion:

1

| Exhibit | Description of Exhibit |
|---|---|
| Exhibit 1 | Deposition of Corey Johnson |
| Exhibit 2 | Deposition of Alfred Terrille |
| Exhibit 3 | Deposition of Ivan Antonyuk |
| Exhibit 4 | Supplemental Declaration of Corey Johnson |
| Exhibit 5 | Supplemental Declaration of Alfred Terrille |
| Exhibit 6 | Alfred Terrille's Responses to State Defendants' First Set of Interrogatories |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this, the 30th day of June, 2026.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
NDNY Bar Roll# 520383

Robert J. Olson
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com
NDNY Bar Roll# 703779

2

**<u>Certificate of Service</u>**

I, Stephen D. Stamboulieh, hereby certify that I have caused to be filed a true and correct copy of the foregoing document or pleading via the Court's CM/ECF system which sent a notice and copy of the foregoing to all counsel of record.


Dated: June 30, 2026


<u>/s/ *Stephen D. Stamboulieh*</u>
Counsel for Plaintiffs