**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN ANTONYUK, <br> COREY JOHNSON, and <br> ALFRED TERRILLE, <br><br>     Plaintiffs, <br><br> v. <br><br> STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County, <br><br>     Defendants. | Civil Action No. 22-986 (GTS-PJE) |

---

**SUPPLEMENTAL DECLARATION OF COREY JOHNSON**

---

1. My name is Corey Johnson. I make this supplemental declaration in support of Plaintiffs' Motion for Summary Judgment. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained therein.

2. I previously submitted a declaration when this case was originally filed in 2022.

3. I submit this declaration to update the Court on my current intentions and activities.

Exhibit 4

Doc ID: 29c8120d9af0fc047c986024a32df147dfdd91c4

4.  I am still a law-abiding person and currently possess and maintain an unrestricted New York carry permit since 2019.  I am eligible to possess and carry firearms in the State of New York, and have met all the qualifications for licensure, including having "good moral character."

5.  Throughout all of the locations challenged in this litigation, I intend to carry my firearm with me, and but for the Concealed Carry Improvement Act, which makes it a felony for me to carry in these places, I would do so.

6.  As I stated previously, I consider myself to be an outdoorsman, I am an avid fisherman, and I routinely go on hiking and camping trips throughout the state.

7.  At least once a quarter, I go to Bowman Lake State Park.  My next trip to Bowman Lake State Park will be at the end of this July.

8.  At least once a month, I visit Mercer Park on the Seneca River in Baldwinsville, New York. In fact, my next trip to Mercer Park will be this week and then once a month thereafter.

9.  I also go to the movie theater at least once a quarter.  The next movie I will see, Heart of the Beast, will be released in September 2026, and I will see it in New York theaters then.

10. As I stated previously, I continue to eat out with family, including at restaurants that serve alcohol such as Longhorn Steakhouse, Texas Roadhouse, Outback Steakhouse, and Ruby Tuesday. By the end of this week, I will eat at Longhorn Steakhouse.  I usually eat out at least once a week at these places and intend to continue to do so.

11. I will also continue to visit the Rosamond Gifford Zoo in July 2026 and again in September 2026.  I usually visit this zoo about once every two months and intend to continue that schedule.

12. Finally, as discussed previously, I routinely carry my firearm when out and about in public, including when I go shopping at various locations in Onondaga County, such as gas stations, grocery stores, home improvement stores, and big box stores.  For instance, I purchase gasoline

Doc ID: 29c8120d9af0fc047c986024a32df147dfdd91c4

from gas stations about once per week, usually at Byrne Daily in Syracuse, New York.  I also shop for groceries at Topps in Baldwinsville, New York about once per week.

I declare under penalty of perjury that the foregoing is true and correct.

06 / 30 / 2026
**Date**

**Corey Johnson**

Doc ID: 29c8120d9af0fc047c986024a32df147dfdd91c4