**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN ANTONYUK,<br>COREY JOHNSON, and<br>ALFRED TERRILLE,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as<br>Superintendent of the New York State Police,<br>WILLIAM FITZPATRICK, in his official capacity<br>as Onondaga County District Attorney, TOBIAS J.<br>SHELLEY, in his official capacity as Sheriff of<br>Onondaga County, MARK RUSIN, in his official<br>capacity as Chief of Police of Syracuse, and<br>LEE C. KINDLON, in his official capacity as<br>District Attorney of Albany County,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 22-986 (GTS-PJE) |

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN**
**SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1(a) of the United States District Court for the Northern District

of New York, Plaintiffs Ivan Antonyuk, Corey Johnson, and Alfred Terrille, by and through

counsel, submit their Statement of Material Facts in Support of Plaintiffs' Motion for Summary

Judgment.  Citations to exhibits in Plaintiffs' Statement of Undisputed Materials Facts, unless

otherwise noted, are to those exhibits listed in the declaration of Stephen D. Stamboulieh, dated

June 30, 2026, and made part thereof, submitted in support of Plaintiffs' Motion for Summary

Judgment.

1.      Plaintiff Corey Johnson is an adult male citizen of the State of New York, a citizen

of the United States, a law-abiding person, and has no disqualification under state or federal law

1

which would prohibit him from possessing a firearm.  Declaration of Corey Johnson ("Johnson Declaration") ¶¶1-3. ECF No. 1-3.

2.    Johnson is licensed to carry a firearm in New York.  Johnson Declaration ¶3.

3.    Johnson regularly visits and in the future plans to continue to visit several parks, including Bowman Lake State Park, which allows hunting.  Johnson Declaration ¶9; Exhibit 1, Deposition of Johnson at 71.

4.    Johnson fishes frequently at Mercer Park.  Exhibit 1, Deposition of Johnson at 124:2-5.

5.    Johnson wishes to carry his firearm at restaurants that serve alcohol.  Deposition of Johnson at 127, 183 (Buffalo Wild Wings); Johnson Declaration ¶11.

6.    Johnson does not consume alcohol while carrying his firearm.  Deposition of Johnson at 127:19-22.

7.    Johnson wishes to carry his firearm in the movie theater.  Deposition of Johnson at 132, 139.

8.    Johnson wishes to carry his firearm in zoos, specifically the Rosamond Gifford Zoo.  Deposition of Johnson at 104; Johnson Declaration ¶17.

9.    Johnson wishes to carry his firearm on private property not open to the public.  Deposition of Johnson at 137.

10.    Johnson visits Mercer Park at least once a month and Bowman Lake State Park at least once a quarter.  Exhibit 4, Supplemental Declaration of Johnson ¶7.

11.    Johnson visits the movie theater at least once a quarter and intends to see Heart of the Beast in the theater, which will be released in September 2026.  Exhibit 4, Supplemental Declaration of Johnson ¶9.

12.     Johnson eats at restaurants that serve alcohol, usually at least once a week, including LongHorn Steakhouse, Texas Roadhouse, Outback Steakhouse, and Ruby Tuesday. Exhibit 4, Supplemental Declaration of Johnson ¶10.

13.     Johnson plans to continue to visit Rosamond Gifford Zoo in July 2026 and again in September 2026, and then once about every two months thereafter.  Exhibit 4, Supplemental Declaration of Johnson ¶11.

14.     Johnson "routinely carr[ies] [his] firearm when out in public," and he regularly shops at various locations in Onondaga County, such as "gas stations, grocery stores, home improvement stores, and big box stores." Exhibit 4, Supplemental Declaration of Johnson ¶12.

15.     Johnson purchases gasoline from gas stations about once per week, usually at Byrne Daily in Syracuse, New York.  Johnson shops for groceries at Topps in Baldwinsville about once per week. *Id.*

16.     Plaintiff Alfred Terrille is an adult male citizen of New York, a citizen of the United States, a law-abiding person, and has no disqualification under state or federal law which would prohibit him from possessing a firearm.  Declaration of Alfred Terrille ("Terrille Declaration") ¶¶1-3. ECF No. 1-10.

17.     Terrille possesses an unrestricted New York carry permit, which he has held since 1994.  Terrille Declaration ¶3.

18.     Terrille often visits Thacher State Park.  Terrille Declaration ¶8; Exhibit 6, Response to State Defendants' First Set of Interrogatories No. 3; Exhibit 2, Deposition of Terrille at 62.

19.     Terrille also visits Saratoga Spa State Park and the Crossings of Colonie.  Exhibit 6, Response to State Defendants' First Set of Interrogatories No. 3; Deposition of Terrille at 61.

20.     Terrille intends to continue to visit these parks routinely, including Saratoga Spa State Park, where intends to visit this week and every week thereafter.  Exhibit 5, Supplemental Declaration of Terrille at ¶8.

21.     Terrille regularly visits Town of Colonie Park and visited on June 30, 2026.  He intends to visit this park "almost every day" and intends to "keep visiting this park almost every day." Exhibit 5, Supplemental Declaration of Terrille ¶9.

22.     Terrille wishes and intends to carry his firearm at restaurants that serve alcohol, but for the challenged laws.  Deposition of Terrille at 85-86 (DeMarco's); Terrille Declaration ¶19 (Applebee's).

23.     Terrille does not consume alcohol.  Deposition of Terrille at 86:13-17.

24.     Terrille intends to continue to eat at restaurants that serve alcohol, including Buffalo Wild Wings about twice per year, and intends to do so again in the next six months.  Exhibit 5, Supplemental Declaration of Terrille ¶10.

25.     Terrille intends to eat at Demarcos in August and intends to eat at Bentleys once a year on his birthday in September.  Exhibit 5, Supplemental Declaration of Terrille ¶15.

26.     Terrille visits Stewarts in Latham and Cumberland Farms in Cohoes approximately every day for coffee, and he fills up his vehicle with gasoline at those places.  Exhibit 5, Supplemental Declaration of Terrille ¶12.

27.     Terrille shops at Walmart in Clifton Park about once per week.  Exhibit 5, Supplemental Declaration of Terrille ¶11.

28.     Terrille intends to carry his firearm at theaters.  Deposition of Terrille at 80 (Regal Movie Theater); Terrille Declaration ¶7.

4

29.    Terrille intends to bring his firearm with him to the airport in his checked baggage. Deposition of Terrille at 97; Terrille Declaration ¶¶9, 11; Exhibit 5, Supplemental Declaration of Terrille ¶¶14, 15.

30.    Because of the uncertainty of the injunction as to airports, Terrille never took his trip to Tennessee.  Deposition of Terrille at 97:3-16; Exhibit 5, Supplemental Declaration of Terrille ¶13.

31.    Terrille intends to "bring[] a firearm in checked luggage in compliance with T.S.A. regulations...."  Deposition at 98:15-20; Exhibit 5, Supplemental Declaration of Terrille ¶15.

32.    Terrille has a recently planned trip in the coming 90 days to fly to Nashville, Tennessee and intends to check his firearm in his luggage, but for the challenged laws, and he intends to do so again within 180 days.  Exhibit 5, Terrille Supplemental Declaration ¶15.

33.    Ivan Antonyuk is an adult male citizen of New York, a citizen of the United States, a law-abiding person, and has no disqualification under state or federal law which would prohibit him from possessing a firearm.  Declaration of Ivan Antonyuk ("Antonyuk Declaration") ¶¶1, 2, 4. ECF No. 1-8.

34.    Antonyuk possesses an unrestricted New York carry permit.  Antonyuk Declaration ¶4.

35.    Antonyuk intends to carry his firearm at a restaurant that serves alcohol.  Exhibit 3, Deposition of Antonyuk at 77-78, 80-81 (LongHorn Steakhouse).

36.    Antonyuk intends to carry his firearm when he visits movie theaters.  Deposition of Antonyuk at 102-03.

Dated: June 30, 2026

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
NDNY Bar Roll# 520383

Robert J. Olson
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com
NDNY Bar Roll# 703779

**Certificate of Service**

I, Stephen D. Stamboulieh, hereby certify that I have caused to be filed a true and correct copy of the foregoing document or pleading via the Court's CM/ECF system which sent a notice and copy of the foregoing to all counsel of record.

Dated: June 30, 2026.

/s/ *Stephen D. Stamboulieh*
Counsel for Plaintiffs

7