Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

July 2, 2026

Hon. Glenn T. Suddaby                                        *via ECF*
United States District Court
Northern District of New York
100 S. Clinton St.
Syracuse, NY 13261

   **Re:** *Antonyuk, et al. v. James, et al.,* No. 1:22-CV-986 (N.D.N.Y) (GTS/PJE)

Dear Judge Suddaby:

   I represent the Plaintiffs in the above-styled case.  On May 28, 2026, the parties requested that the Court enter a scheduling order governing the parties' cross-motions for summary judgment.  *See* ECF # 176.

   On June 4, 2026, this Court entered a Scheduling Order "granting the joint … Letter Request" (ECF # 177), but with a seemingly inadvertent omission.  In contrast to the parties' Letter Request (ECF # 176), which would allow Plaintiffs and Defendants 60 cumulative pages of briefing, respectively, this Court's Scheduling Order (ECF # 177) appears to grant Plaintiffs only a cumulative 40 pages of briefing versus Defendants' cumulative 60 pages.  This disparity is due to the omission of the parties' requested August 31, 2026 deadline for Plaintiffs' 35 pages of replies and oppositions (*see* ECF # 176), and the consolidation of that reply deadline with Defendants' September 18, 2026 reply deadline of 15 pages.

   As Plaintiffs will be required to respond to Defendants' analogues, fifteen pages is insufficient.  Accordingly, Plaintiffs respectfully request that the Court amend the Scheduling Order to reinstate the August 31, 2026 deadline for Plaintiffs' replies and opposition briefs (not to exceed 35 pages) and clarify the subsequent deadlines for Defendants' replies as originally proposed and agreed to by the parties in ECF # 176.

   We thank the Court in advance for its consideration.

Stephen D. Stamboulieh

cc:    By ECF to all counsel of record.