UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK, COREY JOHNSON,
And ALFRED TERRILLE,

**NOTICE OF
MOTION**

Plaintiffs,

Civil Action No. 1:22-CV-00986
(GTS/PJE)

-against-

STEVEN G. JAMES, in his official capacity as
Superintendent of the New York State Police,
WILLIAM FITZPATRICK, in his official capacity
as Onondaga County District Attorney, TOBIAS J.
SHELLEY, in his official capacity as Sheriff of
Onondaga County, MARK RUSIN, in his official
capacity as Chief of Police of Syracuse, and
LEE C. KINDLON, in his official capacity as
District Attorney of Albany County,,

Defendants.

MOTION BY:

JEFFERY V. JAMISON
ALBANY COUNTY ATTORNEY
Philip K. Banaszek, Of Counsel
Assistant Albany County Attorney
Federal Bar Roll No. 706570
Attorneys for Defendant Lee C. Kindlon
112 State Street, Room 600
Albany, New York 12207
Telephone: (518) 447-7100
Telefax: (518) 447-5564

SUPPORTING PAPERS:

Declaration of Philip K. Banaszek, dated
July 30, 2026, with attached
Exhibits "A" and "B," Defendants'
Statement of Material Facts dated July 30,
2026, and Defendants' supporting
Memorandum of Law dated July 30, 2026

RELIEF DEMANDED:

Order from this Court granting Defendant's
motion for summary judgment pursuant to
Rule 56 of the Federal Rules of Civil

Procedure and Local Rule 7.1 dismissing Plaintiff's Complaint in its entirety, on the merits and with prejudice, together with such other and further relief as the Court deems just and proper.

ADDITIONAL NOTICE:

Please take notice that pursuant to Local Rule 7.1(a)(1), Plaintiff's opposition papers, if any, are to be served no more than twenty-one (21) days after service of this motion.

DATED:    July 30, 2026
          Albany, New York

Respectfully Submitted,

Philip K. Banaszek, Esq.
Assistant Albany County Attorney
Jeffery V. Jamison
Albany County Attorney
*Attorneys for Defendants C.O. Burns, C.O. Durocher, C.O. Haley, and Sgt. Remillard*
Federal Bar Roll No. 706570
112 State Street, Room 600
Albany, New York 12207
Telephone: (518) 447-7100
Telefax: (518) 447-5564

CC:

**Via NDNY ECF:**
All Counsel of Record