UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK, COREY JOHNSON, and
ALFRED TERRILLE,

Plaintiffs.

**DECLARATION OF PHILIP K.
BANASZEK**

-against-

**Civil Action No.: 1:22-cv-00986
(GTS/PJE)**

STEVEN G. JAMES, in his official capacity as
Superintendent of the New York State Police,
WILLIAM FITZPATRICK, in his official capacity
as Onondaga County District Attorney, TOBIAS J.
SHELLEY, in his official capacity as Sheriff of
Onondaga County, MARK RUSIN, in his official
capacity as Chief of Police of Syracuse, and
LEE C. KINDLON, in his official capacity as
District Attorney of Albany County.

Defendants.

I, **Philip K. Banaszek** declare, pursuant to 28 U.S.C. Section 1746, and under penalty of

perjury, the following to be true and correct to the best of my knowledge:

1.  I am an Assistant County Attorney, of counsel to Jeffery V. Jamison, Esq., Albany

    County Attorney, attorney for Defendant Kindlon. As such I am familiar with the facts,

    pleadings, and proceedings heretofore had herein.

2.  I submit this Declaration in support of Defendant's Motion for Summary Judgment

    pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 56, Northern District of

    New York ("NDNY") Local Rules 7.1 and 56.1.

3.  Attached Hereto and made a part of this Affidavit are the following Exhibits:

1

- **Exhibit "A"** - A true and accurate copy of Alfred Terrille's Supplemental Declaration.

- **Exhibit "B"** - A true and accurate copy of Terrille's Deposition Transcript.

4. On September 20, 2022, Plaintiffs commenced the instant action in the Federal District Court for the District of Northern New York. *See* Dkt. No. 1.

5. On October 6, 2022, this Court decided on the preliminary injunctions, enjoining Defendants from enforcing certain provisions of the C.C.I.A. *See* Dkt. No. 27.

6. On October 24, 2024, the Second Circuit affirmed in part and vacated in part this Court's ruling on the preliminary injunctions and remanded with further instruction. *See* Dkt. No. 123.

7. Parties are now moving for summary judgment, discovery in this matter is complete with the parties having exchanged interrogatory responses, depositions, and disclosure before trial.

8. Based on the facts set forth in Defendant's Statement of Material Facts, together with the legal arguments set forth in Defendant's supporting Memorandum of Law, Defendant Kindlon respectfully request that this Court issue an Order granting summary judgment in their favor, dismissing the Complaint in its entirety, with prejudice and on the merits.

**WHEREFORE**, your deponent respectfully requests that this Court grant the instant motion, together with such other and further relief as this Court deems just and proper. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

DATED:      July 30, 2026
            Albany, New York

2

Respectfully Submitted,

Philip K. Banaszek, Esq.
Assistant Albany County Attorney
*Attorney for Defendant Lee Kindlon, as*
*Albany County District Attorney,*
Federal Bar Roll No. 706570
112 State Street, Room 600
Albany, New York 12207
Telephone: (518) 447-7100
Telefax: (518) 447-5564

To:     VIA NDNY ECF:

All Counsel of Record

3