UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK, COREY JOHNSON, and
ALFRED TERRILLE,

Plaintiffs.

-against-

STEVEN G. JAMES, in his official capacity as
Superintendent of the New York State Police,
WILLIAM FITZPATRICK, in his official capacity
as Onondaga County District Attorney, TOBIAS J.
SHELLEY, in his official capacity as Sheriff of
Onondaga County, MARK RUSIN, in his official
capacity as Chief of Police of Syracuse, and
LEE C. KINDLON, in his official capacity as
District Attorney of Albany County.

Defendants.

**DEFENDANT LEE KINDLON'S
STATEMENT OF MATERIAL
FACTS PURSUANT TO LOCAL
RULE 56.1(a)**

Civil Action No.: 1:22-cv-00986
(GTS/PJE)

Defendant Kindlon, hereby submits the following statement of material facts deemed not in

dispute for the purposes of the motion for summary judgment:

1.  Plaintiff Alfred Terrille is a resident of Watervliet, within Albany County. *See* Exhibit B,

    17:7-10

2.  Terrille owns an unrestricted New York carry permit and has had one since about 1994.

    *See* Exhibit A, Para 4.

3.  Terrille visits Thacher State Park about four times per year. *See* Exhibit B, 62:17-19.

4.  Terrille visits and intends to continue visiting establishments serving alcohol. *See* Exhibit

    B, 86:1-12.

1

5. Terrille visits local businesses in Albany and Saratoga County often. *See* Exhibit A, Paras 11, 12.

6. Terrille also visits movie theaters, specifically Regal Cinemas in Clifton Park and Colonie Center. See Exhibit B, 71:14-18.

7. Terrille intends on travelling to Tennessee and bringing his firearm in his checked baggage, compliant with TSA procedure. *See* Exhibit A, Paras 14, 15.

8. Terrille intends to keep visiting these locations regularly. *Id.* at para 5.

DATED:     July 30, 2026
           Albany, New York

Respectfully Submitted,

Philip K. Banaszek, Esq.
Assistant Albany County Attorney
*Attorney for Defendant Lee Kindlon, as*
*Albany County District Attorney*
Federal Bar Roll No. 706570
112 State Street, Room 600
Albany, New York 12207
Telephone: (518) 447-7100
Telefax: (518) 447-5564

To:    VIA NDNY ECF:

       All Counsel of Record