## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

IVAN ANTONYUK,                                          )
COREY JOHNSON, and                                      )
ALFRED TERRILLE,                                        )
                                                        )
    Plaintiffs,                      )
                                                        )
v.                                                      )          Civil Action No. 22-986 (GTS-PJE)
                                                        )
STEVEN G. JAMES, in his official capacity as            )
Superintendent of the New York State Police,            )
WILLIAM FITZPATRICK, in his official capacity           )
as Onondaga County District Attorney, TOBIAS J.         )
SHELLEY, in his official capacity as Sheriff of         )
Onondaga County, MARK RUSIN, in his official            )
capacity as Chief of Police of Syracuse, and            )
LEE C. KINDLON, in his official capacity as             )
District Attorney of Albany County,                     )
                                                        )
    Defendants.                      )
                                                        )

---

## SUPPLEMENTAL DECLARATION OF ALFRED TERRILLE

---

1. My name is Alfred Terrille. I make this supplemental declaration in support of Plaintiffs' Motion for Summary Judgment. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained therein.

2. I previously submitted a declaration when this case was originally filed in 2022.

3. I submit this declaration to update the Court on my current intentions and activities.

Doc ID: 3724d8028bbdc0996f5277866afcb4d2ecacf7da

4. I am still a law-abiding person and currently possess and maintain an unrestricted New York carry permit since 1994. I am eligible to possess and carry firearms in the State of New York, and have met all the qualifications for licensure, including having "good moral character."

5. Throughout all of the locations challenged in this litigation, I intend to carry my firearm with me, and but for the Concealed Carry Improvement Act, which makes it a felony for me to carry in these places, I would do so.

6. As I explained in my previous declaration, I routinely take my grandchildren to visit the movie theater. Within the next six months, I plan on taking my grandchildren to the movie theater to watch movies during the winter season.

7. As to parks, I visit Thacher State Park often. Specifically, I will visit Thacher State Park this July and again every month afterwards.

8. As for Saratoga Spa State Park, I will go there this week and then every week thereafter.

9. As for the Town of Colonie park, I actually went there today, and I will visit this park almost every day and intend to keep visiting this park almost every day.

10. I continue to eat out at restaurants that serve alcohol, including at Buffalo Wild Wings, about twice a year, and will do so in the next six months. I also eat at Demarcos, and plan to go this August. Finally, I also visit Bentleys once a year on my birthday, which is in September, and I will eat at Bentleys in September.

11. I will also continue to shop and visit businesses in my area, either for groceries, coffee, or gasoline. For instance, about once per week I shop at Walmart in Clifton Park.

12. I visit Stewarts in Latham and Cumberland Farms in Cohoes approximately every day for coffee. I also regularly fill up my vehicle with gasoline at those places.

Doc ID: 3724d8028bbdc0996f5277866afcb4d2ecacf7da

13. Finally, as I explained previously, I had planned to take a trip to Tennessee by airplane and to check my firearm so I could take it with me.  However, there was some uncertainty about whether that would be legal after the appellate court got involved.  So, I never took that trip.

14. During my deposition, I was asked about it and it made me realize that I needed to go visit Tennessee.

15. So, in the next 90 days, I intend to buy a plane ticket for Nashville, Tennessee and to check my firearm in my luggage when I arrive at the airport in full compliance with all of the TSA regulations.  As I am looking at potentially moving to Tennessee in the next few years, but not anytime in the near future, I intend to visit a different city in Tennessee within 180 days of my first trip.

I declare under penalty of perjury that the foregoing is true and correct.

06 / 30 / 2026
**Date**

ALFRED TERRILLE

Doc ID: 3724d8028bbdc0996f5277866afcb4d2ecacf7da