## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE,<br><br>     Plaintiffs,<br><br>  v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,<br><br>     Defendants. | **NOTICE OF MOTION**<br>Civil Action No.: 1:22-cv-986<br>(GTS/PJE) |

| | |
|---|---|
| Motion By: | SUSAN R. KATZOFF, ESQ.<br>CORPORATION COUNSEL<br>OF THE CITY OF SYRACUSE<br><br>Todd M. Long, Esq.<br>Senior Corporation Counsel<br>Bar Roll No.: 519301 |
| Return Date: | On Submission; opposition papers due no later than &#95;&#95;&#95;&#95;&#95;&#95;&#95; after service of this motion; reply papers due no more than &#95;&#95;&#95;&#95;&#95; &#95;&#95;&#95;&#95;&#95; after service of opposition, pursuant to Local Rule 7.1(a)(1); |
| Relief and Basis: | An Order pursuant to Fed. R. Civ. P. Rule 56, dismissing Plaintiffs' Complaint against Defendant City of Syracuse Chief of Police Mark Rusin, with prejudice, and for such other and further relief as the Court deems just and proper; and |
| Supporting Papers: | Declaration of Todd M. Long, Esq., together with exhibits affixed thereto; Declaration of |

#65434v1

Chief Mark Rusin; Memorandum of Law; and Local Rule 56.1(a) Statement of Material Facts Not in Dispute.

Dated: July 31, 2026
        Syracuse, New York

SUSAN R. KATZOFF, ESQ.
CORPORATION COUNSEL
OF THE CITY OF SYRACUSE

By: */s/ Todd M. Long*
    Todd M. Long, Esq.
    Senior Corporation Counsel
    Bar Roll No.: 519301
    *Counsel for Defendant Chief Rusin*
    300 City Hall
    Syracuse, New York 13202
    Tel: (315) 448-8400
    Fax: (315) 448-8381
    E-Mail: tlong@syr.gov

cc:    Robert J. Olson
       William J. Olson, P.C.
       *Counsel for Plaintiffs*
       370 Maple Avenue W - Suite 4
       Vienna, VA 22180
       703-356-5070
       Fax: 703-356-5085
       Email: rob@wjopc.com

       Stephen D. Stamboulieh
       Stamboulieh Law, PLLC
       *Counsel for Plaintiffs*
       P.O. Box 428
       Olive Branch, MS 38654
       601-852-3440
       Email: stephen@sdslaw.us

#65434v1