**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,<br><br>Defendants. | Civil Action No.: 1:22-cv-986 (GTS/PJE) |

**TODD M. LONG**, pursuant to Section 1746 of Title 28 of the United States Code, under the penalty of perjury, to the best of my knowledge, declares:

1. I am an attorney duly admitted to practice in the United States District Court for the Northern District of New York.

2. I am a Senior Corporation Counsel for City of Syracuse, and I represent Syracuse Police Department Chief Mark Rusin ("***Chief Rusin***" or "***Defendant Chief Rusin***") in the above-captioned federal civil action ("***Action***") brought by Plaintiffs Ivan Antonyuk ("***Plaintiff Antonyuk***"), Corey Johnson ("***Plaintiff Johnson***") and Alfred Terrille ("***Plaintiff Terrille***" collectively, "***Plaintiffs***"). As such, I am sufficiently familiar with the facts and circumstances of this action to make this Declaration to the best of my knowledge and upon information and belief.

#72845v1

3.      All statements contained herein are true to the best of my knowledge and, where stated, upon information and belief, and are based upon personal knowledge, a review of documents/records, or communication with persons knowledgeable of the substance of the matters stated herein.

4.      I make this Declaration in support of Chief Rusin's Opposition to Plaintiff's Motion for Summary Judgment and in Support of Chief Rusin's Motion for Summary Judgment.

5.      Attached as **Exhibit 1** is true and correct certified copy of the transcript of the deposition of Plaintiff Johnson in this Action, taken on April 29, 2026 ("*Johnson Deposition*"). The transcript has been redacted for privacy protection in this public filing consistent with Rule 5.2 of the Federal Rules of Civil Procedure ("*Fed. R. Civ. P.*") and N.D.N.Y. L.R. 5.2.[1]

6.      Attached as **Exhibit 2** is true and correct copy of "Corey Johnson's Response to the State Defendants' First Set of Interrogatories," in this Action as verified by Plaintiff Johnson on November 10, 2025, which was offered without objection as Exhibit 1 to the Johnson Deposition. *See* Exh. 1, 6:5-7,[2] 50:21-24, 95:9-13).

7.      Attached as **Exhibit 3** is true and correct copy of the "Declaration of Corey Johnson" in support of the Plaintiffs' Complaint in this Action ("*First Johnson Declaration*"), as sworn to by Plaintiff Johnson on September 14, 2022, which was offered without objection as Exhibit 5 to the Johnson Deposition. *See* Exh. 1, 6:14-15, 112:2-4.

---

[1] As noted in Defendant Chief Rusin's Statement of Material Facts, if Plaintiffs contest that Plaintiff Johnson's sole residential address is not in the City of Syracuse, Defendant Chief Rusin respectfully requests that the Court allow leave to file an unredacted version of Exhibit 1 under seal for review and consideration.

[2] Transcript citations will be cited as follows: "[pp]:[ll]-[ll]"

8.      Attached as **Exhibit 4** is true and correct copy of the "Syracuse Mets Fan Code of Conduct," dated April 28, 2026, which was offered without objection as Exhibit 7 to the Johnson Deposition. *See* Exh. 1, 6:18-19, 144:16-19.

9.      Attached as **Exhibit 5** is a true and correct copy of a property description report for Plaintiff Johnson's residence[3] from the Department of Finance Office of Real Property Services with the County of Onondaga, which is publicly accessible online,[4] and was accessed and converted to a *.PDF on July 28, 2026.[5] Exhibit 5 has been redacted for privacy protection in this public filing consistent with Fed. R. Civ. P. Rule 5.2 and N.D.N.Y. L.R. 5.2.[6]

10.      Attached as **Exhibit 6** is a true and correct copy of the webpage providing information about and a description of Bowman Lake State Park from the official website of the New York State Department of Parks, Recreation and Historic Preservation, which is publicly accessible online,[7] and was accessed and converted to a *.PDF on July 28, 2026.

11.      Attached as **Exhibit 7** is a true and correct copy of the webpage providing information about and a description of Mercer Park from the official website of the Village of Baldwinsville, which is publicly accessible online,[8] and was accessed and converted to a *.PDF on July 28, 2026.

---

[3] *See* Exh. 1, 20:16-21, 161:2-162:8

[4] *See* https://beacon.schneidercorp.com/Application.aspx?App=OnondagaCountyNY&PageType=Search, accessed for Plaintiff Johnson's sole residence, which has been redacted, on July 28, 2026.

[5] All instances of accessing websites online and converting them to *.PDF files as identified in this declaration were done by this Declarant on the dates listed.

[6] As noted in Defendant Chief Rusin's Statement of Material Facts, if Plaintiffs contest that Plaintiff Johnson's sole residential address is not in the City of Syracuse, Defendant Chief Rusin respectfully requests that the Court allow leave to file an unredacted version of Exhibit 5 under seal for review and consideration.

[7] *See* https://parks.ny.gov/visit/state-parks/bowman-lake-state-park#info.

[8] *See* https://www.baldwinsville.gov/parks-trails/.

12.     Attached as **Exhibit 8** is a true and correct copy of the webpage providing information about Mall Policies at Destiny USA from the official Destiny USA website, which is publicly accessible online,[9] and was accessed and converted to a *.PDF on July 30, 2026.

13.     Attached as **Exhibit 9** is a true and correct copy of a screenshot, taken using the Microsoft "Snipping Tool," of part of the webpage highlighting weapons policies from the Admittance Procedures for Regal Cinemas from their official website, which is publicly accessible online,[10] and was accessed and converted to a *.PDF on July 30, 2026.

14.     Attached as **Exhibit 10** is a true and correct copy of a screenshot, taken using the Microsoft "Snipping Tool," of the "Find a Restaurant" webpage from the Longhorn Steakhouse website, which is publicly accessible online,[11] and was accessed and converted to a *.PDF on July 29, 2026.

15.     Attached as **Exhibit 11** is a true and correct copy of the webpage showing the location of a Texas Roadhouse restaurant at 3143 Erie Blvd., East, Syracuse, NY 13214, from the official Texas Roadhouse website, which is publicly accessible online,[12] and was accessed and converted to a *.PDF on July 29, 2026.

16.     Attached as **Exhibit 12** is a true and correct copy of a property description report for the parcel at 3143 Erie Blvd., East, Syracuse, NY 13214—where the only alleged Syracuse Texas Roadhouse is located—from the Department of Finance Office of Real Property Services

---

[9] *See* https://www.destinyusa.com/help/.
[10] *See* https://www.regmovies.com/admittance-procedures.
[11] *See* https://m.longhornsteakhouse.com/locations/location-search.
[12] *See* https://www.texasroadhouse.com/locations/245-syracuseny.

with the County of Onondaga, which is publicly accessible online, [13] and was accessed and converted to a *.PDF on July 29, 2026.[14]

17.     Attached as **Exhibit 13** is a true and correct copy of the "Find A Location" webpage from the official Outback Steakhouse website after a query for "Syracuse, NY, USA," which is publicly accessible online, [15] and was accessed and converted to a *.PDF on July 29, 2026.

18.     Attached as **Exhibit 14** is a true and correct copy of the "Outback Steakhouse locations in NY" webpage from the official Outback Steakhouse website illustrating all of their restaurant locations in the State of New York, which is publicly accessible online, [16] and was accessed and converted to a *.PDF on July 29, 2026.

19.     Attached as **Exhibit 15** is a true and correct copy of a screenshot, taken using the Microsoft "Snipping Tool," of part of the "Locations" after a query for "Syracuse, NY" from the official Ruby Tuesday website, which is publicly accessible online, [17] and was accessed and converted to a *.PDF on July 29, 2026.

20.     Attached as **Exhibit 16** is a true and correct copy of a property description report for the parcel at 6405 Yorktown Circle, East Syracuse, NY 13057—where the only Syracuse area Ruby Tuesday is located—from the Department of Finance Office of Real Property Services with

---

[13] *See* https://beacon.schneidercorp.com/Application.aspx?App=OnondagaCountyNY&PageType=Search, accessed for the address listed for Texas Roadhouse alleged to be in Syracuse.

[14] All instances of accessing websites online and converting them to *.PDF files as identified in this declaration were done by this Declarant on the dates listed.

[15] *See* https://locations.outback.com/search?q=43.0494832%2C-76.14739770000001&qp=Syracuse, NY, USA&l=en

[16] *See* https://locations.outback.com/new-york.

[17] *See* https://www.rubytuesday.com/locations/.

the County of Onondaga, which is publicly accessible online, [18] and was accessed and converted to a *.PDF on July 29, 2026.

21.     Attached as **Exhibit 17**, as a matter of public record as official government documentation recorded and published by the Syracuse City Clerk, is a true and correct copy of City of Syracuse Common Council Resolution number 629 of 1978, resolved dated December 11, 1978, "[a]uthorizing the Onondaga County Executive to accept title to the real and personal property from the City of Syracuse in relation to the Burnet Park Zoo."

22.     Attached as **Exhibit 18**, as a matter of public record as official government documentation recorded and kept in the regular course of business by the City of Syracuse Department of Assessment, is a true and correct copy of the City of Syracuse Assessment file for the parcel upon comprising the totality of the Rosamond Gifford Zoo at Burnet Park ("***Rosamond Gifford Zoo***") (formerly "Burnet Park Zoo").

23.     Attached as **Exhibit 19**, as a matter of public record, a true and correct copy of a compilation of public records of the government of Onondaga County (52 pages in total) related to Onondaga County's involvement and collocation of offices at the Rosamond Gifford Zoo, including as follows:

       a.   Overall Floor Plan of the Animal Health Center #2 at the Rosamond Gifford Zoo, highlighting in red all Onondaga County employee office space[19] (Bates Stamp SYR000001);

---

[18] *See* https://beacon.schneidercorp.com/Application.aspx?App=OnondagaCountyNY&PageType=Search, accessed for the address listed for Ruby Tuesday alleged to be in Syracuse area.

[19] Unless the note accompanying the highlighted office indicates that it is for staff of the non-profit, "Friends of the Zoo."

b. Job Descriptions for employment as an Onondaga County government employee at the Rosamond Gifford Zoo as a "Clerk II" (Bates Stamp SYR000002-03), "Senior Zoo Attendant" (SYR000004-05), "Curator of Animals" (Bates Stamp SYR000006-08), "General Curator" (Bates Stamp SYR000010-12), "Park Maintenance Crew Leader" (Bates Stamp SYR000014-15), "Park Superintendent I" (Bates Stamp SYR000016-18), "Park Superintendent III" (Bates Stamp SYR000019-21), "Recreation Supervisor" (Bates Stamp SYR000022-23), "Veterinary Technician" (Bates Stamp SYR000024-27), "Zoo Attendant" (Bates Stamp SYR000028-31), "Director of Natural Resource Facilities and Services" (Bates Stamp SYR000032-35),

c. Overall Floor Plan of the Elephant Facility at the Rosamond Gifford Zoo highlighting in red all Onondaga County employee office space[20] (Bates Stamp SYR000009);

d. Overall Floor Plan of the Zoo Main Building at the Rosamond Gifford Zoo highlighting in red all Onondaga County employee office space[21] (Bates Stamp SYR0000013);

e. "Rosamond Gifford Zoo Organization September 2025" organization chart (Bates Stamp SYR000024);

f. "Staff Locations" chart (Bates Stamp SYR000025);

g. A contract between the Onondaga County Department of Parks and Recreation and Cornell University Hospital of Animals at the College of Veterinary Medicine to

---

[20] *See* footnote 20, above.
[21] *See* footnote 20, above.

oversee the animal health program at the Rosamond Gifford Zoo for the calendar year 2016 (Bates Stamp SYR000036-43) ("***Cornell Veterinary Medicine College Contract***");

h. Amendment # 1 to Cornell Veterinary Medicine College Contract to extend term of the contract through calendar year 2017 (Bates Stamp SYR000044);

i. Amendment # 2 to Cornell Veterinary Medicine College Contract to extend term of the contract through calendar year 2018 (Bates Stamp SYR000045);

j. Amendment # 3 to Cornell Veterinary Medicine College Contract to extend term of the contract through calendar year 2019 (Bates Stamp SYR000046);

k. Amendment # 4 to Cornell Veterinary Medicine College Contract to extend term of the contract through calendar year 2020 (Bates Stamp SYR000047-48);

l. Amendment # 5 to Cornell Veterinary Medicine College Contract to extend term of the contract through calendar year 2021 (Bates Stamp SYR000049-50); and

m. Amendment # 6 to Cornell Veterinary Medicine College Contract to extend term of the contract through calendar year 2021 (Bates Stamp SYR000051-52).

24.    Attached as **Exhibit 20**, as a matter of public record, a true and correct copy of the official 2021 Annual Budget for Onondaga County.

25.    Attached as **Exhibit 21** is a true and correct copy of a series of six press releases from the Rosamond Gifford Zoo, with the first available on the "Animal Health Center" webpage[22] (*see* Bates Stamp SYR000507-510) and the five others available on the "Pressroom" webpage[23]

---

[22] *See* https://www.rosamondgiffordzoo.org/visit/animals/animal-health-center/.
[23] *See* https://rosamondgiffordzoo.org/news/zoo-news/.

#72845v1

from the official Rosamond Gifford Zoo website, which are publicly accessible online, and were accessed and converted to a \*.PDF.[24]

26.    Attached as **Exhibit 22** is a true and correct copy of a news story dated January 15, 2020, titled "Zoo U: Conservation, education drive Cornell-zoo partnership" from the *Cornell Chronicle* webpage, as part of the official Cornell University website, which is publicly accessible online,[25] and was accessed and converted to a \*.PDF on December 10, 2025.

27.    Attached as **Exhibit 23** is a true and correct copy of a webpage providing a description of the Department of Clinical Sciences as part of the Cornell College of Veterinary Medicine, as part of the official Cornell University website, which is publicly accessible online,[26] and was accessed and converted to a \*.PDF on December 10, 2025.

28.    Attached as **Exhibit 24** is a true and correct copy of the search results for Ponchito's Taqueria located at 1022 West Fayette Street, Syracuse, New York 13204, from the New York State Liquor Authority's official website, which is publicly accessible online,[27] and was accessed and converted to a \*.PDF on July 29, 2026.

29.    Attached as **Exhibit 25** is a true and correct copy of the "All Locations" webpage from the official Buffalo Wild Wings website, with the section for "New York" expanded

---

[24] *See* all of the press releases remain available and, to the best of my knowledge, in the form presented in Exhibit 21 at the Rosamond Gifford Zoo official website as of the date of this declaration as confirmed by this Declarant. *See, generally*, https://www.rosamondgiffordzoo.org/.

[25] *See* https://news.cornell.edu/stories/2020/01/zoo-u-conservation-education-drive-cornell-zoo-partnership.

[26] *See* https://www.vet.cornell.edu/departments-centers-and-institutes/clinical-sciences/about-our-department

[27] *See* https://lamp.sla.ny.gov/, with the address query for Ponchito's Taqueria, or 1022 West Fayette Street, Syracuse, New York 13204.

#72845v1

illustrating all of their restaurant locations in the State of New York, which is publicly accessible online, [28] and was accessed and converted to a *.PDF on July 29, 2026.

30.     Attached as **Exhibit 26** is a true and correct copy of the "Locations" webpage from the official Byrne Dairy website after a search for all locations within 10 miles of Syracuse, NY, with the marker of the "Mattydale" location expanded, which is publicly accessible online, [29] and was accessed and converted to a *.PDF on July 31, 2026.

31.     Attached as **Exhibit 27** is a true and correct copy of the "Find a Store" webpage from the official Mirabito Convenience Stores website after a search for all locations within 20 miles of Syracuse, NY, which is publicly accessible online, [30] and was accessed and converted to a *.PDF on July 31, 2026.

32.     Attached as **Exhibit 28** is a true and correct copy of the "Find Your Speedway" webpage from the official Speedway website after a search for all locations near the 13202 zip code (Syracuse, NY), which is publicly accessible online, [31] and was accessed and converted to a *.PDF on July 31, 2026.

33.     Attached as **Exhibit 29** is a true and correct copy of a property description report for the parcel at 3060 Court Street, Syracuse, NY 13208—the Speedway on Court Street—from the Department of Finance Office of Real Property Services with the County of Onondaga, which is publicly accessible online, [32] and was accessed and converted to a *.PDF on July 31, 2026.

---

[28] *See* https://www.buffalowildwings.com/locations/all/.

[29] *See* https://byrnedairystores.com/locations/.

[30] *See* https://www.mirabitostores.com/find-a-store/.

[31] *See* https://www.speedway.com/locations.

[32] *See* https://beacon.schneidercorp.com/Application.aspx?App=OnondagaCountyNY&PageType=Search, accessed for the address listed for Speedway alleged to be in Syracuse on Court Street.

34.     Attached as **Exhibit 30** is a true and correct copy of the "Find a Grocery Store Near You" webpage from the official Wegmans website, which is publicly accessible online,[33] and was accessed and converted to a *.PDF on July 31, 2026.

35.     Attached as **Exhibit 31** is a true and correct copy of the "James St." Wegmans location profile webpage from the official Wegmans website, which is publicly accessible online,[34] and was accessed and converted to a *.PDF on July 31, 2026.

36.     Attached as **Exhibit 32** is a true and correct copy of a Google Maps depiction of the Byrne Dairy located at 2307 Brewerton Road, Mattydale, NY 13211, with a red pin, illustrating running north to its location Wolf Street.  This map was accessed through Google Maps and converted to a *.PDF on July 31, 2026.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  July 31, 2026
        Syracuse, New York

                                                /s/ Todd M. Long
                                                Todd M. Long, Esq.
                                                Senior Corporation Counsel
                                                Federal Bar Roll No.: 519301

---

[33] *See* https://www.wegmans.com/stores.
[34] *See* https://www.wegmans.com/stores/james-st-ny.

#72845v1