

TICKETS                    SCHEDULE                    SHOP

 Triple-A Affiliate                                          Syracuse Mets

# Fan Code of Conduct

The Syracuse Mets provide family-friendly, affordable fun to fans of all ages!

To ensure that all fans feel welcome, the following Fan Code of Conduct prohibits the following conduct at NBT Bank Stadium:

- Trespassing on the playing field;

- Interfering with baseballs that are in play;

- Throwing objects;

- Using foul or obscene language or gestures;

- Using derogatory language, which is defined as offensive language concerning another person's race, ethnicity, gender, religion, disability, age, sexual orientation, or national origin;

- Excessive or underage consumption of alcohol;

- Disruptive, unruly, or abusive behavior;

- Accessing areas of the ballpark without a proper ticket, pass, or credential;

- Misusing tickets, passes, or credentials; and

- Brining prohibited items into the ballpark

- Prohibited items include: containers larger than 16"x16"x8", beach balls or other inflatables, glass bottles, fireworks, firearms or other weapons (e.g. knives), laser devices & pointers, skateboards & rollerblades, toy guns & knives (including water guns), sticks & clubs, unmanned aerial vehicles

Violations of the Fan Code of Conduct will not be tolerated and may lead to

## Syracuse Mets Links

- **A-Z Guide**

- **Clear Bag Policy**

- **Closed Captioning**

- **Community Partners**

- **Fizzy Friday**

- **Directions to NBT Bank Stadium**

- **Group Outings**

- **Luxury Suites**

- **Privacy Policy**

- **Promotions**

- **Schedule**

- **Single Game Tickets**

- **Staff Directory**

- **Team Store**

- **The Metropolitan Club**

Have a Question?


Save 50% on Adobe Creative Cloud Pro. Grow into your creative potential. First year only. Ends May 10. Buy now — Adobe

**staff shirt.**

## Clear Bag Policy








### Ask a Pro: "How Long Does $2.5 Million Last in Retirement?"

This quiz matches nearly 50,000 people each month with vet    Start Now

**SmartAsset** | Sponsored

Sleep Apnea is Linked to This Household Item (Stop Using It)

**derilamemoryfoam.com** | Sponsored

Most People Don't Use This Tip for Mice in Spring, But it Works Like Magic

**Vamoose** | Sponsored

Who Has The Cheapest Car Insurance For Retirees in New York? (Check Zip Code)

As Low As $38/month. Fast, Easy & Free. No Agents.

**OTTO Insurance** | Sponsored     Click Here

Have a Question?

## Amazon Prices Up? This Extension Fights Back

This free browser extension helps shoppers find better prices, coupons, and hidden savings automatically.

**Amazon Discount Code** | Sponsored

Learn More

## Joint Pain After 55? A Discovery From Spain Is Changing Everything

**DailyHealthDigital** | Sponsored

## Limited-Time: 2 Credit Cards Now Charging 0% Interest Until 2028

**CardCritics** | Sponsored

Learn More

## The Free Browser Tool Every Amazon Shopper Needs

This free browser extension helps shoppers find better prices, coupons, and hidden savings automatically.

**Amazon Discount Code** | Sponsored

Learn More

## Related Searches

Search for AI Based Contract Lifecycle Tools on Yahoo. View top results now.

**Yahoo** | Sponsored

Learn more

## The $24 'Dopamine Drop' That's Replacing Stimulants In New York

"I got a day's work done before lunch." No script. No crash. No anxiety. $24. I feel great.

**Consumer Health Reports** | Sponsored

Buy Now

## The Space Economy Has An Under followed Public Name

The market usually prices the dream first. It takes longer to price the infrastructure that's already there

**Raging Bull** | Sponsored

Learn More

Have a Question?

## Who Has The Cheapest Car Insurance in New York? (Check Zip Code)

Drivers are now getting insurance at a fraction of the price, thanks to this

**OTTO Insurance** | Sponsored

**Click Here**

## New ballparks highlight 2025 MiLB road trip stops

Benjamin Hill travels the nation collecting stories about what makes Minor League Baseball unique. This excerpt from the Baseball Traveler newsletter, presented by Circle K, is a mere taste of the smorgasbord of …

**MiLB.com**

## Debating best Minor League home caps on podcast

Check out the latest episodes of The Show Before the Show, MiLB.com's official podcast. A segment rundown is listed below, in case you want to skip to a particular section. Like the podcast? Subscribe, rate and review …

**MiLB.com**

## This Public Aerospace Company Doesn't Fit the Usual Small-Cap Script

The market usually prices the dream first. It takes longer to price the infrastructure that's already there

**Raging Bull** | Sponsored

**Learn More**

## This 12-Minute "Trick" Relieves Shoulder Pain For Good

**Shoulder Relief News** | Sponsored

## Sciatica Is Not from a Slipped Disc. Meet the Real Enemy of Sciatica (Stop Doing This)

**Smoothspine** | Sponsored

**Learn More**

## 5+ Billion Threats Stopped. Trusted By Cybersecurity Experts

Malwarebytes detects day-zero threats missed by legacy antivirus. Get protected today!

**Malwarebytes** | Sponsored

**Learn More**

## See Who's on eharmony in Albany

Have a Question?

## Anthony Volpe: A Quick Stop at Home on his Journey Back

**MiLB**

## Minor League News: Prospects, Stories, Scores, Standings, Stats, Trades

**MiLB**

## Most People With a Car Loan Have Never Tried This

Most drivers don't know that when you finance your vehicle directly from the dealership, you don't always get the lowest loan rate you qualify for. Find out how much you could be saving monthly.

**Auto Approve** | *Sponsored*

**Learn More**

## This Game is A Must-Have (Even For Non Gamers)

A Stunning Fantasy Role-Playing Game. It Is So Beautiful It's Worth Installing Just To See

**Raid - Desktop Game -Play Now!** | *Sponsored*

**Download**

## This Game is So Beautiful, It's Worth Installing (Even For Non-Gamers)

A Stunning Fantasy Role-Playing Game. It Is So Beautiful It's Worth Installing Just To See

**Raid - Desktop Game -Play Now!** | *Sponsored*

**Download**





Terms of Use     Privacy Policy     Do Not Sell My Personal Data     Advertise on Our Digital Platforms     Cookies Settings

Copyright © 2026 Minor League Baseball.

Minor League Baseball trademarks and copyrights are the property of Minor League Baseball. All Rights Reserved

Have a Question?