Case 1:22-cv-00986-GTS-PJE   Document 186-6   Filed 07/31/26

# Onondaga County, NY

## Property

**Municipality:** Town of Van Buren
**Tax ID:** ████████
**Owner:** Maria Johnson
**Property Address:** ████████████

**School District:** Baldwinsville
**Property Class:** 210 - 1 Family Res
**Acreage/Size:** 110 x 85
**2026 Total Assessment:** $114,240

### Property Links

View/Print tax bills, receipts and delinquent tax amounts: Tax Info
Find Comparable Sales: Start Comp Report
Real Property Transfer Application: RP-5217 Form
PIN Property on GIS: GIS Map
Find Property on: Google Maps
Find Property on: Bing Maps

| | |
|---|---|
| **SWIS** | ████ |
| **Property Number** | |
| **Status** | Active |
| **Roll Section** | Taxable |
| **Ownership Code** | |
| **In Ag District** | No |
| **Zoning** | ██ |
| **Neighborhood** | ███ |
| **Property Description** | ████████ |

Maria Johnson
100 Seneca View Dr
Syracuse, NY 13209

Corey Johnson
100 Seneca View Dr
Syracuse, NY 13209

## Valuation

| Assessed Year | 2026 |
|---|---|
| Equalization Rate | 65.00% |
| Land Assessment | $12,300 |
| **Total Assessment** | **$114,240** |
| **Full Market Value** | **$175,754** |

| Year | Description | Type | Units | Percent | Value |
|---|---|---|---|---|---|
| 2026 | CSW15 - County Sewer (Res) | | 1 | 0% | $0 |
| 2026 | CWR40 - County water | | 0 | 0% | $0 |
| 2026 | DR279 - Seneca drg | | 0 | 0% | $0 |
| 2026 | FR034 - Lakeside fire prot | | 0 | 0% | $0 |
| 2026 | LT226 - ██████ | | 0 | 0% | $0 |
| 2026 | SR040 - Trash & Yard Waste | | 1 | 0% | $0 |
| 2026 | SW965 - Seneca sew | | 0 | 0% | $0 |
| 2026 | WR587 - Consolidated Water | | 0 | 0% | $0 |

## Land

| Site | Land Type | Size |
|---|---|---|
| Res 1 | Primary | 110 x 85 |

## Sales

| Sale Date | Sale Price | Property Class | Sale Type | Prior Owner | Value Usable | Arms Length | Addl. Parcels | Deed Book/Page |
|---|---|---|---|---|---|---|---|---|
| 9/29/2006 | $78,970 | 210 - 1 Family Res | Land & Building | Eason, Christopher J | Yes | Yes | No | 4961 / 605 |

## Residential Buildings

| | | | | |
|---|---|---|---|---|
| Site | Res 1 | | Living Area | 925 |
| Building Style | Ranch | | First Story Area | 925 |
| Number of Full Baths | 1 | | Second Story Area | 0 |
| Number of Half Baths | 0 | | Half Story Area | 0 |
| Number of Bedrooms | 3 | | Additional Story Area | 0 |
| Number of Kitchens | 1 | | Three Quarter Story Area | 0 |
| Number of Fireplaces | 1 | | Finished Basement Area | 0 |
| Overall Condition | Normal | | Finished Rec Room Area | 0 |
| Overall Grade | Economy | | Finished Area Over Garage | 0 |
| Porch Type | | | Number of Stories | 1 |
| Porch Area | | | Sewer Type | Comm/public |
| Year Built | 1961 | | Water Supply | Comm/public |
| Effective Year Built | | | Utilities | Gas & elec |
| Basement Type | Slab/pier | | Heat Type | Hot air |
| Basement Garage Cap. | 0 | | Fuel Type | Natural Gas |
| Attached Garage Cap. | 300 | | Central Air | No |

### Improvements

| Site | Structure | Size | Grade | Condition | Year Built |
|---|---|---|---|---|---|
| Res 1 | Gar-1.0 att | 12 x 25 | Average | Normal | 1961 |
| Res 1 | Fence-chn lk | 180 x 4 | Average | Fair | 1972 |
| Res 1 | Shed-machine | 8 x 8 | Good | Good | 2008 |

## Taxable Values

| Tax Year | 2026 |
|---|---|
| County Taxable | $114,240 |
| County Taxable Exemptions | $0 |
| Municipality Taxable | $114,240 |
| Municipality Taxable Exemptions | $0 |
| Village Taxable | |
| Village Taxable Exemptions | |
| School Taxable | $91,660 |
| School Taxable Exemptions | $22,580 |

## Exemptions

| Tax Year | Code Description | Amount | Exempt % | Start Year | End Year | Vflag | Hcode | Own % |
|---|---|---|---|---|---|---|---|---|
| 2026 | 41854 - BAS STAR | $22,580 | 0 | 2007 | 0 | No | | 0 |

**No data available for the following modules:** Additional Parcels Involved in Sale, Historic Deed, Inventory, Commercial Buildings, Utilities, Site Uses.

