An official website of New York State.
Here's how you know ⌄



## Parks, Recreation and Historic Preservation

---

**General Information:**   (607) 334-2718     745 Bliven Sherman Road
Oxford, NY 13830

# Bowman Lake State Park

Central Region

RESERVE LODGING ⧉

🚗 Getting Here     ☁ Weather ⧉



# Amenities



Biking    Boat Launches    Boat Rentals    Camper Assistance Program

Campsites, Cabins & Lodging    Disc Golf    Fishing    Food    Golf

Hiking Trails    Hunting    Nature Center    Event Rentals: Pavilions, Shelters

Playground    Showers    Snowmobile Trails

Snowshoeing, X-Country Skiing

# Hours and Fees

Open year round, dawn to dusk.

**Park Office Hours:**

Memorial Day Weekend (May 24th) - Labor Day (September 1st):

Sunday - Thursday, 9am to 7pm; Friday and Saturday 9am - 9pm

**Camping 2025:**

Open 5/16/2025 - 8/31/2025

**Shelter Reservation**: May 22 - September 1. Call park to reserve.

Deer and small game hunting allowed in specific areas.

Most New York State Parks charge a vehicle use fee to enter the facility. Fees vary by location and season. A list of entry fees and other park use fees is available below. For fees not listed or to verify information, please contact the park directly.

The easy-to-use Empire Pass card is $80 — and your key to all-season enjoyment with unlimited day-use entry at most facilities operated by State Parks and the State Dept. of Environmental Conservation, including forests, beaches, trails and more. Purchase online or contact your favorite park for more information. Learn more about our Admission Programs including the Empire Pass.



## Know Before You Go

**Pet Policy**

A maximum of two pets are allowed in campsites and day use areas unless prohibited by sign or directive. Pets are to be supervised at all times and either be crated or on a leash not more than 6-feet in length. Proof of rabies inoculation shall be produced if requested by staff. Pets are not permitted in playgrounds, buildings, golf courses, boardwalks, pools and spray-grounds or guarded beaches (this does not apply to service animals).

2026 Geocache Challenge

Bowman Lake State Park is a 966.94 acre remote sylvan retreat known as "a camper's paradise." Scenic park roads wind through evergreen and hardwood forests to shady campsites. There is a sandy lakefront with several picnic areas nearby. The lake is regularly stocked with trout, and birdwatchers can spot as many as 103 species of birds. The park also has a nature center and a nine-hole disc golf course!

In winter, snowmobilers and cross-country skiers enjoy outstanding scenery on 13 miles of designated trails. No ice fishing is permitted.

Bowman Lake offers "Rustic" cabins. These cabins are the perfect in-between for campers who like tents and cabins. Offering protection from the elements, they offer 4 and 6 person cabins, but have no electricity or water, with the exception of Cabin 60, which has electricity. No pets are allowed in Cabin 60, 146B and 146C. Two (2) night minimum stay required for reservations. Reservations and out-of-state resident fees also apply.

**Pavilion Information**

Bowman Lake has one pavilion. Price range from $50 to $75 and can accommodate 75 people. Check availability at ReserveAmerica.com ☐.

# Hunting

*Attention Hunters: Highly Pathogenic Avian Influenza (i.e., "bird flu") has recently been detected in New York State in a variety of waterfowl species. Learn more.*

Hunting Permit

Bowman Lake Hunting Map

# Maps

⬇    Hunting Map

⬇    Trail Map

⬇    Small Trail Map

# Documents

⬇    **2025 Geocache Challenge**

⬇    **Self-Issued Hunting Permit**

⬇    **Bowman Lake State Park Bird Checklist**

## Resources



Bowman Lake State Park Trail Map

## Nearby Properties





### Fort Ontario State Historic Site

**CENTRAL REGION**

### Mexico Point Boat Launch

**CENTRAL REGION**

Visitors to Fort Ontario State along Lake Ontario today will see the star-shaped fort dating to the early 1840's. The current fort is built on the ruins of three earlier fortifications dating to the French and Indian War, Revolutionary War...

Mexico Point offers a large concrete boat launch into the Little Salmon River with close access to Lake Ontario. Picnicking is allowed and the site offers restrooms.



## Green Lakes State Park

**CENTRAL REGION**

The hallmark of this park is its two beautiful glacial lakes dating back to the Ice Age. This Central New York fave has campsites and cabins, miles of prized

hiking trails that circle the lakes, a popular beach,
waterfront nature...

## Support the Places You Love

Does this location have a special place in your heart? Consider making a donation. All donations to the
Natural Heritage Trust directly benefit state parks, conservation, and historic preservation in New York
State. Donations are fully tax-deductible.

DONATE ↗

## Parks, Recreation and Historic Preservation

## There's More to Explore!

Your one-stop shop for all New York State Parks and
Historic Sites info? The free NY State Parks Explorer app!
From downloadable, offline maps to events happening

near you and key know-before-you-go information, there's more to explore in New York State.

**DOWNLOAD THE APP**

## Join Our Team!

With more than 250 state parks, historic sites, golf courses, and more, there's a place for you at New York State Parks and Historic Sites.

**APPLY TODAY**

- AgenciesApp DirectoryCountiesEventsProgramsServices

Translate

Translation Services

This page is available in other languages

- English

- Español

- 中文

- 繁體中文

- Русский

- ייִדיש

- বাংলা

- 한국어

- Kreyòl Ayisyen

- Italiano

- العربية

- Polski

- Français

- اردو