

# PARKS AND TRAILS

The Village is fortunate to have several recreational areas available. Please contact the Village Clerk's Office at (315) 635-3521 if you would like to use a park for an event.

**Mercer Park** sits on the Seneca River at Charlotte and North Streets. It has restrooms, picnic tables, a modular play structure, swings, benches, a gazebo, a pavilion and basketball courts. There is a $30.00 (Village residents)/$55.00 (non-residents) fee to reserve the gazebo or the pavilion. A separate $100.00 refundable deposit is also required.

Accessibility Menu

**McHarrie Park** is located on Canton Street between Downer Street and Mildred Avenue. This is a small neighborhood park with lighted walkways and picnic tables, swings, a modular play structure and the Shacksboro Schoolhouse Museum.

**Community Park** is located off Rt. 48 south of the Village. This is a large wooded park with restrooms, softball fields, large picnic areas and pavilion, nature trails, and a boat launch on the Seneca River. There is a $30.00 (Village residents)/$55.00 (non-residents) fee to reserve the pavilion. A separate $100.00 refundable deposit is also required. There are separate fee for the use of the softball fields.

**South Shore West Trail** a quiet river and canal side area for a walk or pleasant respite. The trail also offers boat dockage, benches, picnic tables and an outstanding view of the canal and river.

**Paper Mill Island** holds an amphitheater, lighted walkways, benches, picnic areas and restrooms. It has a great view of the canal, lock operations and the river, with a full slate of summertime concerts and activities.

**South Shore East Trail** - The Village is in the process of developing a pedestrian/biking trail from Water Street along the Seneca River into Community Park. The entire length of the trail is open to the public. However, the trail is still under construction and there may be times when portions are closed as work progresses.

**The Yevich Trail** - This lighted trail has benches and runs along the river front from Denio Street to Lock Street.

**Volunteer Park** – located at the end of Marble Street, this park offers a walking trail all the way out to the end of this narrow island that separates the Seneca River and Erie Canalway in the center of the village.



HISTORY

BUY A BRICK PROGRAM

Accessibility Menu

PARKS & TRAILS

MAPS

DEMOGRAPHICS & GEOGRAPHY

VIDEO TOUR

LINKS & RESOURCES

## Contact Us Today!

**Name** *(Required)*

First

Last

**Phone** *(Required)*

**Email** *(Required)*

**Message**

Accessibility Menu

Parks & Trails – Village of Baldwinsville



**CAPTCHA**

I'm not a robot

reCAPTCHA

Submit

**DEPARTMENTS**

Baldwinsville Police Department

Department of Public Works

**Accessibility Menu**

illage Clerk's Office

illage Court

ode Enforcement

anton Woods Senior Center

  

OARDS

rchitectural Review Board

oning Board of Appeals

lanning Board

oard of Trustees



Accessibility Menu

Parks & Trails - Village of Baldwinsville

## ABOUT US

History

Buy a Brick Program

Parks & Trails

Maps

Demographics & Geography

Video Tour

Links & Resources

## CONTACT US

Phone & Email

Directions

Online Payment

Accessibility Menu

Case 1:22-cv-00986-GTS-PJE     Document 186-8     Filed 07/31/26     Page 7 of 7

© 2020 VILLAGE OF BALDWINSVILLE • POWERED BY WINDHILL DESIGN

Accessibility Menu