

(https://www.destinyusa.com)

SALES (HTTPS://WWW.DESTINYUSA.COM/SALES/)     EVENTS⌄ (HTTPS://WWW.DESTINYUSA.COM/EVENTS/)

VISIT⌄ (HTTPS://WWW.DESTINYUSA.COM/VISIT/)     DIRECTORY (HTTPS://WWW.DESTINYUSA.COM/DIRECTORY/)

OUTLETS (HTTPS://WWW.DESTINYUSA.COM/OUTLETS/)     COMMUNITY (HTTPS://WWW.DESTINYUSA.COM/COMMUNITY/)

THE ANTIQUE CAROUSEL (HTTPS://WWW.DESTINYUSA.COM/ANTIQUE–CAROUSEL/)

BLOG (HTTPS://WWW.DESTINYUSA.COM/BLOG/)     LEASING (HTTPS://WWW.DESTINYUSA.COM/LEASING/)

# WELCOME TO DESTINY USA

SEARCH FOR SHOPPING, DINING OR ENTERTAINMENT      🔍

⌃



# YOU'V... ...VERS.

## CONTACT

9090 Destiny USA Drive
Syracuse, NY 13204
(https://goo.gl/maps/nG2Qzotd3rH2)

315.466.6000 (tel:315.466.6000)

info@destinyusa.com (mailto:info@destinyusa.com)

## HOURS

⊘ **OPEN** until 8:00PM

## Regular Hours

**MONDAY – THURSDAY**
10:00AM – 8:00PM

**FRIDAY – SATURDAY**
10:00AM – 9:00PM

**SUNDAY**
11:00AM – 6:00PM

**VIEW INDIVIDUAL VENUE HOURS (HTTPS://WWW.DESTINYUSA.COM/HOU**

**Looking for help?** Let our friendly Security team be of service with a convenient location to better serve you. You can find us on the first level underneath the Food Court.

**Do you have a question right now for our Guest Services team?**
Ask them at info@destinyusa.com (mailto:info@destinyusa.com) or call 315.466.7000 (tel:315.466.7000) extension 4.

**Do you need to contact Destiny USA's security team?**
Call 315.466.6011 (tel:315.466.6011) or visit our security page (https://www.destinyusa.com/security/) for more info.

**Questions regarding operations, security, development, or land 🖾 sales across the Pyramid portfolio?** 🖾 Sales

︿

C
ja

# SERVICES          ACCESSIBILITY

| | |
|---|---|
| Directory & Directions | Designated parking at every mall entrance. |
| Visitors Guide | Automatic doors equipped at every main entrance. |
| Passport Of Savings | Wheelchairs and electric scooters. |
| Digital Kiosks | Reserved special needs washrooms. |
| ATM's | Emergency phones located in several parking lots. |
| Shopping Cart Rental | All service dogs allowed. |
| Stroller Rental | |
| Wheelchair Rental and Special Needs Assistance | ADA accessible entrances are identified below and ample parking is available throughout the site. Thank you for 🖼 shopping at Destiny USA.   🖼 **Disabled &** |
| Lost + Found | **Special Needs** |
| Free Wifi | |
| Gift Cards | |
| Shopping Packages | |
| Green Vehicle Parking | |

AAA/CAA/MasterCard Show Your Card &
Save Program

Restrooms and Family Restrooms



(https://www.destinyusa.com/wp-
content/uploads/sites/7/2024/11/2024-
11-18-DUSA-ADA-Map.png)

**Accessibility Map PDF Download**
(https://www.destinyusa.com/wp-
content/uploads/sites/7/2024/11/2024-
11-18-DUSA-ADA-Map.pdf)

# MALL POLICIES

# PARENTAL ESCORT

- **Behavior Code**
    Destiny USA is a private property
    dedicated to providing a safe,
    convenient and enjoyable
    shopping, dining and
    entertainment environment for our
    guests, tenants and employees.
    Everyone is expected to follow the
    Behavior Code at all times.

**MB - 18**   MUST BE 18
*All operational hours. Every day of the week.*

Parental Escort Policy
MB-18

or which detract from, the experience. Persons violating the Behavior Code may be directed to leave Destiny USA, banned from entering the property in the future, and/or prosecuted to the fullest extent of the law.

- **Safe and Convenient**
Shopping Pets are not allowed on the premises except for service animals that aid the physically challenged. Exceptions may be made for pets being taken to pet stores or photography sessions.

- **Please Walk**
Fighting, horseplay, harassment, loitering, offensive language, shouting, loud noise, littering, picketing, protesting, solicitation or any illegal activities are not allowed on Destiny USA property. Management has the right to exclude from the facility any person or group who in the opinion of Management is obstructing, hindering or harassing shoppers or visitors, or who is engaged in conduct that is unrelated to or detracts from the experience of our guests. For the safety of all, you may not run, skate or use a skateboard, hoverboard or similar devices on Destiny USA property. You may not ride bicycles on sidewalks or the interior of the complex.

- **Please Dress Appropriately**

guardian (aged 21 years or older) when visiting during *all* operational hours, *every day* of the week*. All guests should be prepared to show valid identification (with picture and date of birth) such as a driver's license, state identification card, military ID, passport or visa. Failure to comply, will result in dismissal from the premises.  📖 Private event booking

For additional information please call Security at 315.466.6011 (tel:315.466.6011).

*Regal Cinemas has also updated its parental escort policy at Destiny USA. Anyone 16 and under will be required to be accompanied by an adult after 6:00 p.m., every day of the week.

impact the interest of merchants or engage shoppers or other legal invitees in conflict is prohibited. The display of signs, banners, posters, apparel and the like that tend to provoke a disturbance, negatively impact the interests of merchants or engage shoppers or other legal invitees in conflict, is also prohibited.

· **No Weapons Allowed**

The possession of any weapon, other than by law enforcement personnel, is strictly prohibited.

· **Smoking and Alcohol**

The entire Destiny USA property is tobacco/smoke free. The use of vaping devices is strictly prohibited.

· **Parking is for Guests and Visitors**

The parking area is private property and is intended for the use of guests, visitors and employees. Vehicles must be parked in legally designated spaces. Unauthorized overnight parking is not permitted. Violators are subject to ticketing and/or towing at owner's expense. Authorization for overnight parking can be requested by contacting Mall Security at 315-466-6011.

· **We Support Education**

In accordance with school attendance laws, and in support of education, children 6 to 16 years of age are not permitted on

Case 1:22-cv-00986-GTS-PJE – Document 186-9 – Filed 07/31/26 – Page 7 of 11

# CAROUSEL

MONDAY – SUNDAY:

11:00AM – 6:00PM*

*ride closed from 2:00PM – 2:45PM daily for cleaning

(HTTPS://WWW.DESTINYU SA.COM/VISIT/)

(HTTPS://WWW.DESTINYU SA.COM/DIRECTORY/)

(HTTPS://WWW.DESTINYU SA.COM/LEASING/)

(HTTPS://WWW.DESTINYU SA.COM/OUTLETS/)

(HTTPS://WWW.DESTINYU SA.COM/SALES/)

(HTTPS://WWW.DESTINYU SA.COM/EVENTS/)

(HTTPS://WWW.DESTINYU

## HOURS

⊘ **OPEN** until 8:00PM

### REGULAR HOURS

**MONDAY – THURSDAY**
10:00AM – 8:00PM

**FRIDAY – SATURDAY**
10:00AM – 9:00PM

**SUNDAY**
11:00AM – 6:00PM

(https://www.destinyusa.com )

VIEW INDIVIDUAL VENUE HOURS (HTTPS://WWW.DESTINYUSA.COM/HOURS)

(http://maps.google.com/? q=1+Destiny+USA+Drive+S yracuse+NY+13204)

(tel:315.466.6000 )

📇 Private event booking

SA.COM/HELP/)

(HTTPS://WWW.DESTINYU
SA.COM/SECURITY/)

(HTTPS://WWW.DESTINYU
SA.COM/BLOG/)

## DESTINY USA

(HTTPS://WWW.DESTINYU
SA.COM/ABOUT/)

(HTTPS://WWW.DESTINYU
SA.COM/PRESS-ROOM/)

(HTTPS://WWW.DESTINYU
SA.COM/FILM/)

(HTTPS://WWW.PYRAMIDM
G.COM/ADVERTISING/)

(HTTPS://WWW.DESTINYU
SA.COM/EMPLOYMENT/)

(/HELP/#ADA_MAP)

(HTTPS://WWW.DESTINYU
SA.COM/PRIVACY-
POLICY/)

(/WP-
LOGIN.PHP)

(HTTPS://WWW.DESTINYU
SA.COM/COMMUNITY/)

(HTTPS://WWW.DESTINYU
SA.COM/HELP/)

⌃

ps://www.tripadvisor.com/Attraction_Review-g48713-d2346297-Reviews-Destiny_USA-Syracuse_Finger_Lakes_New_York.html)

(https://www.facebook.com/ExperienceDestinyUSA)

(https://twitter.com/destinyusa)

(https://www.instagram.com/destinyusa/)

Case 1:22-cv-00986-GTS-PJE   Document 186-9   Filed 07/31/26

ok.co
m/@d
estiny
usaoff
icial?
_t=8Y
N7AoI
LV6s
&_r=1
)