# Regal Admittance Policy

## ADA Seating & Companion Pass:

Regal Entertainment Group theatres are handicap accessible. All seating designated as "handicapped" with the familiar wheelchair symbol is reserved for the disabled and their companions.

Guests attending our theatres in an assistant/companion role for one of our guests with disabilities may be passed in by management.

If you need assistance for any reason, please ask one of our theatre personnel for assistance.

## Costumes with Masks and Props:

Protecting the safety of our clientele and cast members is always top priority at Regal Entertainment Group. Therefore, REG does not allow admission to our locations for guests of any age wearing masks*, face paint or face-obscuring hood; or possessing weapons, props or fake weapons. *(Facemasks for health and safety reasons are allowed.)

## Outside Food or Drink:

No outside food or drink is permitted in the theatre.

## Backpacks/Packages/Bags:

Security issues have become a daily part of our lives in America. Regal Entertainment Group wants our customers and staff to feel comfortable and safe when visiting or working in our theatres. In that regard, as a general rule all backpacks, packages and large bags of any kind are subject to inspection. However, our admission policies may be modified periodically as necessary to ensure, to the extent possible, the safety of our guests. We acknowledge that this procedure can cause some inconvenience and that it is not without flaws, but hope these are minor in comparison to increased safety.