We're hiring! Learn more about careers at Texas Roadhouse.



# SYRACUSE

3143 Erie Blvd. East,
Syracuse, NY 13214

Get Directions

315-445-4086

Find Us on Facebook

JOIN WAITLIST

ORDER TO-GO

VIEW MENU

**Store Hours**

Sunday : 12:00 PM - 9:00 PM

Monday : 3:00 PM - 9:30 PM

Tuesday : 3:00 PM - 9:30 PM

**Wednesday : 3:00 PM - 9:30 PM**

Thursday : 3:00 PM - 9:30 PM

Friday : 3:00 PM - 10:00 PM

Saturday : 12:00 PM - 10:00 PM

# WE'RE HIRING HERE

VIEW OPEN POSITIONS

# MOUTH WATERING YET?

**JOIN WAITLIST**

**ORDER TO-GO**

**ABOUT US**

**PRESS ROOM**

**CAREERS**

**CONTACT US**

Investors

Nutrition & Allergens

Community Impact

Corporate Sustainability

Trust Center

Terms of Use

Privacy Policy

Accessibility

Health Data Notice





© 2026 Texas Roadhouse Delaware LLC | Terms & Conditions | Privacy Policy | Cookie Settings | Do Not Sell/Share My Personal Information

**JOIN WAITLIST**

**ORDER TO-GO**