# Onondaga County, NY

## Property

**Municipality:** Town of DeWitt
**Tax ID:** 044.-07-05.1
**Owner:** Texas Roadhouse Holdings LLC
**Property Address:** 3143 Erie Blvd

**School District:** Jamesville-DeWitt
**Property Class:** 421 - Restaurant
**Acreage/Size:** 0.97
**2026 Total Assessment:** $1,430,500

### Property Links

View/Print tax bills, receipts and delinquent tax amounts: Tax Info
Find Comparable Sales: Start Comp Report
Real Property Transfer Application: RP-5217 Form
PIN Property on GIS: GIS Map
Find Property on: Google Maps
Find Property on: Bing Maps

| | |
|---|---|
| SWIS | 312689 |
| Property Number | |
| Status | Active |
| Roll Section | Taxable |
| Ownership Code | |
| In Ag District | No |
| Zoning | 05 |
| Neighborhood | 26005 |
| Property Description | Sei Liquidation Partnership Subd Lt 2 Map #7839 |

Texas Roadhouse Holdings LLC
Texas Roadhouse MS #15
6040 Dutchmans Ln
Louisville, KY 40205

| Assessed Year | 2026 |
|---|---|
| Equalization Rate | 95.00% |
| Land Assessment | $500,000 |
| **Total Assessment** | **$1,430,500** |
| **Full Market Value** | **$1,505,789** |

| Year | Description | Type | Units | Percent | Value |
|---|---|---|---|---|---|
| 2026 | CDR50 - Beartrap l c drg co | | 0 | 0% | $0 |
| 2026 | CSW16 - County Sewer (Com) | | 32.3 | 0% | $0 |
| 2026 | CWR40 - County water | | 0 | 0% | $0 |
| 2026 | EM009 - E Syracuse Ambulance | | 0 | 0% | $0 |
| 2026 | LT184 - Street lighting | | 0 | 0% | $0 |
| 2026 | SW941 - Sewer maintenance & | | 0 | 0% | $0 |
| 2026 | WR533 - Orville wat ext | | 0 | 0% | $0 |
| 2026 | WR550 - Consolidated water | | 0 | 0% | $0 |
| 2026 | FR025 - Dewitt Fire N Comm | | 0 | 0% | $0 |

## Land

| Site | Land Type | Size |
|---|---|---|
| Com 1 | Primary | 181 x 234 |

## Sales

| Sale Date | Sale Price | Property Class | Sale Type | Prior Owner | Value Usable | Arms Length | Addl. Parcels | Deed Book/Page |
|---|---|---|---|---|---|---|---|---|
| 12/20/2005 | $600,000 | 330 - Vacant comm | Land Only | Sei, Liquidation | Yes | Yes | No | 4920 / 905 |
| 11/23/1998 | $1,222,000 | 330 - Vacant comm | Land Only | Sei-Liquidating, | No | Yes | Yes | 4282 / 233 |

## Additional Parcels Involved in Sale

⌄ 11/23/1998 4282/233

Case 1:22-cv-00986-GTS-PJE    Document 186-13    Filed 07/31/26    Page 2 of 2

## Historic Deed

| Book/Page | Prior Printkey |
|---|---|
| 4920 / 905 | |
| 4282 / 233 | 044-07-05.1+6.1 |

## Inventory

| | | | |
|---|---|---|---|
| Site | Com 1 | Overall Grade | Good |
| Overall EFF Year Built | 2006 | Overall Desirability | |
| Overall Condition | Good | | |

## Commercial Buildings

| | | | |
|---|---|---|---|
| Site | Com 1 | Eff Year Built | |
| Air Cond. % | 100 | Condition | Good |
| Sprinkler % | 40 | Quality | Average |
| Alarm % | 100 | Gross Floor Area | 7,941 |
| Elevators | 0 | Stories | 1 |
| Basement Type | | Nbr Identical Bldgs | 1 |
| Year Built | 2006 | | |

## Utilities

| | | | |
|---|---|---|---|
| Site | Com 1 | Water Supply | Comm/public |
| Sewer Type | Comm/public | Utilities | Gas & elec |

## Site Uses

| Site | Use | Rentable Area | Total Units |
|---|---|---|---|
| Com 1 | Restaurant | 7,941 | 0 |

## Improvements

| Site | Structure | Size | Grade | Condition | Year Built |
|---|---|---|---|---|---|
| Com 1 | Pavng-asphlt | 204000 x 4 | Good | Good | 2006 |

## Taxable Values

| Tax Year | 2026 |
|---|---|
| County Taxable | $1,430,500 |
| County Taxable Exemptions | $0 |
| Municipality Taxable | $1,430,500 |
| Municipality Taxable Exemptions | $0 |
| Village Taxable | |
| Village Taxable Exemptions | |
| School Taxable | $1,430,500 |
| School Taxable Exemptions | $0 |

**No data available for the following modules:** Residential Buildings, Exemptions.



User Privacy Policy    GDPR Privacy Notice
Last Data Upload: 7/28/2026, 11:15:32 PM