Case 1:22-cv-00986-GTS-PJE     Document 186-14     Filed 07/31/26     Page 1 of 2



**NUTRITION**

**CONTACT**

**ABOUT**

**CAREERS**

**PRESS**

**INTERNATIONAL**

SPECIALS

STEAK

TO GO

BLOOMIN ONION

BAR

PRIVACY & LEGAL NOTICES

MANAGE MY PRIVACY PREFERENCES

ACCESSIBILITY STATEMENT

