

**Vestal**  (1)

**Wappingers Falls**  (1)

**Westbury**  (1)

**Yonkers**  (1)

NUTRITION

CONTACT

ABOUT

CAREERS

PRESS

INTERNATIONAL

SPECIALS

STEAK

TO GO

BLOOMIN ONION

BAR

PRIVACY & LEGAL NOTICES

MANAGE MY PRIVACY PREFERENCES

ACCESSIBILITY STATEMENT

