# Ruby Tuesday

OUR MENU    DAILY DEALS    REWARDS    GIFT CARDS    CATERING    CAREERS    LOCATIONS    Order Now

## FIND A RUBY TUESDAY LOCATION

Syracuse, NY                    **Search**

### CARRIER CIRCLE

6405 YORKTOWN CIRCLE,
EAST SYRACUSE, NY, 13057

315-414-0450

11:00 AM - 10:00 PM(Monday-Friday)
11:00 AM - 10:00 PM(Saturday-Sunday)

See store details

**Order Pick-Up**

**Order Delivery**

### HORSEHEADS

3300 CHAMBERS RD STE 5055,
HORSEHEADS, NY, 14845

607-796-5269

11:00 AM - 10:00 PM(Monday-Friday)
11:00 AM - 10:00 PM(Saturday)

**Order Pick-Up**

**Order Delivery**

