# Onondaga County, NY

## Property

**Municipality:** Town of DeWitt
**Tax ID:** 025.-03-07.0
**Owner:** Christensen Enterp & Invest LC
**Property Address:** 6405 Yorktown Cir

**School District:** East Syracuse-Minoa
**Property Class:** 421 - Restaurant
**Acreage/Size:** 2.26
**2026 Total Assessment:** $1,210,600

### Property Links

View/Print tax bills, receipts and delinquent tax amounts: Tax Info
Find Comparable Sales: Start Comp Report
Real Property Transfer Application: RP-5217 Form
PIN Property on GIS: GIS Map
Find Property on: Google Maps
Find Property on: Bing Maps

| | |
|---|---|
| SWIS | 312689 |
| Property Number | |
| Status | Active |
| Roll Section | Taxable |
| Ownership Code | |
| In Ag District | No |
| Zoning | 06 |
| Neighborhood | 26004 |
| Property Description | Collamer Rd Sbdv Lt3 Map #7592 |

Christensen Enterp & Invest LC
842 W Clover Blossom Cir
Murray, UT 84123

| Assessed Year | 2026 |
|---|---|
| Equalization Rate | 95.00% |
| Land Assessment | $250,000 |
| **Total Assessment** | **$1,210,600** |
| **Full Market Value** | **$1,274,316** |

| Year | Description | Type | Units | Percent | Value |
|---|---|---|---|---|---|
| 2026 | CDR50 - Beartrap l c drg co | | 0 | 0% | $0 |
| 2026 | CSW16 - County Sewer (Com) | | 13.6 | 0% | $0 |
| 2026 | CWR40 - County water | | 0 | 0% | $0 |
| 2026 | DR255 - Yorktown Circle Drg | | 0 | 0% | $0 |
| 2026 | EM009 - E Syracuse Ambulance | | 0 | 0% | $0 |
| 2026 | LT184 - Street lighting | | 0 | 0% | $0 |
| 2026 | SW941 - Sewer maintenance & | | 0 | 0% | $0 |
| 2026 | WR550 - Consolidated water | | 0 | 0% | $0 |
| 2026 | FR025 - Dewitt Fire N Comm | | 0 | 0% | $0 |

## Land

| Site | Land Type | Size |
|---|---|---|
| Com 1 | Undeveloped | 2.26 acres |

## Sales

| Sale Date | Sale Price | Property Class | Sale Type | Prior Owner | Value Usable | Arms Length | Addl. Parcels | Deed Book/Page |
|---|---|---|---|---|---|---|---|---|
| 1/10/2019 | $2,032,520 | 421 - Restaurant | Land & Building | TMT33, LLC, | No | No | No | 2019 / 2831 |
| 4/30/2018 | $1,716,213 | 421 - Restaurant | Land & Building | NRD Rt 30 LLC, | No | No | No | 2018 / 19774 |
| 12/21/2017 | $1,263,156 | 421 - Restaurant | Land & Building | Ruby Tuesday, Inc, | No | No | No | 2018 / 6763 |
| 9/9/2005 | $850,000 | 330 - Vacant comm | Land Only | MBF Development Co, | Yes | Yes | No | 4904 / 387 |

## Historic Deed

| Book/Page | Prior Printkey |
|---|---|
| 2019 / 2831 | |
| 2018 / 19774 | |
| 2018 / 6763 | |
| 4904 / 387 | |
| 3271 / 36 | 312689025000030200000000 |

## Inventory

| | | | |
|---|---|---|---|
| **Site** | Com 1 | **Overall Grade** | Average |
| **Overall EFF Year Built** | | **Overall Desirability** | Superior |
| **Overall Condition** | Good | | |

## Commercial Buildings

| | | | |
|---|---|---|---|
| **Site** | Com 1 | **Eff Year Built** | |
| **Air Cond. %** | 100 | **Condition** | Good |
| **Sprinkler %** | 100 | **Quality** | Average + |
| **Alarm %** | 100 | **Gross Floor Area** | 4,656 |
| **Elevators** | 0 | **Stories** | 1 |
| **Basement Type** | | **Nbr Identical Bldgs** | 1 |
| **Year Built** | 2006 | | |

## Utilities

| | | | |
|---|---|---|---|
| **Site** | Com 1 | **Water Supply** | Comm/public |
| **Sewer Type** | Comm/public | **Utilities** | Gas & elec |

## Site Uses

| Site | Use | Rentable Area | Total Units |
|---|---|---|---|
| Com 1 | Restaurant | 4,656 | 0 |

## Improvements

| Site | Structure | Size | Grade | Condition | Year Built |
|---|---|---|---|---|---|
| Com 1 | Cold stor rm | 12.5 x 22.58 | Average | Normal | 2006 |

## Taxable Values

| Tax Year | 2026 |
|---|---|
| County Taxable | $1,210,600 |
| County Taxable Exemptions | $0 |
| Municipality Taxable | $1,210,600 |
| Municipality Taxable Exemptions | $0 |
| Village Taxable | |
| Village Taxable Exemptions | |
| School Taxable | $1,210,600 |
| School Taxable Exemptions | $0 |

**No data available for the following modules:** Additional Parcels Involved in Sale, Residential Buildings, Exemptions.



User Privacy Policy    GDPR Privacy Notice
Last Data Upload: 7/28/2026, 11:15:32 PM