495                                  December 18, 1978

WHEREAS, the County of Onondaga owns property described as the Onondaga Lake Park, which property is located within the municipality boundaries of the Town of Geddes, Town of Salina and the Village of Liverpool, and

WHEREAS, the municipalities of the Town of Geddes, Town of Salina and the Village of Liverpool have in the past contracted to furnish water to the County of Onondaga for its usage in the Onondaga Lake Park, and

WHEREAS, the County of Onondaga is desirous of entering into contracts for the purchase of water to be used for Onondaga Lake Park with the municipalities of the Town of Geddes, Town of Salina and the Village of Liverpool, and

WHEREAS, it is desirous to arrange for the providing of such water, now, therefore, be it

RESOLVED, that the Onondaga County Executive be and he hereby is authorized to execute contracts on behalf of the County of Onondaga (Department of Parks and Recreation) with the Town of Geddes, Town of Salina and the Village of Liverpool for a term of five (5) years commencing January 1, 1979 to December 31, 1983; which contracts shall authorize the payment of water charges for water supplied by said municipalities to the County of Onondaga for Onondaga Lake Park, and, be it further

RESOLVED, that such contracts will be for the prevailing rates as established by the various municipalities for water comsumption in the respective water districts that cover Onondaga Lake Park and such contracts shall contain such other and further clauses as the Onondaga County Attorney shall deem necessary, proper and approve.

Adopted: Ayes 24, Noes 0.

•  •  •

By Ms. Lytel:

RESOLUTION NO. 628

Authorizing lease between Syracuse Regatta Association, Inc. and the County of Onondaga

WHEREAS, Resolution No. 78-68 and 146-73 each authorized a lease between the County of Onondaga and the Syracuse Regatta Association, Inc., a non-profit membership corporation with principal offices in the City of Syracuse, New York; and

WHEREAS, said Resolutions each authorized the leasing of certain County property to said Syracuse Regatta Association, Inc. for the purpose of storing, assembling and maintaining five (5) prefabricated structures in the vicinity of the boathouse at Onondaga Lake Park for Regatta purposes; and

WHEREAS, this County Legislature having determined that the said real property upon which the prefabricated structures are maintained is not now required for public use, now, therefore, be it

RESOLVED, that pursuant to Section 215 of the County Law, authorization is hereby granted to the County Executive on behalf of the County to enter into a five (5) year lease being from January 1, 1979 to December 31, 1983 with the Syracuse Regatta Association, Inc., the consideration for said Lease to be the abandonment of said prefabricated structures to the County of Onondaga, in the event that the Syracuse Regatta Association, Inc. no longer has use for same.

Voting Aye: Christen, Frawley, Garland, Ireland, Salanger, Haley, Lytel, Allway, Kanaley, Lipe, Bush, Durham, Lewis, Pirro, Ryan, Rice, Chertow, Holihan, Gorman, Tormey, Dunham, Mingolelli, Mr. Chairman.

Voting Noe: Zimack.

Adopted: Ayes 23, Noes 1.

•  •  •

By Ms. Lytel:

RESOLUTION NO. 629

Authorizing the Onondaga County Executive to accept title to real and personal property from the City of Syracuse in relation to the Burnet Park Zoo

WHEREAS, the County of Onondaga is in the process of taking over the Burnet Park Zoo from the City of Syracuse; and

WHEREAS, the City of Syracuse has filed in the office of the Clerk of the Onondaga County Legislature a list of personal property to be transferred from the City of Syracuse to the County of Onondaga, dated December 4, 1978, effective January 1, 1979, for one dollar ($1.00), payment waived; and

WHEREAS, the City of Syracuse has prepared and filed in the office of the Clerk of the Onondaga County Legislature a map and legal description, dated December 11, 1978, which includes certain easements and conditions for transfer of the real property in relation to the Burnet Park Zoo to the County of Onondaga for one dollar ($1.00), payment waived; now, therefore, be it

RESOLVED, the Onondaga County Legislature does hereby authorize the County Executive to accept a conveyance of the personal property, as so listed and filed, from the City of Syracuse for one dollar ($1.00), payment waived, effective January 1, 1979, subject, however, to the approval of the County Attorney as to form and validity; and, be it further

SYR000053

December 18, 1978                                    496

RESOLVED, the Onondaga County Legislature does hereby authorize the County Executive to accept a conveyance of real property including easements and conditions hereinafter described from the City of Syracuse for one dollar ($1.00), payment waived, effective January 1, 1979, subject, however, to the approval of the County Attorney as to form, validity and marketability of title; and, be it further

RESOLVED, the conveyance of said personal and real property is hereby made and accepted upon the following conditions:

1. The City of Syracuse is to install any and all necessary water meters on said property for the metering of water at no expense to the County.

2. The City of Syracuse shall agree to plow the Burnet Park Zoo parking lot for the year 1979 and in consideration thereof the County agrees to pay to the City the man-hour labor cost thereof.

3. The City of Syracuse agrees that the Onondaga County Commissioner of Parks and Recreation on behalf of the County shall have the right to approve or reject any outstanding terms and conditions of existing contracts that the City has the right to approve or reject in relation to the Burnet Park Zoo.

and, be it further

RESOLVED, that the Onondaga County Executive be and he hereby is authorized to execute any and all documents, subject to the approval of the County Attorney, necessary to effect the intent of this Resolution; and, be it further

RESOLVED, that the aforementioned real property with easements and certain conditions is described as follows:

All that tract or parcel of land situate in the City of Syracuse, County of Onondaga, and the State of New York and being a part of Burnet Park, and being more particularly described as follows:

Beginning at an existing City of Syracuse monument at the present intersection of the westerly street line of Burnet Park Drive and the present northerly street line of Coleridge Avenue;

thence S. 70°-24'-37'' E., a distance of 449.24 feet to a spike, said spike being the actual point of beginning.

thence N. 62°-26'-38'' E., a distance of 411.71 feet to a point;

thence N. 24°-00'-32'' W., a distance of 143.65 feet to a point;

thence N. 62°-12'-50'' E., along a line parallel to a southerly line of Coleridge Avenue, a distance of 371.00 feet to a point;

thence N. 27°47'-10'' W., a distance of 109.52 feet to its intersection with said southerly line of Coleridge Avenue;

thence N. 62°-12'-50'' E., along said southerly line of Coleridge Avenue the following courses and distances:

N. 62°-12'-50'' E., a distance of 24.24 feet,

N. 8°-26'-42'' W., a distance of 103.28 feet,

N. 46°-02'-30'' E., a distance of 104.12 feet,

N. 70°-44'-40'' E., a distance of 101.12 feet to a point;

thence S. 42°-46'-41'' E., a distance of 256.50 feet to a point;

thence S. 48°-10'-21'' E., a distance of 227.59 feet to a point;

thence S. 11°-20'-21'' E., a distance of 256.67 feet to its intersection with the existing northwesterly line of property now or formerly owned by the People of the State of New York;

thence S. 58°-54'-40'' W., along said northwesterly line of said lands of the State of New York, a distance of 725.29 feet to an existing angle point in said line;

thence S. 59°-02'-16'' W., a distance of 465.56 feet along said aforementioned lands of the State of New York to an existing fence post;

thence S. 03°-24'-59'' E., along an existing westerly line of lands of the State of New York, a distance of 1010.72 feet to an existing New York State monument;

thence N. 86°-06'-00'' along a southerly line of said New York State Lands, a distance of 192.35 feet to an existing New York State Monument;

thence S. 02°-31'-21'' E., along a westerly line of said New York State Lands, a distance of 387.19 feet to a point;

thence S. 71°-55'-39'' W., a distance of 99.08 feet to an iron pipe;

thence S. 84°-21'-00'' W., a distance of 66.51 feet to a spike;

thence S. 81°-25'-33'' W., a distance of 142.30 feet to an iron pipe;

thence N. 68°-43'-42'' W., a distance of 95.82 feet to an iron pipe;

thence N. 54°-16'-52'' W., a distance of 46.82 feet to an iron pipe;

thence N. 81°-27'-31'' W., a distance of 202.90 feet to an iron pipe;

thence S. 78°-28'-40'' W., a distance of 71.68 feet to an iron pipe;

thence S. 68°-24'-43'' W., a distance of 141.29 feet to an iron pipe;

SYR000054

497                                                December 18, 1978

thence S. 55°-24'-35'' W., a distance of 106.71 feet to an iron pipe;

thence S. 69°-02'-54'' W., a distance of 96.44 feet to an iron pipe;

thence N. 29°-14'-35'' W., a distance of 145.44 feet to an existing fence post;

thence N. 67°-35'-21'' E., along an existing fence line, a distance of 173.55 feet to an existing fence post;

thence N. 35°-24'-14'' W., along an existing fence line, a distance of 273.71 feet, to an existing fence post;

thence N. 09°-11'-25'' E., along an existing fence line, a distance of 384.23 feet to an existing fence post;

thence N. 57°-34'-23'' E., along an existing fence line, a distance of 127.79 feet to an existing fence post;

thence N. 38°-08'-48'' E., a distance of 392.87 feet to an iron pipe;

thence N. 47°-16'-10'' E., a distance of 74.47 feet to an iron pipe;

thence N. 39°-32'-53'' W., a distance of 354.05 feet to a spike, said spike being the point of beginning;

Containing 30 acres of land more or less;

TOGETHER with permanent rights-of-way and permanent easements as shown on a map to be filed in the Onondaga County Clerk's Office subject to the following conditions: (1) The City of Syracuse shall plow and maintain the areas designated as permanent rights-of-way and permanent easements as shown on said map to be filed in the Onondaga County Clerk's Office, except the City of Syracuse shall have no obligation to construct, maintain or plow the two (2) proposed service roads to be constructed by the County of Onondaga for access to the service gates situated on the southerly boundary of the property herein conveyed; (2) City of Syracuse shall convey on or prior to May 1, 1979 by a metes and bounds deed such areas shown as permanent rights-of-way and permanent easements on said filed map; (3) The County of Onondaga acknowledges that the Lowell Avenue entrance to Burnet Park Zoo is the primary entrance to said Zoo.

The hereinbefore described parcel of land is subject to a permanent easement to the City of Syracuse, being 50.00 feet in width and lying 25.00 feet either side of an existing 48'' water main and being shown on a map of said parcel on file in the City Engineer's Office, said parcel also being subject to any and all other easements or rights-of-way of Record.

The deeds transferring the above property shall contain a clause that if the County determines to discontinue the use of the property for a public zoo, the property shall revert to the City of Syracuse and the County will execute whatever documents are necessary to effect the same.

Dated: December 11, 1978

Adopted: Ayes 24, Noes 0.

•  •  •

By Ms. Lytel:

RESOLUTION NO. 630

Authorizing transfer of Burnet Park Zoo functions, personnel and funds in the 1979 County Budget to the Parks and Recreation Department

WHEREAS, the 1979 Adopted Budget included first instance line item appropriations and personnel for the Burnet Park Zoo, and

WHEREAS, for comparative purposes said appropriations and personnel were separate and distinct from the regular Parks and Recreation Department Budget, and

WHEREAS, for the purposes of providing optimum administrative efficiency, now, therefore, be it

RESOLVED, that the Burnet Park Zoo functions, personnel and funds be transferred to the Department of Parks and Recreation effective as of January 1, 1979, and, be it further

RESOLVED, that effective as of January 1, 1979, the following changes be made to the 1979 County Budget:

1. Transfer the following amounts in the General Fund for the object codes listed below from A7110-10 Burnet Park Zoo to A7110-Department of Parks and Recreation.

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 101 | Reg. Employees Sal. & Wages | 211,100 |
| 102 | Overtime Wages | 3,500 |
| 103 | Seasonal & Temp. Employees Wages | 17,163 |

SYR000055