Case 1:22-cv-00986-GTS-PJE    Document 186-19    Filed 07/31/26    Page 1 of 19

SYR000488

EA 105 (REV. 10/86)  NEW YORK STATE
DIVISION OF EQUALIZATION AND ASSESSMENT
BUREAU OF LOCAL ASSESSMENT SERVICES

COUNTY-ONONDAGA        CITY OF SYRACUSE
098.2-01-02

311500 098-02-02                    KL    8
COUNTY OF ONONDAGA                  962
201 COLERIDGE AVE                   311500
                    414 X   2335

| AUDIT CONTROL CODES | | SWIS/SBL/CD | 098.2-01-02 | CARD NO. 1 OF 1 |
|---|---|---|---|---|

ACTIVITY
N = NONE
M = MEASURED ONLY
L = LISTED

ENTRY (ENTRY)
1 = INTERIOR INSPECTION
2 = INTERIOR REFUSAL
3 = TOTAL REFUSAL
4 = ESTIMATE
5 = NO ENTRY

SOURCE (INFSCE)
1 = OWNER      3 = TENANT
2 = RELATIVE 4 = OTHER

SALES INFORMATION CODES

SALES TYPE (SALTYP)
1 = LAND ONLY
2 = BLDG. ONLY
3 = LAND & BLDG.

SOURCE (VERIFY)
1 = NONE    4 = STAMPS
2 = BUYER   5 = AGENT
3 = SELLER

VALID (VALID)
1 = VALID SALE
2 = INVALID SALE

| 311500 | 98-2-2 | KL |
|---|---|---|

ROUTE NUMBER        (ROUTE)

| SITE INFORMATION SECTION | SITE NO. 8 1 | PROP CLASS 9 6 2 | USED AS (USDAS) 2 1 1 |
|---|---|---|---|

NEIGHBORHOOD CODE   (NBHD)                    15780

| ZONING CODE | (ZONING) | 01 NONE | 04 FARM | 07 MIXED |
|---|---|---|---|---|
| | | 02 SINGLE RES | 05 COMMERCIAL | 08 GOVT |
| | | 03 MULTI RES | 06 INDUSTRIAL | 0 7 |

VALUATION DISTRICT  (VALDIS)

| SEWER | (SEWER) | 1 NONE | 2 PRIVATE | 3 COMM/PUBLIC | 3 |
|---|---|---|---|---|---|
| WATER | (WATER) | 1 NONE | 2 PRIVATE | 3 COMM/PUBLIC | 3 |
| UTILITIES | (UTIL) | 1 NONE  2 GAS  3 ELECTRIC | | 4 GAS & ELECTRIC | 4 |
| OVERALL DESIRABILITY (OVDESR) | | 1 POOR  2 FAIR  3 NORMAL | | 4 GOOD  5 EXCELLENT | 3 |
| OVERALL CONDITION | (OVCOND) | 1 POOR  2 FAIR  3 NORMAL | | 4 GOOD  5 EXCELLENT | 3 |

OVERALL EFFECTIVE
YEAR BUILT          (OVRBLT)                  1 9 8 4

| OVERALL GRADE | (OVRGRD) | A EXCEL  B GOOD  C AVERAGE | | D ECONOMY E MINIMUM | C |
|---|---|---|---|---|---|

| | SWIS | TAX MAP | OWNER | PROP CLASS | LOC NO | LOC | SCH DIS | LOT SIZE |
|---|---|---|---|---|---|---|---|---|
| PARCEL IDENTIFICATION CORRECTION AREA | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

SITES (NUMSIT)   0 1

AUDIT CONTROL SECTION

QUALITY CONTROL REVIEWER (QCBY)    DATE

CERTIFIED LETTER (CTFLET)    DATE

| VISIT NO (VISITS) | COLLECTOR (LISTOR) | DATE (MMDDYY) (LISTDT) | TIME | ACTIVITY | ENTRY (ENTRY) | SOURCE (INFSCE) |
|---|---|---|---|---|---|---|
| 1 | 0 0 8 | 1 1 1 4 9 0 | 9:30 | L | 1 | 4 |
| 2 | | | : | | | |
| 3 | | | : | | | |

SIGNATURE BELOW DOES NOT MEAN
CONTENTS VERIFIED, ONLY THAT DATA WAS
COLLECTED IN YOUR PRESENCE.

SIGNATURE _____

DATE _____

| SOIL RATING (RATING) | | |
|---|---|---|
| P POOR | (05) | 1 - 10 |
| N NORMAL | (06) | 1 - 10 |
| G GOOD | (07) | 1 - 4 |
| | (09) | 1 - 4 |
| | (11) | 1 - 10 |
| | (13) | 1 - 10 |

| SALES INFORMATION SECTION | | | | | OFFICE USE ONLY | | NOTES: ZOO |
|---|---|---|---|---|---|---|---|

| DATE (SALDTE) YYMM | PRICE (SALPRC) | TYPE (SALTYP) | SOURCE (VERIFY) | VALID (VALID) | CHECK | SOURC2 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

I&E SENT ___/___/___

I&E RECEIVED ___/___/___

| WATERFRONT TYPE (WTRFNT) | | |
|---|---|---|
| 1 POND | 4 CANAL | |
| 2 RIVER | 5 OCEAN/BAY | |
| 3 LAKE | | |

| INFLUENCE CODE (INFLCD) | | |
|---|---|---|
| 1 TOPOGRAPHY | 5 VIEW | |
| 2 LOCATION | 6 WETNESS | |
| 3 SHAPE | 7 OTHER | |
| 4 RESTRICTED USE | | |

| LAND TYPE CODE (LNDTYP) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 PRIMARY | 09 MUCK | LAND TYPE (LND TYP) | EFF. CODE (EFF CD) | FRONT FEET (FRNTFT) | DEPTH (DEPTH) | ACRES (ACRES) | SQUARE FEET (SQFT) | SOIL RTNG (RAT ING) | WATER FRONTAGE (WTRFTG) | WTR FNT | INF LCD | INFLU -ENCE PERCENT (INFLPC) |
| 02 SECONDARY | 10 WATERFRONT | | | | | | | | | | | |
| 03 UNDEVELOPED | 11 ORCHARD | | | | | | | | | | | |
| 04 RESIDUAL | 12 REAR | | | | | | | | | | | |
| 05 TILLABLE | 13 VINEYARD | | | | | | | | | | | |
| 06 PASTURE | 14 WETLAND | 0 1 | | 4 1 4 | 2 3 3 5 | | | | | | | |
| 07 WOODLAND | 15 LEASED LAND | | | | | | | | | | | |
| 08 WASTELAND | | | | | | | | | | | | |

| EFFECTIVE CODE (EFFCD) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 FRNTFT ONLY | | | | | | | | | | | | |
| 2 DEPTH ONLY | | | | | | | | | | | | |
| 3 FRNTFT AND DEPTH | | | | | | | | | | | | |

SYR000489

| | | |
|---|---|---|
| BUILDING & SECTION | 0 1 | 1 |
| NO. IDENTICAL BLDGS. | 0 0 1 | |
| MODEL | Q312 | |
| EFFECTIVE YEAR BUILT | 1984 | |
| CONSTRUCTION QUALITY | 2 | |
| USER ADJUSTMENT | | |
| CONDITION | 3 | |
| PERIMETER | 1860 | |
| GROSS FLOOR AREA | 56967 | |
| NO. STORIES | 0 1 | |
| STORY HEIGHT | 12 | |
| WALL A PERCENT | | |
| WALL B PERCENT | 100 | |
| WALL C PERCENT | | |
| AIR COND. PERCENT | 025 | |
| SPRINKLER PERCENT | 100 | |
| ALARM PERCENT | | |
| NO. ELEVATORS | | |
| BASEMENT TYPE | 2 | |
| BASEMENT PERIMETER | 1170 | |
| BASEMENT SQ. FT. | 38075 | |

| | |
|---|---|
| BUILDING & SECTION | |
| NO. IDENTICAL BLDGS. | |
| MODEL | |
| EFFECTIVE YEAR BUILT | |
| CONSTRUCTION QUALITY | |
| USER ADJUSTMENT | |
| CONDITION | |
| PERIMETER | |
| GROSS FLOOR AREA | |
| NO. STORIES | |
| STORY HEIGHT | |
| WALL A PERCENT | |
| WALL B PERCENT | |
| WALL C PERCENT | |
| AIR COND. PERCENT | |
| SPRINKLER PERCENT | |
| ALARM PERCENT | |
| NO. ELEVATORS | |
| BASEMENT TYPE | |
| BASEMENT PERIMETER | |
| BASEMENT SQ. FT. | |



## MISCELLANEOUS IMPROVEMENTS

| STRUCTURE ID | STRUC CODE | MC | MEASUREMENT 1 | MEASUREMENT 2 | NO IDENT UNITS | CD | YEAR BUILT | GR |
|---|---|---|---|---|---|---|---|---|
| | GPY | 2 | 217800 | 4 | 001 | 3 | 1984 | C |
| | APL | 2 | 30000 | 8 | 001 | 3 | 1980 | C |
| | FC1 | 3 | 4715 | | 001 | 3 | 1984 | C |
| | FC1 | 3 | 6411 | | 001 | 3 | 1984 | C |

### MISCELLANEOUS IMPROVEMENT CODES

| MEASURE CODE | CONDITION | GRADE |
|---|---|---|
| 1 QUANTITY | 1 POOR | A EXCELLENT |
| 2 DIMENSIONS | 2 FAIR | B GOOD |
| 3 SQUARE FEET | 3 NORMAL | C AVERAGE |
| 4 DOLLARS | 4 GOOD | D ECONOMY |
| | 5 EXCELLENT | E MINIMUM |

### FLOOR LEVEL

| | |
|---|---|
| B | BASEMENT |
| F | 1ST FLOOR |
| U | UPPER |
| T | TOTAL |

### UNIT CODES

| | | | |
|---|---|---|---|
| 02 APARTMENTS | | 10 BAYS |
| 03 ROOMS | | 11 GALLONS |
| 04 SEATS | | 12 PADS |
| 05 BEDS | | 13 RUNS |
| 06 STALLS | | 14 HOLES |
| 07 LANES | | 15 PLOTS |
| 08 COURTS | | 16 BARRELS |
| 09 SLIPS | | 17 ACRES |

### APARTMENTS

| | USED AS CODE | SQUARE FEET | NO OF APTS |
|---|---|---|---|
| E&1B | | | |
| 2BED | | | |
| 3BED | | | |
| TOTL | | | |

### COMMERCIAL

| USED AS CODE | FL | SQUARE FEET | UNIT CODE | NO OF UNITS |
|---|---|---|---|---|
| 211 | | 56967 | | |
| 294 | | 38075 | | |



SYR000490

SYR000491

"DELETE" – REMOVE ENTIRE PARCEL FROM RECORDS

| PROPERTY # | ADDRESS | S.B.L. | F.P. |
|---|---|---|---|
| 08-182-00805 | 235 Coleridge Ave | 098.2-01-01 | 42 |
| 08-182-00801 | 201 Coleridge Ave | 098.2-01-02 | 42 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#5

SUBMITTED: _____          DATE: ___5/12/00___

IN THE BOOK _____          ___5/12/00___

_____          _____

_____          _____

SYR000492

SECTION  098.2    BLOCK  01  LOT  01  SUB LOT  1

PROPERTY #  08-182-00806    STARTING YEAR  2001/02

OWNER  City of Syracuse Parks - Burnet Park

EXEMPTIONS:

| TYPE | AMOUNT | % |
|------|--------|---|
| 13350 | 12,166,000 | |
| | | |
| | | |

ADDRESS 235 Coleridge Ave &    ZIP  13204
Avery Ave

LEGAL DESCRIPTION  FL 168, 169, 171, 176

DIMENSIONS  2811.33 x 2270 x 2464  IRREG  SP

BOOK  09    PLATE  510    PARCEL  154

LAND 10545400    FULL 12,166,000  (IMPRV'T _____ )  TAXABLE  EX

FIELD PAGE  42    FAMILY CODE 963    SEPTIC_____    APTS_____

CENSUS TRACT  28. —    ROLL SECTION  8    WATER FRONTAGE_____

FLUSHING 2811.33    OILING  ⌐    SPECIAL LIGHTING_____

MAILING ADDRESS _____

MAPPER'S INFORMATION  SPLIT  098.2-01-01 ( 9-510-142 )

SYR000493

SECTION 098.2  BLOCK 1  LOT 02  SUB LOT 1

PROPERTY # 08-182-00802  STARTING YEAR 2001/02

OWNER County of Onondaga

EXEMPTIONS:       TYPE          AMOUNT          %

13100          5173000

ADDRESS 201 COLERIDGE AVE  ZIP 13204

LEGAL DESCRIPTION FL 169 171 176

DIMENSIONS 414.50 x 2335 IRREG 200

BOOK 09  PLATE 510  PARCEL 155

LAND 1611800  FULL 5173000 (IMPRV'T ____)  TAXABLE EX

FIELD PAGE 42  FAMILY CODE 962  SEPTIC ____  APTS ____

CENSUS TRACT 28.00  ROLL SECTION 8  WATER·FRONTAGE ____

FLUSHING 414.50  OILING ____  SPECIAL LIGHTING ____

MAILING ADDRESS Dept of Parks & Rec.
PO BOX 146
ATTN. Accountant
Liverpool NY 13088

MAPPER'S INFORMATION SPLIT & COMBINE 098.2-1-02  098.2-1-01 ( 09-510- 154/155 )

SYR000494

0818200801    098.2-01-02.0
address:      201 COLERIDGE AVE                          2000/2001              5/12/00
Owner:        COUNTY OF ONONDAGA                                                09:52:40

    mailing address:          DEPT OF PARKS & REC.
                              P.O. BOX 146
                          ATTN:ACCOUNTANT
                          LIVERPOOL N.Y. 13088
Description:  FL 169 171 176
Dimension:    414.50X2335 IRREG ZOO
Census Tr:    28.00   Roll Section: 8   BPP: 09 510 0141 Field Page:        42
Sewer Units:  499.23              State Code: 962
                                  Septic Tank:
Land Value:          1,611,800 Full Value        5,173,000 *

Type      Amount       %    Type       Amount       %     Type          Amount       %
13100     5,173,000          Type       Amount       %     Type          Amount       %


Taxable CITY
Taxable STAR                  SCHOOL:                              COUNTY:
    F1-End of Program      0 STAR;                        0
                   F2-View Special Charges  ENTER-to continue

Case 1:22-cv-00986-GTS-PJE    Document 186-19    Filed 07/31/26    Page 8 of 19

SYR000495

```
0818200805    098.2-01-01.0                           2000/2001        5/12/00
address:      235 COLERIDGE AVE & AVERY AVE                             09:52:37
Owner:        CITY OF SYRACUSE PARKS -
              BURNE T PARK
mailing address:        CITY OF SYRACUSE PARKS -
                        235 COLERIDGE AVE&AVERY A
                        SYRACUSE   N Y 13204

Description:  FL 168 169 171 176
Dimension:    2811.33X2270X2464 IRREG S
Census Tr:  28.00  Roll Section: 8  BPP: 09 510 0142 Field Page:        42
Sewer Units:   17.95           State Code: 963
                        Septic Tank:
Land Value:         10,545,400 Full Value        12,166,000 *
                    EXEMPTIONS
```

| Type | Amount | % | Type | Amount | % | Type | Amount | % |
|------|--------|---|------|--------|---|------|--------|---|
| 13350 | 12,166,000 | | | | | | | |

```
Taxable CITY                SCHOOL:                   COUNTY:
Taxable STAR                0 STAR:              0
   F1-End of Program   F2-View Special Charges   ENTER-to continue
```

SYR000496

| Syracuse | Revise    098.2 - 01 - 02.1 |
|---|---|
| Description: | Owner: |
| Deed: | |
| Book:          Page: | Notes: |
| Size:    Frontage: | Revise on 098.2-01-02.0. |
| Depth: | |
| Acreage:  39.14 | X = 4392/55 |
| Coordinates: | |
| E: 607445     N: 1108515 | |
| Made by:  MC          Date:  02/00 | for Tax Roll:  01/01 |



SYR000497

| Syracuse | Revise   098.2 - 01 - 01.1 |
|---|---|
| Description: | Owner: |
| Deed: | |
| Book:          Page: | Notes: |
| Size:   Frontage: | Revise on 098.2-01-01.0. |
| Depth: | |
| Acreage:  81.66 | Acreage reduced because of parcel added to 098.2-01-02.1. |
| Coordinates: | |
| E: 606280     N: 1107960 | |
| Made by:  MC          Date:  02/00 | for Tax Roll:  01/01 |

PLEASE TYPE OR PRESS FIRMLY WHEN WRITING ON FORM
INSTRUCTIONS: http:// www.orps.state.ny.us or PHONE (518) 473-7222

**REAL PROPERTY TRANSFER REPORT**

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217**

RP-5217 Rev 3/97

**FOR COUNTY USE ONLY**

**C1.** SWIS Code

**C2.** Date Deed Recorded | Month / Day / Year

**C3.** Book | **C4.** Page

---

## PROPERTY INFORMATION

**1. Property Location** | 235 STREET NUMBER | Coleridge Ave STREET NAME

Syracuse CITY OR TOWN | VILLAGE | ZIP CODE

**2. Buyer Name** | county of onondaga LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address** | Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form) | LAST NAME / COMPANY | FIRST NAME

STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4.** Indicate the number of Assessment Roll parcels transferred on the deed | # of Parcels **OR** [X] Part of a Parcel

**5. Deed Property Size** | FRONT FEET | X | DEPTH | **OR** | 14,623.94 sq. ft. ACRES

**(Only if Part of a Parcel) Check as they apply:**
**4A.** Planning Board with Subdivision Authority Exists [ ]
**4B.** Subdivision Approval was Required for Transfer [ ]
**4C.** Parcel Approved for Subdivision with Map Provided [ ]

**6. Seller Name** | City of Syracuse LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**7. Check the box below which most accurately describes the use of the property at the time of sale:**

| | | | | | | |
|---|---|---|---|---|---|---|
| A [ ] | One Family Residential | E [ ] | Agricultural | I [ ] | Community Service | |
| B [ ] | 2 or 3 Family Residential | F [ ] | Commercial | J [ ] | Industrial | |
| C [ ] | Residential Vacant Land | G [ ] | Apartment | K [ ] | Public Service | |
| D [X] | Non-Residential Vacant Land | H [ ] | Entertainment / Amusement | L [ ] | Forest | |

**Check the boxes below as they apply:**
**8.** Ownership Type is Condominium [ ]
**9.** New Construction on Vacant Land [ ]
**10A.** Property Located within an Agricultural District [ ]
**10B.** Buyer received a disclosure notice indicating that the property is in an Agricultural District [ ]

---

## SALE INFORMATION

**11. Sale Contract Date** | Month / Day / Year

**12. Date of Sale / Transfer** | 12 / 10 / 99 Month / Day / Year

**13. Full Sale Price** | /,0.0.0

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**14.** Indicate the value of personal property included in the sale | 0,0.0

**15. Check one or more of these conditions as applicable to transfer:**

| | | |
|---|---|---|
| A [ ] | Sale Between Relatives or Former Relatives |
| B [ ] | Sale Between Related Companies or Partners in Business |
| C [ ] | One of the Buyers is also a Seller |
| D [X] | Buyer or Seller is Government Agency or Lending Institution |
| E [ ] | Deed Type **not** Warranty or Bargain and Sale (Specify Below) |
| F [ ] | Sale of Fractional or Less than Fee Interest (Specify Below) |
| G [ ] | Significant Change in Property Between Taxable Status and Sale Dates |
| H [ ] | Sale of Business is Included in Sale Price |
| I [ ] | Other Unusual Factors Affecting Sale Price (Specify Below) |
| J [ ] | None |

---

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**16. Year of Assessment Roll from which information taken** | 9 9

**17. Total Assessed Value (of all parcels in transfer)** | /,0,0,0

**18. Property Class** | 4,1,0 - [ ]

**19. School District Name** | city of Syracuse

**20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))**

98.02 - 01 - 01

---

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

Marlin J. Murphy | 2/1/2000
BUYER SIGNATURE | DATE

Civic Center 14 Floor
STREET NUMBER | STREET NAME (AFTER SALE)

Syracuse | NY | 13202
CITY OR TOWN | STATE | ZIP CODE

**SELLER**

SELLER SIGNATURE | DATE

**BUYER'S ATTORNEY**

Murphy | Martin
LAST NAME | FIRST NAME

315 | 435-2170
AREA CODE | TELEPHONE NUMBER

**CITY/TOWN ASSESSOR COPY**

SYR000498

Case 1:22-cv-00986-GTS-PJE   Document 186-19   Filed 07/31/26   Page 12 of 19

SYR000499

**REAL PROPERTY TRANSFER REPORT**

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217
RP-5217 Rev 3/97

**FOR COUNTY USE ONLY**

C1. SWIS Code

C2. Date Deed Recorded ___ / ___ / ___
Month   Day   Year

C3. Book ___   C4. Page ___

**PROPERTY INFORMATION**

1. Property Location  235  Coleridge Ave
   STREET NUMBER        STREET NAME                                VILLAGE                          ZIP CODE
   Syracuse
   CITY OR TOWN

2. Buyer Name  County of Onondaga
   LAST NAME / COMPANY                       FIRST NAME
   LAST NAME / COMPANY                       FIRST NAME

3. Tax Billing Address
   Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY          FIRST NAME
   STREET NUMBER AND STREET NAME        CITY OR TOWN          STATE   ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed  ___ # of Parcels OR [X] Part of a Parcel
   14,673.99 sq. ft.
   **(Only if Part of a Parcel) Check as they apply:**
   4A. Planning Board with Subdivision Authority Exists [ ]
   4B. Subdivision Approval was Required for Transfer [ ]
   4C. Parcel Approved for Subdivision with Map Provided [ ]

5. Deed Property Size  ___ FRONT FEET  X  ___ DEPTH  OR  ___ ACRES

6. Seller Name  City of Syracuse
   LAST NAME / COMPANY                       FIRST NAME
   LAST NAME / COMPANY                       FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

   **Check the boxes below as they apply:**
   8. Ownership Type is Condominium [ ]
   9. New Construction on Vacant Land [ ]
   10A. Property Located within an Agricultural District [ ]
   10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District [ ]

   A [ ] One Family Residential
   B [ ] 2 or 3 Family Residential
   C [ ] Residential Vacant Land
   D [X] Non-Residential Vacant Land
   E [ ] Agricultural
   F [ ] Commercial
   G [ ] Apartment
   H [ ] Entertainment / Amusement
   I [ ] Community Service
   J [ ] Industrial
   K [ ] Public Service
   L [ ] Forest

**SALE INFORMATION**

11. Sale Contract Date  ___ / ___ / ___
    Month   Day   Year

12. Date of Sale / Transfer  12 / 10 / 199
    Month   Day   Year

13. Full Sale Price  ___ , ___ , ___ . 0 0

   (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

14. Indicate the value of personal property included in the sale  ___ , ___ , ___ . 0 0

**15. Check one or more of these conditions as applicable to transfer:**
   A [ ] Sale Between Relatives or Former Relatives
   B [ ] Sale Between Related Companies or Partners in Business
   C [ ] One of the Buyers is also a Seller
   D [X] Buyer or Seller is Government Agency or Lending Institution
   E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
   F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
   G [ ] Significant Change in Property Between Taxable Status and Sale Dates
   H [ ] Sale of Business is Included in Sale Price
   I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
   J [ ] None

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

16. Year of Assessment Roll from which information taken  97

17. Total Assessed Value (of all parcels in transfer)  ___ , ___ , ___ , ___

18. Property Class  ___ - ___

19. School District Name  City of Syracuse

20. Tax Map Identifier(s) / Roll Identifier(s) (If more than four, attach sheet with additional identifier(s))
    18.07-01-01

**CERTIFICATION**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

Marlin J Murphy    2/1/__
BUYER SIGNATURE          DATE

Civic Center #14 F1 A
STREET NUMBER    STREET NAME (AFTER SALE)

Syracuse    NY  13202
CITY OR TOWN    STATE   ZIP CODE

**SELLER**

SELLER SIGNATURE    DATE

**BUYER'S ATTORNEY**

Murphy    Marlin
LAST NAME          FIRST NAME

315    425-217
AREA CODE    TELEPHONE NUMBER

VILLAGE ASSESSOR
COPY

Case 1:22-cv-00986-GTS-PJE    Document 186-19    Filed 07/31/26    Page 13 of 19

SYR000500

4392 055

Add to 098.2-01-02.1=39.14"(c)

CITY OF SYRACUSE
3115

**QUITCLAIM DEED**

Property:

RECEIVED
$........
REAL ESTATE
FEB 8 2000
TRANSFER TAX
ONONDAGA
COUNTY

THIS INDENTURE, made the _10th_ day of _December_, 1999

BETWEEN

| NAME Address | City of Syracuse<br>233 E.Washington<br>Syracuse, New York 13202 |
|---|---|

Grantor, and

| NAME ADDRESS | County of Onondaga<br>Mulroy Civic Center<br>Syracuse, New York 13202 |
|---|---|

Grantee,

WITNESSETH, that the Grantor, in consideration of One Dollar ($1.00), paid by the Grantee, does hereby remise, release and quitclaim unto the Grantee, the heirs or successors and assigns of the Grantee forever,

ALL that tract or parcel of land, situate in the City of Syracuse, County of Onondaga, and State of New York, and being part of Burnet Park, and being more particularly described as follows: Commencing at an existing City of Syracuse monument at the present intersection of the westerly street line of Burnet Park Drive with the present Northerly street line of Coleridge Avenue; thence S.70°24'37"E., a distance of 449.24 feet to a spike; thence N.62°26'38"E., along a northwesterly line of the Burnet Park Zoo, a distance of 237.56 feet to the actual point of beginning; thence N.19°20'06"E., a distance of 209.62 feet; thence N.62°12'50"E., a distance of 30.00 feet, to a westerly corner of the Burnet Park Zoo; thence S.24°00'32"E., along the lands of Burnet Park Zoo, a distance of 143.65 feet; thence S.62°26'38"W., continuing along the lands of the Burnet Park Zoo, a distance of 174.15 feet to the point of beginning. Containing 14,623.94 square feet of land, more or less.
    The hereinbefore described parcel of land is subject to any and all easements and/or rights of way of record.

BEING the same premises conveyed to _____ by Deed dated _____ and recorded in the Onondaga County Clerk's Office on _____ in Book of deed _____ at page _____.

This conveyance does not constitute all or substantially all the assets of the corporation.

_Record and Return to_
_County Attorney_
_Civic Center 10th Flr_

_Bush DB-254/580_
_P.S. db. 168, 169, 171, 176_

**TOGETHER** with all right, title and interest, if any, of the Grantor in and to any streets and roads abutting the above described premises to the center lines thereof;

**TOGETHER** with all covenants, easements and restrictions of record.

**TOGETHER** with the appurtenances and all the estate and rights of the Grantor in and to said premises;

**TO HAVE AND TO HOLD** the premises herein granted unto the Grantee, the heirs or successors and assigns of the Grantee forever so long as the Grantee continues to use the land granted herein for the purpose of a public park containing a zoo facility;

**AND** the Grantor, in compliance with Section 13 of the Lien Law, hereby covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**IN WITNESS WHEREOF,** the Grantor has duly executed this deed the day and year first above written.

By: _Roy A. Bernardi_
Roy A. Bernardi

STATE OF NEW YORK )
COUNTY OF ONONDAGA ) ss.:

On this 10th day of December , 1999, before me, the undersigned, a Notary Public in and for said State, personally appeared Roy A. Bernardi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Notary Public_

Deed, Recorded on the
8 day of Feb 2003 at
11:46 A M in Book 4392 Page 55+
and examined.

M. Ann Ciaspelli
COUNTY CLERK
ONONDAGA COUNTY CLERKS OFFICE

JOSEPH W. BARRY, III
Notary Public in the State of New York
Qualified in Onondaga County
No. 02BA5051526
My Commission Expires 11/6/01

SYR000501

**Clifford, David**

| | |
|---|---|
| **From:** | Clifford, David |
| **Sent:** | Thursday, April 10, 2014 8:19 AM |
| **To:** | Guevara, Yasmin |
| **Cc:** | Walsh, John; Lewis, Glen |
| **Subject:** | RE: Question about City Land Conveyed to the County for the Zoo |

Yasmin,

Yes, the parcel described on the attached map was conveyed to Onondaga County on December 10, 1999. It was subsequently combined with the larger County owned parcel where the zoo is located, addressed at 201 Coleridge Ave. The deed was recorded in the County Clerk's office in book 4392 at page 55. I hope this helps.
David.

**From:** Guevara, Yasmin
**Sent:** Wednesday, April 09, 2014 3:42 PM
**To:** Clifford, David
**Cc:** Walsh, John; Lewis, Glen
**Subject:** Question about City Land Conveyed to the County for the Zoo

Dear Mr. Clifford,

When I was going through the records of the mapping division for the Burnet Park, I run into the attached drawing. The drawing shows a small parcel conveyed to the County (hatched area).

Being said that, do you know if that parcel was indeed conveyed to the County? If that is the case, how are these type of transactions filed?

Please excuse any inconvenience,

Have a nice day,

Thanks,

*Yasmin Guevara*

Environmental Planner
Department of Parks

SYR000502

1



SYR000503



(c) Copyright 2005, Pictometry International Corp.

SYR000504

SYR000505

```
2 = Ownership          4  = water      8 = Assessment        A = Permits
1 = tax collections                    9 = Previous Asm      B = Code Enforcem.
7 = Tax Dlq.                           0 = 2yr Prev Asmt     C = Sales
                                       D = 95/96 Asmt
```

| | Owner | Location | Prop# | SBL |
|---|---|---|---|---|
| _ | CITY OF SYR PARKS-BURNET | 235 COLERIDGE AVE & AVERY AVE | | |
| | | | 0818200806 | 098.2-01-01.1 |
| _ | COUNTY OF ONONDAGA | 201 COLERIDGE AVE | | |
| | | | 0818200802 | 098.2-01-02.1 |
| _ | CITY OF SYR PARKS-BURNET | 520 WILBUR AVE S & COLERIDE A | | |
| | | | 0896106000 | 098.2-01-03.0 |
| _ | ONONDAGA COUNTY CHAPTER | 600 WILBUR AVE S | | |
| | | | 0896106001 | 098.2-01-04.0 |
| _ | SYRACUSE CENTER LLC | 800 WILBUR AVE S REAR | | |
| | | | 0896106101 | 098.2-01-05.2 |
| _ | COUNTY OF ONONDAGA | 410 GRAND AVE | | |
| | | | 0834003001 | 098.2-01-05.3 |
| _ | SYRACUSE CENTER LLC | 802 WILBUR AVE S | | |
| | | | 0896106106 | 098.2-01-05.4 |
| _ | CITY OF SYRACUSE | 1000-04 GRAND AVE & AVERY AVE | | |
| | | | 0834002801 | 098.2-02-01.0 |

