

## ARCHITECTURE

ONE WEBSTERS LANDING
SYRACUSE, NEW YORK 13202
315.471.5338





## ENGINEERING

# ANIMAL HEALTH CENTER #2
## ONONDAGA COUNTY



## ROSAMOND GIFFORD ZOO
AT BURNET PARK

### SYRACUSE NEW YORK 13204

**VET TECH OFFICE**

**VETERINARIAN OFFICE**

**VETERINARIAN OFFICE**

**GENERAL CURATOR OFFICE**

**COLLECTION MANAGER OFFICE**

*(Floor plan drawing with rooms labeled: MEETING 107, WOMEN 104, MEN 105, CORRIDOR 103, STORAGE 107A, NURSING 106, FIRST AID 109, GRAD 110, VT 111, OFFICE/SR 112, DVS 113, STOR 118, OPEN OFFICE 119, CORR-1 120-1, PCR 121, DROP 123, RECORDS 124, JAN 117, WC 116, WC 115, BREAK ROOM 114, PHARM 138, STORAGE 139, AHR-1 137B-1, PF 137, LOBBY 102, IMAGING 126, VIEW 126A, ICU 135, OR 128, TREATMENT C Q6, FOOD PREP Q5, STERILIZER 130A, INSTRUMENT WASH 130, WC 131, GOWN Q7, SCRUB 129, STOR 132, AIRLOCK Q9, FREEZER 140A, CORRIDOR 140, MECHANICAL 136, LAUNDRY 135, GOWN 134, SHOWER, WASH 133A, DOCK 133, WASHDOWN 141A, NECRO 141, AHR Q4B, AHR Q3B, OUTDOOR ENCLOSURE Q3C, AHR Q3A, OUTDOOR ENCLOSURE Q3D, AHR Q4A, AHR Q2B, OUTDOOR ENCLOSURE Q2C, AHR Q2A, OUTDOOR ENCLOSURE Q2D, AHR Q1B, OUTDOOR ENCLOSURE Q1C, AHR Q1A, OUTDOOR ENCLOSURE Q1D, MECH 142, PF Q4, PF Q3, PF Q2, PF Q1, CORR Q8)*

**OVERALL FLOOR PLAN – FIRE PROTEECTION**
1 — 3/32" = 1'-0"

| 0 | 04.17.20 | ISSUED FOR BID |
|---|---|---|
| MK | DATE | DESCRIPTION |

**SHEET ISSUES**

| VIP PROJECT NO. | 19-2837 |
|---|---|
| FILE NAME | 2215_Model_ARCH_VIPAA.rvt |
| DRAWN BY | CDD/AJK |
| CHECKED BY | CDD/AD |

© 2017 – VIP ARCHITECTURAL ASSOCIATES, PLLC
ALL RIGHTS RESERVED
This document and the design solutions contained
herein represent proprietary information of
VIP Architectural Associates, PLLC and may not be
reproduced nor disclosed in whole or in part by any party
receiving this document without prior written consent.

**SHEET TITLE**

## FLOOR PLAN

**SHEET NUMBER**

# FP-101

employment.ongov.net/default/show_jobdesc/22457

# CLERK II

00110

Competitive

## DISTINGUISHING FEATURES OF THE CLASS

The work involves responsibility for performing difficult and responsible clerical duties. Under general supervision, performs advanced clerical work. Employees may plan, assign and review work of a number of subordinate clerical workers engaged in clerical activities or do the more advanced clerical work requiring the application of varied and involved procedures and the frequent use of a higher degree of independent judgment. Important departures from standard practices and procedures are referred to a superior for final decision. Work is usually reviewed upon completion for achievement of desired result. Incumbents may be required to successfully pass a background check. Does related work as required.

## TYPICAL WORK ACTIVITIES

Checks accuracy and completeness of documents and application forms presented for filing, recording or other administrative action; assigns numbers to incoming applications, issues licenses and permits of various kinds.

Receives and examines legal instruments such as liens, mortgages and business certificates for compliance with pertinent statutory requirements, records, indexes and files documents.

Examines payment of claims of vendors for accuracy, checks contract claims relating to road construction, sewers and buildings.

Posts invoices, vouchers and other accounting and cost data according to prescribed or standard classification.

Checks and prepares bills for payment; makes out payment orders.

Maintains attendance, personnel and payroll records; makes out work sheets; post assignments.

Prepares and issues individual transcripts of school records.

Establishes and maintains permanent record card for each enrolled student, including all academic, test achievement and activity records.

Registers new students within school district by obtaining required data and sending for prior academic records.

Responds to inquiries from other units, agencies and the public concerning the operations of the unit or program area.

May interpret and adjust academic scores to conform with school district's grading system, making computations using the four arithmetic functions.

May edit, review and correct data processing information by comparing computer printouts with source documents and other records.

May occasionally type a variety of routine forms reports or related documents.
Prepares requisitions; receives and distributes supplies; keep perpetual inventory and consumption records.

May operate office machines.

May supervise subordinate employees in performance of simple clerical duties such as posting, filing, typing or mailing; trains newly appointed employees

May use a personal computer for data entering or obtaining information.

WHEN ASSIGNED TO THE ONONDAGA COUNTY HEALTH DEPARTMENT

Participates in public health preparedness activities as trained and assigned.

Utilizes appropriate methods for interacting effectively and professionally with persons of all ages and from diverse cultural, socioeconomic, educational, racial and ethnic backgrounds, sexual orientations, lifestyles and physical abilities.

Subpoena - Zoo
SYR000002
OC0002

## FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Good knowledge of general office terminology, procedures, equipment and clerical techniques.

Good knowledge of business English, spelling and arithmetic.

Ability to understand and carry out complex oral and written instructions.

Ability to make minor decisions in accordance with laws and regulations and to apply these to work problems.

Ability to make arithmetic computations accurately and with reasonable speed.

00110

## FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Ability to use common office equipment including equipment having alpha- numeric keyboards, photocopiers and personal computers.

Ability to establish effective working relationships with co-workers, superiors and the public.

Ability to assign, supervise and review the work of a small group of clerical employees in a manner conducive to full performance a high morale.

## MINIMUM QUALIFICATIONS

Promotion:
One (1) year of permanent competitive class status as a Clerk I, Typist I, Stenographer I, Account Clerk I, Library Clerk I, Data Entry Equipment Operator, WIC Assistant, WIC Assistant (Spanish Speaking), Public Health Assistant or Training Unit Assistant.

Open-Competitive:
Two (2) years of clerical work experience which involved the performance of routine office tasks, such as keeping of records and accounts, correspondence, recording/entering (keying) and retrieving data and/or information, in accordance with prescribed procedures..

**NOTE:** Post secondary education in a regionally accredited or New York State registered educational institution with a concentration in secretarial science may be substituted for the above described experience on a year-for-year basis.

9/2019 Revised

employment.org.gov.net/default/show_jobes/228726

**SENIOR ZOO ATTENDANT**

69230

(Competitive)

**DISTINGUISHING FEATURES OF THE CLASS**

The work involves responsibility for planning and directing the daily activities and operation of an assigned area in the Rosamond Gifford Zoo at Burnet Park. An employee in this class is assigned an area on a taxonomic basis and within this area is responsible for the oversight of the animal collection, the exhibits, and the public facilities including physical structures and grounds. Work is performed under the general supervision of the General Curator with leeway allowed for the exercise of independent judgment in carrying out the daily activities and operations within their area of assignment. An employee in this class has a primary responsibility in the training and supervision of the Zoo Attendants and exercises supervision over other employees in the department such as Park Laborers who are assigned to their area. Certain assignments made to employees in this class will require reasonable access to transportation to meet field work requirements made in the ordinary course of business in a timely and efficient manner. Does related work as required.

**TYPICAL WORK ACTIVITIES**

Plans for and manages a subset of the animal collection including diet and medical management, management of social groups, hand-rearing, and animal training for husbandry and demonstration purposes.

Monitors all animals of the assigned area daily, reporting any abnormalities to General Curator.

Assists the veterinarian and administrative staff in the diagnosis, treatment, and extended care of sick or injured animals, or hand-rearing animals, including the administration of medication, physical therapy, and daily care including normal feeding and cleaning routines.

Captures or assists in the capture and restraint of any zoo animal for the purposes of diagnosis of illness, administration of medication, confinement for transportation, or the shifting of animals between exhibits.

Assists the veterinarian, General Curator and nutritionist in the design of animal diets; distributes diets and monitors consumption.

Feeds and waters animals, monitors water and diet consumption, cleans and disinfects animal enclosures, cleans and disinfects food and water dishes.

Maintains accurate records pertinent to animal history, health, breeding, diet and behavior; utilizes record information for management activities.

Assists General Curator with implementation of animal acquisition and disposition.

Assists General Curator with development of annual Animal Collections budget; maintains inventory of supplies and feeds, requisitions these as needed.

Supervises routine maintenance work within animal enclosures including painting, minor carpentry work, drain maintenance, fence repairs, concrete patching and the care of plants within the animal enclosure.

Supervises routine maintenance of public areas surrounding animal exhibits in a prescribed area of the zoo.

Operates motorized equipment to deliver feed to animal areas, to pick up supplies from sources outside the zoo, or to transport animals for whatever purpose.

Observes the public to prevent undue harassment or injury to animals and to ensure the safety of the public, answers questions from the public about the animals.

Works with Education staff in the implementation of education programs, including animal demonstrations.

Trains and supervises Zoo attendants in the performance of daily aspects of animal care and management including cleaning, diet, health, behavior, training, breeding, capture and restraint, educational presentations and activities, and exhibit maintenance.

## FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Good knowledge of the biology and behavior of a taxonomic subset of animals in the collection, materials, methods and the full range of equipment used in the care and maintenance of animals.

Well-developed observational skills.

Respect, interest and concern for the well being of wild and domestic animals.

Skill in the handling of animals.

Ability to courteously and tactfully deal with zoo visitors.

Ability to train, supervise, and motivate zoo staff in a tactful and positive manner, encouraging, by example, the highest level of performance.

Ability to develop, plan and implement plans according to schedule.

Physical condition commensurate with the demands of the position.

## MINIMUM QUALIFICATIONS

**Promotion:**
Four (4) years of permanent, non-competitive class status in the title of Zoo Attendant.

**Open Competitive:**
A. Four (4) years of work experience, or its part time equivalent, in the care and/or handling of animals in an accredited zoological or wildlife park, two (2) years of which must have been in a supervisory capacity; or,

B. Graduation from a regionally accredited or New York State registered college or University with an Associates degree in Animal Science or a closely related field and two (2) years of work experience, or its part time equivalent, in the care and/or handling of animals in an accredited zoological or wildlife park, which must have included the supervision of employees; or,

C. An equivalent combination of training and experience as defined by the limits of (A) and (B).

## SPECIAL NECESSARY REQUIREMENT

At time of appointment, candidates must have two (2) years of work experience in the taxonomic area in which the vacancy exists. The five (5) taxonomic areas include; Elephants, Birds, Reptiles/Amphibians, Fish and Aquatic Invertebrates, and Mammals.

7/01 Revised

CURATOR OF ANIMALS 69180

(Competitive)

DISTINGUISHING FEATURES OF THE CLASS

The work involves responsibility for a broad spectrum of exotic animal care for a homogeneous section of the Rosamond Gifford Zoo of the Onondaga County Department of Parks and Recreation. This responsibility includes but is not limited to diet, medication, animal training and breeding. An employee in this class exercises direct supervision over a number of subordinate staff as well as volunteers engaged in care, handling, treatment and feeding of zoo animals. General supervision is received from the Director of Natural Resource Facilities and Services. The Curator of Animals classification is distinguished by the exercise of independent judgment in carrying out responsibilities for their assigned areas and by their participation in the management of the zoo. Does related work as required.

TYPICAL WORK ACTIVITIES

Participates in the care, handling, treatment and feeding of zoo animals.

Supervises subordinate staff engaged in the care, handling, treatment and feeding of zoo animals, and to the extent necessary, supervises maintenance of staff engaged in buildings and grounds maintenance and repair.

Conducts and participates in the public programs of the zoo, attends professional seminars to enhance knowledge of zoo activities and participates in exhibit design work for the zoo.

Facilitates zoological research on the animal collection.

Participates in zoo management by establishing animal management plans and by researching and identifying animal inventory to locate and purchase zoo specimens.

Maintains accurate records pertinent to animal health, history, breeding, diet and, shall review daily animal reports to determine and authorize change in care, treatment, handling and/or feeding of animals.

FULL PERFORMANCE, KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Good knowledge of care, handling, treatment and feeding of a taxonomic subset of animals in the zoo's collection.

Good knowledge of behavior, characteristics, diseases, injuries and pests of zoo animals.

Good knowledge of disease and injury, pest control, housing and diet of zoo animals.

Good knowledge of the principles and practices of zoology.

Good knowledge of the principles and practices of supervision.

Good problem solving skills.

Ability to supervise subordinate employees.

Skill in the handling of zoo animals.

Physical condition commensurate with the demands of the position.

MINIMUM QUALIFICATIONS

Promotion:


Four (4) years of permanent competitive class status in the title of Senior Zoo

Attendant.


Open Competitive:


   A. Graduation from a regionally accredited or New York State registered college
   or university with a baccalaureate degree including or supplemented by successful
   completion of thirty (30) semester credit hours in physical, biological or
   behavioral sciences <u>and</u> two (2) years of professional* level experience, or its
   part time

Subpoena - Zoo

OC0007

-2- 69180

(Competitive)

equivalent, in the care of captive wild animals in a zoo or wild life park; or,

B. Six (6) years of paraprofessional or professional level work experience, or its part time equivalent, in the care of captive wild animals in a zoo or wild life park, two (2) years of which must have been professional* level experience; or,

C. An equivalent combination of training and experience as defined by the limits of (A) and (B).

NOTE: For the purpose of meeting these minimum qualifications, professional level experience is defined as experience which included as a regular and recurring function of the position work activities such as supervising staff and/or volunteers, performing tasks with a greater degree of independence and a lesser degree of direct supervision, assisting program administrators in developing programs, etc. Experience as an entry level keeper or attendant is not considered as qualifying experience for professional level.

5/06 - Revised



ELEPHANT BARN
STAFF OFFICE

# GENERAL CURATOR

69188
(Competitive)

## DISTINGUISHING FEATURES OF THE CLASS

The work involves responsibility for all aspects of managing the care and exhibition of the animal collection at the Rosamond Gifford Zoo in the Onondaga County Parks and Recreation Department. An employee in this class has responsibility for the animal and plant collection housed in the zoo complex, for planning the exhibition and special programs involving the collection, and for all care and safety concerns of the animals and public who view them. The Curator exercises general supervision over all staff and volunteers who are involved in the daily care, feeding, and exhibition of the plant and animal collections. Under the direction of the Director, the General Curator coordinates and supervises the veterinary staff and all details of animal acquisitions, dispositions, record keeping, and animal health. General supervision is received from the Director of Natural Resource Facilities and Services with leeway allowed for the use of independent judgment in managing the day to day care of the animals, the exhibits, and program planning. The General Curator continuously monitors the facility to ensure that every aspect of operations is meeting the industry standards as set by the Zoo's accrediting body, the Association of Zoos and Aquariums (AZA) and the United States Department of Agriculture (USDA). In the absence of the Director, the General Curator assumes responsibility for the overall operation of the zoo and ensures that the directives of the Administration are carried out in a responsible and satisfactory manner. Does related work as required.

## TYPICAL WORK ACTIVITIES

Plans for and manages the animal and plant collections at the Rosamond Gifford Zoo including long-range planning that identifies species composition of the collection.

Develops and implements species-specific management plans that identify exhibition, breeding, and husbandry goals and strategies.

Collaborates with other zoos in North America and globally to procure and dispose of animals in accordance with collection needs and appropriate professional standards.

Maintains current knowledge of state and federal regulations regarding animal acquisition, disposition, care, health, and transport; keeping abreast of current issues and trends in zoo animal management.

Oversees the maintenance of animal holding facilities.

Develops and implements safety protocols for the care and handling of animals including protection for the public.

Develops and oversees new exhibit design and the construction and maintenance of existing exhibits.

Collaborates with staff in the development of educational messages associated with exhibits.

Develops and implements facility-wide emergency, safety, and loss control programs.

Schedules, implements, and evaluates facility-wide emergency drills to ensure staff preparedness.

Supervises all animal care staff and volunteers in animal areas with respect to animal husbandry, training, programs, and staff management.

Develops and implements training programs for staff and volunteers.

Coordinates activities of the animal collection with those of education, public relations, development, and maintenance divisions of the department to ensure that animal collection activities support educational and recreational programs and participates in the implementation of these programs.

Consults in the overall strategic planning for zoo facilities, programs, and activities.

Subpoena - Zoo    SYR000010    OC0010

employment.ongov.net/default/showJobClass328200

## FULL PERFORMANCE, KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Thorough knowledge of care, handling, treatment and feeding of zoo animals.

Thorough knowledge of behavior, characteristics, diseases, injuries, and pests of zoo animals.

Thorough knowledge of standards of animal husbandry, zoo operations as set for by AZA and USDA, housing, medical management, and diet of zoo animals.

Thorough knowledge of the principles and practices of zoology.

Thorough knowledge of animal exhibition and training techniques.

Thorough knowledge of current methods of emergency preparedness and the ability to train staff to react appropriately.

Good knowledge of the principles and practices of supervision.

Critical thinking skills.

Ability to collaborate in the development of short and long range plans involving animal collection and exhibition.

Problem solving ability.

Ability to supervise and plan the work of subordinates in a manner conducive to full performance and high morale.

Skill in the handling of zoo animals.

Ability to develop and implement informational programs and materials.

Physical condition commensurate with the demands of the position.


## MINIMUM QUALIFICATIONS

### Promotion:

Four (4) years of permanent competitive class status in the title of Senior Zoo Attendant.


### Open Competitive:

A. Graduation from a regionally accredited college or university or one accredited by the New York State Board of Regents with a Baccalaureate degree and four (4) years of work experience, or its part time equivalent, in the care and/or handling of animals in an accredited zoological or wildlife park, two (2) years of which must have been in a supervisory capacity; or,

B. Eight (8) years of work experience, or its part time equivalent, in the care and/or handling of animals in an accredited zoological or wildlife park, two (2) years of which must have been in a supervisory capacity; or,

C. An equivalent combination of training and experience as defined by the limits of (A) and (B).


Note: Successful completion of fifteen (15) semester credit hours from a regionally accredited college or university or one accredited by the New York State Board of Regents in biology, zoology, animal science, veterinary medicine or a closely related field may be substituted for one (1) year of non-supervisory work experience.

Subpoena - Zoo                              SYR000011                                    OC0011

12/2017 Date of Revision

Subpoena - Zoo

OC0012

# ZOO MAIN BUILDING



**ADMINISTRATIVE OFFICES**
- **ZOO DIRECTOR**
- **PARK SUPERINTENDENT(S)**
- **RECREATION SUPERVISOR**
- **PARK MAINTENANCE CREW LEADER**
- **CLERK 2**
- **FRIENDS OF THE ZOO ADMINISTRATION**

**GIFT SHOP OFFICE
(FRIENDS OF THE ZOO STAFF)**

**ZOO EDUCATION ROOM
& OFFICES (FRIENDS OF THE
ZOO STAFF)**

**MEMBERSHIP OFFICE
(FRIENDS OF THE ZOO STAFF)**

GROUND LEVEL PLAN (AREA B AND C)
Scale: 1/16" = 1'-0"

SYR000013

OC0013

employment.ongov.net/default/showJobClass.cfm?id=258

PARK MAINTENANCE CREW LEADER 63100

(Non-Competitive)


DISTINGUISHING FEATURES OF THE CLASS


The work involves responsibility for supervising the maintenance and repair of park buildings, grounds and facilities in a Parks and Recreation Department. Under the general supervision of an administrative superior, an employee in this class is responsible for the overall supervision of the maintenance, repair and renovation of parklands, sport and recreation facilities, equipment and buildings. Supervision is exercised over a number of labor and trades crews, each of which is led by a crew leader. Work assignments other than those of a routine nature are received from a supervisor either verbally or in writing and are reviewed by the supervisor upon completion. An employee in this class is distinguished from other crew leaders in that responsibility is for overall supervision of all areas of maintenance and repair within a parks and recreation department. Does related work as required.


TYPICAL WORK ACTIVITIES


Supervises labor crews in the repair, renovation and upkeep of public park buildings and facilities.

Supervises grounds crews in the planning, seeding, cutting and upkeep of park lawns, flora and athletic playing fields.

Determines priorities and schedules daily work projects.

Assigns work projects to individual crew leaders and gives special instructions as necessary.

Insures that proper staff, materials and equipment are available for each maintenance project.

Makes periodic field visits to maintenance projects to inspect and evaluate the progress and quality of work performed.

Coordinates and supervises the preparation for and utilization of park facilities for athletic and sporting events, large public gatherings and special events.

Directs work on minor repairs and servicing of power tools and equipment assigned to park.

Requisitions necessary supplies and materials for maintenance as needed.

Receives and investigates public complaints and takes corrective action necessary to remedy the problem.

Assists in the recruitment of line, temporary and seasonal personnel by participating in the securing of applicants and interviewing of same.

Confers with crew leaders and/or individual crew members in the event of disciplinary or morale problems and takes necessary action to resolve the problem.

Maintains daily record of work done and time spent doing it.


FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS


Good knowledge of maintenance practices and procedures as applied to park facilities.

Good knowledge of standard equipment, tools and materials used in park maintenance work.

Good knowledge of supervisory techniques.

Some knowledge of park policies, rules, and regulations.

Ability to plan, assign and supervise the work of subordinate employees.

Ability to understand and follow oral and written instructions.

SYR000014

Ability to deal tactfully with the public in problem situations.

Ability to keep simple records and make reports.

MINIMUM QUALIFICATIONS

Three (3) years of full time work experience, or its part time equivalent, in park maintenance or repair or similar work involving construction, maintenance, or repair of buildings and grounds, one (1) year of which must have been in a supervisory capacity.

SPECIAL NECESSARY REQUIREMENT

When required to operate a motor vehicle, possession of a valid New York State Non-CDL or CDL, including any special endorsements, as required for the type of vehicle being operated.

4/97 Revised

Subpoena - Zoo                                    SYR000015                                    OC0015

<u>PARK SUPERINTENDENT I</u> 63131

(Competitive)

<u>DISTINGUISHING FEATURES OF THE CLASS</u>

The work involves responsibility for overseeing the daily operation, maintenance, and long range development of a county park or municipal park system. Under the general supervision of the administrative staff of the Onondaga County Department of Parks and Recreation, an employee in this class oversees and directs all public programming and maintenance at an assigned park. An employee in this class exercises wide leeway in carrying out the responsibilities of park operation, maintenance, public programming, and planning. Any major decision made with respect to the oversight of a park, is reviewed by the appropriate administrative member(s) through conference and/or submission of narrative reports composed by the Park Superintendent I. An employee in this class exercises general supervision over a number of regular and seasonal program and maintenance support staff. Does related work as required.

<u>TYPICAL WORK ACTIVITIES</u>

Plans and schedules building and grounds maintenance tasks by identifying needs of the park.

Inspects maintenance projects to ensure work is being done properly, that work standards and procedures are followed and that work progresses according to schedule.

Meets with visitors to discuss and explain park activities, rules and regulations and to resolve any issues or concerns.

Plans, organizes, and promotes special events.

Supervises and directs subordinate park staff.

Advises the department regarding modifications needed to facilities.

Ensures that all park facilities are clean, safe, and maintained in a manner that meets or exceeds public expectations.

Procures materials, supplies and equipment needed for park operations, programs, and visitor services.

Interviews and hires permanent and seasonal employees subject to the approval of appropriate administrative staff members.

Prepares and administers the Park's annual operating budget and related funding sources.

Maintains a variety of records relating to park operations including employee records, equipment inventories, monies spent in tasks of operation, maintenance records, lease agreements, contracts, sales of tickets and other revenue.

Plans, designs, recommends, promotes, and implements all public programs in the Park including program budgets, staffing needs, and program fees.

Maximizes useful life expectancy of park equipment and machinery by insuring that an appropriate preventative maintenance plan is followed.

Trains, supervises, and evaluates workers in the performance of maintenance tasks and public program responsibilities.

FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Good knowledge of proper park maintenance methods covering buildings, grounds and equipment.

Good knowledge of park policies, rules and regulations.

Good knowledge of the methods and principles of supervision.

Good knowledge of recreational programming.

Working knowledge of computer programs such as Microsoft Word and Excel.

Skill in the use of tools and equipment used in park building, grounds and equipment maintenance.

Ability to maximize public and community support for the park by building positive relationships with local businesses, organizations, and volunteers.

Ability to plan, schedule, evaluate, and supervise the operations and maintenance activities of workers.

Ability to prioritize expenditure of budgeted funds without exceeding authorized limits.

Ability to identify and articulate physical and capital needs through oral presentations and narrative reports.

Ability to recommend recreational programs and activities which improve service to the public.

Ability to maintain favorable public relations by answering questions, explaining rules and regulations and resolving complaints.

Ability to communicate effectively both orally and in writing.

Physical condition commensurate with the demands of the position.

MINIMUM QUALIFICATIONS

Promotion:

Two (2) years of permanent competitive class status as a Recreation Supervisor, Park Naturalist II, Safety Officer, Park Ranger II, Park Supervisor, or Hatchery Operations Supervisor.

Open-Competitive:

A. Five (5) years of work experience, or its part-time equivalent, in park operation, park maintenance or park management, at least two (2) years of which must have been in a supervisory capacity; or,

Subpoena - Zoo                                    SYR000017                                    OC0017

    B. Graduation from a regionally accredited college or university or one accredited by the New York State Board of Regents to grant degrees with a baccalaureate degree in Forestry, Environmental Science, Park and Recreation Management, Resource Management, or a closely related field and one (1) year of professional level work experience, or its part time equivalent, in park operation, park maintenance, or park management; or,

    C. An equivalent combination of training and experience as defined by the limits of (A) and (B).


Special Necessary Requirement


    When required to operate a motor vehicle, possession of a valid New York State Non-CDL or CDL, including any special endorsements, as required for the type of vehicle being operated.


12/14

Subpoena - Zoo                    SYR000018                    OC0018

employment.ongov.net/default/show_jobdesc/28385

PARK SUPERINTENDENT III

63145

Competitive

## DISTINGUISHING FEATURES OF THE CLASS

The Park Superintendent III is responsible for ensuring the proper maintenance and upkeep of county parks. An incumbent in this class directs the operations of a County park and its associated areas. The work is completed under the general supervision of the Commissioner of Parks and Recreation. The position may require interaction with state and local government employees, contractors, laborers, park rangers, vendors, park visitors, recipients of services, and the general public. The position exercises functional and direct supervision over related department staff. Does related work as required.

## TYPICAL WORK ACTIVITIES

Supervises the daily operation and maintenance of a County park and its associated areas;

Directs and oversees the resolution of major maintenance problems and emergencies;

Assists in the preparation of the department budget, including projecting expenses, funding, equipment needs, and vehicle replacement;

Advises and assists park superintendents, department heads, and county staff on construction projects, emergency repairs, and project planning;

Supervises the daily programming and recreational opportunities provided at the Park and its associated areas;

Develops, manages, and monitors an infrastructure budget that addresses the physical needs of the Park and its associated areas;

Responds to and resolves customer inquiries, problems, and complaints;

Develops long-range planning for capital improvements in and around the Park and its associated areas;

Coordinates staff, equipment, and materials involved with maintenance projects within the Park;

Directs and oversees passive recreational opportunities within the park system;

Directs and oversees the operations of the marina;

Assists in the development and direction of numerous special events within park system facilities;

Develops and implements park-wide policies in support of employee and visitor safety, departmental protocol, and public relations;

Drafts materials and service requisitions after obtaining price estimates, quotes, and related information;

Drafts specifications for sealed bids and requests for proposal;

Interviews, hires, evaluates, schedules, supervises, disciplines, and performs other personnel actions related to subordinate employees;

Develops and implements policies, procedures, goals, and objectives for functions under the direction of the position;

SYR000019
OC0019

FULL PERFORMANCE KNOWLEDGES. SKILLS. ABILITIES. AND PERSONAL CHARACTERISTICS

Comprehensive knowledge of the purposes, principles, terminology, and practices employed in park management;

Comprehensive knowledge of advanced professional techniques in park management;

Comprehensive knowledge of legislation, current problems, and professional literature related to park management;

Comprehensive knowledge of local and state law, procedures, and policies as they relate to the mission of the department;

Comprehensive knowledge of administrative planning, management, and supervision as it applies to the position;

Comprehensive knowledge of the development and design of educational and recreational programs;

Comprehensive knowledge of the operation and maintenance of equipment and technology used by the department;

Thorough knowledge of Onondaga County government, geography, economics, demographics, society, goals, politics, policies, and procedures;

Thorough knowledge of the preparation and interpretation of statistical, technical, and narrative reports regarding department activities;

Thorough knowledge of personnel laws and regulations;

Thorough knowledge of county department operations, organization, accountability, and responsibility;

Thorough knowledge of resources available for use in the completion of department objectives;

Thorough knowledge of large-scale and government budgeting policies and procedures;


Ability to analyze recent problems, assess future problems, and formulate complex action plans to facilitate resolution of said problems;

Outstanding professional leadership ability;

Physical condition commensurate with the demands of the position.


MINIMUM QUALIFICATIONS


Promotion:


Two (2) years of permanent competitive class status in the title of Park Superintendent I or II.


Open Competitive:


A) Six (6) years of paraprofessional or professional level work experience, or its part time equivalent in park operations, maintenance, or management, at least two (2) years of which must have been in a professional level

Subpoena - Zoo                                    SYR000020                                    OC0020

12/2/25, 9:14 AM
Case 1:22-cv-00986-GTS-PJE     Document 186-20     Filed 07/31/26     Page 21 of 52
employment.ongov.net/default/show_jobdesc/28385

capacity; or,

B) Graduation from a regionally accredited college or university or one accredited by the New York State Board of Regents to grant degrees with a Bachelor's Degree in Forestry, Environmental Science, Park and Recreation Management, or a closely related field and two (2) years of professional level work experience, or its part time equivalent in park operations, maintenance, or management; or,

C) An equivalent combination of the above described education and work experience.

07/2017 Revised

**RECREATION SUPERVISOR 38320**

**(Competitive)**

## DISTINGUISHING FEATURES OF THE CLASS

The work involves responsibility for organizing and implementing one or more major segments of a recreation program. Under the general supervision of a Director of Recreation or the administrator of a recreation program, an employee in this class plans, organizes and implements one or more types of recreational activities, such as arts and crafts, athletics, dances, cultural events and so on. Program planning is done in conjunction with the director/administrator and is incorporated within the comprehensive program. Organization and implementation are performed with wide latitude for independent action. Depending upon the size of the total program or an incumbent's particular assignment, the Recreation Supervisor may participate as a leader in specific activities and may supervise subordinate personnel. Work is reviewed by the director/administrator through written and oral reports and evaluation of community acceptance of the programs. The position differs from that of Assistant Director of Recreation in the scope of responsibilities; the latter directly assists in the performance and completion of all of the director's activities.

## TYPICAL WORK ACTIVITIES

Plans, organizes, promotes and participates in specific recreation programs and activities, such as team sports, ceramics, games, socials, group trips to musical or cultural events or recreational areas, playground activities and aquatics.

Trains and instructs Recreation Leaders, Aides and Attendants and assigns them to specific areas or events; supervises subordinate personnel and evaluates their work performance through direct observation; makes recommendations to the director/administrator regarding retention, replacement or reassignment of personnel.

Promotes community participation in programs by writing publicity releases, events calendars, attending meetings of other civic and service groups.

Evaluates the effectiveness or community acceptance of programs and events by participation and by review of attendance reports, the frequency of wants and comments from participants; recommends to the director/administrator continuation, elimination or redesign of programs.

Organizes and implements events by scheduling events, making reservations for needed facilities, assigning personnel, arranging for equipment and supplies.

Prepares written reports regarding the number and types of events held, evaluation of personnel work performance, program needs in terms of personnel, equipment and supplies.

Posts to records such as time sheets and equipment inventories.

## FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Good knowledge of recreation principles and practices.

Working knowledge of community organization and supervisory techniques.

Ability to identify objectives of a planned community recreation program and the ability to plan and develop appropriate activities in order to meet the objectives identified.

Ability to plan, organize and coordinate promotion recreational activities.

Ability to assess the effectiveness of recreational activities in attaining program objectives.

Ability to train and supervise a number of Recreation Leaders, Specialists, Aides and Attendants.

Ability to participate as a leader in recreational activities.

Subpoena - Zoo

SYR000022

OC0022

Ability to communicate effectively and to establish good working relationships with groups and individuals.

Physical condition commensurate with the demands of the position.

## MINIMUM QUALIFICATIONS

### Promotion:

One (1) year of permanent competitive class status in the title of Senior Recreation Leader or two (2) years of permanent competitive class status in the title of Recreation Leader.

-2- 38320

### Open Competitive

A. Graduation from a regionally accredited college or university or one accredited by the New York State Board of Regents to grant degrees with a Bachelor's Degree or higher with a minimum of fifteen (15) semester credit hours in recreation courses; or,

B. Graduation from a regionally accredited college or university or one accredited by the New York State Board of Regents to grant degrees with a Bachelor's Degree or higher and one (1) year of full-time work experience, or its part-time equivalent, in the conduct of recreation activities involving personal responsibility for the initiation but not necessarily the planning, design or development of day-to-day recreation activities at a site such as a park, playground or an after school program; or,

C. Four (4) years of full-time work experience, or its part time equivalent, in the conduct of recreation activities, at least two (2) years of which must have been work experience involving personal responsibility for the initiation but not necessarily the planning, design or development of day-to-day recreation activities at a site such as a park, playground or an after school program; or,

D. An equivalent combination of training and experience as defined by the limits of (a), (b) and (c) above.

NOTE:

If qualifying under (c), successful completion of college level recreation courses may be substituted for work experience at the rate of fifteen (15) semester credit hours equivalent to one (1) year of work experience up to the maximum of two (2) years of non-specialized recreation experience.

10/06 Revised

Subpoena - Zoo                SYR000023                OC0023

# ROSAMOND GIFFORD ZOO ORGANIZATION
## September 2025



SYR000024

Staff Locations:

- Animal Health Center
    - General Curator
    - Collection Managers (Senior Zoo Attendants)
    - Veterinarian (Friends of the Zoo staff)
    - Veterinary Technician
- Elephant Barn
    - Collection Manger (Senior Zoo Attendant)
    - Zoo Attendants
- Main Building
    - Zoo Director (Director of Natural Resources Facilities and Services)
    - Deputy Commissioner of Parks
    - Park Superintendent III
    - Park Superintendent I
    - Recreation Supervisor
    - Park Maintenance Crew Leader
    - Clerk II
    - Various Friends of the Zoo staff

## VETERINARY TECHNICIAN

### 69260

### (Competitive)

### DISTINGUISHING FEATURES OF THE CLASS

The work involves responsibility for performing duties required in carrying out medical orders as prescribed by a licensed Veterinarian which require an understanding of veterinary science. The Veterinary Technician assists in the practice of veterinarian medical care of animals at the zoo including exotic and rare species. There are some physical risks involved in the work due to the nature of the animal population. The employee may have to hold, move or lift animals of up to 50 pounds weight. The work of an employee in this class must be performed under the general supervision of a licensed veterinarian. Supervision of subordinates is not a function of this class. Does related work as required.

### TYPICAL WORK ACTIVITIES

Collects appropriate specimens and performs clinical laboratory procedures and necropsy.

Takes radiographs of animal and develops radiographic film.

Prepares and administers medications on medical orders prepared by the veterinarian.

Assists with anesthesia under the on-site supervision of the veterinarian.

Assists in surgical procedures and other medical procedures in the physical presence of the veterinarian.

Maintains complete, accurate and up-to-date animal health records, necropsy reports, anesthetic records and controlled substance records.

Assists in establishing a procedure for inventory control in the clinic.

Instructs animal keepers as to proper administration of medication and in the collection of fecal and urine samples.

Maintains the animal clinic in an orderly, antiseptic and neat fashion.

Sterilizes syringes, needles, surgical instruments and equipment as mandated by standard medical guidelines.

Maintains inventory, and orders and stocks supplies and equipment for the veterinary clinic.

Maintains daily telephone communication regarding new and/or on-going cases and medications with a member of veterinary staff.

### FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Good knowledge of veterinary medical procedures and medical terminology.

Working knowledge of anesthesia and surgical techniques; medicines, vaccines, vitamin supplements and anthelmintics.

Working knowledge of animal anatomy.

Working knowledge of operating equipment used in veterinary science.

Working knowledge of radiographic equipment, proper machine settings and developing procedures and the techniques and procedures of positioning animals.

Subpoena - Zoo
SYR000026
OC0026

Working knowledge of species' specific parasites, medications and vaccines.

Skill in handling zoo animals, both large and small species.

Skill in observing animals to determine behavioral or health problems.

Ability to set up and maintain a comprehensive filing and cataloging system for animal health records.

Ability to carry out complex oral and written instructions.

Ability to maintain good communication with veterinary staff

Physical condition commensurate with the demands of the position.

**MINIMUM QUALIFICATIONS:** Possession of a permanent license and current registration as a Veterinary Technician from the New York State Education Department. Necessary proofs will be required at time of application.

**Note**: These qualifications are mandated by Article 135 of Title 8 of the New York State Education Law, Section 6708, 6709 and 6711.

**SPECIAL NECESSARY REQUIREMENT:** Eligibility for and continued possession of the license and registration must be maintained throughout employment.

11/2020 REVISED

ZOO ATTENDANT 6055

(Non-Competitive)

DISTINGUISHING FEATURES OF THE CLASS


The work involves responsibility for providing all primary care for the Burnet Park Zoo animal collection and doing general maintenance, housekeeping, and groundskeeping work for the zoo facility. Primary care is delivered through daily observation of animals, daily gathering of vital signs and statistics of each animal, correlation of all observations with cumulative knowledge of their behavior, and daily independent implementation of proper zoo management techniques as authorized by the zoo's administrative staff through consultation and continuing study. A Zoo Attendant would be the first to recognize any changes in the health of the animals. An employee in this class does manual work in cleaning, repair, construction and general care of animal exhibits, buildings, and grounds to promote the comfort and safety of animals and visitors of the Zoo. An employee in this class is under the direct supervision of the Zoo Superintendent, Curator and/or Veterinarian. Supervision is exercised by an employee in this class when training new employees or when directing the activities of summer employees, zoo volunteers and Education Department Docents. Work is often performed under adverse weather conditions. Work may be performed under potentially dangerous circumstances. Work may require operation of a motor vehicle. Does related work as required.


TYPICAL WORK ACTIVITIES


Inspects all animals under care frequently throughout the day for motor ability impairment, blood loss or other discharge observed, signs of fighting or stress, signs of sexual behavior, pregnancy, the presence of extoparasites such as fleas, ticks and mites, the presence of lesions or tumors, abnormal behavior patters or other signs of illness.

Reports injuries and illness of animals to the Zoo Veterinarian, and Curators.

Assists the Veterinarian and Curatorial Staff in the diagnosis, and in the subsequent treatment and extended care of sick of injured animals including the administration of medication and physical therapy.

Assists in the capture and restraint of any and all animal species for the purpose of diagnosis of illness, administration of medication, confinement for transportation, or the shifting of animals between exhibits.

Aids in the design of animal diets through daily observation and analysis of the animals' food intake and metabolism to determine the diets nutritional effectiveness, may do diet research for animals under his/her responsibility.

Examines fecal material and urine for signs of abnormal functioning of the digestive tract, the presence of parasite infestation, and the animal's ability to metabolize foodstuffs.

Feeds and waters animals under care; cleans and disinfects food and water dishes.

Cleans animal cages, pens and barns; disinfects animal areas and cages, cleans buildings and public areas; removes all waste to dumpster.

Observes public in area to prevent undue harassment or injury to animals and to insure the safety of the public.

Answers questions from the public about animals making use of acquired knowledge through independent research, and in-service training as well as through practical work experience, may give educational animal demonstrations (both on and off zoo grounds) and zoo tours.

Does routine groundskeeping work such as, cutting grass, raking leaves, picking up debris and snow removal.

Does routine maintenance work for the zoo facility; does painting, minor carpentry work, keeps drains unclogged, repairs fencing, patches concrete.

Cares for trees, shrubs, plants and flowerbeds on zoo grounds.

May drive motor vehicles to deliver hay or feed to animal areas, to pick up supplies from sources outside the zoo grounds, or to transport animals to the offices of the veterinary staff or other zoos.

6055

TYPICAL WORK ACTIVITIES, Cont.

May hand rear, handle for gentleness training or participate in training program for animals under care. (This may include 24 hours a day care in administering a specialized feeding schedule and other vital maternal care. This may also be extended on a progressively limited basis, over a period of up to two (2) months, providing for any and all needs of the juvenile animal. Appropriate dietary, behavior, and habitat research may also be required).

May prepare animal diets by reading diet she eats and placing food on appropriate dishes, scrubs and disinfects food preparation area.

May direct the activities of new employees, seasonal employees, and volunteers in their responsibilities.

When on Evening or Night Shift:

Makes regular rounds of zoo with punch clock, checking in at designated stations.

Observes all animals for injury or illness, or animal out of enclosure.

Checks all locks, looks for broken windows and any other conditions which might endanger animals.

Reports any condition of animal or building, which might result in damage to animals before morning to the Zoo Superintendent.

Reports any intruder to Park Patrol and City Police, and Zoo Superintendent.

Prepares daily report listing any changes in animal behavior, acceptance of food and eating levels of animals, daily work not complete and reason.

FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Working knowledge of animal care and feeding practices.

Working knowledge of materials, methods, and equipment used in cleaning and caring for buildings and grounds.

Ability to acquire fairly acute observational skills.

Ability to understand and use the concepts of normal and abnormal animal behavior, stress, flight distance, territoriality, social dominance hierarchy.

Respect, interest and liking for wild animals and their comfort and well being.

Skill in handling animals.

Ability to courteously and tactfully deal with members of the public with regard to situations potentially injurious to the animal collection or the public.

Physical condition commensurate with the demands of the position.

MINIMUM QUALIFICATIONS


    A. Six (6) months of work experience, or its part time equivalent, in the care and/or handling of animals in a zoological or wildlife park, veterinarian's office, or business or enterprise related to the care and/or handling of animals; or,

    B. Successful completion of nine (9) semester credit hours from a regionally accredited or New York State registered college or university in a curriculum related to physical, biological or animal behavioral sciences; or,

    C. An equivalent combination of training and experience as defined by the limits of (A) and (B).


12/87 Revised

Subpoena - Zoo
OC0031

## DIRECTOR OF NATURAL RESOURCE FACILITIES AND SERVICES 69270

(Competitive)

DISTINGUISHING FEATURES OF THE CLASS

This is an administrative position involving responsibility for the professional management and future development of a municipal zoological park by exhibiting clean, healthy animals in well-kept attractive surroundings. Supervision is exercised over operational, programmatic, public relations, customer service and zoological personnel. Work is performed under the general direction of the Commissioner of Parks and Recreation. Direction is received in the form of budget allocations and general policy approval. Does related work as required.

TYPICAL WORK ACTIVITIES

Communicates verbally or through written directives and interprets departmental policy as applicable to the operation of the zoo.

Recruits, trains, supervises and evaluates zoo personnel. Advises the Commissioner regarding the suitability of candidates for employment or employees for promotion; advises people responsible for operation of park units in regard to personnel matters such as County or department policies; and resolves problems concerning employee discipline by instructing supervisory personnel to take specific courses of action.

Plans the animal collection to make it representative of the philosophical and educational goals of modern zoo management.

Confers with the Commissioner and other administrative staff members to identify needs and costs of management in order to provide quality services at the zoo.

Assigns and schedules maintenance activities for buildings and grounds based on frequent inspections.

Examines all zoo specimens for health, living conditions and appropriateness of display situation.

Consults with the General Curator and veterinary staff concerning diseases, medications, treatments and preventative measures applicable to the animal population.

Assures the maintenance of safe, sanitary and attractive conditions throughout the zoo.

Assures enjoyable, informational oriented programs and interpretive standards throughout the facility. Analyzes and revises the zoo program to provide maximum service to the public.

Writes budget requests, special funding requests and grant proposals. Fills out complex budget forms indicating monies or personnel needed and describes in narrative fashion justification for operational needs.

Approves all purchase orders for supplies, maintenance, equipment and food for the zoo population.

Prepares reports and maintains a record system for all phases of the zoo operation.

Subpoena - Zoo

SYR000032

OC0032

Prepares a variety of narrative reports and makes verbal presentation to inform the Commissioner, Directors and those concerned with the department about the natural resource activities of the zoo.

Promotes zoo activities and exhibits through speaking, written material and newspaper articles and advertisements.

Has frequent contact with the public, personally through telephone calls, and through letters, to interpret and communicate departmental policy, rules, regulations or programs.

Participates in the planning of capital improvements, maintenance projects and recreational programming by advising which improvements and programs would be appropriate for the zoo, by recommending and presenting capital needs of zoo facilities, and by identifying any applicable impact planning may have on existing natural resource activities. Participates in planning future development and design of facilities.

Attends meetings, does research and prepares written materials concerning design of facilities and general future development of the zoo.

Maintains a cooperative relationship with the Friends of the Zoo encompassing responsibility of approving/endorsing organizational activity as agent of Onondaga County per management agreements.

Represents the department at Legislative, budgetary, personnel and other committees and meetings to explain and offer data concerning the services, needs and operation of the department.

FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Comprehensive knowledge of natural resource and facility administration including management of living collections, physical plant management, personnel administration, and budget administration.

Comprehensive knowledge of park policies, rules, regulations and objectives.

Thorough knowledge of the methods and principles of planning and administration as applied to the management of a zoo.

Good knowledge of the current ideas, advances, principles and practices in the field of zoological park administration.

Good knowledge of budget preparation and processes within a government setting.

Working knowledge of construction engineering and architectural techniques as they apply to zoo development. Familiarity with construction, design and engineering standards.

Working knowledge of principles and practices of supervision.

Working knowledge of the methods and principles of personnel administration.

Ability to monitor the expenditures of funds.

Ability to interpret, explain and apply departmental policy.

Ability to set priorities for zoo programs and operations with respect to natural resource concerns.

SYR000033

Ability to identify and anticipate problems and needs pertaining to zoo management.

Ability to supervise a large number of employees.

Ability to plan and supervise the work of others in a manner conducive to full performance and high morale.

Ability to express oneself orally, and in writing.

Ability to read and understand complex and technical literature pertaining to the field of zoo management.

Ability to accurately maintain a complex set of records.

Ability to prepare and present concise written and oral reports.

Ability to speak well and interestingly to groups.

Physical condition commensurate with the demands of the position.

MINIMUM QUALIFICATIONS

Promotion:

Two (2) years of permanent competitive class status in the title of Park Superintendent 2, Nature Center Superintendent or Curator of Animals.

Open Competitive:

A. Graduation from a regionally accredited or New York State registered college or university with a baccalaureate degree in environmental science, parks and recreation management, resource management, business administration, public administration, zoology or biology or a closely related field and four (4) years of professional level work experience or its part-time equivalent, in zoo management, park operations, or park management, or in the operation of a public use natural resource site, facility or complex, at least two (2) years of which must have been in a supervisory capacity; or,

B. Eight (8) years of work experience, or its part time equivalent, in natural resource operation, zoo maintenance or management, four (4) years of which must have been professional level experience in park operation or park management or in the operation of a public use natural resource site or zoo, facility or complex, of which two (2) years must have been in a supervisory capacity; or,

C. An equivalent combination of training and experience as defined by the limits of (A) and (B).

Case 1:22-cv-00986-GTS-PJE   Document 186-20   Filed 07/31/26   Page 35 of 52

Revised 2/11

SYR000035

DEPARTMENT Parks and Recreation                    CONTRACT NO. 02316

The County of Onondaga (County) Cornell University Hospital of Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

## TERM

The term of this contract shall be from 1/1/16 through 12/31/16.

In the event that, in the sole judgment of the Hospital, sufficient funds are not appropriated by the State of New York or otherwise available to the College of Veterinary Medicine for continuation of all or any part of the Hospital's performance under this Agreement for any fiscal year subsequent to the one in which this Agreement is executed, the County shall be notified in writing and this Agreement shall terminate as provided in the above paragraphs.

## SCOPE OF SERVICES

Dr. Noha Abou-Madi will oversee the animal health program at the Rosamond Gifford Zoo at Burnet Park. Either Dr. Abou-Madi or her designee, another veterinarian, will visit the Zoo no less than three (3), but no more than five (5) times per week for the purpose of monitoring the health of the Zoo's animal collection and delivering care as necessary. It is understood that Dr. Abou-Madi or her designee will be assisted by residents, interns or students affiliated with the College of Veterinary Medicine as permitted by Article 135 of the Education Law. Included in the scope of services is the coordination of necropsy services on deceased animals that have been under veterinary care. Dr. Abou-Madi, or her designee, another veterinarian, will be on-call 24 hours/day for emergency consultation and will use reasonable efforts to provide emergency care as necessary. In the event that emergency care is provided at the Cornell University Hospital for zoo animals for the convenience of the veterinary staff, no professional fee will be charged to the zoo for the visit. In the event that Dr. Abou-Madi leaves the employ of the College of Veterinary Medicine, another veterinarian board certified in zoological medicine will assume her oversight responsibilities.

Services will not include pharmaceuticals, vaccines, laboratory submissions, medical supplies, transportation of animals to and from the Hospital when necessary, in Hospital care, or any other expendables.

## COMPENSATION

The County hereby agrees to pay the Hospital, in consideration of all goods, equipment, work or services furnished by Hospital under this agreement, an amount not to exceed $100,000.00 to be paid in equal quarterly payments on March 31, June 30, September 30, and December 31.

All payment shall be made in accordance with procedures established by County's comptroller. The Onondaga County Department of Parks and Recreation is hereby designated to act on behalf of County in directing and reviewing Hospital's services. Hospital shall report directly to H. Ted Fox, Director of the Rosamond Gifford Zoo at Burnet Park or other designee.

KEY PERSONNEL

For Hospital:     Danielle Pfaff, Director of Finance and Administration
                  Cornell University Hospital for Animals
                  College of Veterinary Medicine
                  Cornell University
                  Ithaca, New York  14853-6401
                  (607)253-3030

Other:            Dr. Noha Abou-Madi
                  Department of Clinical Sciences
                  College of Veterinary Medicine
                  Cornell University
                  Ithaca, New York 14853-6401
                  (607)253-3049

For County:       H. Ted Fox
                  Director, Rosamond Gifford Zoo at Burnet Park

DEFENSE, INDEMNIFICATION AND HOLD HARMLESS

A. The Hospital covenants and agrees to indemnify, defend and hold harmless, to the fullest extent permitted by law, the County of Onondaga, its officers, agents and employees and representatives in connection with this Agreement, from and against any and all loss or expense that may arise by reason of liability for damage, injury or death, or for invasion of personal or property rights, of every name and nature including but not limited to: (i) claims of property damage; (ii) claims of personal injury to Hospital if self employed, Hospital's employees, agents, or subcontractors; (iii) claims of personal injury to third parties; and (iv) reasonable attorneys' fees, whether incurred as the result of a third party claim or to enforce this contract: arising out of or resulting directly or indirectly from the performance of the work or the enforcement of this Contract, irrespective of whether there is a breach of a statutory obligation or rule of apportioned liability; and whether casual or continuing trespass or nuisance, and any other claim for damages arising at law and equity alleged to have been caused or sustained in whole or in part by or because of misfeasance, omission of duty, negligence or wrongful act on the part of the Hospital.

B.   Without otherwise limiting the  scope of the  indemnity provisions set forth in paragraph (A) herein, if  Hospital serves upon the County, within ten (10) calendar days of being notified by County of a claim a duly executed  copy of a letter from Hospital  to  Hospital's various insurers,  providing  notice of the Claim  requesting that the Insurer provide defense therefore, and if within sixty (60) days thereafter, Hospital provides to the County a duly certified letter from Hospital's insurer(s):   (i)    Giving notice to Hospital  that the claim is not within the scope of coverage of insurance contracts that   Hospital is obligated to obtain  and maintain in force pursuant to the terms of this   AGREEMENT or; (ii) A Reservation of rights Letter;   Together with (Hospital's <u>duly signed consent to joinder in any pending action and to participation in settlement of the claim, the</u> County shall assume the cost of defending the claim. Provided, however, that the County reserves   All rights pursuant to applicable law and Paragraph A of this Section to seek recovery of all costs incurred by the county in defending the claim to the fullest extent   allowed by applicable law. The County's reservation of rights as set forth herein is  without prejudice to Hospital's  right to seek to limit the obligation to indemnify the County for defense costs incurred by the County to the percentage of the claim or damages caused by the negligence or other fault of the  Hospital.

The Hospital further covenants and agrees to obtain the necessary insurance as required by the General Obligations Law of the State of New York and this contract to effectuate this Hold Harmless clause, and shall name the County of Onondaga as an additional insured on all applicable insurance and indemnification. (See also insurance provision).

Contracts                           SYR000037                                OC0037

INSURANCE

Hospital shall purchase and maintain insurance of the types and coverages set forth below, written on an occurrence basis, reasonably acceptable to the County of Onondaga and which will provide primary liability coverage to Hospital **AND WITH THE COUNTY NAMED AS AN ADDITIONAL INSURED ON A PRIMARY AND NON-CONTRIBUTING BASIS** for claims which may arise out of or result from Hospital's operations under the Contract, including without limitation (i) claims because of bodily injury, occupational sickness or disease, or death, whether to Hospital if self-employed, Hospital's employees or others and whether or not under a workers' compensation or other similar act or law for the benefit of employees; and (ii) claims because of injury to or destruction of tangible property, including loss of use resulting therefrom.   As the sole exception to the foregoing, the Hospital shall not be required to name the County as an additional insured on policies issued to it for the professional liability of the Hospital.

All policies shall be written so that the County of Onondaga will be notified of cancellation or restrictive amendment at least thirty (30) days prior to the effective date of such cancellation or amendment. Certificates or insurance from the carrier, or their authorized agent, with the appropriate additional insured endorsement attached showing the County of Onondaga as an additional insured and stating the limits of liability, expiration date which are acceptable to the County of Onondaga shall be filed with and accepted by the County of Onondaga before operations are begun. The intent is that this insurance, with the County of Onondaga being named as an additional insured, is to be primary over and above the County of Onondaga's own general liability coverage.

The Hospital agrees to obtain and maintain General Liability Insurance including Comprehensive Form, Premises-Operations, Products/Completed Operations, Blanket Broad Form Contractual, Independent Contractors, and Broad Form Property Damage Coverage with minimum limits of not less than one million dollars ($1,000,000.00) Combined Single Limit for Bodily Injury and Property Damage.

The Hospital also agrees to obtain and maintain Automobile Liability Insurance for owned, hired and non-owned vehicles with minimum limits of not less than one million dollars ($1,000,000.00) Combined Single Limit for Bodily Injury and Property Damage.

In addition, the Hospital shall obtain and maintain Professional Liability Insurance with minimum limits of not less than one million dollars ($1,000,000.00).

Hospital further agrees to comply with the requirements of the New York State Workers' Compensation Board regarding proof of compliance with the New York State Workers' Compensation Law. The New York State Workers' Compensation Board requires the County to obtain from Hospitals proof of Workers' Compensation insurance coverage, Self Insurance or exemption from the requirement of obtaining Workers' Compensation insurance coverage.  Proof must be submitted to the County on forms specified by the Workers' Compensation Board and that are stamped as received by the Workers' Compensation Board.

WORKERS' COMPENSATION AND DISABILITY BENEFITS

This agreement shall be void and of no effect unless Hospital and other person or entity making or performing this agreement shall secure compensation for the benefit of, and keep insured during the life of this agreement, the employees engaged thereon, in compliance with the provisions of the New York State workers' compensation law.

Hospital shall show, before this agreement may be made or performed, and at all times during the life of this agreement, that Hospital, and other person or entity performing this agreement, is in compliance with the provisions of the New

York State workers' compensation law, by Hospital's delivering to County's Department of Law that New York State Workers' Compensation Board (Board) form or State Insurance Fund (Fund) form described in one of the following subparagraphs numbered 1, 2, 3, or 4, and that Board form described in one of the following subparagraphs numbered 5, 6, or 7:

1. Board form C-105.2 (Fund form U-26.3, if the insurer is the State Insurance Fund), subscribed by the insurer, showing that Hospital, and other person or entity making or performing this agreement, has secured compensation, as workers' compensation insurance, for the benefit of all employees, in compliance with the provisions of the New York State workers' compensation law.

2. Board form SI-12, completed by Board's self-insurance office and approved by Board's secretary, showing that Hospital, and other person or entity making or performing this agreement, has secured compensation, as Board approved workers' compensation self-insurance, for the benefit of all employees, in compliance with the provisions of the New York State workers' compensation law.

3. Board form GSI-105.2, completed by the group self-insurance administrator, showing that Hospital, and other person or entity making or performing this agreement, has secured compensation, by being a participant in a workers' compensation group self-insurance plan, for the benefit of all employees, in compliance with the provisions of the New York State workers' compensation law.

4. Board form CE-200 bearing an exemption certificate number issued by Board, showing that Hospital, and other person or entity making or performing this agreement or the Work is not required to secure compensation for the benefit of all employees, in compliance with the provisions of the New York State workers' compensation law.

5. Board form DB-120.1, subscribed by the insurer, showing that Hospital, and other person or entity making or performing this agreement has secured the payment of disability benefits, as disability benefits insurance, for the benefit of all employees, in compliance with the provisions of the New York State workers' compensation law.

6. Board form DB-155, completed by Board's self-insurance office and approved by Board, showing that Hospital, and other person or entity making or performing this agreement, has secured disability benefits, as Board approved disability benefits self-insurance, for the benefit of all employees, in compliance with the provisions of the New York State workers' compensation law.

7. Board form CE-200 bearing an exemption certificate number issued by Board, showing that Hospital, and other person or entity making or performing this agreement is not required to secure disability benefits for the benefit of all employees, in compliance with the provisions of the New York State workers' compensation law.

ASSIGNMENT

Hospital is prohibited from assigning, transferring, conveying, subletting, or otherwise disposing of this agreement, or Hospital's right, title, or interest in this agreement, or Hospital's power to execute this agreement, to any other person or entity without the previous consent in writing of County.

INDEPENDENT CONTRACTOR

Hospital is an independent contractor. Neither Hospital, nor Hospital's officers, employees, agents, or servants shall hold themselves out as, or claim to be, officers, employees, agents, or servants of County.

CONFLICT OF INTEREST

At the time Hospital submits a bid, or if no bid is submitted, prior to performing any services under this agreement, Hospital shall deliver to County's Department of Law, the attached affidavit certifying that Hospital has no interest and will not acquire any interest, direct or indirect, that would conflict in any manner or degree with the performance of services to County. The affidavit shall further state that in rendering services to County no persons having any such interest shall be employed by Hospital. Hospital assumes full responsibility for knowing whether Hospital's officers, employees, agents, or servants have any such interest and for certifying the absence of such conflict to County.

During the course of performing services for County, Hospital shall disclose immediately to County, by affidavit, every known or apparent conflict of interest and every ostensible or potential conflict of interest of Hospital, Hospital's officers, Hospital's employees, Hospital's agents, and Hospital's servants. The duty to disclose is a continuing duty. Such disclosure is a material obligation of this agreement and Hospital's failure to comply with these provisions affords County the right to pursue any and all remedies for breach of agreement. In the event of an apparent or actual conflict of interest during the course of performance, Hospital shall suspend all work and services, and County's payments to Hospital shall be suspended pending final approval by County or County's Board of Ethics. If the conflict cannot be resolved to the satisfaction of County, County may terminate the agreement by written notice. Nothing herein shall be construed as limiting or waiving County's right to pursue damages or other remedies.

A conflict of interest includes any circumstance which might influence or appear to influence the judgment of Hospital, and Hospital shall disclose the same. Hospital shall disclose further the acceptance of compensation, monetary or otherwise, from more than one (1) payor or party for services on the same project or related project. Hospital shall disclose further the direct or indirect solicitation or acceptance of financial or other consideration from parties other than County for work on the project to which this agreement pertains. If applicable, Hospital shall disclose further the direct or indirect acquisition of any interest in the real estate which is the subject of the project, or in the immediate vicinity thereof. A conflict of interest of Hospital's officers, Hospital's employees, Hospital's agents, or Hospital's servants shall be deemed a conflict of interest of Hospital, giving rise to the duty to disclose.

Hospital shall not disclose any data, facts or information concerning services performed for County or obtained while performing such services, except as authorized by County in writing or as may be required by law.

LICENSES AND PERMITS

Hospital shall obtain at Hospital's own expense all licenses or permits required for Hospital's services or work under this agreement, prior to the commencement of Hospital's services or work.

APPROPRIATIONS

This agreement is executory only to the extent of the monies appropriated and available for the purpose of this agreement and no liability on account thereof shall be incurred by County beyond monies appropriated and available for the purpose thereof.

AGREEMENT MODIFICATIONS

This agreement represents the entire and integrated agreement between County and Hospital and supersedes all prior negotiations, representations or agreements either written or oral.  This agreement may be amended only by a writing signed by County and Hospital.

SEVERABILITY

If any term or provision of this agreement shall be held invalid or unenforceable, the remainder of this agreement shall not be affected thereby and every other term and provision of this agreement shall be valid and enforced to the fullest extent permitted by law.

CLAUSES REQUIRED BY LAW

Each and every provision of law and clause required by law to be part of this agreement shall be deemed to be part of this agreement and to have been inserted in this agreement, and shall have the full force and effect of law.

SUSPENSION AND DEBARMENT

Hospital certifies that, except as noted, Hospital and any person associated with Hospital in the capacity of owner, partner, director, officer, or major stockholder is not currently under suspension, debarment, voluntary exclusion, or determination of ineligibility by any federal agency, and has not been suspended, debarred, voluntarily excluded or determined ineligible by any federal agency within the past three years.


IN WITNESS WHEREOF, the parties hereto have executed this Agreement the date and year hereinafter written.

County of Onondaga

Dated: 3/7 20/6

By: _Joanne M. Mahoney_
Joanne M. Mahoney, County Executive MJM

Cornell University Hospital for Animals

Dated: 2·9 20 16

By: _Danielle K. Pfaff_

Form 1

State of _New York_ )
County of _Tompkins_ ) ss.:

On the _9th_ day of _February_ in the year _2016_ before me the undersigned, personally appeared _Danielle K. Pfaff_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that _she_ (he or she or they) executed the same in _her_ (his or her or their) capacit(y)(ies), and that by _her_ (his or her or their) signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

ROSEMARY C. ADESSA
NOTARY PUBLIC, State of New York
Qualified in Cortland Co. #4642994
My Commission Expires March 30, _2019_

_Rosemary C. Adessa_

Form 2

State of _New York_ )
County of _Tompkins_ ) ss.:

On the _9th_ day of _February_ in the year _2016_ before me personally came _Danielle K. Pfaff_, who, being by me duly sworn, did depose and say that _she_ (he or she or they) reside(s) in _322 Siena Drive, Ithaca, NY 14850_ (if the place of residence is in a city, must include the street and street number, if any); that _she_ (he or she or they) is (are) the _Director of Finance/Admin._ (must be corporation's president or other officer or attorney-in-fact duly appointed) of Cornell University Hospital for Animals, the corporation described in and which executed the above instrument; and that _she_ (he or she or they) signed _her_ (his or her or their) name(s) thereto by authority of the board of directors of said corporation.

ROSEMARY C. ADESSA
NOTARY PUBLIC, State of New York
Qualified in Cortland Co. #4642994
My Commission Expires March 30, _2019_

_Rosemary C. Adessa_

*Instructions to Contractor About Signing and Acknowledging*

If the contractor is an individual, a partnership, a limited liability company, an unincorporated association, or any entity, other than a corporation, the authorized signer of the agreement is to date and sign the agreement, and acknowledge signing, in only the Form 1, above, manner, before a notary public, and the notary public is to complete, sign, and affix the notary public's statement of authority to, only Form 1, above.

If the contractor is a corporation, the authorized signer of the agreement is to date and sign the agreement, and acknowledge signing, in both the Form 1, above, manner and in the Form 2, above, manner, before a notary public, and the notary public is to complete, sign, and affix the notary public's statement of authority to, both Form 1, above, and Form 2, above.

<u>Conflict Interest Affidavit</u>

State of New York )
County of Tompkins ) ss.:

Danielle K. Pfaff , being duly sworn, deposes and says:

Cornell University Hospital for Animals (Contractor) agrees that Contractor has no interest and will not acquire any interest, direct or indirect that would conflict in any manner or degree with the performance of the services to be rendered to the County of Onondaga (County).

Contractor further agrees that, in the rendering of services to County, no person having any such interest shall knowingly be employed by Contractor.

Danielle K. Pfaff

Sworn to before me on this 9th
        day of February    2016.

Rosemary C. Adessa

ROSEMARY C. ADESSA
NOTARY PUBLIC, State of New York
Qualified in Cortland Co. #4642994
My Commission Expires March 30, 2019

Contracts                    SYR000043                    OC0043

DEPARTMENT <u>Parks and Recreation</u>                                    CONTRACT NO. 02316

<u>A M E N D M E N T # 1</u>

  The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

  County and Hospital made a contract numbered 02316.

  Contract numbered 02316 is hereby amended such that the term of contract numbered 02316 is hereby extended through December 31, 2017 and the compensation which County will pay to Hospital under contract numbered 02316 is increased by not more than $102,000.00.

  In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

  In witness whereof, County and Hospital 12+have executed the writing of this agreement on the dates hereafter written.

County of Onondaga

Dated:_____6-9_____,2017   By: _____
           Joanne M. Mahoney, County Executive MJM

Cornell University Hospital for Animals

Dated:_____May 1_____,2017   By: _____

DEPARTMENT Parks and Recreation                        CONTRACT NO. 02316

A M E N D M E N T # 2

The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

County and Hospital made a contract numbered 02316.

Contract numbered 02316 is hereby amended such that the term of contract numbered 02316 is hereby extended through December 31, 2018 and the compensation which County will pay to Hospital under contract numbered 02316 is increased by not more than $104,040.00.

In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

In witness whereof, County and Hospital, have executed the writing of this agreement on the dates hereafter written.

County of Onondaga

Dated: _____3/12__,20 18   By: _____Joanne M. Mahoney_____
                                    Joanne M. Mahoney, County Executive

AttorneySign

Cornell University Hospital for Animals

Dated: JANUARY 25 ,2018   By: _____Danielle K. Pfaff_____
                                DANIELLE K PFAFF and
                                Print Name and Title
                                DIRECTOR OF FINANCE + OPERATIONS

Contracts                          SYR000045                          OC0045

DEPARTMENT <u>Parks and Recreation</u>                              CONTRACT NO. 02316

<u>A M E N D M E N T # 3</u>

The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

County and Hospital made a contract numbered 02316 ("Contract").

Contract numbered 02316 is hereby amended pursuant to this agreement ("Amendment") such that the term of contract numbered 02316 is hereby extended through December 31, 2019 and the compensation which County will pay to Hospital under contract numbered 02316 during the extended term shall be $106,120.80.

In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

In witness whereof, County and Hospital, have executed the writing of this agreement on the dates hereafter written.

County of Onondaga

Dated: ___3/5___ ,20 19        By: _____
                                J. Ryan McMahon, II, County Executive
                                                              PMK

                                Cornell University Hospital for Animals

Dated: __FEB 27__ ,20 19       By: _____
                                DANIELLE PFAFF + DIRECTOR OF
                                <u>Print Name and Title</u>    FINANCE + ADMIN

Contracts                          SYR000046                          OC0046

DEPARTMENT <u>Parks and Recreation</u>                                    CONTRACT NO. 02316

## A M E N D M E N T # 4

The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

County and Hospital made a contract numbered 02316 ("Contract").

Contract numbered 02316 is hereby amended pursuant to this agreement ("Amendment") such that the term of contract numbered 02316 is hereby extended through December 31, 2020 and the compensation which County will pay to Hospital under contract numbered 02316 during the extended term shall be $108,243.22.

In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

In witness whereof, County and Hospital, have executed the writing of this agreement on the dates hereafter written.

County of Onondaga

Dated: ___4·10___,20 2O    By: _____
                                J. Ryan McMahon, II, County Executive
                                                     PMK

                           Cornell University Hospital for Animals

Dated: 8/17/20 ,20      By: _____
                                Susan Ruland, Director of Finance
                                *Print Name and Title*

Contracts                           SYR000047                              OC0047

COUNTY EXECUTIVE
'20 MAR 18  3 36PM

SYR000048

OC0048

DEPARTMENT <u>Parks and Recreation</u>                    CONTRACT NO. 02316


A M E N D M E N T # 5


     The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

     County and Hospital made a contract numbered 02316 ("Contract").

     Contract numbered 02316 is hereby amended pursuant to this agreement ("Amendment") such that the term of contract numbered 02316 is hereby extended through December 31, 2021 and the compensation which County will pay to Hospital under contract numbered 02316 during the extended term shall be $108,243.22.

     In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

     In witness whereof, County and Hospital, have executed the writing of this agreement on the dates hereafter written.

County of Onondaga


Dated:    4/5/2021       By: _____

ED7048CACD364AD...

J. Ryan McMahon, II, County Executive
RPO


Cornell University Hospital for Animals


Dated:    3/24/2021       By: _____

*Susan Ruland*
0CBC9A61C0B341D...

DEPARTMENT <u>Parks and Recreation</u>                    CONTRACT NO. 02316

A M E N D M E N T # 5

      The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

      County and Hospital made a contract numbered 02316 ("Contract").

      Contract numbered 02316 is hereby amended pursuant to this agreement ("Amendment") such that the term of contract numbered 02316 is hereby extended through December 31, 2021 and the compensation which County will pay to Hospital under contract numbered 02316 during the extended term shall be $108,243.22.

      In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

      In witness whereof, County and Hospital, have executed the writing of this agreement on the dates hereafter written.

County of Onondaga

Dated: ___4/5___, 20 21    By: _____
                                 J. Ryan McMahon, II, County Executive

                                 Cornell University Hospital for Animals

Dated: _____, 20    By: _____

DEPARTMENT <u>Parks and Recreation</u>                    CONTRACT NO. 02316


A M E N D M E N T # 6


The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

County and Hospital made a contract numbered 02316 ("Contract").

Contract numbered 02316 is hereby amended pursuant to this agreement ("Amendment") such that the term of contract numbered 02316 is hereby extended through December 31, 2022 and the compensation which County will pay to Hospital under contract numbered 02316 during the extended term shall be $110,408.08.

In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

In witness whereof, County and Hospital, have executed the writing of this agreement on the dates hereafter written.

County of Onondaga


4/28/2022
Dated:_____        By: _____
                                      J. Ryan McMahon, II, County Executive
                                                          PMK


Cornell University Hospital for Animals


4/26/2022
Dated:_____        By: _____

DEPARTMENT <u>Parks and Recreation</u>                          CONTRACT NO. 02316


A M E N D M E N T # 6


The County of Onondaga (County) and Cornell University Hospital for Animals (Hospital), at College of Veterinary Medicine, 930 Tower Road-VMC Box 20, Ithaca, New York 14853-6401, agree that:

County and Hospital made a contract numbered 02316 ("Contract").

Contract numbered 02316 is hereby amended pursuant to this agreement ("Amendment") such that the term of contract numbered 02316 is hereby extended through December 31, 2022 and the compensation which County will pay to Hospital under contract numbered 02316 during the extended term shall be $110,408.08.

In all other respects, Contract numbered 02316, as amended, is hereby ratified and confirmed except as herein amended.

In witness whereof, County and Hospital, have executed the writing of this agreement on the dates hereafter written.

County of Onondaga


Dated: 4-28 _____, 20 22        By: _____
                                         J. Ryan McMahon, II, County Executive

                                       Cornell University Hospital for Animals



Dated: _____, 20          By: _____