Home / Visit / Animals / Animal Health Center

# Animal Health Center

Onondaga County Executive Ryan McMahon officially opened the new Animal Health Center at the Rosamond Gifford Zoo with a ribbon cutting Tuesday, April 12, 2022. The health center is the largest zoological medical center in New York state outside of the Bronx Zoo.

The new 20,000 square-foot facility provides world-class health care from prenatal to geriatric, to every animal at the zoo and expands the zoo's role as a teaching hospital for Cornell University College of Veterinary Medicine's zoological medicine program. It also offers opportunities for zoo visitors to observe animal health care in action. Expansive windows offer views into treatment rooms, surgical suite, nursery/ICU, animal nutrition kitchen and research lab so visitors can experience the work that goes on behind the scenes for animal care and welfare at the zoo.

The new health center also meets and exceeds the standards for accreditation by the Association of Zoos & Aquariums (AZA), whose 240 member institutions must demonstrate a commitment to animal care, guest education, wildlife conservation and preserving threatened and endangered species.

   

## The Animal Health Center Houses a Special Feature: a Junior Veterinary Clinic

The "clinic," created by the Friends of the Zoo and supported by the Herbert S. and Eleanore L. Howard Charitable Foundation, provides an imaginative play space for learners of all ages and abilities to engage in pretend animal care using toy medical tools and plush animals. Zoo guests are welcome to bring children to visit the Animal Health Center and play in the Junior Veterinary Clinic.

   

ACCEPT »

SYR000507

1/4



   

   

  

## Thank You To Our Major Donors
### Fred L. Emerson Foundation

**Intensive Care Unit**
Central New York Community Foundation's William and Mary L. Thorpe Fund
The Billford Family Fund

**Operating Room**
The Dorothy and Marshall M. Reisman Foundation

**Animal Health Center Lobby**
Zalie & Bob Linn

**Junior Veterinary Clinic**
Herbert S. & Eleanore L. Howard Charitable Foundation

**Laboratory and Research**
M&T Bank

**Aquatic Animal Quarantine**
Triad Foundation, Inc.

**Large Animal Quarantine**
Robert and Vicki Lieberman

**Junior Veterinary Clinic -
Diagnostic Station**
National Grid

**Food Prep Kitchen**
Deborah and Dennis Trepanier

**Necropsy Room**
In Loving Memory of Barbara J. Coffey

**ACCEPT »**

SYR000508

Alfred Gough

**Quarantine Treatment Room**
In loving memory of Marjorie Kane from her daughter Maria

**Viewing Monitors and Virtual Capability Cameras**
In Honor of Mary Mathews

**Veterinary Staff Breakroom**
Holtz Family Fund

**Sample Drop Off Room**
Carol and Norbert Spiegel

**Pharmacy**
Claudia and Howard Preston

**Staff Training and Development Room**
The Marsellus Family

**Records Room**
In Loving Memory of Laura Estabrook Holcombe

**Graduate Student Office**
Drs. Tod Leggat & Shannon Magari Leggat

**Director of Veterinary Staff Office**
Ellenrose Galgano

**Veterinary Technician Office**
Drs. Tod Leggat & Shannon Magari Leggat

**Field Small Animal Anesthesia Machine**
Maria Kane

**Oxygen Holding Cage**
Michael Sperling

**Medical Books**
VIP Structures, Inc.

**Senior Residents Office**
Peggy Ogden and Timothy Atseff



ONE HEALTH | ONE MISSION

ACCEPT »

SYR000509



**Rosamond Gifford Zoo**

1 Conservation Place

Syracuse, NY 13204

(315) 435-8511

J. Ryan McMahon II, County Executive

**ABOUT THE ZOO**

Zoo Team

Friends of the Zoo

Employment

Contact Us

Donation Requests

Conservation

**FRIENDS OF THE ZOO**

Board of Directors

Annual Report and Financials

**HOST AN EVENT**

Birthday Parties

ACCEPT »

SYR000510

4/4

Home / Zoo News / Pressroom / Asian Elephant Delivers Miracle Twins at Rosamond Gifford Zoo

# Asian Elephant Delivers Miracle Twins at Rosamond Gifford Zoo



SYRACUSE, NY, November 10, 2022 – The Rosamond Gifford Zoo has made history. Male Asian elephant twins were born to parents Mali and Doc at the Rosamond Gifford Zoo on October 24, 2022.

The zoo is thrilled to announce that Mali and both her calves are currently doing well. For the past two weeks, the elephant care team has been monitoring the twins around the clock to ensure both are thriving.

Mali delivered the first calf at 2 a.m. with no complications. The calf was a male at 220 pounds and perfectly healthy.

The second calf came ten hours later at 11:50 a.m. in an event that astonished the animal care staff. The second calf was also male, weighed 237 pounds, but was noticeably weaker than the first. The zoo's animal care team and veterinary staff sprang into action and were able to significantly improve the calf's condition.

"This is truly an historic moment for the zoo and our community. I couldn't be prouder of our exceptional animal care team, the support of the veterinary staff and their tremendous dedication to Mali and the twins," said County Executive Ryan J. McMahon. "The important research happening right here at the zoo will have a significant impact worldwide on behalf of this magnificent endangered species"

Elephant twins comprise less than 1% of elephant births worldwide. Of twin pregnancies, twins are often stillborn or are too weak to survive. Sometimes the mother elephant does not survive. To date, there has never been a recorded case of surviving elephant twins in the United States. The few successful twin births have only taken place in their range countries in Asia and Africa and nowhere else in the world.

Due to the sheer improbability as well as the complexity of elephant ultrasounds, the zoo team did not antici            of twins. However, they were prepared. Elephant care staff have been supplementing the second calf with a specialized milk rep            eived days before the delivery.

ACCEPT »

SYR000511

1/3



Endotheliotropic Herpes Virus (EEHV), and more.

The new twins bring the zoo's elephant herd to eight that reside at the Helga Beck Asian Elephant Preserve. The new calves will be the third generation in the herd's family which includes Mali and her half-sister Kirina and Mali's mother Targa – mimicking natural herd compositions in the wild. The Preserve is also home to unrelated "aunties" – matriarch Siri and Romani.

Mali's twins are an incredible achievement for both the zoo and Asian elephant conservation worldwide.



Asian elephants are classified as Endangered by the International Union for the Conservation of Nature (IUCN). Their wild populations are threatened by human conflict, habitat destruction and ivory poachers. There are an estimated 20,000 individuals left in the wild.

The twins are a part of the zoo's participation in the Association of Zoos and Aquariums' Asian Elephant Species Survival Plan, a gold-standard population management and conservation program designed to save critically endangered animals. Of the 238 zoos and aquariums accredited by the AZA, only eight are Asian elephant breeding facilities.

"It is clear that zoos are places where people connect to wildlife, but they are also where the extraordinary conservation and research achievements occur," said Dan Ashe, President and CEO of the Association of Zoos and Aquariums. "Breakthroughs in sustaining endangered animals stem from the people whose hearts and minds are fastened to their conservation mission. Saving species is why we do what we do. Congratulations to the amazing professionals at Rosamond Gifford Zoo for their remarkable achievement!"

Of extreme importance are Mali's placentas which were immediately transported to Baylor University for elephant research. They will be studied and used for research toward the treatment and the development of a vaccine to combat EEHV, a lethal strain of herpes believed to naturally occur among elephants in a dormant form. The virus can become active without warning and is the leading cause of death among young elephants.

EEHV claimed the lives of Mali and Doc's previous two calves, Batu and Ajay, at the zoo in December 2020.

After this tragedy, the Friends of the Zoo created the Ajay and Batu Memorial Fund in memory of the young elephants. The funds raised were used to provide EEHV resources to the zoo – including equipment to test for EEHV in-house at the zoo's new state-of-the-art Animal Health Center.

All elephants at the zoo are tested twice a week for EEHV, and the twins will be extensively monitored for signs of the virus. The testing and research done at the Animal Health Center will contribute to the efforts to someday eradicate EEHV and help elephants both in human care and in the wild.

The Rosamond Gifford Zoo has been a leader in elephant husbandry and conservation since 1986 and with its state-of-the-art elephant care facilities, experienced elephant care team and partnership with Cornell's Veterinary School – it continues to act as a distinguished model for elephant programs around the world.

Visitors will be able to see the elephant twins at the Helga Beck Asian Elephant Preserve daily from 11-11:30 a.m. and 2–2:30 p.m. (weather dependent) and indoors at the Pachyderm Pavilion viewing windows.

Posted in New Arrivals;
Tagged Animal Updates;                                                                      ACCEPT »
Posted 3 years ago
by Rosamond Gifford Zoo                          SYR000512

2/3



Baby Fever at the Rosamond Gifford Zoo; Press Conference about New Red Wolf Puppies and Humboldt Penguin Chicks

Miracle EleTwins Receive Groundbreaking EEHV Vaccine

Rosamond Gifford Zoo Renews AZA Accreditation

Zoo Caretakers Hand-Raising Two Patas Monkeys

## Categories

Amur Tiger

Animal Updates

Catering at the Zoo

Exhibits

Friends of the Zoo

New Arrivals

Zoo Events

Zoo News

     

**Rosamond Gifford Zoo**

1 Conservation Place

Syracuse, NY 13204

(315) 435-8511

J. Ryan McMahon **II**, County Executive

**ABOUT THE ZOO**

Zoo Team

Friends of the Zoo

Employment

Contact Us

Donation Requests

Conservation

**FRIENDS OF THE ZOO**

Board of Directors

Annual Report and Financials

**HOST AN EVENT**

Birthday Parties

ACCEPT »

SYR000513



Home / Zoo News / Pressroom / Major Donors Get Sneak Peek at Rosamond Gifford Zoo's New Animal Health Center

# Major Donors Get Sneak Peek at Rosamond Gifford Zoo's New Animal Health Center



SYRACUSE, NY, September 17, 2021 - Donors to the new Animal Health Center at the Rosamond Gifford Zoo got a sneak peek inside the facility at a special recognition event Thursday evening, allowing them to see the significant spaces they sponsored and speak with zoo officials about the work that will take place there.

The exterior of the 21,000-square-foot health center is nearly complete and workers are currently finishing the interior, including animal treatment and exam rooms, diagnostic testing areas, surgical suite, ICU/nursery, labs, nutrition kitchen and more. The health center will be the largest zoological medical center in New York state outside of the Bronx Zoo when it opens later this fall.

Onondaga County allocated $7.5 million to design, engineer, build and landscape the new health center, while the Friends of the Rosamond Gifford Zoo launched a One Health | One Mission Capital Campaign to furnish it with state-of-the-art medical equipment.

Many longtime zoo supporters made gifts to put their names on health care rooms, offices or equipment in the health center, from the lobby, pharmacy and ICU to an oxygen holding cage and a small animal anesthesia machine.

"Organizations, foundations and individual community members and families all contributed to the support we have received to put the final touches on the Animal Health Center," said Friends of the Zoo Executive Director Carrie Large. "To date, we have raised a total of $650,931.07, almost two-thirds of our $1.1 million goal."

An inspirational gift from Sarah Fleming of Syracuse and her three siblings resulted in a room honoring their mom, Barbara Jean Coffey, who passed away from Alzheimer's disease last year.

Coffey was an avid fan of the zoo, animals, science and learning, so her children chose to combine her favorite interests by holding their own fund-raiser for the health center. They raised enough money -- $10,000 – to sponsor the Necropsy Room in Coffey's memory. Necropsy is a term for an animal autopsy. "It may sound a little morbid, but my mom would find it fascinating," Fleming said.

Zoo Director Ted Fox thanked the donors for their support for animal health care, conservation and education for the animal health care providers of the future. The health center will serve as a teaching hospital for Cornell University College of Veterinary Medicine's Zoological Medicine students, interns and residents, as well as a research facility to advance conservation of endangered species in the wild.

Fox said the health center will demonstrate the "One Health" philosophy that animals, humans and the environment are all connected and the health of each affects the others.

"This new facility will enable us to put into practice everything we know about the different types of care that different animals need to thrive," Fox said. "It also will contribute to greater knowledge about animal health care and help educate our public to support healthy choices for wildlife, people and our planet."

Large said the One Health | One Mission Capital Campaign is still underway and will include funding a Junior Veterinary Clinic where children can imagine future careers in animal healthcare while treating plush animals with toy medical tools during visits to the health center.

Anyone interested in supporting the Animal Health Center at the Rosamond Gifford Zoo may visit syracusezooevents.org/one-health-one-mission.

ACCEPT »

SYR000514

1/3



Posted in Zoo News;
Posted 4 years ago
by Friends of the Zoo

## Latest News

Illegally Created Argali Clone Finds New Home at Rosamond Gifford Zoo
Baby Fever at the Rosamond Gifford Zoo; Press Conference about New Red Wolf Puppies and Humboldt Penguin Chicks
Miracle EleTwins Receive Groundbreaking EEHV Vaccine
Rosamond Gifford Zoo Renews AZA Accreditation
Zoo Caretakers Hand-Raising Two Patas Monkeys

## Categories

Amur Tiger
Animal Updates
Catering at the Zoo
Exhibits
Friends of the Zoo
New Arrivals
Zoo Events
Zoo News

ACCEPT »

SYR000515



**Rosamond Gifford Zoo**

1 Conservation Place

Syracuse, NY 13204

(315) 435-8511

J. Ryan McMahon II, County Executive

**ABOUT THE ZOO**

Zoo Team

Friends of the Zoo

Employment

Contact Us

Donation Requests

Conservation

**FRIENDS OF THE ZOO**

Board of Directors

Annual Report and Financials

**HOST AN EVENT**

Birthday Parties

ACCEPT »

SYR000516

![Rosamond Gifford Zoo at Burnet Park]

# Miracle EleTwins Receive Groundbreaking EEHV Vaccine



County Executive Ryan McMahon announced today that Yaad and Tukada, our two miracle twin elephants, have made history as among the first elephants to receive the groundbreaking Elephant Endotheliotropic Herpes Virus (EEHV) vaccine at Rosamond Gifford Zoo. The twins, who were born at the zoo on October 24th 2022 are considered miracle twins due to the less than 1% likelihood of live twin Asian elephant births, making them the only twin elephants in North America.

EEHV is a deadly virus that has devastated elephant populations worldwide. The development of the vaccine represents a significant breakthrough in the fight to protect these magnificent animals. Thanks to the tireless dedication and training of the staff at Rosamond Gifford Zoo, Yaad and Tukada were able to receive the vaccine safely and efficiently. The development of this vaccine was done at Baylor College of Medicine and due to careful coordination with Rosamond Gifford Zoo and Cornell University, the twin elephants were able to receive this potentially lifesaving vaccine.

"We are incredibly proud of the Rosamond Gifford Zoo for their groundbreaking work in animal health," said Onondaga County Executive Ryan McMahon. "The zoo's commitment to providing the highest quality care for their animals, coupled with their dedication to scientific research, makes them a leader in the field. The vaccination of Yaad and Tukada against EEHV is a major milestone in protecting these majestic creatures and demonstrates the zoo's unwavering commitment to their well-being."

"We couldn't be happier to be among the first chosen to participate in this vaccine study," said Ted Fox, Executive Director of the Rosamond Gifford Zoo. "This is a landmark achievement for the species and a huge step towards their conservation efforts and eradicating this terrible disease for these animals both in the wild and in human care."

The AZA accredited Rosamond Gifford Zoo is committed to providing the highest quality care for its animals ~~~~~~~ ion of Yaad and Tukada is a testament to the zoo's commitment to animal welfare and conservation.

**ACCEPT »**

SYR000517

1/3





This first of its kind mRNA vaccine targets the specific 1A strain of EEHV. Administering this vaccine to the twins marks a monumental step forward in the ongoing battle against the deadly disease.

Yaad and Tukada's previous serology results for EEHV1A showed that they were both close to, or are, seronegative for EEHV1A, meaning that they are at risk for developing the potentially fatal illness. Being selected to be part of the EEHV1A mRNA vaccine trial is a huge opportunity for the calves for their immune system to develop antibodies to a protective level. Even more excitingly, the calves will contribute important data to Baylor College of Medicine's research. This collaborative endeavor underscores the vital role zoos play in wildlife conservation and scientific research. The work the Rosamond Gifford Zoo does here benefits not only our elephants, but also global elephant populations.

As we celebrate this exciting breakthrough, we remain cautiously optimistic as we are in the trial stage of our ambitious endeavor to combat EEHV. The trial aims to test the efficacy of the vaccine against EEHV1A, a specific strain of EEHV. Research and development will continue in hopes of creating a vaccine that protects elephants from all strains of EEHV. The Rosamond Gifford Zoo will continue to monitor Yaad and Tukada closely as we provide top-notch care to all our elephants. As always, we will ensure their well-being as we analyze the success of the vaccine. With vital and continued support from our community, these magnificent animals will have a greater chance at combating EEHV.

Posted 14 months ago
by Rosamond Gifford Zoo

## Latest News

Illegally Created Argali Clone Finds New Home at Rosamond Gifford Zoo
Baby Fever at the Rosamond Gifford Zoo; Press Conference about New Red Wolf Puppies and Humboldt Penguin Chicks
Rosamond Gifford Zoo Renews AZA Accreditation
Zoo Caretakers Hand-Raising Two Patas Monkeys
Skaneateles Expansion of HoneyBee Café

## Categories

Amur Tiger
Animal Updates

ACCEPT »

SYR000518

2/3



Zoo Events

Zoo News

     

**Rosamond Gifford Zoo**

1 Conservation Place

Syracuse, NY 13204

(315) 435-8511

J. Ryan McMahon II, County Executive

**ABOUT THE ZOO**

Zoo Team

Friends of the Zoo

Employment

Contact Us

Donation Requests

Conservation

**FRIENDS OF THE ZOO**

Board of Directors

Annual Report and Financials

**HOST AN EVENT**

Birthday Parties

Corporate

Weddings

Social

ACCEPT »

SYR000519

ROSAMOND GIFFORD ZOO AT BURNET PARK

Home /  Zoo News /  Pressroom /  Rosamond Gifford Zoo Asian Elephant Expecting This Fall

# Rosamond Gifford Zoo Asian Elephant Expecting This Fall



County Executive Ryan McMahon joined staff at the Rosamond Gifford Zoo to announce the zoo's Asian elephant Mali is expecting a calf this fall. Mali was born at the Rosamond Gifford Zoo to Targa in 1997.

"This is another exciting milestone for our zoo's Asian elephant program and its commitment to elephants in zoos and in the wild as an accredited member of the Association of Zoos and Aquariums. The new Animal Health Center, coupled with the dedication of Rosamond Gifford Zoo animal staff, is essential for the conservation of this magnificent and endangered species," said McMahon.

Ultra-sound and blood hormone analysis confirmed that Mali is expecting between late September and mid-November.

The average gestation period for elephants is 20-24 months. Elephant calves typically weigh between 170-300 pounds at birth.

Zoo staff is working with experienced veterinarians from Cornell University (who have a long-standing history with the zoo's elephant herd); in addition, the zoo's dedicated elephant staff has a combined experience of 80-plus years.

"We are greatly excited," said Ted Fox, zoo director. "And while Mali is an experienced mother, the focus is on giving her the best prenatal care possible. This includes careful monitoring, nutrition, exercise and regular check-ups.

This will be Mali's fourth calf and bull elephant Doc's third. Mali delivered her first calf, Chuck, in 2008 while on loan to African Lion Safari (ALS) in Ontario, Canada. Mali and Doc have parented Ajay, born January 15, 2019 and his older brother, Batu, born in May of 2015. Both succumbed to EEHV, a lethal train of herpes that targets young Asian elephants.

The Rosamond Gifford Zoo has been a leader in Asian elephant husbandry and care since 1986 and is committed to the long-term care of these magnificent creatures. With the support of the community, the zoo maintains a new state-of-the-art Animal Health Center that enables the zoo to provide the very best of care as well as conduct key research that will someday help eradicate EEHV.

The new calf will be a welcomed addition to the zoo's herd of six Asian elephants at Asian Elephant Preserve, a seven-acre naturalized elephant habitat that includes outdoor exercise enclosures, misters, sand wallows, oversized shade structures, giant scratching post and 50,000-gallon pool. Just off the Wildlife Trail is Elephant Overlook, where visitors and families can pause and spend time watching elephants in the yard or catch one of the zoo's engaging summertime elephant demonstrations – including elephant yoga. The Preserve houses Pachyderm Pavilion, a 10,000+ square foot barn with viewing windows allowing visitors to observe the elephants' daily activities and care. The Pavilion incorporates world-class technology allowing for safe housing and handling of elephants and includes a private maternity ward.

Posted in Animal Updates;

Tagged Asian Elephant;

Posted 3 years ago

by Rosamond Gifford Zoo

## Latest News

Illegally Created Argali Clone Finds New Home at Rosamond Gifford Zoo

Baby Fever at the Rosamond Gifford Zoo: Press Conference about New Red Wolf Puppies and Humboldt Penguin Chicks

Miracle EleTwins Receive Groundbreaking EEHV Vaccine

ACCEPT »

SYR000527



## Categories

[Amur Tiger](#)
[Animal Updates](#)
[Catering at the Zoo](#)
[Exhibits](#)
[Friends of the Zoo](#)
[New Arrivals](#)
[Zoo Events](#)
[Zoo News](#)

      

**Rosamond Gifford Zoo**
1 Conservation Place
Syracuse, NY 13204
(315) 435-8511

J. Ryan McMahon II, County Executive

**ABOUT THE ZOO**

Zoo Team

Friends of the Zoo

Employment

Contact Us

Donation Requests

Conservation

**FRIENDS OF THE ZOO**

Board of Directors

Annual Report and Financials

**HOST AN EVENT**

Birthday Parties

ACCEPT »

SYR000528

2/2



Home  /  Zoo News  /  Pressroom  /  Rosamond Gifford Zoo Opens New Animal Health Center

# Rosamond Gifford Zoo Opens New Animal Health Center



Onondaga County Executive Ryan McMahon officially opened the new Animal Health Center at the Rosamond Gifford Zoo with a ribbon cutting Tuesday, April 12.

The opening of the health center caps more than a year of construction and over a decade of planning to replace the zoo's small, in-house veterinary clinic with a free-standing, 20,000-square-foot zoological medical center, said Zoo Director Ted Fox.

Onondaga County Executive Ryan McMahon called the new health center "a historic accomplishment for our internationally accredited zoo and for Onondaga County." The health center is the largest zoological medical center in New York State outside of the Bronx Zoo.

Onondaga County allocated $7.5 million to design, engineer, build and landscape the health center, while the Friends of the Rosamond Gifford Zoo launched a capital campaign to furnish it with state-of-the-art medical equipment, he said.

The "One Health | One Mission" campaign has exceeded its $1.1 million goal due to the support of community members, organizations and foundations, said Friends of the Zoo Executive Director Carrie Large.

The new facility will provide world-class health care from prenatal to geriatric, to every animal at the zoo. It will expand the zoo's role as a teaching hospital for Cornell University College of Veterinary Medicine's zoological medicine program and offer meaningful opportunities for zoo visitors to observe animal health care in action, Fox said.

County Executive McMahon said the county and the zoo designed the health center with an eye for public education and transparency – literally. Expansive windows offer views into treatment rooms, surgical suite, nursery/ICU, animal nutrition kitchen and research lab so visitors can experience the work that goes on behind the scenes for animal care and welfare at the zoo.

"Our world-class zoo will now have a world-class Animal Health Center that will give our community and our visitors a front-row seat on the amazing work that happens right here on behalf of animals at our zoo and around the world," he said.

We are using cookies to give you the best experience on our website.

You can find out more about which cookies we are using or switch them off in settings.

ACCEPT »

SYR000544

More space and a dedicated laboratory will expand the zoo's ability to treat more and larger animals on-site and contribute to research advancing animal science, Fox added.

A separate but adjacent animal quarantine facility will meet best safety practices for bringing new animals into the zoo, with four specialized areas to meet the needs of carnivores, primates, aquatic animals and birds.

The health center also houses a special feature: a Junior Veterinary Clinic. The "clinic," created by the Friends of the Zoo and supported by the Herbert S. and Eleanore L. Howard Charitable Foundation, is designed to provide imaginative play space for learners of all ages and abilities to engage in pretend animal care using toy medical tools and plush animals.



Friends of the Zoo Executive Director Carrie Large said zoo guests are welcome to bring children to visit the Animal Health Center and play in the Junior Veterinary Clinic as part of their zoo visits.

The new "clinic" is a large room off the new Animal Health Center furnished with play stations modeled on a typical veterinary clinic, including waiting room, check-in, exam, diagnosis, surgery and diet.

Large said having the Junior Veterinary Clinic will encourage kids to put what they see and learn into play. Children can bring their own stuffed animals or choose a toy "patient" there and use the stations and toy equipment to role-play as customers bringing their pets to the vet; veterinarians or vet techs performing exams, treatment or surgery on toy animals; receptionists checking patients in or out; preparing diets, "whatever animal care roles they can imagine," Large said.

The zoo's education team is also working to devise Summer Zoo Camp sessions that incorporate the Junior Veterinary Clinic and allow young people to meet and learn from Cornell veterinary and zoo animal care staff.

As an accredited member of the Association of Zoos & Aquariums (AZA), the Rosamond Gifford Zoo is dedicated to providing a strong educational component to inspire visitors to care about animal care and conservation, said Zoo Director Ted Fox. Onondaga County and the zoo took that into account in building the new Animal Health Center, he said.

Large and Fox said every aspect of the health center is meant to serve the "One Health" philosophy that humans, animals and the environment are all connected and the health of one affects the others.

"We named our capital campaign 'One Health | One Mission' because the health center will enhance our mission to connect people to animals, nature and our planet," Large said.

The zoo and the Animal Health Center are open from 10 a.m. to 4:30 p.m. daily, 362 days a year. Visits to the Animal Health Center and the Junior Veterinary Clinic are included in zoo admission. For more information, visit www.rosamondgiffordzoo.org.

Posted 4 years ago

by Rosamond Gifford Zoo

## Latest News

Illegally Created Argali Clone Finds New Home at Rosamond Gifford Zoo
Baby Fever at the Rosamond Gifford Zoo: Press Conference about New Red Wolf Puppies and Humboldt Penguin Chicks
Miracle EleTwins Receive Groundbreaking EEHV Vaccine
Rosamond Gifford Zoo Renews AZA Accreditation
Zoo Caretakers Hand-Raising Two Patas Monkeys

## Categories

Amur Tiger
Animal Updates
Catering at the Zoo
Exhibits
Friends of the Zoo
New Arrivals
Zoo Events
Zoo News

We are using cookies to give you the best experience on our website.
You can find out more about which cookies we are using or switch them off in settings.

ACCEPT »

SYR000545

     

**Rosamond Gifford Zoo**

1 Conservation Place

Syracuse, NY 13204

(315) 435-8511

J. Ryan McMahon II, County Executive

**ABOUT THE ZOO**

Zoo Team

Friends of the Zoo

Employment

Contact Us

Donation Requests

Conservation

**FRIENDS OF THE ZOO**

Board of Directors

Annual Report and Financials

**HOST AN EVENT**

Birthday Parties

We are using cookies to give you the best experience on our website.

You can find out more about which cookies we are using or switch them off in settings.

ACCEPT »

SYR000546