

College of
**Veterinary Medicine**

# About Our Department

The mission of the Department of Clinical Sciences is to promote teaching, research, and service in the field of veterinary medicine.

**Teaching** - Provide clinical expertise and excellence in teaching throughout the curriculum.

**Research** - Conduct excellent research which will enhance the diagnosis, treatment and prevention of animal disease, promote animal health and productivity, and take advantage of our unique access to naturally-occurring clinical disease in order to explore mechanisms of fundamental importance to biomedical science.

**Service** - Provide excellent clinical service to the profession and community as well as a focus of veterinary clinical expertise to the College and University.

## At a Glance

Clinical Sciences faculty come from more than 14 countries on six continents, including 15 U.S. states.

The department is comprised of more than:

85  Faculty Members

50  Residents

11  Adjunct Faculty Members, 6 Courtesy Lecturers, and 12 Visiting Faculty

22  Emeritus Faculty

across 20  Specialty Sections (Explore our Department)

10    Administrative staff support department operations

## Programs/Partnerships

Clinical Sciences faculty are responsible for many programs independent of the department such as Cornell Ruffian Equine Specialists, Cornell Veterinary Biobank, Estimated Breeding

SYR000554

Values (EBV's), Equine Performance Clinic, Sprecher Institute for Comparative Cancer Research, and the Swanson Wildlife Health Clinic.  Our faculty also partner with many organizations such as the Bronx Zoo, Cayuga Medical Center, Jane Goodall Institute, Rosamond Gifford Zoo, Roswell Park Cancer Institute, and the Wildlife Conservation Society.

## Recent News

MORE NEWS ▸



CVM receives Purina donation to advance veterinary care



Does your cat need Ozempic? GLP-1s in veterinary medicine



Drs. Sharon Center, Joseph Wakshlag, receive VIN Veritas Award

Cornell University College of Veterinary Medicine

Privacy       Support Request       Accessibility       Equal Education & Employment       Land Acknowledgement

Cornell University ©2025

SYR000555