# SLA Liquor Lics - Ponchito's in Syracuse, NY

S Geddes St

Ponchitos

W Fayette St

W Fayette St

7/29/2026, 4:04:51 PM

1:564



Cities and Towns

SLA Zones

Active Licenses

On Premises Wine



| 0 | | 0 | | 0.01 | | 0.01 mi |
|---|---|---|---|---|---|---|
| 0 | 0.01 | | 0.01 | | 0.02 km |

Sources: Esri, TomTom, Garmin, FAO, NOAA, USGS, © OpenStreetMap contributors, and the GIS User Community

NYS Liquor Authority

Esri Community Maps Contributors, © OpenStreetMap, Microsoft, Esri, TomTom, Garmin, SafeGraph, GeoTechnologies, Inc, METI/NASA, USGS, EPA, NPS, US Census Bureau, USDA, USFWS | Esri Community Maps Contributors, © OpenStreetMap, Microsoft, Esri,