LOCATIONS /

# ALL LOCATIONS

## ALABAMA                                                    28 locations ⌄

## ALASKA                                                    1 location ⌄

## ARIZONA                                                    25 locations ⌄

## ARKANSAS                                                    10 locations ⌄

## CALIFORNIA                                                    97 locations ⌄

## COLORADO                                                    27 locations ⌄

## CONNECTICUT

12 locations ⌄

## DELAWARE

7 locations ⌄

## DISTRICT OF COLUMBIA

1 location ⌄

## FLORIDA

56 locations ⌄

## GEORGIA

36 locations ⌄

## HAWAII

4 locations ⌄

## IDAHO

11 locations ⌄

## ILLINOIS

93 locations ⌄

## INDIANA

55 locations ⌄

## IOWA

22 locations ⌄

**KANSAS**  15 locations ⌄

**KENTUCKY**  25 locations ⌄

**LOUISIANA**  16 locations ⌄

**MAINE**  6 locations ⌄

**MARYLAND**  32 locations ⌄

**MASSACHUSETTS**  10 locations ⌄

**MICHIGAN**  61 locations ⌄

**MINNESOTA**  32 locations ⌄

**MISSISSIPPI**  13 locations ⌄

BUFFALO **WILD WINGS**

MENU    SAUCES    REV **SIGN IN/ENROLL**    |    ORDER PICKUP    ORDER DELIVERY

## MONTANA
7 locations ⌄

## NEBRASKA
15 locations ⌄

## NEVADA
16 locations ⌄

## NEW HAMPSHIRE
5 locations ⌄

## NEW JERSEY
35 locations ⌄

## NEW MEXICO
14 locations ⌄

## NEW YORK
50 locations ⌃

**ALBANY** (1)          **CAMILLUS** (1)          **FARMINGDALE** (1)          **LONG ISLAND CITY** (1)

**ASTORIA** (1)          **CENTEREACH** (1)          **FLUSHING** (1)          **MIDDLETOWN** (1)

**BAY SHORE** (1)          **CICERO** (1)          **GARDEN CITY** (1)          **MILLER PLACE** (1)

**BELLMORE** (1)          **CLIFTON PARK** (1)          **HORSEHEADS** (1)          **NANUET** (1)

**BRONX** (3)          **COLLEGE POINT** (1)          **JAMAICA** (1)          **NEW HYDE PARK** (1)

**BROOKLYN** (3)          **EVANS MILLS** (1)          **KINGSTON** (1)          **NEW ROCHELLE** (1)

**NEW YORK** (2)

**NEW YORK CITY** (1)

**NEWBURGH** (1)

**NORTH BABYLON** (1)

**OGDENSBURG** (1)

**ONEONTA** (1)

**PATCHOGUE** (1)

**PLATTSBURG** (1)

**QUEENS** (2)

**RIVERHEAD** (1)

**SCHENECTADY** (1)

**SHIRLEY** (1)

**STATEN ISLAND** (1)

**TONAWANDA** (1)

**TROY** (1)

**VALLEY STREAM** (1)

**WAPPINGERS FALLS** (1)

**WATERTOWN** (1)

**WEBSTER** (1)

**WHITE PLAINS** (1)

---

## NORTH CAROLINA

40 locations ⌄

---

## NORTH DAKOTA

8 locations ⌄

---

## OHIO

99 locations ⌄

---

## OKLAHOMA

23 locations ⌄

---

## OREGON

9 locations ⌄

---

## PENNSYLVANIA

37 locations ⌄

---

## RHODE ISLAND

2 locations ⌄

---

## SOUTH CAROLINA

17 locations ⌄

## SOUTH DAKOTA

6 locations ⌄

## TENNESSEE

28 locations ⌄

## TEXAS

140 locations ⌄

## UTAH

12 locations ⌄

## VERMONT

1 location ⌄

## VIRGINIA

42 locations ⌄

## WASHINGTON

19 locations ⌄

## WEST VIRGINIA

18 locations ⌄

## WISCONSIN

35 locations ⌄

## WYOMING

3 locations

## GET IN THE GAME

**DOWNLOAD OUR APP** ↗

**CAREERS** ↗

**FRANCHISING** ↗

## ABOUT US

**SAUCES**

**GIVING** ↗

**PRESS** ↗

**INSPIRE STORIES** ↗

## LEARN MORE

**DELIVERY**

**NUTRITION & ALLERGEN GUIDE**

**FAQ & CONTACT US**

**CHANGE COUNTRY**

**GIFT CARDS**

**PROMOTIONS**

## LET'S CONNECT

   



**Privacy Policy**

**Cookie Settings**

**Terms of Use**

**CA Transparency in Supply Chains Act**

**Accessibility**

**About Our Ads**

**Your Privacy Choices**

**Consumer Health Data**

Copyright ©2026 Buffalo Wild Wings, INC. Please Drink Responsibly. v.1.14.59