

## LOCATIONS

| Your Location | Syracuse, NY | | |
|---|---|---|---|
| Search Radius | 10 mi ▾ | Results 25 ▾ | Search |



Mattydale
2307 Brewerton Rd.,
Mattydale NY 13211
**Phone**: 315-454-4577
Directions

### FAIRGROUNDS

1968 Grand Central Ave., Horseheads, NY 14845

(607) 734-3151

Read More

### LYSANDER

2005 W Genesee Rd., Baldwinsville, NY 13027

(315) 635-7881

Read More

## BORDER CITY

353 Waterloo Geneva Rd., Waterloo, NY 13165

(315) 789-2346

Read More

## MATTYDALE

2307 Brewerton Rd., Mattydale, NY 13211

(315) 454-4577

Read More

## LAKELAND

759-763 State Fair Blvd., Syracuse, NY 13209

(315) 488-2576

Read More

## OSWEGO

97-99 Bridge St., Oswego, NY 13126

(315) 342-2937

Read More

## BROCKPORT

5550 Brockport-Spencerport Rd., Brockport, NY 14420

(585) 637-3360

Read More

## SKANEATELES RT 20

1387 E. Genesee St., Skaneateles, NY 13152

(315) 291-7051

Read More

## TYRE

1344 Rte 414, Waterloo, NY 13165

(315) 539-1140

Read More

## CAMDEN

16 Main St., Camden, NY 13316

(315) 245-0517

Read More

## ONEIDA

207 Lenox Ave., Oneida, NY 13421

(315) 361-9600

Read More

---

### LAFAYETTE

5829 Route 20, LaFayette, NY 13084

(315) 677-3623

Read More

---

### EAST SYRACUSE

326 West Manlius St., East Syracuse, NY 13057

(315) 437-5278

Read More

---

### WHITESBORO

185 Oriskany Blvd., Whitesboro, NY 13492

(315) 736-2138

Read More

---

### GENESEO

39 East South St., Geneseo, NY 14454

(585) 519-4410

Read More

---

### SKANEATELES

38 Jordan St., Skaneateles, NY 13152

(315) 685-4723

Read More

---

### RIVERSIDE

17 Auert Annex, Utica, NY 13503

(315) 797-6051

Read More

---

### AUBURN

70 Arterial East, Auburn, NY 13021

(315) 253-7770

Read More

---

### KIRKLAND

7767 State Route 5, Clinton, NY 13323

(315) 853-2108

Read More

---

### PULASKI RT 81

3739 State Route 13, Pulaski, NY 13142

(315) 509-4278

Read More

---

### FULTON RT 3

1013 Emery St., Fulton, NY 13069

(315) 593-3007

Read More

---

### GENEVA

201 Castle St., Geneva, NY 14456

(315) 789-0802

Read More

---

### MILTON AVE

3385 Milton Ave., Syracuse, NY 13219

(315) 488-7944

Read More

---

### PENN YAN

216 Liberty St., Penn Yan, NY 14527

(315) 531-8471

Read More

---

### COFFEEN ST

1003 Coffeen St., Watertown, NY 13601

(315) 782-6242

Read More

---

### CICERO

5798 E Seymour St., Cicero, NY 13039

(315) 698-9651

Read More

---

### ONONDAGA HILL

4815 West Seneca Turnpike, Syracuse, NY 13215

(315) 469-1442

Read More

---

### FREMONT

6868 Manlius Center Rd., East Syracuse, NY 13057

(315) 433-0042

Read More

---

### ELBRIDGE

175 NY-5, Weedsport, NY 13166

(315) 689-7849

Read More

---

### HORSEHEADS

482 Old Ithaca Rd., Horseheads, NY 14845

(607) 739-2900

Read More

---

### TRUMANSBURG

208 E Main St., Trumansburg, NY 14886

(607) 387-5333

Read More

---

### HASTINGS

885 US Route 11, Central Square, NY 13036

(315) 676-5634

Read More

---

### CHILI

3771 Chili Ave., Rochester, NY 14624

(585) 889-8940

Read More

---

### SOUTH CORNING

417 Park Ave., Corning, NY 14830

(607) 936-3487

Read More

---

### PHOENIX

226 County Route 57, Phoenix, NY 13135

(315) 695-2047

Read More

---

### NORWICH

69 East Main St., Norwich, NY 13815

(607) 336-7530

Read More

### GALEVILLE

412 Old Liverpool Rd., Liverpool, NY 13088

(315) 451-3706

Read More

---

### BALDWINSVILLE

83 E Genesse St., Baldwinsville, NY 13027

(315) 635-6195

Read More

---

### PHELPS

2067 State Route 96 West, Phelps, NY 14532

(315) 548-8807

Read More

---

### CAMPION RD

31 Campion Rd., New Hartford, NY 13413

(315) 733-0050

Read More

---

### GATES

2295 Spencerport Rd., Rochester, NY 14606

(585) 247-0721

Read More

---

### THOMPSON RD

6215 Thompson Rd., Syracuse, NY 13206

(315) 913-3460

Read More

---

### SOUTH BAY RD

5723 South Bay Rd., Cicero, NY 13039

(315) 458-9820

Read More

---

### LAMSON RD

9255 Oswego Rd., Phoenix, NY 13135

(315) 695-2916

Read More

---

### GEDDES

590 Bridge St., Syracuse, NY 13209

(315) 468-2780

Read More

---

### CANANDAIGUA

201 West Ave., Canandaigua, NY 14424

(585) 469-7147

Read More

---

### ONEIDA RT 5

412 Genesee St., Oneida, NY 13421

(315) 363-3471

Read More

---

### TIPPERARY HILL

1800 West Fayette St., Syracuse, NY 13204

(315) 487-2606

Read More

---

### CLAY

4739 Buckley Rd., Liverpool, NY 13088

(315) 451-6191

Read More

---

### HORSEHEADS RT 14

2529 Corning Rd., Elmira, NY 14903

(607) 739-1685

Read More

---

### FARMINGTON

6215 Route 96, Farmington, NY 14425

(585) 924-0739

Read More

---

### ERIE BLVD ROME

216 Erie Blvd E., Rome, NY 13440

(315) 336-0225

Read More

---

### SOLVAY

2400 W. Genesee St., Syracuse, NY 13219

(315) 487-2020

Read More

---

### EAST NEWARK

515 E. Union St., Newark, NY 14513

(315) 331-6320

Read More

---

### ITHACA RT 13

323 Elmira Rd., Ithaca, NY 14850

(607) 273-1720

Read More

---

### GREECE

1305 Maiden Ln., Rochester, NY 14626

(585) 227-0333

Read More

---

### HOMER

36 S West St., Homer, NY 13077

(607) 749-4049

Read More

---

### MORGAN RD

7456 Morgan Rd., Liverpool, NY 13090

(315) 451-4602

Read More

---

### ELECTRONICS PKWY

491 Electronics Parkway, Liverpool, NY 13088

(315) 457-0530

Read More

---

### ELMIRA

528 Pennsylvania Ave., Elmira, NY 14901

(607) 737-4672

Read More

---

### GATES LONG POND

2155 Long Pond Rd., Rochester, NY 14606

(585) 247-7780

Read More

---

### IRONDEQUOIT

2180 East Ridge Rd., Rochester, NY 14622

(585) 544-8500

Read More

---

### ENDICOTT

301 E Main St., Endicott, NY 13750

(607) 748-2870

Read More

---

### FULTON BROADWAY

798 West Broadway, Fulton, NY 13069

(315) 595-2125

Read More

---

### ENDWELL

3100 Watson Blvd., Endicott, NY 13760

(607) 757-3230

Read More

---

### PALMYRA

611 East Main St., Palmyra, NY 14522

(315) 597-5072

Read More

---

### WHITNEY POINT

2862 NY Route 11, Whitney Point, NY 13862

(607) 634-4112

Read More

---

### PAUL RD

31 Paul Rd., Rochester, NY 14624

(585) 363-5860

Read More

---

### CORTLAND

224 Port Watson St., Cortland, NY 13045

(607) 344-3046

Read More

---

### EAST ROCHESTER

321 East Linden Ave., East Rochester, NY 14445

(585) 267-7334

Read More

---

### BINGHAMTON UPPER FRONT

1115 Upper Front St., Binghamton, NY 13905

(607) 296-2031

Read More

### HOPEWELL

4340 County Road 50, Canandaigua, NY 14424

(585) 412-6878

Read More

### STONE RD

1050 Stone Rd., Rochester, NY 14616

(585) 319-4459

Read More

### DENISON PKWY

80 East Denison Parkway, Corning, NY 14830

(607) 377-5245

Read More

### CENTRAL SQUARE

3019 East Ave., Central Square, NY 13036

(315) 668-1360

Read More

### WATERLOO

1930 US 5&20, Waterloo, NY 13165

(315) 257-0029

Read More

### MORRISVILLE

66 East Main St., Morrisville, NY 13408

(315) 684-1037

Read More

### WALWORTH

1828 Walworth-Penfield Rd., Walworth, NY 14568

(315) 538-0151

Read More

### HAMILTON

169 Utica St., Hamilton, NY 13346

(315) 228-2067

Read More

### BATAVIA

606 East Main St., Batavia, NY 14020

(585) 250-4027

Read More

### TURIN RD

7804 Turin Rd., Rome, NY 13440

(315) 281-8494

Read More

### CAZENOVIA

2349 US Route 20, Cazenovia, NY 13035

(315) 815-4085

Read More

### MARCY

9585 River Rd., Marcy, NY 13403

(315) 316-0508

Read More

**Site Map**

Home

Promotions

Locations

Membership

Fleet

Jobs

Menus

About Us

Contact

Privacy Policy

**Byrne Dairy & Deli App**

**Stay Social!**

   

SIGN UP FOR OUR EMAIL LIST

© 2026, Byrne Dairy & Deli. All Rights Reserved.

SIGN UP FOR OUR EMAIL LIST

© 2026, Byrne Dairy & Deli. All Rights Reserved.