Learn more about renovations to Mirabito Convenience Store - Greene, NY!

JOIN THE MIRABITO TEAM    VISIT MIRABITO ENERGY PRODUCTS    📍 FIND A STORE



**Daily Deals**    **Fresh Food**    **Rewards & Loyalty**    **Local Products & Partners**

**Commercial Services**    **Why Mirabito** ▾

Home ➔ Find A Store

## Search Your Nearest Location

◹ | Syracuse, NY                                              ✕

**Filters**

All Filters                          ▾

**Distance**

20 Miles                            ▾

🔍 Search          Reset Map

**Number Of Shops: 11**



## MIRABITO CONVENIENCE STORE #34

**Address:**

2501 Erie Boulevard East
Syracuse, NY, 13224

 3154462900



DIRECTIONS →



## MIRABITO CONVENIENCE STORE #17

**Address:**

415 East Brighton Ave.
Syracuse, NY, 13210

 3159929088



DIRECTIONS →



## MIRABITO CONVENIENCE STORE #32

**Address:**

414 7th North Street
Liverpool, NY, 13088

3154091320



## MIRABITO CONVENIENCE STORE #10

**Address:**

4269 Fay Road
Syracuse, NY, 13219

315-488-1073



 

**DIRECTIONS** →



**DIRECTIONS** →



## MIRABITO CONVENIENCE STORE #48

**Address:**
4464 West Seneca Turnpike
Syracuse, NY, 13215

📱 3152985621

 

**DIRECTIONS** →



## MIRABITO CONVENIENCE STORE #44

**Address:**
2052 Route 5W
Camillus, NY, 13031

📱 3156723347

  

**DIRECTIONS** →







## MIRABITO CONVENIENCE STORE #65

**Address:**

5600 Bartell Road
Brewerton, NY, 13029

3156765629



**DIRECTIONS**

## MIRABITO CONVENIENCE STORE #63

**Address:**

28 Route 11
Central Square, NY, 13036

3156764902



**DIRECTIONS**



## MIRABITO CONVENIENCE STORE #61

**Address:**

2926 Route 49
Central Square, NY, 13036

3156762693



**DIRECTIONS**



## MIRABITO CONVENIENCE STORE #62

**Address:**

682 North Main Street
Central Square, NY, 13036

3156689846



**DIRECTIONS**



## MIRABITO CONVENIENCE STORE #110

**Address:**

135 Albany Street
Cazenovia, NY, 13035

315-655-8062

**DIRECTIONS** →

**GET THE MIRABITO APP TODAY!**

GET IT ON Google Play   Download on the App Store



FIND A STORE

REWARDS

CONTACT

CAREERS

NEWS

©2026 Mirabito Holdings Inc. All rights reserved. 49 Court Street PO Box 5306 Binghamton, NY 13902

Privacy Policy | Sitemap | Website by Warm Thoughts Communications, Inc.