



### 3060 COURT ST

SYRACUSE NY 13208

Store #7625

**(315) 455-6249**

Open Now

**Store Page**

**Show on Map**

**Get Directions**

**Fuel Options:**

| | |
|---|---|
| Regular | Mid-Grade |
| Mid-Grade | Premium |

**Amenities:**

- ATM
- Beer Sales
- Bill Pay
- Delivery
- Fuel
- Fuel Price Lock
- Money Orders



### 3300 ERIE BLVD EAST

SYRACUSE NY 13214

Store #9906

**(315) 446-2740**

Open 24/7

**Store Page**

**Show on Map**

**Get Directions**

**Fuel Options:**

| | |
|---|---|
| Regular | Premium |
| Mid-Grade | Diesel |

**Amenities:**

- Beer & Wine Sales
- Bill Pay
- Car Wash
- Delivery
- Fuel
- Fuel Price Lock

**Skip to main content**

To help provide the best possible experience, this site uses cookies to personalize content





# Looking For Gas Prices?

Download our Mobile App to see our latest gas prices.





### 6589 THOMPSON RD

SYRACUSE NY 13206

Store #9935

**(315) 432-9104**

Open 24/7

**Store Page**

**Show on Map**

**Get Directions**

**Fuel Options:**

| Regular | Premium | Diesel |
| Mid-Grade | Premium | |

**Amenities:**

- Beer & Wine Sales
- Bill Pay
- Car Wash
- Diesel Fuel Lanes
- Fuel
- Fuel Price Lock
- Money Orders
- Open 24 Hours

**Skip to main content**

To help provide the best possible experience, this site uses cookies to personalize content

MATTYDALE NY 13211

Store #9934

**(315) 455-5290**

Open 24/7

**Store Page**

**Show on Map**

**Get Directions**

Regular          Premium

Mid-Grade        Diesel

**Amenities:**

🥂  Beer & Wine Sales

🧾  Bill Pay

⛽  Fuel

🔒  Fuel Price Lock

💲  Money Orders

🕐  Open 24 Hours

---



### 1075 7TH NORTH STREET

LIVERPOOL NY 13088

Store #7670

**(315) 461-0386**

Open 24/7

**Store Page**

**Show on Map**

**Get Directions**

**Fuel Options:**

Regular          Premium        Kerosene

Mid-Grade        Diesel

**Amenities:**

🔳  ATM

🍺  Beer Cave

🍺  Beer Sales

🧾  Bill Pay

🚚  Delivery

⛽  Fuel

🔒  Fuel Price Lock

🔥  Kerosene

💲  Money Orders

🕐  Open 24 Hours

**Skip to main content**

To help provide the best possible experience, this site uses cookies to personalize content.

Download on the App Store

GET IT ON Google Play

(315) 492-1361

Open 24/7

**Store Page**

**Show on Map**

**Get Directions**

**Amenities:**

- ATM
- Beer Sales
- Bill Pay
- Delivery
- Fuel
- Fuel Price Lock
- Kerosene
- Money Orders
- Open 24 Hours
- Propane Exchange



### 6396 EAST MOLLOY ROAD

EAST SYRACUSE NY 13057

Store #9947

(315) 437-2485

Open 24/7

**Store Page**

**Show on Map**

**Get Directions**

**Fuel Options:**

| Regular | Premium | Kerosene |
| Mid-Grade | Diesel | |

**Amenities:**

- Beer & Wine Sales
- Bill Pay
- Delivery
- Fuel
- Fuel Price Lock
- Kerosene
- Money Orders
- Open 24 Hours

**Skip to main content**

CANILLUS NY 13031

To help provide the best possible experience, this site uses cookies to personalize content.





(315) 468-6509

Open Now

Store Page

Show on Map

Get Directions

**Amenities:**

ATM

Beer Sales

Bill Pay

Delivery

Fuel

Fuel Price Lock

Kerosene

Money Orders

---

**7369 OSWEGO ROAD**

LIVERPOOL NY 13090

Store #7601

**(315) 453-7762**

Open 24/7

Store Page

Show on Map

Get Directions

**Fuel Options:**

Regular       Premium       Kerosene

Mid-Grade     Diesel

**Amenities:**

ATM

Beer Sales

Bill Pay

Delivery

Fuel

Fuel Price Lock

Kerosene

Money Orders

Open 24 Hours

**Skip to main content**

To help provide the best possible experience, this site uses cookies to personalize content





## Inside Speedway



### We're Hiring!

We're looking for new team members at many of our locations nationwide.

**Apply Now**

---

### Speedy Rewards

---

### Products

Food

Coffee

Cold Beverages

Speedy Café

Car Wash

**Skip to main content**

To help provide the best possible experience, this site uses cookies to personalize content.



Reloadable Debit Cards

Prepaid Phone Cards

**Speedy Cash**

Speedy Cash Cards

Check Speedy Cash Balance

Buy Speedy Cash Cards

Gift Card Exchange

Non-Profit Speedy Cash Cards

## Locations

## About

Mobile App

News

Community Outreach

Fuel Safety

Nutrition Information

FAQ

Contact Us

## Careers



**Skip to main content**

To help provide the best possible experience, this site uses cookies to personalize content.

Locations - Speedway

Privacy Choices  ⊡

© 2026 Speedway LLC. All Rights Reserved.

To help provide the best possible experience, this site uses cookies to personalize content



