# Onondaga County, NY

## Property

**Municipality:** Town of Salina
**Tax ID:** 070.-07-12.2
**Owner:** Hess Retail Stores LLC
**Property Address:** 3060 Court St

**School District:** Lyncourt
**Property Class:** 432 - Gas station
**Acreage/Size:** 197.65 x 114.05
**2026 Total Assessment:** $750,000

### Property Links

View/Print tax bills, receipts and delinquent tax amounts: Tax Info
Find Comparable Sales: Start Comp Report
Real Property Transfer Application: RP-5217 Form
PIN Property on GIS: GIS Map
Find Property on: Google Maps
Find Property on: Bing Maps

| | |
|---|---|
| SWIS | 314889 |
| Property Number | |
| Status | Active |
| Roll Section | Taxable |
| Ownership Code | |
| In Ag District | No |
| Zoning | 05 |
| Neighborhood | 48003 |
| Property Description | Hess Court St Lt 1 Hess Gas Station |

Hess Retail Stores LLC
Ryan LLC
16220 N Scottsdale Rd Ste 650
Scottsdale, AZ 85254

| Assessed Year | 2026 |
|---|---|
| Equalization Rate | 68.00% |
| Land Assessment | $100,000 |
| **Total Assessment** | **$750,000** |
| **Full Market Value** | **$1,102,941** |

| Year | Description | Type | Units | Percent | Value |
|---|---|---|---|---|---|
| 2026 | CDR50 - Beartrap l c drg co | | 0 | 0% | $0 |
| 2026 | CSW16 - County Sewer (Com) | | 1 | 0% | $0 |
| 2026 | CWR40 - County water | | 0 | 0% | $0 |
| 2026 | EM004 - Lyncrt ambulance | | 0 | 0% | $0 |
| 2026 | FR024 - Lyncourt fire | | 0 | 0% | $0 |
| 2026 | SX207 - Teal ave sew om | | 1 | 0% | $0 |
| 2026 | SX241 - Cons Sewer 1 Teal | | 1 | 0% | $0 |

## Land

| Site | Land Type | Size |
|---|---|---|
| Com 1 | Primary | 197 x 114 |

## Sales

| Sale Date | Sale Price | Property Class | Sale Type | Prior Owner | Value Usable | Arms Length | Addl. Parcels | Deed Book/Page |
|---|---|---|---|---|---|---|---|---|
| 4/24/2014 | $1 | 432 - Gas station | Land & Building | Amerada Hess Corp, | No | No | No | 5287 / 562 |
| 1/11/1995 | $475,000 | 432 - Gas station | Land & Building | Birnbaum Jay B, | No | Yes | No | 3978 / 19 |

## Historic Deed

| Book/Page | Prior Printkey |
|---|---|
| 5287 / 562 | |
| 3978 / 19 | 070.-07-12.0/1 |

## Inventory

| | | | |
|---|---|---|---|
| Site | Com 1 | Overall Grade | Average |
| Overall EFF Year Built | 1980 | Overall Desirability | |
| Overall Condition | Normal | | |

## Commercial Buildings

| | | | | |
|---|---|---|---|---|
| Site | Com 1 | | Eff Year Built | |
| Air Cond. % | 100 | | Condition | Normal |
| Sprinkler % | 100 | | Quality | Average |
| Alarm % | 100 | | Gross Floor Area | 1,680 |
| Elevators | 0 | | Stories | 1 |
| Basement Type | | | Nbr Identical Bldgs | 1 |
| Year Built | 2001 | | | |

## Utilities

| | | | | |
|---|---|---|---|---|
| Site | Com 1 | | Water Supply | Comm/public |
| Sewer Type | Comm/public | | Utilities | Gas & elec |

## Site Uses

| Site | Use | Rentable Area | Total Units |
|---|---|---|---|
| Com 1 | Sm food mkt | 1,680 | 0 |
| Com 1 | High vol gas | 0 | 8 |

## Improvements

| Site | Structure | Size | Grade | Condition | Year Built |
|---|---|---|---|---|---|
| Com 1 | Canpy-w/slab | 212 sq ft | Average | Normal | 2001 |
| Com 1 | Tank-undrgrn | 10000 sq ft | Average | Normal | 1994 |
| Com 1 | Tank-undrgrn | 12000 sq ft | Average | Normal | 2001 |
| Com 1 | Strlt-flourc | 18 sq ft | Average | Normal | 1980 |

## Taxable Values

| Tax Year | 2026 |
|---|---|
| County Taxable | $750,000 |
| County Taxable Exemptions | $0 |
| Municipality Taxable | $750,000 |
| Municipality Taxable Exemptions | $0 |
| Village Taxable | |
| Village Taxable Exemptions | |
| School Taxable | $750,000 |
| School Taxable Exemptions | $0 |

**No data available for the following modules:** Additional Parcels Involved in Sale, Residential Buildings, Exemptions.



User Privacy Policy    GDPR Privacy Notice
Last Data Upload: 7/30/2026, 10:50:22 PM