

# Find a Grocery Store Near You

More than one hundred stores across nine states

### View Future Locations

---

### Connecticut

### DC

### Delaware

### Maryland

### Massachusetts

### New Jersey

### New York

### North Carolina

### Pennsylvania

### Virginia

---

# New York

---

**Rochester**

### Brockport

### Calkins Rd.

7/31/26, 2:23 PM
Find a Grocery Store Near You | Delivery and Curbside Available | Wegmans
Case 1:22-cv-00986-GTS-PJE    Document 186-31    Filed 07/31/26    Page 2 of 7

Chili Paul

East Ave.

Eastway

Fairport

Holt Rd.

Irondequoit

Latta Rd.

Lyell Ave.

Marketplace

Mt. Read

Penfield

Perinton

Pittsford

Ridge-Culver

Ridgemont

**Buffalo**

Alberta Dr.

Amherst St

Dick Rd.

Jamestown

Losson Rd.

McKinley

Military Rd.

Niagara Falls Blvd.

Sheridan Dr.

Transit Rd.

West Seneca

**Finger Lakes**

Auburn

Canandaigua

Geneseo

Geneva

Ithaca

Newark

**Metro NY**

Astor Place

Brooklyn

Harrison

Lake Grove

**Southern Tier**

Corning

Elmira

Hornell

Johnson City

**Syracuse**

Cicero

Dewitt

Fairmount

Great Northern

James St.

John Glenn

Onondaga

Taft Rd.

# Pennsylvania

7/31/26, 2:23 PM
Find a Grocery Store Near You, Delivery and Curbside Available | Wegmans
Case 1:22-cv-00986-GTS-PJE    Document 186-31    Filed 07/31/26    Page 4 of 7

Allentown

Bethlehem

Collegeville

Concordville

Downingtown

Erie Peach St.

Erie West

Harrisburg

King of Prussia

Lancaster

Malvern

Montgomeryville

Nazareth

Scranton

State College

Warrington

Wilkes-Barre

Williamsport

Yardley



# Connecticut

Norwalk

---

## D.C.

Wisconsin Ave

---

## Delaware

Wilmington

---

## Massachusetts

Burlington

Chestnut Hill

Medford

Northborough

Westwood

---

## Maryland

Bel Air

Columbia

Crofton

Frederick

Germantown

Hunt Valley

Owings Mills

Rockville

Woodmore

---

## New Jersey

Bridgewater

Cherry Hill

Hanover

Manalapan

Montvale

Mt. Laurel

Ocean

Princeton

Woodbridge

---

## North Carolina

Ballantyne

Chapel Hill

Raleigh

West Cary

Wake Forest

---

## Virginia

Alexandria

Carlyle

Chantilly

Charlottesville

Dulles

Fairfax

Fredericksburg

Lake Manassas

Leesburg

Midlothian

Potomac

Short Pump

Reston

Tysons

## Virginia Beach