# James St.

4256 James Street
East Syracuse, NY 13057

📍 Get Directions

Open 6 AM to Midnight, 7 Days a Week

**SHOP THIS STORE**          **315-437-1534**

View Nearby Stores

---

**Pharmacy**
315-437-1599
Monday - Friday: 8:30 am - 9:00 pm
Saturday: 8:30 am - 6:00 pm
Sunday: 8:30 am - 4:00 pm



**Store Location**



4256 James St
4256 James St, East Syracuse,
NY 13057, USA

## Departments

## Services

# What's Nearby