## 2307 Brewerton Rd



as accessed on July 31, 2026.

Imagery ©2026 Google, Imagery ©2026 Airbus, CNES / Airbus, Maxar Technologies, Map data ©2026 Google    1000 ft



# 2307 Brewerton Rd

Building

    

**Directions**          **Save**          **Nearby**          **Send to phone**          **Share**

   2307 Brewerton Rd, Mattydale, NY 13211

## Photos



## At this place

2307 Brewerton Rd - Google Maps

### Byrne Dairy and Deli

3.3 ★★★⯪☆ (108)

Gas station · Floor 1

Open 24 hours

