**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,<br><br>Defendants. | Civil Action No.: 1:22-cv-986 (GTS/PJE) |

**DEFENDANT CHIEF RUSIN'S STATEMENT OF MATERIAL FACTS**

Defendant City of Syracuse Police Department Chief of Police Mark Rusin ("***Chief Rusin***"), pursuant to Local Rules 7.1(b)(3) and 56.1(a), hereby provided the following Statement of Material Facts in support of his Motion for Summary Judgment, with specific citations to the record where such facts are established.

1.    Plaintiff Corey Johnson ("***Plaintiff Johnson***") is a resident of the Town of Van Buren, in Onondaga County ("***County***"). Exh.[1] 5.[2]

---

[1] All Exhibits are attached to the Declaration of Todd M. Long, Esq.

[2] Exhibit 5 has been redacted for privacy protection in this public filing consistent with Fed. R. Civ. P. Rule 5.2 and N.D.N.Y. L.R. 5.2. If Plaintiffs contest that Plaintiff Johnson's sole residential address is not in the City of Syracuse, Defendant Chief Rusin respectfully requests that the Court allow leave to file an unredacted version of Exhibit 5 under seal for review and consideration.

1

2.      Plaintiff Johnson is not a resident of the City of Syracuse ("*City*"). Exh. 5; *see also* Exh. 2, 161:5-24 (acknowledging that his "male sometimes says Solvay" or "Lakeland" and that he resides in the Baldwinsville School district).

3.      The Syracuse Police Department ("*SPD*"), of which Chief Rusin is the Chief of Police, does not independently involve itself in investigations of any crimes that occur outside of the City's geographical boundaries. Declaration of Chief Rusin, dated July 30, 2026 ("*Rusin Decl.*"), ¶15.

4.      SPD does not play any role in the review, processing or the decision-making process of firearm applications. *See* Declaration of Chief Rusin, dated July 30, 2026. Rusin Dec., ¶13.

5.      The Rosamond Gifford Zoo ("*Zoo*") is owned and operated by the County. Exhs. 18-20; *see also* Dkt. No. 47-2.

6.      The Zoo contains educational facilities. Exhs. 21-23.

7.      The Zoo contains County governmental buildings and offices of County government personnel. Exh. 19, SYR000001; *id.* at SYR000009; *id.* at SYR000013.

8.      Ponchito's Taqueria has a liquor license and sells alcohol. Exh. 24; *see also* Exh. 1, 127:5-18.

9.      The Syracuse Mets Baseball Stadium prohibits weapons on its property. Exh. 1, 144:11-145:4; Exh7.

10.     The movie theater located within the Carousel Center Mall (which is now Destiny USA) prohibits weapons on its property. Exh. 1, 174:24-8; *see also* Exh. 8.

11.     Plaintiff Johnson testified that he visits "the Byrne Dairy heading into Mattydale." Exh. 1, 178:7-13.

#72847v1

12.     That Byrne Dairy is located at 2307 Brewerton Road in Mattydale (meaning, not the City). Exh. 26.

13.     Plaintiff Johnson testified that he visits "the Speedway on Carrier Circle." Exh. 1, 178:7-13.

14.     That Speedway is located at 6589 Thompson Road in Mattydale (meaning, not the City). Exh. 28.

15.     Plaintiff Johnson testified that he visits "the Wegmans over on Thompson" Road or James Street. Exh. 1, 179:11-18.

16.     That Wegmans is located at 4256 James Street in East Syracuse (meaning, not the City). Exh. 31.

17.     Plaintiff Johnson testified that he visits the "New York State Fairgrounds in Syracuse." Exh. 1, 156:11-22.

18.     The New York State Fairgrounds are in the Town of Geddes (meaning, not the City). Dkt. No. 47-9, p. 14; *see also* Dkt. No. 47-7.

19.     Plaintiff Johnson's Interrogatories stated that he visits a Buffalo Wild Wings in the City.  Exh. 2.

20.     There is no Buffalo Wild Wings in the City. Exh. 25; *see also* Exh. 1, 185:4-16.

21.     Bowman State Park is located in Oxford (meaning, not the City). Exh. 6.

22.     Mercer Park is located in Baldwinsville (meaning, not the City). Exh. 7.

23.     There are no Longhorn Steakhouse restaurants within the City. Exh. 10.

24.     Although the Texas Roadhouse restaurant has a Syracuse mailing address, Exh. 11, it is located at 3143 Erie Blvd. in the Town of Dewitt (meaning, not the City), Exh. 12.

25.     There are no Outback Steakhouse restaurants within the City. Exhs. 13, 14.

3

26.     There are no Ruby Tuesday restaurants within the City. Exh. 15, 16.

27.     The Tops grocery store that Plaintiff Johnson visits is in Baldwinsville (meaning, not the City). Exh. 178-5.

28.     The Better Burger Plaintiff Johnson visits is in Liverpool (meaning, not the City). Exh. 178-5.

Dated: July 31, 2026                                   Susan R. Katzoff, Esq.
                                                       Corporation Counsel, City of Syracuse

                                                       */s/ Todd M. Long*
                                                       Todd M. Long, Esq.
                                                       Danielle R. Smith, Esq.

                                                       *Counsel for the Chief Rusin*

4

#72847v1