**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE,<br><br>     Plaintiffs,<br><br>  v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,<br><br>     Defendants. | Civil Action No.: 1:22-cv-986 (GTS/PJE) |

Defendant City of Syracuse Police Department Chief of Police Mark Rusin ("*Chief Rusin*" or "*Defendant Chief Rusin*"), pursuant to Local Rule 56.1(b), hereby provide the following Response to Plaintiffs' Statement of Additional Facts ("*SOAF*") In Support Of Their Motion For Summary Judgment. *See* Dkt. No. 178-8.

## SOAF ¶ 1

1. Plaintiff Corey Johnson is an adult male citizen of the State of New York, a citizen of the United States, a law-abiding person, and has no disqualification under state or federal law which would prohibit him from possessing a firearm. Declaration of Corey Johnson ("Johnson Declaration") ¶¶1-3. ECF No. 1-3.

***Defendant Chief Rusin's Response***

**ADMIT**.

1

#73166v1

**SOAF ¶ 2**

2.      Johnson is licensed to carry a firearm in New York. Johnson Declaration ¶3.

*Defendant Chief Rusin's Response*

**ADMIT**.

**SOAF ¶ 3**

3.      Johnson regularly visits and in the future plans to continue to visit several parks, including Bowman Lake State Park, which allows hunting. Johnson Declaration ¶9; Exhibit 1, Deposition of Johnson at 71.

*Defendant Chief Rusin's Response*

**ADMIT**.

**SOAF ¶ 4**

4.      Johnson fishes frequently at Mercer Park. Exhibit 1, Deposition of Johnson at 124:2-5.

*Defendant Chief Rusin's Response*

**ADMIT**.

**SOAF ¶ 5**

5.      Johnson wishes to carry his firearm at restaurants that serve alcohol. Deposition of Johnson at 127, 183 (Buffalo Wild Wings); Johnson Declaration ¶11.

*Defendant Chief Rusin's Response*

**ADMIT**.

**SOAF ¶ 6**

6.      Johnson does not consume alcohol while carrying his firearm. Deposition of Johnson at 127:19-22.

2

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 7

7.      Johnson wishes to carry his firearm in the movie theater. Deposition of Johnson at 132, 139.

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 8

8.      Johnson wishes to carry his firearm in zoos, specifically the Rosamond Gifford Zoo. Deposition of Johnson at 104; Johnson Declaration ¶17.

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 9

9.      Johnson wishes to carry his firearm on private property not open to the public. Deposition of Johnson at 137.

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 10

10.      Johnson visits Mercer Park at least once a month and Bowman Lake State Park at least once a quarter. Exhibit 4, Supplemental Declaration of Johnson ¶7.

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 11

#73166v1

11.     Johnson visits the movie theater at least once a quarter and intends to see Heart of the Beast in the theater, which will be released in September 2026. Exhibit 4, Supplemental Declaration of Johnson ¶9.

***Defendant Chief Rusin's Response***

**ADMIT**.

## SOAF ¶ 12

12.     Johnson eats at restaurants that serve alcohol, usually at least once a week, including LongHorn Steakhouse, Texas Roadhouse, Outback Steakhouse, and Ruby Tuesday. Exhibit 4, Supplemental Declaration of Johnson ¶10.

***Defendant Chief Rusin's Response***

**ADMIT**.

## SOAF ¶ 13

13.     Johnson plans to continue to visit Rosamond Gifford Zoo in July 2026 and again in September 2026, and then once about every two months thereafter. Exhibit 4, Supplemental Declaration of Johnson ¶11.

***Defendant Chief Rusin's Response***

**ADMIT**.

## SOAF ¶ 14

14.     Johnson "routinely carr[ies] [his] firearm when out in public," and he regularly shops at various locations in Onondaga County, such as "gas stations, grocery stores, home improvement stores, and big box stores." Exhibit 4, Supplemental Declaration of Johnson ¶12.

***Defendant Chief Rusin's Response***

**ADMIT**.

#73166v1

**SOAF ¶ 15**

15.     Johnson purchases gasoline from gas stations about once per week, usually at Byrne Daily in Syracuse, New York. Johnson shops for groceries at Topps in Baldwinsville about once per week. *Id*.

***Defendant Chief Rusin's Response***

**ADMIT IN PART AND DENY IN PART**. Plaintiff Corey Johnson ("***Plaintiff Johnson***") testified in his deposition that the Byrne Dairy that he frequents for gasoline is "the Byrne Dairy heading into Mattydale." Long Decl., Exh. 1, 177:16-13.  When asked "what if any knowledge" that he had with respect to a series of gas stations that he frequents, including Byrne Dairy as "being within the geographical boundaries of the City of Syracuse" (*id*. at 178:18-21), Plaintiff Johnson stated that "I believe all of them would be in the City of Syracuse. The Byrne Dairy, maybe not. I'm not sure where the Mattydale would separates from Syracuse." *Id*. at 178:22-25. Plaintiff then testified as follows as to the location of the Byrne Dairy that he frequents:

> Q. Okay. Did you say that was the - the Byrne Dairy -- what's the location of the Byrne Dairy that you go to?
> A. It's on -- oh God, I don't know the name of the road. If you go down Wolf Street and you are heading towards Mattydale, it's that one.
> Q. Okay. So those –
> A. Just -- just past where the -- the airport turnoff is.
> Q. Okay. Great.. . .

*Id*. at 179:2-11.  The only Byrne Dairy location that is approached from Wolf Street, from the City of Syracuse, and is near the airport is the one located at 2307 Brewerton Road, which is not in the City of Syracuse but Mattydale, New York (zip code 13211). *See* Long Decl., Exh. 26, pp. 1-2; *see also id*., Exh. 32, p. 1. No other Byrne Dairy locations match Plaintiff Johnson's sworn description, especially any that may be within the City of Syracuse. *See, generally*, *id*., Exh. 26. To demonstrate this, Route 11 in the map on Byrne Dairy's website (*see id*. at p. 1) is the same street as Wolf Street,

5

as demonstrated on Google Maps heading north northeast toward 2307 Brewerton Road in Mattydale ("***Mattydale Byrne Dairy***"). *See id.*, Exh. 26; *cf.* Exh. 32. Moreover, both maps illustrate the proximity of the Mattydale Byrne Dairy to Hancock International Airport. *See id.* Chief Rusin admits that Plaintiff Johnson shops for groceries at Tops in Baldwinsville.

**SOAF ¶ 16**

16. Plaintiff Alfred Terrille is an adult male citizen of New York, a citizen of the United States, a law-abiding person, and has no disqualification under state or federal law which would prohibit him from possessing a firearm. Declaration of Alfred Terrille ("Terrille Declaration") ¶¶1-3. ECF No. 1-10.

***Defendant Chief Rusin's Response***

**ADMIT**.

**SOAF ¶ 17**

17. Terrille possesses an unrestricted New York carry permit, which he has held since 1994. Terrille Declaration ¶3.

***Defendant Chief Rusin's Response***

**ADMIT**.

**SOAF ¶ 18**

18. Terrille often visits Thacher State Park. Terrille Declaration ¶8; Exhibit 6, Response to State Defendants' First Set of Interrogatories No. 3; Exhibit 2, Deposition of Terrille at 62.

***Defendant Chief Rusin's Response***

**ADMIT**.

6

## **SOAF ¶ 19**

19. Terrille also visits Saratoga Spa State Park and the Crossings of Colonie. Exhibit 6, Response to State Defendants' First Set of Interrogatories No. 3; Deposition of Terrille at 61.

*Defendant Chief Rusin's Response*

**ADMIT**.

## **SOAF ¶ 20**

20. Terrille intends to continue to visit these parks routinely, including Saratoga Spa State Park, where intends to visit this week and every week thereafter. Exhibit 5, Supplemental Declaration of Terrille at ¶8.

*Defendant Chief Rusin's Response*

**ADMIT**.

## **SOAF ¶ 21**

21. Terrille regularly visits Town of Colonie Park and visited on June 30, 2026. He intends to visit this park "almost every day" and intends to "keep visiting this park almost every day." Exhibit 5, Supplemental Declaration of Terrille ¶9.

*Defendant Chief Rusin's Response*

**ADMIT**.

## **SOAF ¶ 22**

22. Terrille wishes and intends to carry his firearm at restaurants that serve alcohol, but for the challenged laws. Deposition of Terrille at 85-86 (DeMarco's); Terrille Declaration ¶19 (Applebee's).

#73166v1

*Defendant Chief Rusin's Response*

**ADMIT**.

## **SOAF ¶ 23**

23. Terrille does not consume alcohol. Deposition of Terrille at 86:13-17.

*Defendant Chief Rusin's Response*

**ADMIT**.

## **SOAF ¶ 24**

24. Terrille intends to continue to eat at restaurants that serve alcohol, including Buffalo Wild Wings about twice per year, and intends to do so again in the next six months. Exhibit 5, Supplemental Declaration of Terrille ¶10.

*Defendant Chief Rusin's Response*

**ADMIT**.

## **SOAF ¶ 25**

25. Terrille intends to eat at Demarcos in August and intends to eat at Bentleys once a year on his birthday in September. Exhibit 5, Supplemental Declaration of Terrille ¶15.

*Defendant Chief Rusin's Response*

**ADMIT**.

## **SOAF ¶ 26**

26. Terrille visits Stewarts in Latham and Cumberland Farms in Cohoes approximately every day for coffee, and he fills up his vehicle with gasoline at those places. Exhibit 5, Supplemental Declaration of Terrille ¶12.

*Defendant Chief Rusin's Response*

**ADMIT**.

#73166v1

<u>**SOAF ¶ 27**</u>

27. Terrille shops at Walmart in Clifton Park about once per week. Exhibit 5, Supplemental Declaration of Terrille ¶11.

*Defendant Chief Rusin's Response*

**ADMIT**.

<u>**SOAF ¶ 28**</u>

28. Terrille intends to carry his firearm at theaters. Deposition of Terrille at 80 (Regal Movie Theater); Terrille Declaration ¶7.

*Defendant Chief Rusin's Response*

**ADMIT**.

<u>**SOAF ¶ 29**</u>

29. Terrille intends to bring his firearm with him to the airport in his checked baggage. Deposition of Terrille at 97; Terrille Declaration ¶¶9, 11; Exhibit 5, Supplemental Declaration of Terrille ¶¶14, 15.

*Defendant Chief Rusin's Response*

**ADMIT**.

<u>**SOAF ¶ 30**</u>

30. Because of the uncertainty of the injunction as to airports, Terrille never took his trip to Tennessee. Deposition of Terrille at 97:3-16; Exhibit 5, Supplemental Declaration of Terrille ¶13.

*Defendant Chief Rusin's Response*

**ADMIT**.

#73166v1

## SOAF ¶ 31

31. Terrille intends to "bring[] a firearm in checked luggage in compliance with T.S.A. regulations...." Deposition at 98:15-20; Exhibit 5, Supplemental Declaration of Terrille ¶15.

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 32

32. Terrille has a recently planned trip in the coming 90 days to fly to Nashville, Tennessee and intends to check his firearm in his luggage, but for the challenged laws, and he intends to do so again within 180 days. Exhibit 5, Terrille Supplemental Declaration ¶15.

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 33

33. Ivan Antonyuk is an adult male citizen of New York, a citizen of the United States, a law-abiding person, and has no disqualification under state or federal law which would prohibit him from possessing a firearm. Declaration of Ivan Antonyuk ("Antonyuk Declaration") ¶¶1, 2, 4. ECF No. 1-8.

*Defendant Chief Rusin's Response*

**ADMIT**.

## SOAF ¶ 34

34. Antonyuk possesses an unrestricted New York carry permit. Antonyuk Declaration ¶4.

*Defendant Chief Rusin's Response*

**ADMIT**.

10

#73166v1

## SOAF ¶ 35

35. Antonyuk intends to carry his firearm at a restaurant that serves alcohol. Exhibit 3, Deposition of Antonyuk at 77-78, 80-81 (LongHorn Steakhouse).

***Defendant Chief Rusin's Response***

**ADMIT**.

## SOAF ¶ 36

36. Antonyuk intends to carry his firearm when he visits movie theaters. Deposition of Antonyuk at 102-03.

***Defendant Chief Rusin's Response***

**ADMIT**.

***

Executed on July 31, 2026                    */s/ Todd M. Long*
                                             Todd M. Long, Esq.
                                             Danielle R. Smith, Esq.
                                             Assistant Corporation Counsel

#73166v1