UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IVAN ANTONYUK, COREY JOHNSON, and
ALFRED TERRILLE,

                      Plaintiffs,

           -against-                            Case No. 22 Civ. 986 (GTS) (PJE)

STEVEN G. JAMES, in his official capacity as      **NOTICE OF CROSS-MOTION**
Superintendent of the New York State Police,     **FOR SUMMARY JUDGMENT**
WILLIAM FITZPATRICK, in his official capacity as
Onondaga County District Attorney, TOBIAS J.
SHELLEY, in his official capacity as Sheriff of
Onondaga County, MARK RUSIN, in his official
capacity as Chief of Police of Syracuse, and LEE C.
KINDLON, in his official capacity as District Attorney
of Albany County,

                     Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; the

Declaration of Patrick J. Charles and the exhibits attached thereto; the Declaration of Dr. Brennan

Rivas and the exhibits attached thereto; the Declaration of Dr. Terence Young and the exhibits

attached thereto; the Declaration of Dr. Paul Reeping and the exhibits attached thereto; the

Declaration of James M. Thompson and the exhibits attached thereto; the Declaration of Michael

Deyo; the Rule 56.1 Statement; and upon all the pleadings and prior proceedings herein, Defendant

Steven G. James, in his official capacity as Superintendent of the New York State Police, by his

attorney, Letitia James, Attorney General of the State of New York, will move this Court before

the Honorable Glenn T. Suddaby, at the James M. Hanley Federal Building, 100 Clinton Street,

Syracuse, New York 13261, at such date and time as the Court may set, for an order pursuant to

Federal Rule of Civil Procedure 56(a), granting the Superintendent's Motion for Summary

Judgment and dismissing Plaintiffs' Complaint in its entirety and with prejudice, together with such other and further relief as may be just.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 7.1 of the Local Rules of Practice of the United States District Court for the Northern District of New York, any papers to be submitted in opposition to the within motion must be filed with the Clerk of the Northern District of New York and served upon counsel for the Defendants within the time period set by the Court, see ECF No. 181.

Dated:  Syracuse, New York
        July 31, 2026

LETITIA JAMES
Attorney General of the State of New York
Attorney for the State Defendants

By: _____
    Patrick Blood
    NDNY Bar Roll No. 519910
    Timothy Mulvey
    NDNY Bar Roll No. 510757
    Assistant Attorneys General
    300 South State Street, Suite 300
    Syracuse, New York 13202
    timothy.mulvey@ag.ny.gov

    James M. Thompson
    Special Counsel
    NDNY Bar Roll No. 703513
    28 Liberty Street
    New York, NY 10005
    james.thompson@ag.ny.gov