# CODE OF LAWS

FOR THE

# DISTRICT OF COLUMBIA:

PREPARED

UNDER THE AUTHORITY

OF

## THE ACT OF CONGRESS

OF

THE 29TH OF APRIL, 1816.

ENTITLED

" An act authorizing the Judges of the Circuit Court, and the
Attorney for the District of Columbia, to prepare a
Code of Jurisprudence for the said District."



## WASHINGTON:

PRINTED BY DAVIS & FORCE, PENNSYLVANIA AVENUE.

..................

1319.

Hon. HENRY CLAY,

      Speaker of the House of Representatives :

   Sir,

THE undersigned, one of the judges of the Circuit Court for the District of Columbia, has the honour to present, for the consideration of Congress, a code of jurisprudence for that District, prepared under the authority of the act of the 29th of April, 1816, entitled, " An act authorizing the judges of the Circuit " Court, and the attorney, for the District of Columbia, to pre- " pare a code of jurisprudence for the said District."

It is to be regretted that the engagements of the gentlemen intended, by that act, to have been associated with him in the business, have deprived the public of the benefit of their labours. This circumstance will, in part, account for the lateness of the period at which the report is made. It is, however, a work which could not have been hastily done ; for, although, the District is small, yet almost every case, requiring the interposition of law, which can arise in the largest nation, may arise in this District, and ought to be provided for.

In preparing a substitute for the existing statute law, it was necessary, if possible, to ascertain what that law was. This was not an easy task. By the act of Congress of the 27th of February, 1801, the laws of Virginia, as they then existed, were to remain in force in that part of the District which was ceded by Virginia, and the laws of Maryland in that part which was ceded by Maryland. The laws thus adopted consisted of so much of the common law of England as was applicable to the situation of this country ; of the bills of rights, constitutions, and statutes of Virginia and Maryland, modified by the constitution and laws of the United States ; and also (in regard to that part of the District which was ceded by the state of Maryland) of such of the English statutes as existed at the time of the first emigration to Maryland, " and which, by experience, had been " found applicable to their local and other circumstances, and " of such others as had been since made in England or Great " Britain, and had been introduced, used, and practised by the " courts of law or equity" of that state.

To ascertain, therefore, what was the existing statute law, it was necessary to know what statutes of England, enacted before the first emigration to Maryland, had, by experience, been found

**4**

applicable to the local and other circumstances of the country, and what statutes, since made in England or Great Britain, had been introduced, used, and practised by the courts of law or equity in that state; and also what statutes of England or Great Britain had been expressly re-enacted by the state of Virginia.

To obtain this knowledge with as much certainty as the nature of the case would permit, it was necessary to examine minutely the English and British statutes, and compare them with the statutes enacted by Virginia and Maryland.

From these three systems of statutes to select such as were most important and best adapted to the circumstances of the District, to supply such defects as were discovered, and to combine the whole into one code, required more deliberation, and occupied more time, than was anticipated.

These circumstances must account for the apparent delay in making the present report, which is, even now, submitted with much diffidence.

With high consideration, the undersigned

has the honour to be,

Sir,

your obedient servant,

W. CRANCH.

*November* 19th, 1818.

# REFERENCES.

*V. L.* or *Virg. L.* refer to the first vol. of Pleasant and Pace's octavo edition of Virginia Laws.

*M. L.* or *Md. L.* refer to the Laws of Maryland.

*Br. St.* refer to the British Statutes. They are also sometimes referred to in the same manner as they are referred to in the English law books. Thus—2. E. 3. c. 3. refers to the English Statute of the 2d year of Edward the III. chapter 3, &c.

# AN ACT

## *For the Punishment of certain Crimes and Offences, within the District of Columbia.*

Sec. 1. *Be it enacted,* &c. that no crime committed within the District of Columbia, and no crime of which any person shall be convicted within the said District, shall be punished with death.

*Punishment of Crimes.*

*No crime shall be punished with death.*

Sec. 2. If any free person shall, in the District of Columbia, be convicted of treason against the United States, or of murder, or of rape, or of sodomy, or of burglary, or of robbery, or of voluntary manslaughter, or of horse-stealing, or of piracy upon the high seas, or of any act in any river, harbour, bay or basin, inlet or creek, which if done upon the high seas would be piracy; or of any other crime or offence which, by any statute of the United States, is or shall be punishable by death, without benefit of clergy; or of knowingly and willfully, either upon the land or seas, aiding, procuring, commanding, counselling, or advising, the commission of any one of the crimes aforesaid, and if such crime shall thereupon be actually committed; every such person shall, in lieu of all other punishment, be sentenced to confinement at hard labour, or in solitude, for a period of not less than two, nor more than twenty years, according to the nature, degree, and aggravation of the offence, and may be fined, not exceeding five thousand dollars.

*Treason, murder, rape, sodomy, burglary, robbery, manslaughter, horse-stealing, piracy, and other capital offences, and aiding, advising, &c. punishable by confinement at hard labour or in solitude, not less than two nor more than 20 years, and fine not exceeding 5000 dollars.*

Sec. 3. Every free person having knowledge of the commission of any one of the crimes aforesaid, who shall, within the said District, conceal, and not, as soon as may be, disclose, the same to some person in civil or military authority under the United States, or who shall knowingly and wittingly receive, entertain, or conceal any such offender as aforesaid, or who shall receive or take into custody any ship, vessel,

*Concealment of any of those crimes, or of the offenders, receiving goods piratically or feloniously taken, punishable by confinement, &c. not exceeding seven years, and fined, not exceeding 1000 dollars.*

236　　　　　　　　　　LAWS OF THE

*Punishment of Crimes.* goods or chattels which shall have been piratically or feloniously taken by any such offender as aforesaid, or any other stolen goods, chattels, valuable papers or parchments, or other valuable thing, shall, on conviction, in the District of Columbia, and in lieu of all other punishment, be confined at hard labour, or in solitude, not exceeding seven years, and fined not exceeding one thousand dollars, or either, at the discretion of the court.

*The attempt to commit any such crime shall be punished by confinement, &c. not exceeding 5 years, and fine not exceeding 1000 dollars.* Sec. 4. Every free person who shall be convicted, in the District of Columbia, of an attempt to commit any one of the crimes or offences herein before described, shall, in lieu of all other punishment, be confined at hard labour or in solitude, not exceeding five years, and fined not exceeding one thousand dollars, or either, at the discretion of the court, although such crime or offence so attempted to be perpetrated shall not have been actually accomplished.

*Crimes punishable by corporal punishment, other than imprisonment, shall be punished by confinement at hard labour or in solitude, not exceeding seven years, and by fine not exceeding 5,000 dollars.* Sec. 5. Every free person who shall, in the said District, be convicted of any crime or offence which, by the laws of the United States, or by the common law, may be punished by corporal punishment, other than imprisonment, and not extending to death, (excepting such crimes and offences, the punishment whereof is, or shall be, in this act otherwise specially provided for,) shall, in lieu of such corporal punishment, be confined to hard labour, or in solitude, not exceeding seven years, and may be fined not exceeding five thousand dollars. And when any person shall, in the said District, be convicted of any crime or offence which, by the laws of the United States, or by

*Crimes heretofore punishable by fine and imprisonment, may be punished by fine, imprisonment, and confinement to hard labour or in solitude.* the common law, may be punished by imprisonment alone, or by fine and imprisonment, or by fine or imprisonment (except such crimes and offences as are excepted as aforesaid) the court may add to the sentence that such person shall be, during the time of his or her imprisonment, kept at hard labour or in solitude.

which such offender may be, upon complaint made to him upon oath that such crime or offence hath been committed, or upon receiving a copy of the indictment or other process, if any, which shall have been found or issued in the said District of Columbia against such offender, to issue his warrant to apprehend such offender, and to cause him, at the expense of the United States, to be arrested and imprisoned or bailed (as the case may require) for trial before such court in the District of Columbia, as may have jurisdiction of the offence; and copies of the process shall be returned as speedily as may be into the clerk's office of such court, together with the recognizance of bail, and the recognizances of the witnesses for their appearance to testify in the case, if any such shall have been taken: which recognizances the said judge may require on pain of imprisonment; and the said judge, if bail shall not have been given, shall seasonably issue and the marshal of his district shall execute a warrant for the removal of the offender and the witnesses (in case they shall be in prison) or either of them, (as the case may be) to the said District of Columbia: and the expenses of such arrest, commitment, and removal being ascertained and certified by the judge of the district in which the offender shall have been so arrested, shall be charged by the marshal of the said district in his account with the United States, and shall be allowed by the proper accounting officers of the treasury. And in case such recognizance of bail, or the recognizances of the witnesses should be forfeited, *scire facias* and execution may issue upon a certified copy thereof in any judicial district within the jurisdiction of the United States in which the respective recognitors may reside or may be found.

Sec. 40. No man, great nor small, of what condition soever he be, except the ministers of justice in executing the precepts of the courts of justice, or in executing their office, and such as may be in their

*Margin notes:*

Punishment of Crimes.

Recognizance.

2 E. 3. c. 3.
2 R. 2. c. 13.
20 R. 2. c. 1.
V. L. 30. c. 21.

Punishing affrays.

254                    LAWS OF THE

**Punishment of crimes.**

**No person to come before the court with force and arms; nor to go about armed, to the terror of the country.**

company assisting them, shall be so hardy as to come with force and arms before the justices or judges of any court within the District of Columbia, or either of their ministers of justice, doing their office, on pain to forfeit his armour to the United States, and his body to prison, at the pleasure of such court; nor go, nor ride armed by night nor by day, in fairs, or markets, or in other places, in terror of the country, upon pain of being arrested and committed to prison by any justice or judge on his own view, or proof by others, and of forfeiture of his armour to the United States; but no person shall be imprisoned for any offence against this act, by a longer space of time than one month.

**1. G. 1. st. 2. c. 5. § 1.**
**Riots, &c.**

**Penalty for not dispersing when ordered.**

Sec. 41. If any persons, to the number of twelve or more, being unlawfully, riotously, and tumultuously assembled together, to the disturbance of the public peace in the District of Columbia, and being required or commanded by any one or more justice or justices of the peace, or by the marshal of the said District, or his deputy, or by the mayor, or other chief officer of any city or town corporate in the said District, where such an assembly shall be, by proclamation, to be made in the name of the United States, in the form or to the effect herein after directed, to disperse themselves, and peaceably to depart to their habitations, or to their lawful business, shall, (notwithstanding such proclamation made) to the number of twelve or more, unlawfully, riotously, and tumultuously remain or continue together by the space of one hour after such request or command made by proclamation, as aforesaid, then such continuing together, to the number of twelve or more, after such request or demand made by proclamation, as aforesaid, shall be adjudged a high misdemeanor, and the offenders therein not being slaves, shall, upon conviction, be confined at hard labour, or in solitude, not exceeding ten years, and may be fined not exceeding one thousand dollars.

Sec. 42. The order and form of the proclamation aforesaid, shall be to the following effect: The justice of the peace, or other person authorized by this act to make the said proclamation, shall, among the said rioters, or as near to them as he can safely come, with a loud voice command, or cause to be commanded, silence to be while proclamation is making ; and after that shall, openly, and with a loud voice, make, or cause to be made, proclamation to the following effect :

*In the name of the United States of America, all persons here assembled are hereby commanded to disperse themselves, and peaceably to depart to their habitations or to their lawful business, upon the pain of confinement at hard labour, or in solitude, for the space of ten years, and the penalty of one thousand dollars. God save the United States.*

And every such justice of the peace, marshal, deputy marshal, mayor, and chief officer aforesaid, within the limits of their respective jurisdictions, is hereby authorized, empowered, and required, on notice or knowledge of such unlawful, riotous, and tumultuous assembly of persons to the number of twelve or more, to resort to the place where the same shall be, and there to make, or cause to be made, proclamation as aforesaid.

Sec. 43. And if such persons so unlawfully assembled, or twelve or more of them, after proclamation made in manner aforesaid, shall continue together and not disperse themselves within one hour after such proclamation made, then it shall be lawful to and for the marshal and deputy marshal of the said District, and every justice of the peace, constable, and other peace officer of the county where such assembly shall be, and also to and for every mayor, chief officer, magistrate, bailiff, constable, and every other peace officer of any city or town corporate where such assembly shall be, and to and for such other person and persons as shall be commanded to be assisting unto any

*Margin notes:*

Punishment of crimes.

1. G. 1 st. 2. c. 5. § 2. Form of proclamation.

Duty of justice of the peace, &c. to make proclamation.

I. G. st. 2. c. 5. § 3.

Rioters may be arrested, &c.