# PENAL CODE

## OF

# STATE OF IDAHO,

## 1901.

Press of
Capital News Printing Co.,
Boise, Idaho.

person of F. a bodily injury, as while being prosecuted in the magistrate's court for displaying a deadly weapon in a rude, angry and threatening manner in the presence of others, the defendant was never in any danger of being convicted of an assault with a deadly weapon with intent to inflict bodily harm.—Territory v. Stocker, 9 Mont. 6. 22 Pac. 496.

**Section 4781.   Persons Other than Officers Carrying Certain Weapons:**    It is unlawful for any person, except United States officials, officials of the State of Idaho, county officials, peace officers, guards of any jail, and officers or employees of any express company on duty, to carry, exhibit or flourish any dirk, dirk-knife, sword, sword-cane, pistol, gun or other deadly weapons, within the limits or confines of any city, town or village or in any public assembly of the State of Idaho.   Every person so doing is guilty of a misdemeanor and is punishable by fine not less than fifty dollars nor more than one hundred dollars, or by imprisonment in the county jail for a period of not less than twenty days nor more than fifty days, or by both such fine and imprisonment.

1889, 15th Ses. p. 23, Sec. 1.

**Section 4782.   Fines Provided in Preceding Section· To Whom Paid:**  One half of all fines collected under the preceding Section shall be paid to the officer making the arrest, which amount shall be payment in full for his services.   The other one half shall be paid into the common School Fund of the county, after deducting the necessary costs of the prosecution of the case.

1889. 15th Ses. p. 23. Sec. 2.

**Section 4783.   Forcible Entry:** Every person using or procuring. encouraging or assisting another to use. any force or violence in entering upon or detaining any lands or other possessions of another. except in the cases and in the manner allowed by law, is guilty of a misdemeanor.

1887 R. S. Sec. 6962; 1874-5 p. 209, Sec. 570.

Forcible entry:   See Sec. 3974 C. Civ. Proc.

**Section 4784.   Taking Repossession of Land:**   Every person who has been removed from any lands by process of law, or who has removed from any lands pursuant to the lawful adjudication or direction of any court. tribunal, or officer, and who afterwards unlawfully returns to settle. reside upon. or take possession of such lands, is guilty of a misdemeanor.

1887 R. S. Sec. 6963.

# CHAPTER CCXVIII.

## CRIMES AGAINST THE REVENUE AND PROPERTY OF THE STATE.

Section.
4785. Embezzlement and falsification of accounts by public officers.
4786. Officers neglecting to pay over public moneys.
4787. Public moneys defned.

Section.
4788. Certain officers refusing to pay over fine or forfeiture according to law.
4789. Refusing to give assessor list of property,