# LEYES

DEL

## TERRITORIO DE NUEVO MEJICO,

PASADAS POR LA SEGUNDA

# ASAMBLEA LEGISLATIVA

EN LA CIUDAD DE SANTA FÉ,

EN UN PERIODO PRINCIPIADO EL DIA SESTO DE DICIEMBRE
DE 1852.

SANTA FÉ:
PUBLICADO EN LA OFICINA DE LA GACETA.
MDCCCLIII.

Generated through HathiTrust on 2026-07-30 20:08 GMT
https://hdl.handle.net/2027/mdp.35112203960143 / Public Domain, Google-digitized

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# LAWS

## OF THE

## TERRITORY OF NEW MEXICO,

### PASSED BY THE SECOND

# LEGISLATIVE ASSEMBLY

### IN THE CITY OF SANTA FÉ,

### AT A SESSION BEGUN ON THE SIXTH DAY OF DECEMBER, 1852.

SANTA FÉ:

J A M E S  L.  C O L L I N S & C O.,  P R I N T E R S.

MDCCCLIII.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated through HathiTrust on 2026-07-30 20:08 GMT
https://hdl.handle.net/2027/mdp.35112203960143 / Public Domain, Google-digitized

**66**          **LEYES DE LA TERCERA SESION.**

donde se ponga la demanda, con encarecimiento del tiempo que lo requiera la gravedad del delito.

SEC. 4.    Todos los actos ó partes de actos que sean opuestos á este, seran, y son por el presente, abrogados.

SEC. 4.    Este acto será vigente desde, su aprobacion.

**Aprovado Enero 14 de 1853.**

---

## UN ACTO

*Prohibiendo el porte de armas de determinada clase, en lo interior de las Poblaciones y en Bailes.*            .

Sec. 1.    Clase de armas prohibidas.
Sec. 2.    Deber de los Alguaciles mayores y otros oficiales.
Sec. 3.    Licensias de bailes, del juez de pruebas, y obligaciones requeridas.
Sec. 4.    Pena de una violacion de esta ley.
Sec. 5.    Multas, desposiciones de ellas.

*Decretese por la Asamblea Legislativa del Territorio de Nuevo Mejico:*

SEC. 1.    Que se prohibe en lo interior de las poblaciones á toda persona el porte de armas cortas, como son pistolas, dagas, cuchillos ú otros instrumentos destructores que pueden llevarse ocultas; y la persona que quebrantase esta provision, será multada en una suma que no pase de diez pesos, ni baje de dos pesos, ò sera encarcelada por un tiempo que no ecseda quince dias ni baje de cinco dias.

SEC. 2.    Qne los Alguaciles de los condados y los Soto Alguaciles de las demarcaciones cuidarán la observancia y cumplimiento de lo que previene loJ precedente seccion, pudiendo llevar, acompañandolés, dos ó mas personas armadas, cuando rondaren de noche, para hacerse respectar en los casos que lo requieran, y será obligacion de los Jueces de Pruebas y Jueces de Paz, ayudar y excitar la actividad de dichos oficiales.

SEC. 3.    Que toda persona que haya de hacer Bailes ò Fandangos, precisamente deberà presentarse al Juez de Pruebas ò

Digitized by Google          Original from UNIVERSITY OF MICHIGAN

Case 1:22-cv-00986-GTS-PJE   Document 187-43   Filed 07/31/26   Page 4 of

the Justices of the Peace or Court in which the suit may be brought, with imprisonment for a time demanded by the gravity of the offence.

SEC. 4.  All acts and parts of acts repugnant to this act shall be and are by these presents repealed.

SEC. 5.  This act shall take effect, from and after its approval.

**Translation.**

# AN ACT

## *Prohibiting the carrying a certain class of Arms, within the Settlements and in Balls.*

Sec. 1.   Kind of arms prohibited.
Sec. 2.   Duties of sheriffs and constables.
Sec. 3.   Licenses for dances, obligations required from judge of probate.
Sec. 4.   Punishment for violation of this law.
Sec. 5.   Disposition of fines.

*Be it enacted by the Legislative Assembly of the Territory of New Mexico :*

SEC. 1.  That each and every person is prohibited from carrying short arms, such as pistols, daggers, knives, and other deadly weapons, about their persons concealed, within the settlements, and any person who violates the provisions of this act, shall be fined in a sum not exceeding ten dollars, nor less than two dollars, or shall be imprisoned for a term not exceeding fifteen days nor less than five days.

SEC. 2.  That the Sheriffs of the different counties, and Constables of the different precincts, are hereby required to enforce the observance and compliance of the provisions of the preceding section, having power to take with them, two or more armed persons, when they are on patrol at night, in order to make themselves respected while on such duty, and it is hereby made the duty of the Probate Judges and Justices of the Peace to aid and assist said officers in the prompt discharge of their duties.

SEC. 3.  Any person desiring to give a Ball or Fandango, they shall apply to the Probate Judge or a Justice of the Peace

Generated through HathiTrust on 2026-07-30 20:07 GMT
https://hdl.handle.net/2027/mdp.35112203960143 / Public Domain, Google-digitized

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

68    LEYES DE LA TERCERA SESION.

Juez de Paz para obtener la licencia, quien, habiendola conce-
dida le impondrá al impetrante, que debe conserbar el buen or-
den, y para esto le recivirá juramento de que procederá fielmente
como un oficial de policia, que ejercera durante el baile ò Fan-
dango poseyendo las facultades de un Alguacil y que no permitirá
èl, que ninguna persona entre al paile ó pieza contigua donde se
venda Licor ó que permanesca en ellas con armas, fierros ü otros
instrumentos destructores, ya sean mostrados ù ocultos, sobre su
persona, y sí alguna persona ò personas entraren à dicho baile ò
antesala, con armas peligrosas sobre su persona, al ser convicta
de tal ofensa ante el Juez de Pruebas ò Juez de Paz sufrirá
las mismas penas descriptas en la seccion primera de este de-
creto.

*Proveido*, que si la persona que solicita la licencia para baile
ó Fandango, no fuera competente, el Juez de Pruebas ó Juez de
Paz como sea el caso, le impondrá que le presente una persona
competenta que deba funcionar como un oficial de policia y
le recivirá el juramento como prescripto en la antérior sec-
cion :

SEC. 4    Que la persona ò personas que dén Fandangos ò
bailes seràn suceptibles á las penas designadas en las anteriores
secciones de este decreto, si permiten que permanescan persona
ò personas armadas en dicho baile y asi tambien está sugeto á las
mismas penas el oficial de policia que falte ó quebrante lo preve-
nido en este decreto.

SEC. 5.    Que todas las multas que resulten de las provsiones
de este decreto seràn cobradas para el uso del respectivo con-
dado.

Aprobado Enero 14 de 1853.

---

## UN ACTO

*Proveyendo para el pagamento de los Salarios de Oficiales
Territoriales, no proveido de otro modo por la ley.*

Sec. 1.    Pagamento de oficiales segun el codigo de Kearney.
Sec. 2.    Aprobados y pagados, como.

Generated through HathiTrust on 2026-07-30 20:07 GMT Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.35112203960143 /
Digitized by Google    Original from UNIVERSITY OF MICHIGAN

for a License for the same—who, after having granted such license, shall inform the applicant, that he must maintain good order, and for this purpose he shall swear him to faithfully discharge his duties as police officer and perform said duties during such Ball or Fandango, possessing the powers of a Sheriff, and that he will not permit any person to enter said Ball or room adjoining said ball where Liquors are sold, or to remain in said balls or Fandangos with fire arms or other deadly weapons, whether they be shown or concealed upon their persons and if any person or persons shall enter said Balls or Fandangos or ante-chamber, with deadly weapons upon their person, upon conviction for such offence before any Probate Judge or Justice of the Peace, they shall suffer the punishment prescribed in the first section of this Law.

*Provided*, that, in case any person desires a license for a ball or fandango, who shall not be competent, the Probate Judge or Justice of the Peace as the case may be, shall require him to present a competent person, who shall discharge the duties of a Police Officer, and shall swear him as prescribed in the foregoing section.

Sec. 4. That any person or persons giving Balls or Fandangos shall be liable to the punishments prescribed in the foregoing sections of this Law—if they permit any person or persons armed to remain in said Balls or Fandangos, they shall also be subject to the same penalties of the Police Officers who fail to discharge their duties or violate the provisions of this Law.

Sec. 5. That all fines collected by the provisions of this Law shall be applied to the use of the respective counties.

Translation.

# AN ACT

*Providing for the payment of the Salaries of Territorial Officers, not otherwise provided for by Law.*

Sec. 1. Payment of officers under the Kearney code.
Sec. 2. How audited and paid.

Generated through HathiTrust on 2026-07-30 20:08 GMT / Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.35112203960143

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN