# ARIZONA CODE

## 1939

Containing the
GENERAL LAWS OF ARIZONA
ANNOTATED

———————

Published by Authority of
Laws 1939, chapter 89

Compiled under the Supervision of the Members of the
Supreme Court of Arizona

Chief Justice
Henry D Ross

Associate Justices

Alfred C Lockwood                    Archibald G McAlister

———————

IN SIX VOLUMES
VOLUME THREE

———————

Indianapolis
THE BOBBS-MERRILL COMPANY
Publishers

COPYRIGHT, 1940
BY THE BOBBS-MERRILL COMPANY

any kind of knife or weapon, except a pocket knife, not manufactured and used for the purpose of offense and defense; and any peace officer who shall fail, neglect or refuse to arrest any such person on his own knowledge of the violation of this section, or upon the information from some credible person, or who shall appoint any person a deputy as a mere pretext for the purpose of carrying a concealed weapon, shall be guilty of a misdemeanor, and be punished by a fine of not less than twenty [$20.00] nor more than three hundred dollars [$300], and imprisoned in the county jail for not less than ten [10] nor more than thirty [30] days.   Any person carrying a concealed weapon may be arrested without a warrant, either in the daytime or night-time.   [P. C. 1901, §§ 382-384; 1913, §§ 426-428; cons. & rev., R. C. 1928, § 4724.]

### NOTES TO DECISIONS

**Peace Officers.**

Judges of the superior courts are not peace officers within the meaning of the exception contained in this section.  In re Abbey, 28 Ariz. 383, 237 Pac. 179.

Commission as deputy sheriff does not give holder any more right than private citizen to carry pistol, unless he is actually engaged on duty as peace officer.   Strickland v. State, 37 Ariz. 368, 294 Pac. 617.

**Collateral References.**

Constitutionality of statutes restricting right of aliens to bear arms.   34 A. L. R. 63.

Manner of carrying or place of concealment as affecting offense of carrying concealed weapon.  88 A. L. R. 807.

Offense of carrying concealed weapons as affected by manner of carrying or place of concealment.  50 A. L. R. 1534.

Offense of carrying weapon on person as affected by place where defendant was at the time.  73 A. L. R. 839.

Scope and effect of exception in statute forbidding carrying of weapons, as to person on his own premises.  31 A. L. R. 1128.

See 26 Cal. Jur. 577.

**43-2206.   Carrying deadly weapons into public or social assemblies or at election precinct.**—Any person, not authorized by law, who shall go into any place where persons are assembled for public, religious, political, educational, social, or scientific purposes, or for amusement, or to any election precinct, on the day of any election, and shall have or carry about his person any weapons named in the preceding section, shall be guilty of a misdemeanor, and shall be punished by a fine not less than fifty [$50.00] nor more than five hundred dollars [$500].   [P. C. 1901, § 387; 1913, § 429; rev., R. C. 1928, § 4725.]

**43-2207.   Drawing or using deadly weapons not in self-defense.**— Every person who, not in necessary self-defense, in the presence of two [2] or more persons, draws or exhibits any deadly weapon in a rude, angry, or threatening manner, or who, in any manner, unlawfully uses the same in any fight or quarrel, is guilty of a misdemeanor. [P. C. 1901, § 392; 1913, § 432; R. C. 1928, § 4726.]

**Comparative Legislation.**   Drawing or using deadly weapons not in self-defense:
**Cal.**   Deering's Pen. Code 1937, § 417.

**43-2208.   Notice of persons suffering from wounds.**—Every physician, surgeon, nurse or hospital attendant called upon to treat any person for gunshot wounds, knife wounds or other material injury that may have resulted from a fight, brawl, robbery or other illegal or unlawful