Λ C T S paffed by the General Af-
fembly of the Province of *New-
Jerjey*, at *Perth Amboy* in 1722, be-
ing the Eighth Year of His Ma-
jefty's Reign.

## C H A P. XXXIII.

*An* A C T *for the Security of His Ma-
jefty's Government of New-Jerfey.*

Preamble.

*Sect.* 1. WHEREAS fome Perfons in this Province, difaffected to His Majefty's Perfon and Govern-
ment, propogate their pernicious Principles, to the great Hurt
of His Majefty's faithful and loyal Subjects inhabiting within
the fame. And by Reafon of their Intermeddling in publick
Affairs, in Contempt of His Majefty's legal and juft Au-
thority, obftruct the publick Adminiftration, and will, if
not prevented, prove Dangerous to the Government of
this Province.

Two or more
Juftices, or any
Perfon fpecial-
ly appointedby
BE IT THEREFORE ENACTED by the
Governor, Council and General Affembly, and it is here-
by

Digitized from Best Copy Available

## CHAP. XXXV.

*An ACT to prevent Killing of Deer out of Seafon, and againft Carrying of Guns and Hunting by Perfons not Qualified.*

**AnyPerfon killingDeer in the Time by this Act dif-allowed, to forfeit 30s. &c.**

*Sect.* 1. BE IT ENACTED by the Governor, Council and General Affembly, AND IT IS HEREBY ENACTED by the Authority of the fame, That if any Perfon or Perfons, after the Publication hereof, fhall kill or deftroy any wild Buck, Doe or Fawn, or any other Sort of Deer whatfoever, at any Time in the Months of *January, February, March, April, May* or *June*, every fuch Perfon fhall, for every fuch Offence, forfeit and pay the Sum of *Thirty Shillings*, for every fuch Buck, Doe or Fawn, or other Deer, fo killed or deftroyed as aforefaid, contrary to the true Intent and Meaning of this Act; one half thereof to the Poor of the Townfhip or Precinct where the Offence is committed, and the other half to him who fhall Inform or Sue for the fame before any Juftice of the Peace of this Province, who is hereby impowered and authorized to hear and determine the fame, and to convict the Offender by the Oath or Affirmation of one or more Witnefs. Provided That fuch Conviction be made within two Months after the Offence committed.

**Sale of green Skins to amount to a Conviction, &c.**

2. AND for the better Convicting of Offenders againft this Act, BE IT ENACTED by the Authority aforefaid, That every Perfon in whofe Cuftody fhall be found, or who fhall expofe to Sale, any green Deer Skins, frefh Venifon or Deer's Flefh, at any Time in any of the Months of *January, February, March, April, May* or *June*, aforementioned, and fhall be convicted thereof, as aforefaid, fhall be deemed Guilty of the faid Offence.

**Not to extend to hinder killing them in Corn Fields, or by Indians**

3. PROVIDED ALWAYS, That nothing contained in this Act, fhall be deemed or conftrued to hinder any Perfon from killing any kind of Deer, within his Fields where Corn is growing, at any Time in the Month of *January*, nor to extend to any Free Native Indians carrying Guns, hunting, killing or having in their Cuftody any Skins or Deer's Flefh for their own Ufe; any Thing in this Act to the contrary notwithftanding.

4. And

Digitized from Best Copy Available

4. And whereas divers abuses have been committed, and great Damages and Inconveniencies arisen by Persons carrying of Guns and presuming to hunt on other Peoples Land; for Remedy whereof for the future, BE IT ENACTED by the Authority aforesaid, That if any Person or Persons shall presume, at any Time after the Publication hereof, to carry any Gun, or hunt on the improved or inclosed Lands in any Plantation, other than his own, unless he have Licence or Permission from the Owner of such Lands or Plantation, and shall be thereof convicted, either upon the View of any Justice of the Peace within this Province, or by the Oath or Affirmation of any one or more Witnesses, before any Justice of the Peace, he shall, for every such Offence forfeit the Sum of *Fifteen Shillings*, with Costs attending such Conviction. And if any Person whatsoever, who is not Owner of one Hundred Acres of Land, or otherwise qualified, in the same Manner as Persons are or ought to be for electing Representatives to serve in General Assembly, shall at any Time after the Publication hereof, carry any Gun, or hunt in the Woods or uninclosed Lands, without Licence or Permission obtained from the Owner or Owners of such Lands, and shall be thereof convicted, in Manner aforesaid, such Offender shall forfeit and pay the Sum of *Ten Shillings*, with Costs as aforesaid, for every such Offence. All which Penalties and Forfeitures shall go one Moiety to the Informer, and the other to the Poor of the Township or Precinct where such Offence is committed; but if convicted upon View of a Justice of the Peace, the whole Forfeiture shall be to the Use of the Poor. And if the Offender refuse to pay the same, with Costs, as aforesaid, shall be levyed on by Distress and Sale of the Offender's Goods, by Warrant under the Hand and Seal of the Justice before whom such Offender shall be convicted, returning the over-plus, if any be, the Charge of Distraining being first deducted. And for want of Effects whereon to make such Distress, every Person so Offending, contrary to the true Intent and Meaning of this Act, shall be committed to Prison, when the Forfeiture is *Thirty Shillings*, for the Space of Fifteen Days; and when the Forfeiture is *Fifteen Shillings*, for the Space of Eight Days; and when the Forfeiture is *Ten Shillings*, for the Space of Five Days, without Bail or Mainprize.

*No Person to carry a Gun or Hunt on Land inclosed but by assent of Owners &c.*

*Nor on Lands Unclosed, unless freeholders &c.*

*Forfeitures how to be applyed, and how to be levied &c.*

5. AND BE IT ENACTED by the Authority aforesaid, That every Justice of the Peace, before whom any Person or Persons is convicted of having committed any of the Offences in and by this Act prohibited, is hereby directed and required to issue his Warrants for the bringing such Offender

*Want of Effects to be committed to Gaol.*

C c        before

Digitized from Best Copy Available

before him, and in Cafe of the want of Effects whereon to make Diftrefs, to make out his Mittimus to commit fuch Offender to the Gaol of the County in which fuch Conviction is made; and the Sheriff, Under-Sheriff, or Gaol-keeper, is hereby directed and required to keep the faid Offender in clofe Gaol, according to the Direction of this Act, and Tenor of fuch Mittimus to fuch Sheriff, Under-Sheriff, or Gaoler directed. And every Juftice of the Peace neglecting or refufing to iffue

Sheriff refufing &c. to receive the party, to forfeit 6l. &c.

fuch Warrant, or make fuch Mittimus, and every Sheriff, or Under-Sheriff or Gaol-keeper, who fhall not receive fuch Offender, and keep him in clofe Gaol, according to the true Intent and Meaning of this Act, fhall, for every fuch neglect or refufal, or undue difcharge of his Office in the Premifes, forfeit the Sum of *Six Pounds*, to be recovered in any Court of Record within this Province, in which there fhall be no Effoyn or Protection; the one half to fuch Perfon as fhall fue for and profecute the fame to Effect, the other half to the King's Majefty, His Heirs and Succeffors, for and towards the Support of the Government of this Province.

Not to extend to Negros, &c. but they to be whipped ifconvicted, &c

6. AND IT IS ALSO FURTHER ENACTED by the Authority aforefaid, That this Act, nor any Part thereof, fhall be conftrued to extend to Negro, Indian or Mulatto Slaves, fo as to commit them to Prifon, during the Time in this Act limitted, in Cafe they fhould be guilty of any of the Offences in this Act prohibited; but that then, and in fuch Cafe, fuch Indian, Negro or Mulatto Slave, killing and deftroying any Deer as aforefaid, or carrying or hunting with any Gun, without Licence from his Mafter, fhall, at the publick Whipping-Poft, on the bare back, be Whipp'd, not exceeding Twenty Lafhes, for every fuch Offence, for which Whipping the Mafter fhall pay to the Whipper the Sum of *Three Shillings*, and pay no greater or other Coft whatfoever; any Thing in this Act to the contrary hereof in any wife notwithftanding.

ACTS

Digitized from Best Copy Available