Case 1:22-cv-00986-GTS-PJE   Document 187-49   Filed 07/31/26   Page 1 of 4

# L A W S

## O F

# *N E W - Y O R K,*

### F R O M

## The Year 1691, to 1773 inclusive.

PUBLISHED ACCORDING TO AN ACT OF THE

## G E N E R A L   A S S E M B L Y.

## V O L U M E THE S E C O N D.



QUUM LEGES ALIÆ SUPER ALIAS ACCUMULATÆ, EAS DE INTEGRO RETRACTARE, ET IN CORPUS SANUM ET HABILE REDIGERE, EX USU SIT.

**BACON.**

## N E W - Y O R K:

Printed by HUGH GAINE, Printer to the King's Most Excellent Majesty in the Province of New-York,

MDCCLXXIV.

alfo be neceffary to annex to the faid Certificate, an Affidavit of the following Tenor, fworn to before any Magiftrate in the City of *New-York*: *A. B. being duly fworn, depofeth and faith, That he certainly knows* [or has Affidavits to prove, as the Cafe may be] *that the* Hemp *mentioned in the above, or the annexed Certificate, was all raifed after the firft of* March, *One thoufand feven hundred and fixty-four, in the Colony of* New-York, *in the County of* [here mentioning the County] *and that no Bounty has yet been paid for it, or any Part of it, to the beft of his Knowledge and Belief: And further faith not.* The Infpectors above mentioned, before they enter on the Execution of their Office, fhall take an Oath, faithfully to difcharge the Duty of Infpectors, according to the Meaning of this Act.

[The Reft of this Act is Obsolete.]

4th *GEORGE* III.
A. D. 1763.

Form of Affidavit to be fworn to before the Bounty fhall be paid.

## C H A P.  MCCXXIX.

*An* A C T *to regulate the guaging of Wine, Rum, and other Spirituous Liquors, Molaffes, and other Purpofes therein mentioned.*
Pafs'd the 20th December, 1763.

Expired 1ft January, 1771.

## C H A P.  MCCXXX.

*An* ACT *to lay a Duty of Tonnage on Veffels for defraying the Expence of the Light-Houfe on* Sandy-Hook.
Pafs'd the 20th December, 1763.

Continued Chap. 1277.
Expired 1ft January, 1772.
Provided for Ch. 1515.

## C H A P.  MCCXXXI.

*An* ACT *impowering* John Cruger, Robert R. Livingfton, Philip Livingfton, Leonard Lifpenard, *and* William Bayard, *Efquires, to receive from the Colony of* Pennfilvania, *the Sum of* Four Thoufand Three Hundred and Sixty-eight Pounds Two Shillings and Six-pence, *Sterling, overpaid to the faid Colony, out of the Parliamentary Grant for the Service of the Year One thoufand feven hundred and fixty.*
Pafs'd the 20th December, 1763.

This Money being received and paid into the Treafury, the Act is therefore Obfolete.

## C H A P.  MCCXXXII.

*An* ACT *to continue an Act, entitled, An Act for the Relief of Infolvent Debtors, and for repealing the Acts therein mentioned, with an Addition thereto.*
Pafs'd the 20th December, 1763.

See Chap. 1148.
Continued Ch. 1309.

## C H A P.  MCCXXXIII.

*An* A C T *to prevent hunting with Fire-Arms in the City of* New-York, *and the Liberties thereof.*
Pafs'd the 20th December, 1763.

WHEREAS it has long been the Practice of great Numbers of idle and diforderly Perfons in and about the City of *New-York*, and the Liberties thereof, to hunt with Fire-Arms, and to tread down the Grafs, and Corn and other Grain ftanding and growing in the Fields and Inclofures there, to the great Danger of the Lives of his Majefty's Subjects, the Ruin and Deftruction of the moft valuable Improvements, the grievous Injury of the Proprietors, and the great Difcouragement of their Induftry.

Preamble.

5 T

I. In

# 442     LAWS of *NEW-YORK.*

**4th *GEORGE* III.
A. D. 1763.**

**Penalty for entering with Fire-Arms into any inclofed Land within this City or its Liberties.**

I. In order therefore the more effectually to punifh and prevent fuch Abufes as forefaid, **Be it Enacted** *by his Honour the Lieutenant Governor, the Council, and the General Affembly, and it is hereby Enacted by the Authority of the fame,* That if any Perfon or Perfons whatfoever, other than the Owner, Proprietor, or Poffeffor, or his or her white Servant or Servants, do and fhall, at any Time or Times from and after the Publication of this Act, carry, fhoot, or difcharge any Mufket, Fowling-Piece, or other Fire-Arm whatfoever, into, upon, or through any Orchard, Garden, Corn-Field, or other inclofed Land whatfoever, within the City of *New-York,* or the Liberties thereof, without Licence in Writing firft had and obtained for that Purpofe from fuch Owner, Proprietor, or Poffeffor of fuch Orchard,

**Or paffing thro' Orchards, &c. without Arms.**

Garden, Corn-Field, or other inclofed Land ; or fhall enter into, or pafs through any Orchard, Garden, Corn-Field or Mowing-Ground, in any of the aforefaid Places without Fire-Arms, and thereof fhall be convicted be-

**Before whom Offenders to be convicted.**

fore any Member of his Majefty's Council, either of the Juftices of the Supreme Court, or the Mayor, Recorder, or any one of the Aldermen of the City of *New-York,* for the Time being, by the Oath of one credible Witnefs, or by Confeffion of the Party offending, he, fhe, or they fo offending, fhall feverally forfeit and pay for every fuch Offence, the Sum of *Twenty Shillings;* to be recovered and applied in the Manner herein after directed.

**Forfeitures how to be recovered and applied.**

II. **And be it further Enacted** *by the Authority aforefaid,* That every Fine and Forfeiture, which fhall accrue upon or by Virtue of this Act, fhall be recovered, with reafonable Cofts, not exceeding *Ten Shillings,* by any Perfon or Perfons who fhall and will fue, and profecute for the fame ; One Half of fuch Fine and Forfeiture when recovered and received, to be applied to his, her, or their own Ufe; and the other Half thereof to be paid by him, her, or them, to the Church Wardens of the faid City for the Time being, for the Ufe of the Poor thereof.

**Offenders to be imprifoned if the Fines are not paid,**

III. **And be it further Enacted** *by the Authority aforefaid,* That every Offender, who fhall incur any fuch Fine or Forfeiture as aforefaid, fhall, by Warrant under the Hand and Seal of any Member of his Majefty's Council, Juftice of the Supreme Court, or the Mayor, Recorder, or Aldermen before whom he or they fhall be convicted, ftand and be committed to the Common Goal of the faid City, there to remain for the Space of three Months, unlefs the Fine or Forfeiture, with Cofts, be fooner paid. **Pro-**

**Provifo.**

**vided always,** That the Members of his Majefty's Council, and the Juftices of the Supreme Court, fhall be at Liberty to act in the Execution of this Law or not, as to them fhall feem fitting.

---

## C H A P. MCCXXXIV.

**Expired 1ft January, 1770.
Provided for Ch. 1441.**

*An* ACT *to eftablifh the Rates to be taken for Wharfage of Ships and other Veffels ufing the Wharfs within the Limits therein mentioned,*

Pafs'd the 20th December, 1763.

---

## C H A P. MCCXXXV.

**Obfolete.**

*An* ACT *to raife, levy, and collect, the Sum of* Sixty-one Pounds Nineteen Shillings, *in the City and County of* New-York, *for Services performed by the Coroner of the faid City and County.*

Pafs'd the 20th December, 1763.

C H A P.

Laws Of New-York, From The Year 1691, To 1773 Inclusive. Vol. 2, Hugh Gaine, MDCCLXXIV. The Making of Modern Law: Primary Sources, link.gale. com/apps/doc/DT0103403799/MMLP?u=efgssf&sid=bookmark-MMLP&xid=d8a580f7&pg=22. Accessed 12 Oct. 2022.