ing with Guns, Traps and Dogs, have, by Experience, been found in-sufficient to anfwer the falutary Purpofes thereby intended ; Therefore,

<div style="margin-left:2em">

*No Perfon to carry a Gun on Lands not his own, ex-cept, &c.*

*Sect.* I. BE IT ENACTED *by the Governor, Council and General Af-fembly of this Colony of* New-Jerfey, *and it is hereby Enacted by the Authority of the fame,* That if any Perfon or Perfons fhall prefume, at any Time after the Publication hereof, to carry any Gun on any Lands not his own, and for which the Owner pays Taxes, or is in his lawful Poffeffion, unlefs he hath Licenfe or Permiffion in Writing from the Owner or Owners or legal Poffeffor, every fuch Perfon fo offending, and convicted thereof, either upon the View of any Juftice of the Peace within this Colony, or by the Oath or Affirmation of one or more Wit-neffes, before any Juftice of the Peace of either of the Counties, Cities or Towns-corporate of this Colony, in which the Offender or Offenders may be taken or refide, he, fhe or they, fhall, for every fuch Offence, for-feit and pay to the Owner of the Soil, or his Tenant in Poffeffion, the

*Penalty.*

Sum of *Forty Shillings,* with Cofts of Suit ; which Forfeiture fhall and may be fued for and recovered by the Owner of the Soil, or Te-nant in Poffeffion, before any Juftice of the Peace in this Colony, for the Ufe of fuch Owner or Tenant in Poffeffion.

*No Perfon to drive Deer or other Game, except, &c.*

2. AND BE IT ENACTED *by the Authority aforefaid,* That if any Perfon fhall prefume, at any Time after the Publication of this Act, to hunt or watch for Deer with a Gun, or fet in any Dog or Dogs to drive Deer, or any other Game, on any Lands not his own, and for which the Owner or Poffeffor pays Taxes, or is in his lawful Poffeffion, unlefs he hath Licenfe or Permiffion in Writing from fuch Owner or Owners or legal Poffeffor ; every fuch Perfon fo offending, and being convicted thereof in Manner aforefaid, fhall, for every fuch Offence,

*Penalty.*

forfeit and pay to the Owner of the Soil, or Tenant in Poffeffion, the Sum of *Forty Shillings,* with Cofts of Suit ; provided, that nothing herein contained fhall be conftrued to extend to prevent any Perfon carrying a Gun upon the King's Highway in this Colony.

*Penalty on Non-Refi-dents.*

3. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That if the Perfon or Perfons offending againft this Act be Non-Refidents of this Colony, he or they fhall forfeit and pay for every fuch Offence *Five Pounds,* and fhall forfeit his or their Gun or Guns to any Perfon or Perfons who fhall inform and profecute the fame to Effect, before any Juftice of the Peace in any County of this Colony, wherein the Offender or Offenders may be taken or apprehended.

*Penalty for killing, &c. Deer out of Seafon.*

4. AND BE IT ENACTED *by the Authority aforefaid,* That if any Perfon or Perfons fhall kill, deftroy, hunt or take any Doe, Buck, Fawn, or any Sort of Deer whatfoever, at any other Time or Seafon, except only between the firft Day of *September* and the firft Day of *January* yearly and every Year, he, fhe or they fo offending, fhall for-feit and pay the Sum of *Forty Shillings* for each and every Offence ; to be fued for, recovered and applied as hereafter is directed.

*What fhall be Evidence of fuch Kill-ing, &c.*

5. AND, for the better and more effectual convicting of Offenders againft this Act, BE IT ENACTED *by the Authority aforefaid,* That any and every Perfon or Perfons in whofe Cuftody fhall be found, or who fhall

</div>

Digitized from Best Copy Available

## WILLIAM FRANKLIN, Esquire, Governor. 345

shall expose to Sale, any green Deerskins, or fresh Venison killed at any Time after the first Day of *January*, and before the first Day of *September* aforesaid, and shall be thereof convicted by the Oath or Affirmation of one or more credible Witnesses, shall be deemed guilty of offending against this Act, and be subjected to the Penalties of killing Deer out of Season.

6. AND WHEREAS great Numbers of idle and disorderly Persons make a Practice of hunting on the waste and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Loss of their Labour, BE IT THEREFORE ENACTED *by the Authority aforesaid*, That, from and after the first Day of *January* next, no Person or Persons whatsoever (except such Persons as are by the Laws of this Colony qualified to vote for Representatives in General Assembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) shall, on any Pretence whatever, hunt on the waste and unimproved Lands in this Colony ; and if any Person or Persons, not qualified as aforesaid, shall presume to hunt as aforesaid, he or they so offending shall forfeit and pay, for every such Offence, the Sum of *Twenty Shillings ;* to be recovered by Action of Debt, with Costs, by any Person who shall sue for the same ; to be applied one Half to the Prosecutor, and the other Half to the Use of the Poor of the Township or Precinct where the Fact was committed. *Who may hunt on unimproved Lands.*

*Penalty on Offenders.*

7. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons within this Colony shall set any Trap or other Device whatsoever, larger than what is usually and commonly set for Foxes and Muskrats, such Person, setting such Trap or other Device, shall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, shall suffer three Months Imprisonment, and shall also be liable to make good all Damages any Person shall sustain by setting such Trap or other Device, and the Owner of such Trap or other Device, or Person to whom it was lent, shall be esteemed the Setter thereof, unless it shall be proved, on Oath or Affirmation, what other Person set the same, or that such Trap or other Device was lost by said Owner or Person to whom it was lent, and absolutely out of his Power ; and if the Setter of the Trap or other Device be a Slave, and it be his own voluntary Act, he shall (unless the Master or Mistress shall pay the Fine) in Lieu of such Fine, be publickly whipped with thirty Lashes, and committed till the Costs are paid ; and that the said Trap or other Device shall be broken and destroyed in the View and Presence of the Justice of the Peace before whom they are brought : And if any Person or Persons shall have Possession of, or there shall be found in his or their House, any Trap or Traps, Device or Devices whatsoever, for taking of Deer, such Person or Persons shall be subjected to the same Penalty as if he or they were convicted of setting such Trap or Traps, or other Device. *Penalty on setting Traps, &c.*

*Penalty on a Slave setting such Trap, &c.*

*Penalty on keeping such Trap, &c.*

8. AND, for encouraging the Destruction of such Traps and Devices, BE IT ENACTED *by the Authority aforesaid*, That if any Person shall seize any Trap or other Device for the taking Deer, and shall carry such Trap or other Device to any Magistrate of the County where such Trap or Device was seized, such Person shall be entitled to *Reward for seizing a Trap, &c.*

4 Q an

an Order from the faid Magiftrate to the Colleftor of fuch County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raifed for the Ufe of the County ; which Sums fhall be allowed to fuch Colleftor on the Settlement of his Accounts.

**Penalty on a Smith making or mending fuch Trap, &c.**

9. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That every Smith or other Artificer, who fhall hereafter make or mend any fuch Trap or other Device aforefaid, he fhall forfeit and pay the Sum of *Forty Shillings ;* and the Perfon carrying fuch Trap or other Device to the Artificer aforefaid, fhall forfeit and pay the Sum of *Twenty Shillings.* And every Perfon who fhall bring into this Colony any fuch Trap or Device as aforefaid fhall forfeit and pay the Sum of *Forty Shillings.* And if the Perfon who fhall carry the fame to the Smith or Artificer fhall be fo poor as that he fhall not be able to pay the Forfeiture aforefaid, he fhall be committed to the common Gaol, until he fhall prove who is Owner of fuch Trap or Device, or who delivered the fame to him ; and in fuch Cafe the Forfeiture aforefaid fhall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of fuch Trap or Device, or the Perfon who delivered the fame to the Pauper, and the Trap or Device fhall be forfeited and deftroyed.

**Penalty on bringing fuch Trap, &c. into the Colony.**

**Penalty for fetting loaded Guns.**

10. AND WHEREAS a moft dangerous Method of fetting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons within this Colony fhall prefume to fet any loaded Gun in fuch Manner as that the fame fhall be intended to go off or difcharge itfelf, or be difcharged by any String, Rope, or other Contrivance, fuch Perfon or Perfons fhall forfeit and pay the Sum of *Six Pounds ;* and on Non-payment thereof fhall be committed to the common Gaol of the County for fix Months.

**Application of Penalties.**

11. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the Fines and Forfeitures in this Aft expreffed, and not particularly appropriated, fhall be paid, one Half to the Profecutor, and the other Half to and for the Ufe of the Poor of the Town, Precinft or Diftrift, where the Offence is committed ; and that the Execution of this Aft, and every Part thereof, fhall be within the Cognizance and Jurifdiction of any one Magiftrate or Juftice of the Peace, without any Reference to the Aft for Trial of fmall Caufes in this Colony.

**Jurifdiction given to one Magiftrate.**

**This Aft not to affect Parks.**

12. AND BE IT ENACTED, That nothing in this Law fhall be conftrued to extend to reftrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

**Penalty on Magiftrate neglecting his Duty.**

13. AND BE IT ALSO ENACTED *by the Authority aforefaid*, That if any Juftice of the Peace or other Magiftrate, within this Province, fhall have Information of any Perfons offending againft this Aft, in killing Deer out of Seafon, fetting and making Traps, Non-Refidents killing Deer, and Perfons fetting of Guns, and fhall not profecute the fame to Effect within two Months after fuch Information, he fhall forfeit and pay the Sum or Sums to which the Offender againft this Aft would have been liable.

14. AND

Digitized from Best Copy Available

14. AND BE IT ENACTED *by the Authority aforefaid*, That the Juf- *This Act to be publifhed and executed.* tices at every Quarter-Seffions of the Peace fhall caufe this Act to be publickly read ; and give in Charge to the Grand-Jury to particularly inquire and prefent all Perfons for killing Deer out of Seafon, fetting or making Traps, and all Non-Refidents killing, deftroying, hunting and taking any Sort of Deer, and all Perfons fetting of Guns ; and, upon Conviction for either of the faid Offences, the faid Juftices fhall fet and impofe the Fines and Penalties herein before-mentioned, with Cofts of Suit.

15. AND BE IT ENACTED *by the Authority aforefaid*, That if any *Appeal given to next Seffions.* Perfon or Perfons whatfoever, whether the Accufed or Accufer, Plaintiff or Defendant, fhall think themfelves aggrieved by any of the Judgments given by the faid Juftices or other Magiftrates, for any Suit commenced by Virtue of this Act ; then it fhall and may be lawful for fuch Perfon or Perfons to appeal, on giving fufficient Security for the Forfeitures and Cofts, to the next Court of General Quarter-Seffions, held for fuch County where fuch Judgment fhall be given ; which Court is hereby empowered to hear and determine all and every fuch Appeal or Appeals.

16. AND BE IT ENACTED *by the Authority aforefaid*, That if any *Penalty for watching in the Night near a Road.* Perfon or Perfons, within this Colony, fhall, after the Publication of this Act, watch with a Gun, on any uninclofed Land within two Hundred Yards of any Road or Path, in the Night Time, whether the faid Road is laid out by Law or not, or fhall ftand or ftation him or themfelves upon or within two Hundred Yards of any Road as aforefaid, for fhooting at Deer driven by Dogs, he or they fo offending, fhall, on Conviction, forfeit and pay the Sum of *Five Pounds* for every fuch Offence ; to be recovered by Action of Debt, or Prefentment of the Grand-Jury as aforefaid, and pay all Damages.

17. PROVIDED ALWAYS, That the fixth Section of this Act fhall *Not to affect Indians, nor Effex, Bergen, Morris or Suffex.* not be conftrued to affect any Native *Indian ;* and that nothing in this Act fhall be conftrued to prevent the Inhabitants of *Effex, Bergen, Morris* and *Suffex*, from making, having in their Houfes, or fetting Traps of five Pounds Weight or more for Bears, Wolves, Foxes, or any other wild Beafts, Deer only excepted.

18. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That *Repeal of Former Laws.* all former Laws made in this Colony for the Prefervation of Deer and other Game, and to prevent trefpaffing with Guns, and regulating the Size of Traps, fhall be, and they are hereby repealed.

## C H A P.   DXLI.

*An* ACT *declaring the River* Delaware *a common* Highway, *and for improving the* Navigation *in the faid River.*

Paffed Dec. 21, 1771.

WHEREAS the improving the Navigation in Rivers is of great *Preamble.* Importance to Trade and Commerce ; AND WHEREAS the River *Delaware*

Digitized from Best Copy Available

*Delaware* may be rendered much more navigable than it now is ; AND WHEREAS many Perfons defirous to promote the publick Welfare have fubfcribed large Sums of Money for the Purpofe aforefaid ; and it is reprefented that others will fubfcribe confiderable Sums, if Commiffioners are appointed by Law to receive the Subfcriptions, and apply the fame ; Therefore,

*Delaware* a publick High-way.

Sect. 1. BE IT ENACTED *by the Governor, Council and General Affembly, and it is hereby Enacted by Authority of the fame,* That the River *Delaware* fhall be, and it is hereby declared to be a common Highway, for the Purpofes of Navigation up and down the fame.

Commiffioners appointed.

2. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That *Jofeph Galloway, Jofeph Fox, Michael Hillegas, Abel James, Samuel Rhoads, James Allen, Peter Knight,* Efquires, *Daniel Williams, Henry Drinker, Clement Biddle, Jeremiah Warder* the Younger, *Jacob Bright, John Baldwin, Richard Wells,* Gentlemen, *Thomas Yardley, Jacob Orndt, Peter Kechline, Henry Kooken,* Efquires, *William Ledley, Nicholas Depui,* Son of *Samuel, Jacob Stroud* and *John Arbo,* Gentlemen, the Honourable, *John Stevens, James Parker* and *Daniel Coxe,* Efquires, *Samuel Meredith* and *Robert Field,* Efquires, Doctor *William Bryant, Abraham Hunt, Timothy Smith, Thomas Lowry, Afhur Mott, John Emley* of *Kingwood, Andrew Melick, Robert Hoops* and *Matthew Lowry,* Gentlemen, be, and they are hereby appointed and conftituted Commiffioners for improving the Navigation in the faid River *Delaware ;* who, or any twelve of them, the Survivors, or any twelve of them, fhall have full

To collect Subfcriptions

Power and Authority, by Virtue hereof, to collect, recover and receive from any Perfon or Perfons whatfoever, all fuch Sums of Money, which have been, or fhall be given or fubfcribed for rendering the faid River more navigable ; and fo much of the faid Monies as may be neceffary

and apply them.

for that Purpofe, to lay out and apply for and towards improving the Navigation in the faid River *Delaware,* from the lower Part of the Falls near *Trenton,* to the River *Lehigh* at *Eafton ;* and the Refidue thereof to lay out and apply for and towards improving the Navigation in that Part of the faid River above the faid River *Lehigh.* PROVIDED ALWAYS, That fuch Sums of Money as have been or fhall be given or fubfcribed for the improving the Navigation of the faid River, above the *Lehigh* aforefaid, feparately, fhall be laid out and applied for and towards that Purpofe, and no other.

To clear, ftraighten, &c.

3. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That the faid Commiffioners, or any twelve of them, their Survivors, or any twelve of them, fhall have full Power and Authority, by themfelves, their Agents, Servants and Workmen, to clear, fcour, open, enlarge, ftraighten or deepen, the faid River where-ever it fhall to them appear ufeful for improving the Channels ; and alfo to remove any Obftructions whatfoever, either natural or artificial, which may or can in any Manner hinder or impede the Navigation in the faid River ; and to make and fet up in the faid River any Dams, Pens for Water Locks, or any other Works whatfoever, and the fame to alter or repair as they fhall think fit ; and alfo to appoint, fet out, and make near the faid River, Paths or Ways, which fhall be free and open for all Perfons having Occafion to ufe the fame for towing, hauling or drawing any Veffels, Boats, fmall Craft and

Rafts

Digitized from Best Copy Available

Rafts, of any Kind whatfoever; and from Time to Time to do and ex-
ecute every other Matter or Thing neceffary or convenient for improv-
ing the Navigation in the faid River. PROVIDED ALWAYS, That no
Dam, Pen, Lock or other Work, made or fet up by the faid Commif-
fioners, fhall be appropriated to the private Ufe or Benefit of any Per-
fon or Perfons whatfoever, contrary to the true Intent and Meaning of
this Act.

4. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That
no Perfon or Perfons whatfoever fhall prefume to divert, lead or draw
at any Time or Times, by any Race or other Device, any Water of
the faid River out of or from the natural Courfe or Channel, for the
Ufe of any Mill or Waterwork. <span style="float:right">Watercourfe<br>not to be di-<br>verted.</span>

5. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That
if any Perfon or Perfons fhall prefume to oppofe or hinder the faid Com-
miffioners, or any of them, their Agents, Servants and Workmen, or
any of them, from doing any Act which they are hereby authorized and
empowered to do, or fhall make, erect, fet up, repair or maintain, or
fhall be aiding, affifting or abetting in making, erecting, fetting up,
repairing or maintaining, any Dam or Obftruction which may or can
in any Manner hinder or impede the Navigation in the faid River; or
fhall remove, deftroy, throw down, alter, injure or impair, any Dam,
Pen, Lock or other Work, made or fet up by the faid Commiffioners,
or by Order of them, or any twelve of them, their Survivors, or any
twelve of them; every Perfon fo offending, being legally convicted
thereof by Verdict of a Jury, or by his own Confeffion, before the Juf-
tices of the Peace in their Court of General Quarter-Seffions, fhall for-
feit and pay *Fifty Pounds* Proclamation Money of this Colony, for eve-
ry fuch Offence, or fhall fuffer Imprifonment for twelve Months with-
out Bail or Mainprize; one Moiety of which Forfeiture fhall be paid to
the Informer, and the other Moiety to the Commiffioners herein ap-
pointed, or the Survivors of them as aforefaid, to be applied for and
towards improving the Navigation in the faid River. <span style="float:right">Penalty on<br>hindering the<br>Commiffion-<br>ers, &c. or<br>obftructing<br>the Navigati-<br>on.<br><br><br><br><br><br>Application.</span>

6. AND WHEREAS Doubts may arife in what Counties Of-
fences committed in the faid River *Delaware* againft this Act ought
to be tried; for removing thereof, BE IT ENACTED *by the Authority
aforefaid*, That every Offence committed in or on the faid River, againft
this Act, fhall be laid to be committed, and may be tried and deter-
mined as aforefaid, in any of the Counties within this Colony op-
pofite to or joining on that Part of the faid River in which fuch Of-
fence fhall be committed. <span style="float:right">Offences<br>where triable.</span>

7. PROVIDED ALWAYS, AND BE IT FURTHER ENACTED *by the
Authority aforefaid*, That Nothing herein contained fhall give any Pow-
er or Authority to the Commiffioners herein appointed, or any of
them, to remove, throw down, lower, impair, or in any Manner to
alter a Mill-Dam erected by *Adam Hoops*, Efquire, late deceafed, in
the faid River *Delaware*, between his Plantation and an Ifland in the
faid River nearly oppofite to *Trenton*, or any Mill-Dam erected by any
other Perfon or Perfons in the faid River, before the Paffing of this Act;
nor to obftruct, or in any Manner to hinder the Heirs or Executors <span style="float:right">Not to injure<br>Mill-Dams<br>already erect-<br>ed.</span>

4 R                                                                    of

Digitized from Best Copy Available

**350**  XII GEORGE III. *A. D.* 1771.

of the faid *Adam Hoops*, or fuch other Perfon or Perfons, his or their Heirs and Affigns, from maintaining, raifing or repairing, the faid Dams refpectively, or from taking Water out of the faid River, for the Ufe of the faid Mills and Waterworks, erected as aforefaid, and none other.

<div style="margin-left:0"><em>Commiffioners to keep Minutes and report.</em></div>

8. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the faid Commiffioners fhall keep Minutes of their Proceedings, in Purfuance of the Power hereby given to them, fairly entered in a Book; and fhall once in every Year make Report of their Tranfactions in improving the Navigation in the faid River to the Council and Affembly of this Colony for the Time being, and fhall lay before them a juft and faithful Account of all Sums of Money by them received for the aforefaid Purpofes, and in what Manner they fhall be expended, that the fame may be adjufted and fettled.

<div align="center">C H A P.   DXLII.</div>

*An* A C T *for the more effectual maintaining, and keeping above the Flow of the Tide, that Part of the* Road *or* Caufeway *between the Toll-Bridge over* Newton Creek *and the faft Land of* Keziah Tonkin.*

<div align="right">Paffed Dec. 21. 1771.</div>

<em>Preamble.</em>

WHEREAS *Thomas Attmore, Ifaac Burrough, Benjamin Thackray, Jacob Stokes, Hannah Cooper, Keziah Tonkin, Elizabeth Thackray* and *Job Haines*, Owners and Proprietors of the Meadows lying on the eafterly Side of *Newton* Creek, in the County of *Gloucefter*, have, by their Petition, fet forth, That they have fuffered, and are daily expofed to very confiderable Damage by Reafon of the Caufeway and Road between the Toll-Bridge, called *William Gerrard*'s, and the faft Land of *Keziah Tonkin*, not being raifed above the Flowing of the Tides;

<em>Poffeffors of the Toll-Bridge neglecting three Months.</em>

*Sect.* I. BE IT THEREFORE ENACTED *by the Governor, Council and General Affembly*, That if the Owner or Owners, Poffeffor or Poffeffors, of the Toll-Bridge erected over *Newton* Creek, fhall neglect or refufe, for three Months after Publication hereof, to repair and raife, above the Flowing of the Tides, fuch Part of the Caufeway and Road, leading from the Town of *Gloucefter* to the *Coopers* Ferries, as lays on the Eaft Side of *Newton* Creek aforefaid, from the End of faid Toll-Bridge to the faft Land of *Keziah Tonkin*; then, and in fuch Cafe, it fhall and may be lawful for the Managers, or the Survivors of them already appointed, or that fhall be hereafter appointed, in Purfuance of an Act paffed in the third Year of His prefent Majefty's Reign, entitled, *An* Act *to enable the Owners and Poffeffors of the Meadows lying on a Branch of* Newton Creek, *in the County of* Gloucefter, *commonly called the* Back

<em>Managers of Back Creek Meadows to repair and raife the Caufeway.</em>

Creek, *to erect and maintain a Bank, Dam, and other Waterworks acrofs the faid Creek, in order to prevent the Tide from overflowing the fame, and to keep the former Watercourfe of faid Creek open and clear,*† to repair, amend and raife the faid Caufeway and Road, from the Bridge aforefaid,

---

* This Act, though ftrictly private, being of a very publick Import, is admitted in this Collection.
† Chap. CCCLV.

Digitized from Best Copy Available