Λ

# POLITICAL MANUAL FOR 1866,

INCLUDING A CLASSIFIED SUMMARY OF THE IMPORTANT

EXECUTIVE, LEGISLATIVE, AND POLITICO-MILITARY FACTS OF THE PERIOD,

FROM

# PRESIDENT JOHNSON'S ACCESSION,

APRIL 15, 1865, TO JULY 4, 1866;

AND CONTAINING A FULL RECORD OF THE

## ACTION OF EACH BRANCH OF THE GOVERNMENT

ON

# RECONSTRUCTION.

By EDWARD McPHERSON,
Clerk of the House of Representatives of the United States.

**Nineteenth Thousand.**

WASHINGTON, D. C.:
PHILP & SOLOMONS.
1866.

*10,387*

Entered according to Act of Congress, in the year 1866, by

EDWARD McPHERSON,

In the Clerk's Office of the District Court of the United States for the District of Columbia.

Stereotyped by
McGILL & WITHEROW,
Washington, D. C.

# PREFACE.

This Manual has been prepared, in order to present, in compact and convenient form, the important Political Facts of the period to which it refers. It will be found to contain Messages, Proclamations, Orders, Telegrams, Speeches, Bills, Propositions, Reports, Constitutional Amendments, Votes, Platforms, and sundry Miscellaneous Matters required to make the Record complete.

It is necessarily confined to those facts which illustrate the positions of parties; and to those propositions upon which votes were taken, and to the more significant of the latter class. Much material, interesting in itself as part of the history of the times, and as showing the precise views of persons, has been omitted, in obedience to this rule. I hope, in a future work, to develop these various features of current history.

The action of all parties on Reconstruction will be found full, and especially pertinent to present issues. This Record covers the agency of the President, the responses of the people of the lately insurrectionary States, and the judgment of Congress, with the elaborated views of each.

The Tabular Statements at the close of the Volume have been prepared with direct reference to the topics to be discussed this fall. That giving the Votes on each Tariff since, and including that of, 1816, by States and Sections, will be conceded to be a valuable and interesting contribution to the history of the subject; and that respecting Representation, and the effect of proposed Amendments to the Constitution, will be of highest utility.

A glance at the Table of Contents will show the scope of the Work, and the variety of facts embraced. In the votes given, the names of Democrats are placed in *italic*, that results may be readily analyzed.

The whole Manual, it is hoped, will be found adapted to the purposes which prompted its preparation.

EDWARD McPHERSON.

WASHINGTON CITY, *July* 12, 1866.

36                    POLITICAL MANUAL.

of a person of color, and of all cases of bas-
tardy, and of all cases of vagrancy, not tried
before a magistrate."

An indictment against a white person for
the homicide of a person of color shall be tried
in the superior court of law, and so shall other
indictments in which a white person is accused
of a capital felony affecting the person or prop-
erty of a person of color.

In every case, civil and criminal, in which a
person of color is a party, or which affects the
person or property of a person of color, per-
sons of color shall be competent witnesses.
The accused, in such a criminal case, and the
parties in every such civil case, may be wit-
nesses, and so may every other person who is a
competent witness; and in every such case,
either party may offer testimony as to his own
character, or that of his adversary or of the
prosecutor, or of the third person mentioned in
an indictment.

December 21—"*An act to establish and regu-
late the domestic relations of persons of color,
and to amend the law in relation to paupers and
vagrancy,*" establishes the relation of husband
and wife, declares those now living as such to
be husband and wife, and provides that persons
of color desirous hereafter to marry shall have
the contract duly solemnized. A parent may
bind his child over two years of age as an ap-
prentice to serve till 21 if a male, 18 if a fe-
male. All persons of color who make contracts
for service or labor shall be known as servants,
and those with whom they contract as masters.

"Colored children between 18 and 21, who
have neither father nor mother *living in the dis-
trict in which they are found,* or whose parents
are paupers, or unable to afford them a com-
fortable maintenance, *or whose parents are not
teaching them habits of industry and honesty,*
or are persons of notoriously bad character, or
are vagrants, or have been convicted of infamous
offences, and colored children, *in all cases where
they are in danger of moral contamination,* may
be bound as apprentices by the district judge or
one of the magistrates for the aforesaid term."

It "provides that no person of color shall
pursue or practice the art, trade, or business of
an artisan, mechanic, or shopkeeper, or any
other trade, employment, or business, (besides
that of husbandry, or that of a servant under
a contract for service or labor,) on his own ac-
count and for his own benefit, or in partnership
with a white person, or as agent or servant of
any person, until he shall have obtained a li-
cense therefor from the judge of the district
court, which license shall be good for one year
only. This license the judge may grant upon
petition of the applicant, and upon being sat-
isfied of his skill and fitness, and of his good
moral character, and upon payment by the ap-
plicant to the clerk of the district court of one
hundred dollars if a shopkeeper or pedlar, to be
paid annually, and ten dollars if a mechanic,
artisan, or to engage in any other trade, also to
be paid annually: *Provided, however,* That upon
complaint being made and proved to the district
judge of an abuse of such license, he shall re-
voke the same: *And provided, also,* That no
person of color shall practice any mechanical

art or trade unless he shows that he has served an
apprenticeship in such trade or art, or is now
practicing such trade or art."

Former slaves, now helpless, who were on a
farm Nov. 10, 1865 and six months previous shall
not be evicted by the owner from the house oc-
cupied by them before January 1, 1867. •

• It "provides that if the district court fund,
after payment of the sums with which it is
charged, on account of the salary of the judge
of the district court, superintendent of convicts,
jurors, and other expenses of the court and of
convicts, shall be insufficient to support indigent
persons of color, who may be proper charges on
the public, the board aforesaid shall have power
to impose for that purpose, whenever it may be
required, a tax of one dollar on each male per-
son of color between the ages of eighteen and
fifty years, and fifty cents on each unmarried
female person of color between the ages of
eighteen and forty-five, to be collected in each
precinct by a magistrate thereof: *Provided,* That
the said imposition of a tax shall be approved
in writing by the judge of the district court,
and that his approval shall appear in the jour-
nals of that court."

### Order of General Sickles, disregarding the Code, January 17, 1866.

1866, January 17—Major General Sickles is-
sued this order:

HEADQ'RS DEP'T OF SOUTH CAROLINA,
*January* 17, 1866.

[G. O., No. 1.]—I. To the end that civil rights
and immunities may be enjoyed; that kindly re-
lations among the inhabitants of the State may
be established; that the rights and duties of the
employer and the free laborer respectively may
be defined; that the soil may be cultivated and
the system of free labor undertaken; that the
owners of estates may be secure in the possession
of their lands and tenements; that persons able
and willing to work may have employment;
that idleness and vagrancy may be discounte-
nanced, and encouragement given to industry
and thrift; and that humane provision may be
made for the aged, infirm and destitute, the fol-
lowing regulations are established for the gov-
ernment of all concerned in this department.

II. All laws shall be applicable alike to all
the inhabitants. No person shall be held in-
competent to sue, make complaint, or to testify,
because of color or caste.

III. All the employments of husbandry or
the useful arts, and all lawful trades or callings,
may be followed by all persons, irrespective of
color or caste; nor shall any freedman be obliged
to pay any tax or any fee for a license, nor be
amenable to any municipal or parish ordinance,
not imposed upon all other persons.

IV. The lawful industry of all persons who
live under the protection of the United States,
and owe obedience to its laws, being useful to
the individual, and essential to the welfare of
society, no person will be restrained from seek-
ing employment when not bound by voluntary
agreement, nor hindered from traveling from
place to place, on lawful business. All combi-
nations or agreements which are intended to
hinder, or may so operate as to hinder, in any

way, the employment of labor—or to limit compensation for labor—or to compel labor to be involuntarily performed in certain places or for certain persons; as well as all combinations or agreements to prevent the sale or hire of lands or tenements, are declared to be misdemeanors; and any person or persons convicted thereof shall be punished by fine not exceeding $500, or by imprisonment, not to exceed six months, or by both such fine and imprisonment.

V. Agreements for labor or personal service of any kind, or for the use and occupation of lands and tenements, or for any other lawful purpose, between freedmen and other persons, when fairly made, will be immediately enforced against either party violating the same.

VI. Freed persons, unable to labor, by reason of age or infirmity, and orphan children of tender years, shall have allotted to them by owners suitable quarters on the premises where they have been heretofore domiciled as slaves, until adequate provision, approved by the general commanding, be made for them by the State or local authorities, or otherwise; and they shall not be removed from the premises, unless for disorderly behavior, misdemeanor, or other offence committed by the head of a family or a member thereof.

VII. Able-bodied freedmen, when they leave the premises in which they may be domiciled, shall take with them and provide for such of their relatives as by the laws of South Carolina all citizens are obliged to maintain.

VIII. When a freed person, domiciled on a plantation, refuses to work there, after having been offered employment by the owner or lessee, on fair terms, approved by the agent of the Freedmen's Bureau, such freedman or woman shall remove from the premises within ten days after such offer and due notice to remove by the owner or occupant.

IX. When able-bodied freed persons are domiciled on premises where they have been heretofore held as slaves, and are not employed thereon or elsewhere, they shall be permitted to remain, on showing to the satisfaction of the commanding officer of the post that they have made diligent and proper efforts to obtain employment.

X. Freed persons occupying premises without the authority of the United States, or the permission of the owner, and who have not been heretofore held there as slaves, may be removed by the commanding officer of the post, on the complaint of the owner, and proof of the refusal of said freed persons to remove after ten days' notice.

XI. Any person employed or domiciled on a plantation or elsewhere, who may be rightfully dismissed by the terms of agreement, or expelled for misbehavior, shall leave the premises, and shall not return without the consent of the owner or tenant thereof.

XII. Commanding officers of districts will establish within their commands respectively suitable regulations for hiring out to labor, for a period not to exceed one year, all vagrants who cannot be advantageously employed on roads, fortifications and other public works. The proceeds of such labor shall be paid over to the assistant commissioner of the Freedmen's Bureau, to provide for aged and infirm refugees, indigent freed people and orphan children.

XIII. The vagrant laws of the State of South Carolina, applicable to free white persons, will be recognized as the only vagrant laws applicable to the freedmen; nevertheless, such laws shall not be considered applicable to persons who are without employment, if they shall prove that they have been unable to obtain employment, after diligent efforts to do so.

XIV. It shall be the duty of officers commanding posts to see that issues of rations to freedmen are confined to destitute persons who are unable to work because of infirmities arising from old age or chronic diseases, orphan children too young to work, and refugee freedmen returning to their homes with the sanction of the proper authorities; and in ordering their issues, commanding officers will be careful not to encourage idleness or vagrancy. District commanders will make consolidated reports of these issues tri-monthly.

XV. The proper authorities of the State in the several municipalities and districts shall proceed to make suitable provision for their poor, without distinction of color; in default of which the general commanding will levy an equitable tax on persons and property sufficient for the support of the poor.

XVI. The constitutional rights of all loyal and well-disposed inhabitants to bear arms will not be infringed; nevertheless this shall not be construed to sanction the unlawful practice of carrying concealed weapons, nor to authorize any person to enter with arms on the premises of another against his consent. No one shall bear arms who has borne arms against the United States, unless he shall have taken the amnesty oath prescribed in the proclamation of the President of the United States, dated May 20, 1865, or the oath of allegiance, prescribed in the proclamation of the President, dated December 8, 1863, within the time prescribed therein. And no disorderly person, vagrant, or disturber of the peace, shall be allowed to bear arms.

XVII. To secure the same equal justice and personal liberty to the freedmen as to other inhabitants, no penalties or punishments different from those to which all persons are amenable shall be imposed on freed people; and all crimes and offences which are prohibited under existing laws shall be understood as prohibited in the case of freedmen; and if committed by a freedman, shall, upon conviction, be punished in the same manner as if committed by a white man.

XVIII. Corporeal punishment shall not be inflicted upon any person other than a minor, and then only by the parent, guardian, teacher, or one to whom said minor is lawfully bound by indenture of apprenticeship.

XIX. Persons whose conduct tends to a breach of the peace may be required to give security for their good behavior, and in default thereof shall be held in custody.

XX. All injuries to the person or property committed by or upon freed persons shall be punished in the manner provided by the laws of South Carolina for like injuries to the persons or property of citizens thereof. If no pro-

vision be made by the laws of the State, then the punishment for such offences shall be according to the course of common law; and in the case of any injury to the person or property, not prohibited by the common law, or for which the punishment shall not be appropriate, such sentence shall be imposed as, in the discretion of the court before which the trial is had, shall be deemed proper, subject to the approval of the general commanding.

XXI. All arrests for whatever cause will be reported tri-monthly, with the proceedings thereupon, through the prescribed channel, to the general commanding.

XXII. Commanding officers of districts, sub-districts, and posts, within their commands respectively, in the absence of the duly-appointed agent, will perform any duty appertaining to the ordinary agents of the Bureau of Refugees, Freedmen, and Abandoned Lands, carefully observing for their guidance all orders published by the commissioner or assistant commissioner, or other competent authority.

XXIII. District commanders will enforce these regulations by suitable instructions to sub-district and post commanders, taking care that justice be done, that fair dealing between man and man be observed, and that no unnecessary hardship, and no cruel or unusual punishments be imposed upon any one.

By command of D. E. SICKLES, Major General.

Official:                 W. L. M. BURGER,
                  *Assistant Adjutant General.*

### FLORIDA.
### An Act to Establish and Organize a County Criminal Court, January 11, 1866.

SEC. 1 gives the court jurisdiction in cases of assault, assault and battery, assault with intent to kill, riot, affray, larceny, robbery, arson, burglary, malicious mischief, vagrancy, and all misdemeanors, and all offences against religion, chastity, morality, and decency: *Provided*, That the punishment of the same does not affect the life of the offender. The Governor to appoint the judge. In the proceedings, "no presentment, indictment, or written pleadings, shall be required." Where a fine is imposed, and not paid, the party may be put to such labor as the county commissioner may direct, the compensation for which to go in payment of the fine and cost of prosecution; "or the said county commissioner may hire out, at public outcry, the said party to any person who will take him or her for the shortest time, and pay the fine, forfeiture, and penalty imposed, and cost of prosecution."

### An Act to Extend to all the Inhabitants of the State the Benefit of Courts of Justice, and the Processes thereof, January 11, 1866.

SEC. 1 provides that the judicial tribunals of this State, with the processes thereof, shall be accessible to all the inhabitants of the State, without distinction of color, for the prosecution and defence of all the rights of person and property, subject only to the restrictions contained in the constitution of the State.

SEC. 2 provides that all laws heretofore passed, with reference to slaves, free negroes, and mulattoes, except the act to prevent their migration into the State, and the act prohibiting the sale of fire-arms and ammunition to them, be, and the same are hereby, repealed; and all the criminal laws of this State applicable to white persons now in force, and not in conflict with, or modified by, the legislation of the present session of the General Assembly, shall be deemed and held to apply equally to all the inhabitants of the same without distinction of color.

### An act to Establish and Enforce the Marriage Relation between Persons of Color, January 11, 1866.

SEC. 1 requires all the colored inhabitants, claiming to be living together in the relation of husband and wife, and who have not been joined as such agreeably to the laws, and who shall mutually desire to continue in that relation, within nine months from the passage of this act, to appear before some person legally authorized to perform the marriage ceremony, and be regularly joined in the holy bonds of matrimony.

SEC. 2 provides that the issue of such prior cohabitation shall be legitimated by the act of marriage so regularly contracted as aforesaid, and be thenceforth entitled to all the rights and privileges of a legitimate offspring.

SEC. 5 provides that after the expiration of the time limited in the first section, all laws applicable to or regulating the marriage relation between white persons shall deemed to apply to the same relation between the colored population of the State.

### An Act in Addition to An Act concerning Marriage Licenses, January 12, 1866.

SEC. 1 provides that if any white female resident shall hereafter attempt to intermarry, or shall live in a state of adultery or fornication, with any negro, mulatto, or other person of color, she shall be deemed to be guilty of a misdemeanor, and upon conviction shall be fined in a sum not exceeding one thousand dollars, or be confined in the public jail not exceeding three months, or both, at the discretion of the jury; and shall, moreover, be disqualified to testify as a witness against any white person.

SEC. 2 provides that if any negro, mulatto, or other person of color, shall hereafter live in a state of adultery or fornication with any white female resident within the limits of this State, he shall be deemed to be guilty of a misdemeanor, and upon conviction shall be fined in a sum not exceeding one thousand dollars, or be made to stand in the pillory for one hour and be whipped not exceeding thirty-nine stripes, or both, at the discretion of the jury.

SEC. 3 provides that every person who shall have one eighth or more of negro blood shall be deemed and held to be a person of color.

SEC. 4 provides that in existing cases, upon petition to the circuit judge, parties coming within the provisions of this act and liable to be punished under the same, may by order and judgment of said judge be relieved from the penalties thereof, when in his opinion justice and equity shall so require.

SEC. 5 provides that in all cases where marriages have heretofore been contracted and solemnized between white persons and persons of