**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

IVAN ANTONYUK,
COREY JOHNSON, and
ALFRED TERRILLE,

Plaintiffs,

v.

STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,

Defendants.

Civil Action No. 22-986 (GTS-PJE)

**PLEASE TAKE NOTICE**, Plaintiffs Ivan Antonyuk, Corey Johnson, and Alfred Terrille, by and through their attorneys of record, file the accompanying Memorandum in Opposition to Defendant Mark Rusin's Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment; and Plaintiffs' Response to Defendant's Statement of Material Facts, in further support of their Motion for Summary Judgment and in opposition to Defendant Rusin's Cross-Motion for Summary Judgment.

Respectfully submitted,

Dated: August 20, 2026

*/s/ Oliver M. Krawczyk*
Oliver M. Krawczyk* (PA # 334423)
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013

T: (717) 525-5822
F: (540) 773-2414
E: oliver@amblerlawoffices.com
NDNY Bar Roll # 707836
**Admitted Pro Hac Vice*

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
T: (703) 356-5070
F: (703) 356-5085
E: rob@wjopc.com

NDNY Bar Roll # 703779
*Counsel for Plaintiffs*

**Certificate of Service**

I, Oliver M. Krawczyk, hereby certify that I have caused to be filed a true and correct copy of the foregoing document or pleading via the Court's CM/ECF system which sent a notice and copy of the foregoing to all counsel of record.

Dated: August 20, 2026

/s/ *Oliver M. Krawczyk*
Counsel for Plaintiffs