**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IVAN ANTONYUK,<br>COREY JOHNSON, and<br>ALFRED TERRILLE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,<br><br>Defendants. | ) | Civil Action No. 22-986 (GTS-PJE) |

**PLAINTIFFS' RESPONSE TO DEFENDANT CHIEF RUSIN'S STATEMENT OF MATERIAL FACTS**

Plaintiffs Ivan Antonyuk, Corey Johnson, and Alfred Terrille, pursuant to Local Rule 56.1(b), hereby provide the following Responses to Defendant Mark Rusin's Statement of Material Facts in support of his Motion for Summary Judgment.

1. Plaintiff Corey Johnson ("***Plaintiff Johnson***") is a resident of the Town of Van Buren, in Onondaga County ("***County***"). Exh.[1] 5.[2]

---

[*] Plaintiffs restate Defendant Rusin's footnotes.

[1] All Exhibits are attached to the Declaration of Todd M. Long, Esq.

[2] Exhibit 5 has been redacted for privacy protection in this public filing consistent with Fed. R. Civ. P. Rule 5.2 and N.D.N.Y. L.R. 5.2. If Plaintiffs contest that Plaintiff Johnson's sole residential address is not in the City of Syracuse, Defendant Chief Rusin respectfully requests that the Court allow leave to file an unredacted version of Exhibit 5 under seal for review and consideration.

**RESPONSE**: Admitted that Plaintiff Johnson's property tax receipt lists "Town of Van Buren" and that his address on the same property tax receipt is listed as "Syracuse." *See* Defendant Rusin's Exhibit 5.

2. Plaintiff Johnson is not a resident of the City of Syracuse ("***City***"). Exh. 5; *see also* Exh. 2, 161:5-24 (acknowledging that his "male sometimes says Solvay" or "Lakeland" and that he resides in the Baldwinsville School district).

**RESPONSE**: Admitted that Plaintiff Johnson's property tax receipt lists "Town of Van Buren" and that his address on the same property tax receipt is listed as "Syracuse." *See* Defendant Rusin's Exhibit 5.

3. The Syracuse Police Department ("***SPD***"), of which Chief Rusin is the Chief of Police, does not independently involve itself in investigations of any crimes that occur outside of the City's geographical boundaries. Declaration of Chief Rusin, dated July 30, 2026 ("***Rusin Decl.***"), ¶15.

**RESPONSE**: Denied. *See* https://www.syr.gov/files/sharedassets/public/v/2/departments/police/documents/policies/2021/2021-q1/2021-outside-agency-assistance-procedure.pdf ("The Department will provide mutual aid assistance and support when requested by agencies having concurrent jurisdiction or to other criminal justice agencies requiring the services of the Department.").

4. SPD does not play any role in the review, processing or the decision-making process of firearm applications. *See* Declaration of Chief Rusin, dated July 30, 2026. Rusin Dec., ¶13.

**RESPONSE**: Admitted.

5. The Rosamond Gifford Zoo ("***Zoo***") is owned and operated by the County.

Exhs. 18-20; *see also* Dkt. No. 47-2.

**RESPONSE**: Admitted.

6. The Zoo contains educational facilities. Exhs. 21-23.

**RESPONSE**: Admitted that Cornell appears to have a "residency program in zoological medicine" located at the Zoo. *See* Defendant's Ex. 23.

7. The Zoo contains County governmental buildings and offices of County government personnel. Exh. 19, SYR000001; *id.* at SYR000009; *id.* at SYR000013.

**RESPONSE**: Plaintiffs cannot admit or deny this Statement with the information provided by Defendant Rusin. For example, SYR0000013 lists a "Gift Shop Office" and a "Membership Office" and lists them as "Friends of the Zoo Staff," but does not explain what "Friends of the Zoo Staff" is. If those are "County governmental buildings and offices of County government personnel," Plaintiffs do not have enough information to admit that. There is also a listing for "Administrative Offices," but it does not list these as "County governmental buildings," but rather lists the "Zoo Director," "Park Superintendent(s)," and other like descriptors.

8. Ponchito's Taqueria has a liquor license and sells alcohol. Exh. 24; *see also* Exh. 1, 127:5-18.

**RESPONSE**: Admitted.

9. The Syracuse Mets Baseball Stadium prohibits weapons on its property. Exh. 1, 144:11-145:4; Exh7.

**RESPONSE**: Admitted.

10. The movie theater located within the Carousel Center Mall (which is now Destiny USA) prohibits weapons on its property. Exh. 1, 174:24-8; *see also* Exh. 8.

**RESPONSE**: Admitted the movie theater has a policy as stated on its website.

11. Plaintiff Johnson testified that he visits "the Byrne Dairy heading into Mattydale." Exh. 1, 178:7-13.

**RESPONSE**: Admitted.

12. That Byrne Dairy is located at 2307 Brewerton Road in Mattydale (meaning, not the City). Exh. 26.

**RESPONSE**: Admitted.

13. Plaintiff Johnson testified that he visits "the Speedway on Carrier Circle." Exh. 1, 178:7-13.

**RESPONSE**: Admitted. Plaintiff Johnson also testified he visits the "Speedway off Court Street further down" (Exh. 1, 178:12), which has an address of 3060 Court St, Syracuse, NY 13208.

14. That Speedway is located at 6589 Thompson Road in Mattydale (meaning, not the City). Exh. 28.

**RESPONSE**: Admitted. Plaintiff Johnson also testified he visits the "Speedway off Court Street further down" (Exh. 1, 178:12), which has an address of 3060 Court St, Syracuse, NY 13208.

15. Plaintiff Johnson testified that he visits "the Wegmans over on Thompson" Road or James Street. Exh. 1, 179:11-18.

**RESPONSE**: Admitted.

16. That Wegmans is located at 4256 James Street in East Syracuse (meaning, not the City). Exh. 31.

**RESPONSE**: Admitted.

17. Plaintiff Johnson testified that he visits the "New York State Fairgrounds in Syracuse." Exh. 1, 156:11-22.

**RESPONSE**: Admitted.

18. The New York State Fairgrounds are in the Town of Geddes (meaning, not the City). Dkt. No. 47-9, p. 14; *see also* Dkt. No. 47-7.

**RESPONSE**: Admitted.

19. Plaintiff Johnson's Interrogatories stated that he visits a Buffalo Wild Wings in the City. Exh. 2.

**RESPONSE**: Admitted.

20. There is no Buffalo Wild Wings in the City. Exh. 25; *see also* Exh. 1, 185:4-16.

**RESPONSE**: Admitted.

21. Bowman State Park is located in Oxford (meaning, not the City). Exh. 6.

**RESPONSE**: Admitted.

22. Mercer Park is located in Baldwinsville (meaning, not the City). Exh. 7.

**RESPONSE**: Admitted.

23. There are no Longhorn Steakhouse restaurants within the City. Exh. 10.

**RESPONSE**: Admitted.

24. Although the Texas Roadhouse restaurant has a Syracuse mailing address, Exh. 11, it is located at 3143 Erie Blvd. in the Town of Dewitt (meaning, not the City), Exh. 12.

**RESPONSE**: Admitted.

25. There are no Outback Steakhouse restaurants within the City. Exhs. 13, 14.

**RESPONSE**: Admitted.

26. There are no Ruby Tuesday restaurants within the City. Exh. 15, 16.

**RESPONSE**: Admitted.

27. The Tops grocery store that Plaintiff Johnson visits is in Baldwinsville (meaning, not the City). Exh. 178-5.

**RESPONSE**: Admitted.

28. The Better Burger Plaintiff Johnson visits is in Liverpool (meaning, not the City). Exh. 178-5.

**RESPONSE**: Admitted.

Respectfully submitted,

Dated: August 20, 2026

*/s/ Oliver M. Krawczyk*
Oliver M. Krawczyk* (PA # 334423)
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
T: (717) 525-5822
F: (540) 773-2414
E: oliver@amblerlawoffices.com
NDNY Bar Roll # 707836
**Admitted Pro Hac Vice*

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
T: (703) 356-5070
F: (703) 356-5085
E: rob@wjopc.com
NDNY Bar Roll # 703779
*Counsel for Plaintiffs*