**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

IVAN ANTONYUK, )
COREY JOHNSON, and )
ALFRED TERRILLE, )
)
Plaintiffs, )
)
v. ) Civil Action No. 22-986 (GTS-PJE)
)
STEVEN G. JAMES, in his official capacity as )
Superintendent of the New York State Police, )
WILLIAM FITZPATRICK, in his official capacity )
as Onondaga County District Attorney, TOBIAS J. )
SHELLEY, in his official capacity as Sheriff of )
Onondaga County, MARK RUSIN, in his official )
capacity as Chief of Police of Syracuse, and )
LEE C. KINDLON, in his official capacity as )
District Attorney of Albany County, )
)
Defendants. )
)

**PLEASE TAKE NOTICE**, Plaintiffs Ivan Antonyuk, Corey Johnson, and Alfred Terrille, by and through their attorneys of record, file the accompanying Response to Defendant Kindlon's Statement of Material Facts and Memorandum in Opposition to Defendant Lee C. Kindlon's Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

Dated: August 20, 2026

/s/ Oliver M. Krawczyk
Oliver M. Krawczyk* (PA # 334423)
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
T: (717) 525-5822
F: (540) 773-2414

E: oliver@amblerlawoffices.com
NDNY Bar Roll # 707836
**Admitted Pro Hac Vice*

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
T: (703) 356-5070
F: (703) 356-5085
E: rob@wjopc.com

NDNY Bar Roll # 703779
*Counsel for Plaintiffs*

**Certificate of Service**

I, Oliver M. Krawczyk, hereby certify that I have caused to be filed a true and correct copy of the foregoing document or pleading via the Court's CM/ECF system which sent a notice and copy of the foregoing to all counsel of record.

Dated: August 20, 2026

/s/ *Oliver M. Krawczyk*
Counsel for Plaintiffs