**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IVAN ANTONYUK,<br>COREY JOHNSON, and<br>ALFRED TERRILLE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,<br><br>Defendants. | ) | Civil Action No. 22-986 (GTS-PJE) |

**PLAINTIFFS' RESPONSE TO DEFENDANT LEE C. KINDLON'S STATEMENT OF MATERIAL FACTS**

Plaintiffs Ivan Antonyuk, Corey Johnson, and Alfred Terrille, pursuant to Local Rule 56.1(b), hereby provide the following Responses to Defendant Lee C. Kindlon's Statement of Material Facts in support of his Motion for Summary Judgment.

1. Plaintiff Alfred Terrille is a resident of Watervliet, within Albany County. *See* Exhibit B, 17:7-10.

**RESPONSE**: Admitted.

2. Terrille owns an unrestricted New York carry permit and has had one since about 1994. *See* Exhibit A, Para 4.

**RESPONSE**: Admitted.

3. Terrille visits Thacher State Park about four times per year. *See* Exhibit B, 62:17-19.

**RESPONSE**: Admitted.

4. Terrille visits and intends to continue visiting establishments serving alcohol. *See* Exhibit B, 86:1-12.

**RESPONSE**: Admitted.

5. Terrille visits local businesses in Albany and Saratoga County often. *See* Exhibit A, Paras 11, 12.

**RESPONSE**: Admitted.

6. Terrille also visits movie theaters, specifically Regal Cinemas in Clifton Park and Colonie Center. *See* Exhibit B., 71:14-18.

**RESPONSE**: Admitted.

7. Terrille intends on travelling to Tennessee and bringing his firearm in his checked baggage, compliant with TSA procedure. *See* Exhibit A, Paras 14, 15.

**RESPONSE**: Admitted.

8. Terrille intends to keep visiting these locations regularly. *Id.* at para 5.

**RESPONSE**: Admitted.

Respectfully submitted,

Dated: August 20, 2026

*/s/ Oliver M. Krawczyk*

Oliver M. Krawczyk* (PA # 334423)
Ambler Law Offices, LLC
115 South Hanover Street, Suite 100
Carlisle, PA 17013
T: (717) 525-5822
F: (540) 773-2414
E: oliver@amblerlawoffices.com

NDNY Bar Roll # 707836
**Admitted Pro Hac Vice*

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
T: (703) 356-5070
F: (703) 356-5085
E: rob@wjopc.com
NDNY Bar Roll # 703779
*Counsel for Plaintiffs*