DANIEL P. MCCOY
COUNTY EXECUTIVE

MICHAEL P. MCLAUGHLIN, JR.
DEPUTY COUNTY EXECUTIVE

JEFFERY V. JAMISON, ESQ.
COUNTY ATTORNEY

PETER-DANIEL APOSTOL, ESQ.
DEPUTY COUNTY ATTORNEY

COUNTY OF ALBANY
OFFICE OF THE COUNTY ATTORNEY
COUNTY OFFICE BUILDING
112 STATE STREET, ROOM 600
ALBANY, NEW YORK 12207-2021
(518) 447-7110 - FAX (518) 447-5564
WWW.ALBANYCOUNTYNY.GOV

August 26, 2026

**VIA ECF**

The Honorable Glenn T. Suddaby
United States District Judge
James M. Hanley Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

Re: *Antonyuk, et al. v. James, et al.*, No. 1:22-CV-00986 (GTS/PJE)
Letter Motion for Extension of Reply Deadline and for Leave to Amend the Notice of Motion at ECF No. 182

Dear Judge Suddaby:

This office represents Defendant Lee C. Kindlon, sued in his official capacity as Albany County District Attorney. I write to respectfully request (1) a brief extension of Defendant Kindlon's deadline to file his reply in further support of his motion for summary judgment (ECF No. 182), from August 27, 2026 to September 15, 2026, and (2) leave to amend the notice of motion at ECF No. 182 to restyle it as a notice of cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.

By text orders dated June 4, 2026 and July 10, 2026 (ECF Nos. 177, 181), the Court set a briefing schedule for the parties' cross-motions for summary judgment, under which the defendants' reply briefs, not to exceed fifteen pages, are due September 18, 2026. When Defendant Kindlon's combined opposition and cross-motion was filed on July 30, 2026, it was docketed as a freestanding motion for summary judgment, and the docket entry generated a response date of August 20, 2026 and a reply date of August 27, 2026. Plaintiffs filed their opposition on August 20, 2026 (ECF No. 196), and chambers has advised the undersigned that Defendant Kindlon's reply should be filed by August 27, 2026 notwithstanding the September 18, 2026 date set forth in the Court's orders.

The undersigned appeared in this matter on July 31, 2026 (ECF No. 183), and the withdrawal of Defendant Kindlon's prior counsel was granted on August 3, 2026 (ECF No. 188). In light of that recent substitution of counsel, and to bring Defendant Kindlon's reply into closer alignment with the September 18, 2026 date the Court's orders set for the other defendants' replies,

Defendant Kindlon respectfully requests that his reply deadline be extended to September 15, 2026. This is Defendant Kindlon's first request for an extension of this deadline. The requested extension precedes the reply date applicable to the co-defendants, affects no other deadline in the case, and would not prejudice any party.

Defendant Kindlon further requests leave to amend the notice of motion at ECF No. 182, *nunc pro tunc*, to restyle it as a notice of cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. The amendment would conform the docket to the substance of the papers already filed, including the accompanying memorandum of law, which is captioned "in Support of Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment" (ECF No. 182-3), and to the cross-motion briefing schedule set forth in the Court's orders. No change to the substantive motion papers is proposed.

We thank the Court for its time and consideration of these requests.

Respectfully submitted,

Jason R. Thomas, Esq.
Assistant County Attorney
NDNY Bar Roll No. 706682
Attorney for Defendant Lee C. Kindlon
112 State Street, 6th Floor
Albany, New York 12207
(518) 447-7110

cc: All counsel of record (via ECF)