**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN ANTONYUK, COREY JOHNSON, ALFRED TERRILLE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,<br><br>Defendants. | Civil Action No.: 1:22-cv-986 (GTS/PJE) |

**TODD M. LONG**, pursuant to Section 1746 of Title 28 of the United States Code, under the penalty of perjury, to the best of my knowledge, declares:

1. I am an attorney duly admitted to practice in the United States District Court for the Northern District of New York.

2. I am a Senior Corporation Counsel for City of Syracuse, and I represent Syracuse Police Department Chief Mark Rusin ("***Chief Rusin***" or "***Defendant Chief Rusin***") in the above-captioned federal civil action ("***Action***") brought by Plaintiffs Ivan Antonyuk ("***Plaintiff Antonyuk***"), Corey Johnson ("***Plaintiff Johnson***") and Alfred Terrille ("***Plaintiff Terrille***" collectively, "***Plaintiffs***"). As such, I am sufficiently familiar with the facts and circumstances of this action to make this Declaration to the best of my knowledge and upon information and belief.

3. All statements contained herein are true to the best of my knowledge and, where stated, upon information and belief, and are based upon personal knowledge, a review of documents/records, or communication with persons knowledgeable of the substance of the matters stated herein.

4. I make this Declaration in further support of Chief Rusin's Motion for Summary Judgment.

5. Attached as **Exhibit 1** is a true and correct copy of Procedure section 313 from the Syracuse Police Department's Supplemental Manual, titled "Outside Agency Assistance," effective on March 29, 2022, which is publicly accessible online, [1] and was accessed and converted to a *.PDF on August 27, 2026.[2] This exhibit was cited by Plaintiffs in their opposition papers as website URL and not incorporated into the record by Plaintiffs in their Response to Defendant Chief Rusin's Statement of Material Facts. *See* Dkt. No. 195-1, p. 2.

6. Attached as **Exhibit 2** is a true and correct copy of Procedure section 314 as excerpted from the Syracuse Police Department's Supplemental Manual, titled "Outside Agency Assistance," effective on September 26, 2025,[3] which was disclosed to Plaintiffs on December 23, 2025 (*see, i.e.,* SYR000652-657).

7. Attached as **Exhibit 3** is a true and correct copy of Policy section 323 as excerpted from the Syracuse Police Department's Policy Manual, titled "Outside Agency Assistance,"

---

[1] *See* https://www.syr.gov/files/sharedassets/public/v/2/departments/police/documents/policies/2021/2021-q1/2021-outside-agency-assistance-procedure.pdf, accessed on August 27, 2026.

[2] All instances of accessing websites online and converting them to *.PDF files as identified in this declaration were done by this Declarant on the dates listed.

[3] Although the section number changed in the various revisions from 2022 (*see* Exh. 1) and 2025 (*see* Exh. 2), in sum and substance it is the same Procedure section in SPD's Supplemental Manual.

effective on November 19, 2025,[4] which was disclosed to Plaintiffs on December 23, 2025 (*see, i.e.,* SYR001146-1148).

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2026
Syracuse, New York

*/s/ Todd M. Long*
Todd M. Long, Esq.
Senior Corporation Counsel
Federal Bar Roll No.: 519301

[4] Although the section number changed in the various revisions from 2022 (*see* Exh. 1) and 2025 (*see* Exh. 2), in sum and substance it is the same Procedure section in SPD's Supplemental Manual.