# Outside Agency Assistance

### 314.1 LIAISON WITH OTHER AGENCIES

The department shall maintain liaison with courts, prosecutors, probation, parole and correctional agencies in order to:

(a) Obtain feedback on investigative or courtroom quality.

(b) Promote a greater understanding among prosecutors of the problems encountered by the department.

(c) Provide probation and parole agencies with information regarding department objectives and activities.

(d) Ensure that information is exchanged between the department and correctional agencies.

The department shall maintain liaison with other law enforcement agencies in order to:

(a) Exchange information regarding criminal investigations.

(b) Develop joint plans for resolving matters of common concern.

(c) Share statistical and support services.

(d) Coordinate concurrent jurisdiction activities and mutual aid services.

The department shall maintain liaison with the Syracuse Fire Department in order to:

(a) Develop plans for traffic direction and control at fire scenes.

(b) Promote cooperation between the department and the fire/emergency medical services.

(c) Resolve problems that may arise.

(d) Jointly investigate crimes of arson.

The department shall maintain liaison with agencies or groups involved in traffic safety in order to exchange information and promote safe and efficient highway use.

### 314.2 LIAISON RESPONSIBILITIES

The Chief of Police will provide input for the effective planning and coordination of the department's contribution to overall criminal justice efforts through his membership and/or involvement with:

(a) Office of the Mayor

(b) City of Syracuse Common Council

(c) Syracuse Fire Department.

(d) International Association of Chiefs of Police.

(e) New York State Association of Chiefs of Police.

(f) Central New York Chiefs of Police Association.

(g) U.S. Department of Justice Law Enforcement Organizations.

Copyright Lexipol, LLC 2025/09/26, All Rights Reserved.
Published with permission by Syracuse Police Department

(h) Onondaga County Chapter of Chiefs of Police Inc.

(i) Onondaga County District Attorney's Advisory Council.

(j) Domestic Violence Task Force.

(k) Onondaga County Citizen's League.

(l) Organized Community Groups

The 1st Deputy Chief of Police and Deputy Chiefs of Police shall have responsibility for maintaining liaison with:

(a) Local, county, state and federal courts.

(b) U.S. Attorney's Office.

(c) New York State Bureau for Municipal Police.

(d) New York State Division for Parole.

(e) New York State Division of Corrections.

(f) Onondaga County District Attorney's Office.

(g) Onondaga County Attorney's Office.

(h) Onondaga County Probation Department.

(i) Onondaga County Department of Corrections.

(j) Onondaga County Department of Personnel.

The Uniform Bureau Deputy Chief of Police shall have responsibility for maintaining liaison with:

(a) Organizations involved in traffic safety.

(b) Onondaga County 9-1-1 Communications Control Center.

The Uniform Bureau Deputy Chief of Police shall have responsibility for maintaining community policing operations and maintaining liaison with:

(a) City of Syracuse School District & School Principals.

(b) Neighborhood Watch Groups.

(c) Organized Community Groups.

The Investigation Bureau Deputy Chief of Police shall have responsibility for maintaining liaison with:

(a) Federal, state and local law enforcement agencies that have concurrent jurisdiction or joint investigations.

(b) Center for Forensic Sciences.

(c) Onondaga County District Attorney's Office.

(d) Local, county, state and federal courts.

(e) Juvenile probation intake.

Copyright Lexipol, LLC 2025/09/26, All Rights Reserved.
Published with permission by Syracuse Police Department

(f) New York State Division for Youth.

(g) New York State Police Juvenile Officers Association.

(h) Detention Center.Hillbrook

(i) Family Court.

(j) Youth Court.

(k) Child protective services.

(l) Juvenile service agencies or advocacy groups.

The Chief of Police or Deputy Chiefs of Police may delegate liaison responsibilities to subordinate Division, Section and Unit Commanders.

### 314.3 REFERRALS TO OTHER AGENCIES

When social service agencies are better able to resolve disputes, resolve problems or provide service, members should refer the involved parties to the appropriate agency or program. Such programs may include, but are not limited to:

(a) Medical services.

(b) Shelter programs.

(c) Counseling and support services.

(d) Advocacy programs.

(e) Dispute mediation services.

(f) Legal assistance programs.

(g) Diversion alternatives.

Referrals to these agencies may be made in situations involving both juveniles and adults who are not subject to criminal prosecution. When adults are subject to criminal prosecution, the department, through the District Attorney's office, may provide input to assist in determining the extent of social service intervention.

To assist members in making referrals, the department shall provide directories of services available to the public in the area. Patrol officers shall have a supply of these directories with them while on duty for reference and distribution to the public.

### 314.4 JURISDICTION OF THE SYRACUSE POLICE DEPARTMENT

The Syracuse Police Department shall be responsible for the delivery of police services and the enforcement of all-applicable laws and ordinances within the geographical boundaries of the City of Syracuse and the lands of the Syracuse International Airport.

The City of Syracuse is bounded by:

(a) Town of Salina to the north.

(b) Town of Dewitt and the Village of East Syracuse to the east.

Copyright Lexipol, LLC 2025/09/26, All Rights Reserved.
Published with permission by Syracuse Police Department

(c) Town of Onondaga to the south.

(d) Town of Geddes and Village of Solvay to the west.

Lands comprising the City of Syracuse International Airport that is bounded by:

(a) Towns of Cicero and Clay to the north.

(b) The Federally owned lands of Hancock Airbase to the east and south.

(c) Town of Dewitt to the east.

(d) Town of Salina the west.

The City of Syracuse boundaries are indicated on the official map of the City of Syracuse, copies of which are displayed throughout the Department.

### 314.5 CONCURRENT JURISDICTION AND MUTUAL AID WITHIN THE CITY OF SYRACUSE

The New York State Police and the Onondaga County Sheriff's Department share concurrent jurisdiction with the City of Syracuse. The City of Syracuse Police Department shall have the primary responsibility for the provision of police services within the City of Syracuse.

(a) Back-up support may be sought from any police agency having concurrent jurisdiction within the town when the department is temporarily unable to counteract a situation with available resources. Back-up support shall be viewed as temporary in nature and shall be relieved at such time that the department achieves the necessary resources to deal with the matter at hand.

The Syracuse Police Department has the primary responsibility to provide police services in the City of Syracuse. The Department will provide mutual aid assistance and support when requested by agencies having concurrent jurisdiction or to other criminal justice agencies requiring the services of the Department.

When appropriate, the Department shall enter into mutual aid agreements with law enforcement agencies to facilitate the efficient and effective operation of law enforcement services. Agencies who have entered into mutual aid agreement with the Syracuse Police Department are, but nor limited to, as follows:

(a) Syracuse University, Department of Public Safety.

(b) S.U.N.Y. College of Forestry, University Police.

(c) S.U.N.Y. Upstate Medical University, University Police.

(d) N.Y.S. Office of Mental Health, Department of Public Safety & Security.

(e) Onondaga County Center for Forensic Sciences.

(f) E-911 Communications.

(g) U.S. Transportation Security Administration.

The Syracuse Police Department and the New York State Police have concurrent jurisdiction on that section of the Interstate route 81 and 690 that passes through the City of Syracuse.

Copyright Lexipol, LLC 2025/09/26, All Rights Reserved.
Published with permission by Syracuse Police Department

Responsibility for providing police services on these state highways is yielded to the New York State Police, unless exigent circumstances exist.

(a) The Department will provide mutual aid assistance and support on that portion of these highways within the City when requested by the New York State Police.

The Federal Aviation Administration, Transportation Security Administration, and the City of Syracuse have concurrent jurisdiction at the Syracuse International Airport. The Syracuse Police Department has the responsibility for providing local police services at the airport.

The City of Syracuse Police Department and the Onondaga County Sheriff's Department and New York State Police and have concurrent jurisdiction in Onondaga Lake, the natural waterways and the Old Erie Canal at the following locations within the City of Syracuse:

(a) Ley Creek located along the boundary of the City of Syracuse and the Town of Salina and to Onondaga Lake.

(b) Onondaga Lake Park located along the boundary of the City of Syracuse and the Town of Salina.

(c) Onondaga Creek which flows from the Town of Onondaga through the City of Syracuse to Onondaga Lake.

The Syracuse Police Department and the Conrail Railroad Police Department share concurrent jurisdiction on Conrail railroad (private) property located within the City. The Conrail Police Department shall have primary responsibility for police services on their property, except when they are unavailable or otherwise turn a complaint over to our Department.

(a) The Department will provide assistance and support on Conrail property within the City when requested by the Conrail Railroad Police Department, or when exigent circumstances require immediate police action.

### 314.6 ADJACENT POLICE AGENCIES

Police agency jurisdictions that are adjacent to the jurisdiction of the City of Syracuse Police Department are as follows:

(a) Town of Dewitt Police Department.

(b) Town of Geddes Police Department.

(c) Village of Solvay Police Department.

(d) Village of North Syracuse Police Department (Airport).

(e) Town of Cicero Police Department (Airport).

### 314.7 FEDERAL LAW ENFORCEMENT AND NATIONAL GUARD ASSISTANCE

The Chief of Police or his designee shall authorize all requests for assistance from Federal law enforcement agencies.

Elements of the National Guard can be mobilized by the Governor (martial law as per §9 of NYS Military Law) to assist local agencies in the event of riots, widespread community disorder,

Copyright Lexipol, LLC 2025/09/26, All Rights Reserved.
Published with permission by Syracuse Police Department

or disasters. All requests for National Guard assistance shall be made in accordance with the provisions of Article I, Section 6, of the New York State Military Law. The Chief of Police, or in his absence the Duty Chief will be responsible for determining the need for assistance from the National Guard. A request for National Guard assistance shall be initiated through the Mayor of the City of Syracuse.

Copyright Lexipol, LLC 2025/09/26, All Rights Reserved.
Published with permission by Syracuse Police Department