# Outside Agency Assistance

## 323.1 PURPOSE AND SCOPE

The purpose of this policy is to provide guidance to members when requesting or responding to a request for mutual aid or when assisting another law enforcement agency.

## 323.2 POLICY

It is the policy of the Syracuse Police Department to promptly respond to requests for assistance by other law enforcement agencies, subject to available resources and consistent with the applicable laws and policies of this department.

## 323.3 LIAISON WITH OTHER AGENCIES

It is the policy of the Syracuse Police Department to maintain channels of communication and to encourage cooperation between agencies that have a common purpose or overlapping responsibilities in order to promote a better understanding of individual problems and provide a mechanism for resolving these problems.

See procedure for LIAISON WITH OTHER AGENCIES

See procedure for LIAISON RESPONSIBILITIES

See procedure for REFERRALS TO OTHER AGENCIES

## 323.4 ASSISTING OUTSIDE AGENCIES

Generally, requests for any type of assistance from another agency should be routed to the Watch Commander’s office for approval. In some instances, a collective bargaining agreement or other established protocol may exist that eliminates the need for approval of individual requests.

When another law enforcement agency requests assistance from this department, the Watch Commander may authorize, if available, an appropriate number of personnel to assist. Members are reminded that their actions when rendering assistance must conform with applicable laws and be consistent with the policies of this department.

Officers may respond to a request for emergency assistance; however, they shall notify a supervisor of their activity as soon as practicable.

Arrestees may be temporarily detained by this department until arrangements for transportation are made by the outside agency. Probationers who violate the conditions of their probation who are temporarily detained by this department will not be incarcerated by this department. Only in exceptional circumstances, and subject to supervisor approval, will this department provide transportation of arrestees to other facilities on behalf of another agency.

When transportation assistance is rendered, a report shall be prepared and submitted by the handling member unless otherwise directed by a supervisor.

See procedure for JURISDICTION OF THE SYRACUSE POLICE DEPARTMENT

Copyright Lexipol, LLC 2025/11/19, All Rights Reserved.
Published with permission by Syracuse Police Department

See procedure for CONCURRENT JURISDICTION AND MUTUAL AID WITHIN THE CITY OF SYRACUSE

See procedure for ADJACENT POLICE AGENCIES

#### 323.4.1 INITIATED ACTIVITY

Any on-duty officer who engages in law enforcement activities of any type that are not part of a mutual aid request and take place outside the jurisdiction of the Syracuse Police Department shall be aware of the statutory limitations of their authority and shall notify their supervisor or the Watch Commander and Onondaga County 911 Center as soon as practicable (CPL § 140.10; CPL § 140.25). This requirement does not apply to special enforcement details or multi-agency units that regularly work in multiple jurisdictions.

### 323.5 REQUESTING OUTSIDE ASSISTANCE

The chief executive officer of a local government may request the assistance of another local government chief executive officer when needed. The ability to request or grant such assistance may be delegated to the Chief of Police by local law (General Municipal Law § 209-m).

If assistance is needed from another agency, the member requesting assistance should, if practicable, first notify a supervisor. The supervisor should then notify the appropriate official to request assistance from another agency. The handling member or supervisor should direct assisting personnel to where they are needed and to whom they should report when they arrive.

The requesting member should arrange for appropriate radio communication capabilities, if necessary and available, so that communication can be coordinated between assisting personnel.

See procedure for FEDERAL LAW ENFORCEMENT AND NATIONAL GUARD ASSISTANCE

### 323.6 REPORTING REQUIREMENTS

Incidents of outside assistance or law enforcement activities that are not documented in a crime report shall be documented in a general case report or as directed by the Watch Commander.

### 323.7 MANDATORY SHARING

Equipment and supplies purchased with federal funds or grants that require such equipment and supplies be shared with other agencies should be documented and updated as necessary by the Support Services Chief or the authorized designee.

The documentation should include:

(a) The conditions relative to sharing.

(b) The training requirements for:

    1. The use of the equipment and supplies.

    2. The members trained in the use of the equipment and supplies.

(c) Any other requirements for use of the equipment and supplies.

Copyright Lexipol, LLC 2025/11/19, All Rights Reserved.
Published with permission by Syracuse Police Department

Copies of the documentation should be provided to Onondaga County 911 Center and the Watch Commander to ensure use of the equipment and supplies is in compliance with the applicable sharing agreements.

The Commanding Officer of the Training and Education Division should maintain documentation that the appropriate members have received the required training.

### 323.8 ANNUAL REVIEWS

The First Deputy Chief of Police shall annually review, and if necessary, suggest mutual aid agreement revisions or changes to the Chief of Police.

Copyright Lexipol, LLC 2025/11/19, All Rights Reserved.
Published with permission by Syracuse Police Department