UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IVAN ANTONYUK, COREY JOHNSON, and ALFRED TERRILLE,

Plaintiffs,

-against-

STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police, WILLIAM FITZPATRICK, in his official capacity as Onondaga County District Attorney, TOBIAS J. SHELLEY, in his official capacity as Sheriff of Onondaga County, MARK RUSIN, in his official capacity as Chief of Police of Syracuse, and LEE C. KINDLON, in his official capacity as District Attorney of Albany County,

Defendants.

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Civil Action No. 1:22-CV-00986 (GTS/PJE)

---

MOTION BY: JEFFERY V. JAMISON
ALBANY COUNTY ATTORNEY
Jason R. Thomas, Of Counsel
Assistant Albany County Attorney
Federal Bar Roll No. 706682
Attorneys for Defendant Lee C. Kindlon
112 State Street, Room 600
Albany, New York 12207
Telephone: (518) 447-7100
Telefax: (518) 447-5564

MOTION: Cross-motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and opposition to Plaintiffs' motion for summary judgment (ECF No. 178)

SUPPORTING PAPERS: Declaration of Philip K. Banaszek, dated July 30, 2026, with attached Exhibits "A" and "B," Defendant Kindlon's Statement of Material Facts dated July 30, 2026, and Defendant Kindlon's supporting Memorandum of Law dated July 30, 2026 (ECF Nos. 182-1 through 182-5)

RELIEF DEMANDED: Order from this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1 granting Defendant Kindlon's cross-motion for summary judgment, dismissing all claims asserted against Defendant Kindlon, on the merits and with prejudice, and denying Plaintiffs' motion for summary judgment as against Defendant Kindlon, together with such other and further relief as the Court deems just and proper

ADDITIONAL NOTICE: Please take notice that this Notice of Cross-Motion is filed *nunc pro tunc* to July 30, 2026, pursuant to the Court's Text Order dated August 26, 2026 (ECF No. 198), in place of the Notice of Motion filed at ECF No. 182, which it supersedes, to restyle that filing as a cross-motion. Briefing has proceeded under the schedule set by the Court's Text Orders (ECF Nos. 177, 181, 198). Plaintiffs filed their response on August 20, 2026 (ECF No. 196), and no further response by Plaintiffs is required (ECF No. 198)

DATED: September 15, 2026
Albany, New York

Respectfully Submitted,

Jason R. Thomas, Esq.
Assistant Albany County Attorney
Jeffery V. Jamison
Albany County Attorney
*Attorneys for Defendant Lee C. Kindlon,*
*as Albany County District Attorney*
Federal Bar Roll No. 706682
112 State Street, Room 600
Albany, New York 12207
Telephone: (518) 447-7100
Telefax: (518) 447-5564

CC:

**Via NDNY ECF:**
All Counsel of Record