**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 5, 2026

**By ECF**

The Honorable Glenn T. Suddaby
United States District Court for the Northern District of New York
James M. Hanley Federal Building and United States Courthouse
100 South Clinton Street
Syracuse, NY 13261

Re: Antonyuk, et al. v. James, et al., No. 22 Civ. 986 (GTS) (PJE)

Dear Judge Suddaby,

This office represents defendant Steven G. James in his official capacity as Superintendent of the New York State Police. I write on behalf of all parties pursuant to the Court's September 30, 2026 Decision and Order, ECF No. 205 at 54, to respond to the Court's question regarding whether any portions of the Complaint survive the entry of the Decision and Order. All parties agree that the Decision and Order resolves the case in its entirety, and we jointly request that the Court enter judgment accordingly.

The parties agree that the consideration of any motion for attorney's fees is premature at this time given the likelihood of further proceedings on appeal. Accordingly, the parties request that the Court adjourn the Fed. R. Civ. P. 54(d)(2)(B) deadline for any such motion until 30 days after the final resolution of any appeal or petition for certiorari. Defendants do not agree that an award of fees is appropriate and anticipate opposing any such motion.

The parties thank the Court for its time and consideration.

Respectfully submitted,

James M. Thompson
Special Counsel
NDNY Bar Roll No. 703513

Cc: All counsel of record (via ECF)